ORIGINAL

**UNITED STATES COURT OF FEDERAL CLAIMS**

FILED
JUL 1 1 2007
U.S. COURT OF FEDERAL CLAIMS

ERICKSON AIR-CRANE, INC.,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

No. 07-519 C

Bid Protest

**MOTION FOR A TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION AND EMERGENCY REQUEST FOR DECLARATORY JUDGMENT**

Plaintiff, by the undersigned attorneys, hereby moves this Court for a temporary restraining order and preliminary injunction restraining and enjoining defendant, its officers, agents, servants, employees, attorneys, and all those in active concert or participation with them from overriding the Competition in Contracting Act automatic stay of contract award and/or from authorizing performance of any contracts awarded in response to the 18 Contract Line Item Numbers ("CLINs") in RFP No. AG-024B-S-07-0008 on which Erickson Air-Crane, Inc. ("Erickson") bid that are the subject of Erickson's protest before the Government Accountability Office ("GAO"). Erickson's GAO Protest is docketed as No. B-299909. The 18 CLINs for which Erickson seeks relief are:

CLIN 1 Cadillac/Ely/Jeffco
CLIN 2 Prescott/Coeur d'Alene
CLIN 3 Albuquerque/Helena
CLIN 4 Sierra Vista/Grangeville
CLIN 5 Cedar City
CLIN 6 Lucky Peak
CLIN 7 San Bernardino
CLIN 8 San Bernardino

CLIN 10 Hemet
CLIN 11 Casitas
CLIN 12 Van Nuys
CLIN 15 Ely/Jeffco
CLIN 16 Phoenix
CLIN 17 McCall
CLIN 19 Westover
CLIN 20 Orland
CLIN 22 Mariposa
CLIN 24 Santa Maria

As more fully set forth in plaintiff's complaint being filed concurrently, and in the supporting memorandum accompanying this motion, plaintiff will suffer immediate and irreparable injury, loss, and damage if defendant is not enjoined from allowing contract performance to proceed while the merits of Erickson's protest are being heard at GAO.

Additionally and in the alternative, plaintiff asks this Court to issue a declaratory judgment holding that the decision of the Chief of the Forest Service to override the automatic stay of contract award and thereby permit contract performance to go forward without awaiting a decision of GAO on the merits of Erickson's protest is arbitrary, capricious, an abuse of discretion, and otherwise not in accordance with law.

Finally, Appendix C (V)(11) to the Rules of the Court of Federal Claims requires plaintiff to provide copies of its pleadings and accompanying exhibits to the government and the apparently successful offerors. Plaintiff has provided all of the required documents to the government. However, plaintiff has been unable to do so for the apparently successful offerors. Although the Forest Service provided plaintiff with a list of the apparently successful offerors when it notified Erickson that its offer had been rejected, it did not include any contact

information. As part of its pre-filing notification to the government on July 2, 2007, plaintiff requested this information from the assigned government attorney and the contracting officer. See Email from R. Tiger to J. Todor (attached). To date, plaintiff has not received a response to this request. Once the government provides plaintiff with the necessary contact information, plaintiff will immediately provide copies of its pleadings to the apparently successful offerors.

Respectfully submitted,

Alan I. Saltman
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Counsel for Plaintiff

OF COUNSEL:

Ruth G. Tiger
Eric J. Pohlner
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Dated: July 11, 2007

**Ruth Tiger**

| | |
|---|---|
| **From:** | Ruth Tiger |
| **Sent:** | Monday, July 02, 2007 5:52 PM |
| **To:** | 'john.todor@usdoj.gov' |
| **Cc:** | 'fgomez@fs.fed.us' |
| **Subject:** | Erickson Air-Crane pre-filing notification |
| **Attachments:** | Pre-filing notice to clerk 7.2.07.pdf |

Attached you will find a copy of our pre-filing notification to the Court regarding the probable issuance by the Forest Service of an override determination. As we discussed, the list of companies and aircraft recommended for award that accompanied the letter notifying Erickson of the rejection of its offer did not provide contact information for the proposed awardees. In order to facilitate our providing pre-filing notification to these companies in accordance with the court's Appendix C procedures, we would appreciate it if you would provide us with the necessary contact information as soon as possible.

Thank you for your cooperation.

Ruth G. Tiger
Saltman & Stevens, P.C.
1801 K Street, NW
Suite M-110
Washington, DC 20006
202.452.2140
202.775.8217 (fax)
rtiger@saltmanandstevens.com

*****************************************************************************

This electronic message transmission contains information from the law firm of Saltman & Stevens, P.C. which may be confidential or privileged. The information is intended for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic mail transmission in error, please delete it from your system without copying it and notify the sender by reply e-mail so that our address record can be corrected. Thank you.

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of July 2007, I caused to be served via hand delivery, a copy of the foregoing **MOTION FOR A TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION AND EMERGENCY REQUEST FOR DECLARATORY JUDGMENT** on counsel for defendant, John Todor, Esq., U.S. Department of Justice, Commercial Litigation Branch, Civil Division, Attn: Classification Unit, 1100 L Street, N.W., Room 8012, Washington, D.C. 20530.

Beverly J. Rector

Beverly J. Rector