ORIGINAL

**UNITED STATES COURT OF FEDERAL CLAIMS**

FILED
JUL 11 2007
U.S. COURT OF FEDERAL CLAIMS

ERICKSON AIR-CRANE, INC.,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

No. 07-519 C

Bid Protest

## NOTICE OF DIRECTLY RELATED CASE

Pursuant to Rule 40.2(a), plaintiff gives notice that this case is directly related to the case Superior Helicopter LLC *et al.* v. United States, Court of Federal Claims No. 07-___. The case is related because the same solicitation, RFP No. AG-024B-S-07-0008, is involved and because Superior Helicopter and Erickson Air-Crane, Inc. ("Erickson") each seek to invalidate the decision of the Chief of the Forest Service to override the automatic stay of performance required by the Competition in Contracting Act, where, as here, one or more protests challenging the agency's conduct in rejecting offerors is timely filed with the Government Accountability Office ("GAO"). Because this case and Superior Helicopter involve the same solicitation and request substantially similar relief, judicial efficiency would support assigning the same judge to both cases. Consolidation, however, would be inappropriate because Erickson seeks relief only as to the 18 Contract Line Item Numbers ("CLINs") on which it bid and has protested to GAO while Superior Helicopter seeks relief with respect to 34 of the 35 CLINs.

Respectfully submitted,

Alan I. Saltman
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Counsel for Plaintiff

OF COUNSEL:

Ruth G. Tiger
Eric J. Pohlner
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Dated: July 11, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of July 2007, I caused to be served via hand delivery, a copy of the foregoing **NOTICE OF DIRECTLY RELATED CASE** on counsel for defendant, John Todor, Esq., U.S. Department of Justice, Commercial Litigation Branch, Civil Division, Attn: Classification Unit, 1100 L Street, N.W., Room 8012, Washington, D.C. 20530.

Beverly J. Rector