IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 07-518C
No. 07-519C

(Filed: July 11, 2007)

SUPERIOR HELICOPTER LLC and RANIER HELI-LIFT, INC.,

Plaintiffs,

v.

UNITED STATES,

Defendant.

ERICKSON AIR-CRANE, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

SCHEDULING ORDER

Pending before the court are the plaintiffs' applications, filed on this date, seeking a temporary restraining order. A hearing on those applications shall be held on July 12, 2007, at 3:30 p.m. at the National Courts Building, 717 Madison Place, N.W., Washington D.C. The courtroom in which the hearing will be held shall be posted in the lobby of the building.

It is so **ORDERED**.

s/ Charles F. Lettow
Judge