IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 07-518C
No. 07-519C

(Filed: July 13, 2007)

SUPERIOR HELICOPTER LLC and RANIER HELI-LIFT, INC.,

Plaintiffs,

v.

UNITED STATES,

Defendant.

ERICKSON AIR-CRANE, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

A hearing was held on July 12, 2007, to address the plaintiffs' applications, filed on July 11, 2007, seeking a temporary restraining order. As stated on the record at the hearing, the applications are DENIED without prejudice to the consideration of motions for preliminary injunctive relief and for permanent injunctive relief when the matter is considered on the merits.

The court adopts the following schedule for further proceedings in these cases:

| | Date |
|---|---|
| Administrative record due | July 18, 2007 |
| Plaintiffs' briefs due | July 26, 2007 |

| | |
|---|---|
| Defendant's brief due | August 2, 2007 |
| Plaintiffs' reply briefs due | August 6, 2007 |

Pursuant to Rule 65(a)(2) of the Rules of the Court of Federal Claims, consideration of the motions for a preliminary injunction shall be consolidated with trial and argument on the merits of permanent injunctive relief.

In their briefs, the parties are requested to address whether these cases should be consolidated in whole or in part.

Trial of injunctive issues and argument on issues arising upon the administrative record shall be held on August 8, 2007, commencing at 10:00 a.m. at the National Courts Building, 717 Madison Place, N.W., Washington D.C. The courtroom in which the hearing will be held shall be posted in the lobby of the building.

It is so **ORDERED**.

s/ Charles F. Lettow
Judge