# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SUPERIOR HELICOPTER LLC, and<br>RAINIER HELI-LIFT, INC.,<br><br>Plaintiffs,<br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | **BID PROTEST**<br>Court Nos. 07-518C, 07-519C<br>(Judge Lettow) |
| ERICKSON AIR-CRANE, INC.,<br><br>Plaintiff,<br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | |

## NOTICE OF FILING THE ADMINISTRATIVE RECORD

Pursuant to Paragraph 21 of Appendix C of the Rules of the United States Court of Federal Claims, and the Court's July 13, 2007 order, defendant, the United States, notifies the Court of the filing of the administrative record in this action via the Court's electronic case filing system. As per the Court's request at the July 12, 2007 initial status conference, we have attached a paper courtesy copy of the record to this notice for the Court.

For these reasons, defendant notifies the Court of the filing of the administrative record.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ John J. Todor
JOHN J. TODOR
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C., 20530
Telephone: (202) 616-2382
Facsimile: (202) 514-8640

July 18, 2007

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on July 18, 2007, a copy of foregoing "NOTICE OF FILING THE ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ John J. Todor