**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SUPERIOR HELICOPTER LLC, and RAINIER HELI-LIFT, INC., | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| THE UNITED STATES, | ) | **BID PROTEST** |
| | ) | Court Nos. 07-518C, 07-519C |
| Defendant. | ) | (Judge Lettow) |
| ERICKSON AIR-CRANE, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**INDEX TO THE ADMINISTRATIVE RECORD**

**TABS**


1. USDA Notice to GAO of Decision to Override Automatic Stay, dated July 9, 2007 . . . . . . 1

2. Findings to Override the Automatic Stay and Continue Working After Award in the Face of a Protest, RFP AG-024B-S-07-0008 Heavy or Medium Helicopter Services, signed by Acting Forest Service Chief Hank Kashdan, dated July 9, 2007 . . . . . . 7

3. National Wildland Significant Fire Potential Outlook, dated July 2, 2007 . . . . . . 12

4. Memo from Karyn L. Wood, Assistant Director, Wildland Fire Operations, NIFC, to Frank Gomez, Contracting Officer, dated June 22, 2007 . . . . . . 18

5. Report of Helicopter Requests Showing Orders Unable To Fill, dated July 9, 2007 . . . 19

6. Notices to Proceed Issued to Awardees of RFP AG-024B-S-07-0008, dated July 10, 2007 . . . . . . 20

7. Email Notification to Awardees of July 12, 2007 Hearing, dated July 12, 2007 . . . . . . . 80

8. Protest of Erickson Air-Crane, Inc., B-299909, dated June 22, 2007 . . . . . . . . . . . . . . . 82

9. Protest of Superior Helicopter LLC, B-299909.2, dated June 29, 2007 . . . . . . . . . . . . 316

10. Protest of Rainier Heli-Lift, Inc., B-299909.3, dated June 29, 2007 . . . . . . . . . . . . . . . 341

11. RFP AG-024B-S-07-0008, dated April 6, 2007 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 362

12. Amendment 01 to RFP AG-024B-S-07-0008, dated April 20, 2007 . . . . . . . . . . . . . . . 552

13 Amendment 02 to RFP AG-024B-S-07-0008, dated April 26, 2007 . . . . . . . . . . . . . . . 561

14. Amendment 03 to RFP AG-024B-S-07-0008, dated May 1, 2007 . . . . . . . . . . . . . . . . 760

15. National Incident Information Center Report, dated July 5, 2007 . . . . . . . . . . . . . . . . . 764