# National Wildland Significant Fire Potential Outlook

**National Interagency Fire Center**
**Predictive Services**

**Issued: July 2, 2007**

## Wildland Fire Outlook – July through October, 2007

**Significant fire potential in July is expected to be higher than normal over much of the West, the western Great Lakes, the Ohio River and Tennessee Valleys, the central and southern Appalachians, and localized portions of southern Alaska. Fire potential in the West is expected to spread northward in August.** Below normal fire potential is anticipated in portions of Texas, Oklahoma, Louisiana, and southern Florida. The most critical factors influencing fire potential this outlook period are:

- Below normal spring and early summer precipitation across the West will cause long-term drought to persist or develop in most areas, with the exception of Arizona where drought conditions should improve as monsoon moisture increases.

- Abundant new and carryover fine fuels across portions of Arizona and the Great Basin will lead to an active grassland fire season**.**

- Below normal winter snowpack, early spring snowmelt, and projected above normal summer temperatures across the West have caused downed dead woody and live fuel moistures to be much lower than normal this time of year in many locations.

- Continued long-term drought and below normal precipitation trends over portions of the east-central U.S. has dropped water levels and kept fuel moistures very low. Drought is forecast to persist across this region keeping fire potential elevated through the period.

- Bug killed timber, in combination with abnormally dry conditions, will keep fire potential elevated across the western Kenai peninsula and areas just north of Anchorage, Alaska.







Note: Significant fire potential is defined as the likelihood that a wildland fire event will require mobilization of additional resources from outside the area in which the fire situation originates.

## Past Weather and Drought

According to NOAA's National Climatic Data Center, spring (March – May) was one of the warmest springs on record for the contiguous U.S. It was the driest spring on record for the Southeast and the 12 month period ending in May was the driest ever for California and Nevada. As a whole, June has been warmer and drier than normal in most of the West and East with very wet weather in the Plains. Drought continues to plague much of the West and Southeast with forecasts calling for dryness to spread northward in the coming months. Alaska was generally warmer than normal in June with near normal rainfall reported at Fairbanks and Anchorage.




www.cdc.noaa.gov/Drought/images/prec4.gif







www.drought.unl.edu/dm/monitor.html

## Weather and Climate Outlooks

The sea surface temperatures in the tropical Pacific are near normal with the El Niño Southern Oscillation (ENSO) classified as neutral. While a transition to La Niña is possible in the next three months, the effects from La Niña would not likely be seen until late summer or fall.

The National Weather Service Climate Prediction Center outlook for July is shown below. The West and Alaska are expected to be warmer than normal with dryness noted over the northwest quarter of the country. There are no strong signals for either a wetter or drier than normal Southwest monsoon.

The outlook for August through October continues above average warmth in West along with dry weather in the Northwest. This could result in a longer than normal fire season in the West. The Gulf and East Coasts are expected to see a wetter than normal summer and early fall due in part to projected tropical activity.




**A = Above** normal, **B = Below** normal**, N = Normal**, **EC = Equal Chances** of Above/Below/Normal.
www.cpc.ncep.noaa.gov/products/predictions/multi_season/13_seasonal_outlooks/color/page2.gif

## Area Discussions

**Alaska:** Fuels continued to dry in portions of southern and north/central Alaska during June; however periodic rainfall elsewhere has moderated fire danger. Overall, Alaska has burned less than 50% of normal acres to date. A spruce bark beetle infestation on the Kenai Peninsula and along the Cook Inlet has resulted in nearly 2 million acres of beetle-killed timber. This, in combination with abnormally dry conditions, will keep fire potential above normal in an area extending from the western Kenai Peninsula to just north of Anchorage during July, moderating later in the summer. Fuels are not expected to sufficiently dry to warrant above normal fire potential elsewhere.

**Southwest:** Above normal significant fire potential is expected from the Continental Divide westward with normal fire potential elsewhere. However, above normal potential in southwest Arizona pertains to riparian areas and transportation corridors only. Fuels are extremely dry in Arizona with NFDRS Energy Release Component values reaching record levels not seen since 1996 in many areas. This, combined with the monsoon, anticipated to be 1-2 weeks late this year, will lead to a steady increase in fire potential west of the divide during July with frequent periods of hot, dry, and windy weather. Fire potential will decrease across the Area in late July once monsoon moisture begins to work its way into Arizona.

**Northern Rockies:** Above normal significant fire potential is forecast for portions of southwestern Montana and Yellowstone Park in July, expanding to include much of western Montana and all of northern Idaho during August through October. In portions of western Montana and Idaho, downed dead woody fuel moistures are drier than normal and Energy Release Component indices are running well ahead of normal for this time of year. Hot, dry conditions forecast for early July will accelerate the drying of fuels. Departure from average greenness imagery suggests live fuels are curing slightly later than normal this year. Above normal spring and early summer rainfall in eastern Montana has led to abundant fine fuels, which may pose a problem later this summer. Long-range outlooks indicate warmer and drier weather across the western portion of the Area for the duration of the outlook period.

**Great Basin:** Above normal fire potential is forecast for much of Nevada, Utah and portions of southern and eastern Idaho during July. The area of above normal fire potential will increase during August to include all of central and southern Idaho. Abundant dead carryover fine fuels from the previous two wet winters will keep fire danger high in Nevada and western Utah as live fuels cure. Fuel dryness indicators (ERC_G and 1000hr fuel moistures) are especially dry along the eastern edge of the Sierra Nevada range. Sparse winter rainfall, low snowpack and early snowmelt will cause fuels in the higher elevation mountain areas of Idaho and northern Utah to become very receptive to ignition and spread of wildfires during the summer months. Some improvement in fire potential due to monsoon moisture is expected in northeastern Utah later in the outlook period.

**Northwest:** Normal fire potential is projected for the majority of the Area during July. The exceptions include areas east of the Cascade crest in Oregon along with the mountains of northeastern Oregon and far southeastern Washington where winter and spring precipitation and/or snowpack have been consistently below average. Overall, greenup, curing, and drying of fuels has proceeded as usual. However, very hot conditions and below normal precipitation forecast for early July will accelerate the drying of fuels. This will likely set the stage for above normal fire potential to expand and cover much of the area east of the Cascade crest later in the summer.

**California:** Much of California will see above normal significant fire potential during July and the remainder of the summer. Warm and dry conditions dominated California this spring with near record breaking heat across the southern portions of the state. Very low snowpack and early snowmelt led to early greenup and curing of live fuels at mid to higher elevations as well as an early onset to fire season this year. Fuels are extremely dry throughout much of the state, with 1000-hour fuel

moistures and Energy Release Component values running a good 3-6 weeks ahead of normal. Some fire danger indices are setting new records. Long range forecasts call for near normal temperatures along the coast and above normal temperatures inland through October with below normal precipitation forecast for the northern third of California from August through October. Localized frost-killed brush will contribute to more active fire behavior this summer. A fuels & fire behavior advisory has been issued for much of the state.

**Rocky Mountain:** Hot weather is on tap for the first part of July for western Colorado and Wyoming. Above normal significant fire potential is expected for portions of northwest Colorado and western Wyoming during July. Above normal conditions will persist in western Wyoming for the remainder of the summer, but improvement is expected in northwest Colorado as monsoon moisture begins to work its way northward during late July and August. Drought conditions continue in portions of western and central Wyoming and are expected to persist through September. Energy Release Component indices are either near or above historic record values in western Wyoming and 100-hour fuel moistures are at record low levels (see image). Long-term trends point to western Wyoming as having the greatest potential for large fire activity this year.




**Eastern Area:** Long-term drought remains in place across portions of the north central and northwest Great Lakes area. Frequent precipitation in early June provided some short-term relief, however fire danger indices continue to track above normal in some areas and dry weather the later half of June has caused fine fuels to dry out rapidly. Therefore, short-term warm and dry periods through the summer in this area will result in above normal fire potential. Drought is forecast to expand and include much of Illinois, Indiana, and Ohio over the next few months. With the forecast for above normal temperatures during the same period, above normal fire potential is forecast for portions of Indiana, Ohio and West Virginia.

**Southern Area:** Above normal significant fire potential is expected in July and the remainder of the summer over the hardest hit drought areas of northern Alabama, northwest Georgia, much of Tennessee and other portions of the southern Appalachian Mountains. Above average rainfall will continue for most of Texas, southern Oklahoma western Louisiana and the southern tip of Florida. These areas are expected to see below normal significant fire potential in July. Dry conditions elsewhere should improve as thunderstorms and rain from tropical storm activity help to alleviate long-term drought conditions.

**Note:** This national outlook and some geographic area assessments are currently available at the NICC and GACC websites. The GACC websites can also be accessed though the NICC webpage at: **http://www.nifc.gov/nicc/predictive/outlooks/outlooks.htm**

## Historic and Predicted Wildland Fires and Acres Burned Data

Based on reported data so far this year, nationally there were 112% of the average numbers of fires, burning approximately 107% of the average acres. The following table displays historical, current and predicted information pertaining to fire statistics.

| | JUN 30, 2007 Reported Year-To-Date | Average reported for July | Projection for July YTD+Forecast | Average Reported YTD JUL 30 | Historical Low YTD JUL 30 | Year of Low | Historical High YTD JUL 30 | Year of High |
|---|---|---|---|---|---|---|---|---|
| **ALASKA** | | | | | | | | |
| **Fires** | 289 | 113 | 390 | 441 | 267 | 2006 | 653 | 1999 |
| **Acres** | 148,389 | 639,354 | 659,872 | 1,299,021 | 121,873 | 1998 | 4,431,391 | 2004 |
| **NORTHWEST** | | | | | | | | |
| **Fires** | 773 | 1,104 | 2,097 | 1,662 | 1,073 | 1997 | 2,162 | 2001 |
| **Acres** | 10,528 | 120,713 | 155,384 | 144,615 | 14,611 | 1997 | 419,537 | 2002 |
| **NORTH OPS** | | | | | | | | |
| **Fires** | 973 | 1,046 | 2,437 | 2,115 | 1,099 | 1998 | 2,740 | 2001 |
| **Acres** | 10,507 | 23,147 | 49,857 | 32,073 | 2,830 | 1998 | 115,300 | 2001 |
| **SOUTH OPS** | | | | | | | | |
| **Fires** | 2,308 | 798 | 3,265 | 2,383 | 1,567 | 1998 | 3,160 | 2002 |
| **Acres** | 24,894 | 46,180 | 94,164 | 78,100 | 17,836 | 1998 | 199,101 | 2002 |
| **NORTHERN ROCKIES** | | | | | | | | |
| **Fires** | 903 | 638 | 1,541 | 1,442 | 667 | 1997 | 2,213 | 2000 |
| **Acres** | 20,256 | 93,648 | 104,539 | 111,454 | 5,404 | 1997 | 521,782 | 2006 |
| **EAST BASIN** | | | | | | | | |
| **Fires** | 440 | 761 | 1,354 | 1,177 | 574 | 1997 | 1,666 | 2001 |
| **Acres** | 74,923 | 195,833 | 349,089 | 249,525 | 28,327 | 1997 | 673,073 | 2005 |
| **WEST BASIN** | | | | | | | | |
| **Fires** | 241 | 306 | 609 | 511 | 360 | 1998 | 791 | 2000 |
| **Acres** | 12,420 | 138,813 | 178,996 | 245,088 | 14,933 | 2003 | 987,743 | 2000 |
| **SOUTHWEST** | | | | | | | | |
| **Fires** | 1,679 | 1,267 | 3,073 | 3,465 | 2,599 | 2004 | 5,035 | 2006 |
| **Acres** | 53,997 | 98,396 | 172,072 | 387,796 | 50,368 | 2001 | 925,086 | 2002 |
| **ROCKY MOUNTAIN** | | | | | | | | |
| **Fires** | 773 | 863 | 1,636 | 1,732 | 1,246 | 1998 | 2,834 | 2006 |
| **Acres** | 15,750 | 40,706 | 64,598 | 111,817 | 11,695 | 1998 | 479,992 | 2002 |
| **EASTERN AREA** | | | | | | | | |
| **Fires** | 7,617 | 1,212 | 8,829 | 10,241 | 7,153 | 2004 | 13,872 | 1999 |
| **Acres** | 162,390 | 6,870 | 169,947 | 94,607 | 55,037 | 1997 | 173,506 | 2003 |
| **SOUTHERN AREA** | | | | | | | | |
| **Fires** | 30,372 | 2,409 | 33,021 | 25,341 | 11,277 | 2003 | 40,193 | 2006 |
| **Acres** | 1,339,453 | 93,058 | 1,432,511 | 688,630 | 193,465 | 2003 | 2,335,375 | 2006 |
| **NATIONALLY** | | | | | | | | |
| **Fires** | 46,368 | 10,515 | 58,252 | 50,508 | 35,987 | 2003 | 70,948 | 2006 |
| **Acres** | 1,873,507 | 1,496,719 | 3,431,029 | 3,442,725 | 1,531,121 | 2001 | 5,614,770 | 2006 |

The information above was obtained *primarily* from the Incident Management Situation Report from 1998-2007, however, some inaccuracies and inconsistencies have been corrected. Therefore, the data may not reflect other historic records and should *not* be considered for official statistical purposes.

**Prepared July 2, 2007 by the National Interagency Coordination Center – Predictive Services**