USDA – Forest Service FS-6300-8 (3/80)

| NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER (Reference FSH 6309.31) | | CONTRACT NUMBER AG-024B-C-07-9213 |
|---|---|---|
| | | UNIT Arapaho and Roosevelt National Forest - #1, Jeffco |
| | | PROJECT National, Exclusive-Use, Type I Helicopter Services |
| ORDER NUMBER 1 | DATE ISSUED July 10, 2007 | NAME AND ADDRESS OF CONTRACTOR HELICOPTER TRANSPORT SERVICES INC 5806 SW PLUMLEY ST CORVALLIS OR 97333-9602 |

**THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.**

## ☒ NOTICE TO PROCEED

This is your notice to proceed with the work on the above contract for the following items: **#1, Jeffco**
**If not on current fire assignment, A/C to report to Cody, WY airport**.

The time on this contract will start at the beginning of business on **July 10, 2007**.

## ☐ SUSPENSION OF WORK

You are to suspend work for the following reason(s): ______.

Effective close of business ______. Item Numbers ______.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.
☐ Full count of contract time will continue.
☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

**DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING**

## ☐ RESUMPTION OF WORK

Item Numbers ______. Effective Beginning of Business ______.

Time charged during period of partial suspension ______ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/9/07 |

**PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE**
**National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | DOM | 7/9/07 |

**INSTRUCTIONS:**

**If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.**

**If delivered in person, have Contractor sign the acknowledgement and retain the original.**

N715HT

USDA – Forest Service FS-6300-8 (3/80)

# NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER

*(Reference FSH 6309.31)*

| | |
|---|---|
| CONTRACT NUMBER | AG-024B-C-07-9213 |
| UNIT | Prescott National Forest - #2, Prescott |
| PROJECT | National, Exclusive-Use, Type I Helicopter Services |
| NAME AND ADDRESS OF CONTRACTOR | HELICOPTER TRANSPORT SERVICES INC<br>5806 SW PLUMLEY ST<br>CORVALLIS OR 97333-96022 |
| ORDER NUMBER | 1 |
| DATE ISSUED | July 10, 2007 |

**THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.**

☒ **NOTICE TO PROCEED**

This is your notice to proceed with the work on the above contract for the following items: **#2, Prescott**
**If not on current fire assignment, A/C to report to Prescott, AZ airport**
.

The time on this contract will start at the beginning of business on **July 10, 2007**.

☐ **SUSPENSION OF WORK**

You are to suspend work for the following reason(s): _____.

Effective close of business _____. Item Numbers _____.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.
☐ Full count of contract time will continue.
☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

**DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING**

☐ **RESUMPTION OF WORK**

Item Numbers _____. Effective Beginning of Business _____.

Time charged during period of partial suspension _____ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/9/07 |

**PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | DOM | 7/10/07 |

**INSTRUCTIONS:**

**If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.**

**If delivered in person, have Contractor sign the acknowledgement and retain the original.**

N719HT

USDA – Forest Service FS-6300-8 (3/80)

# NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER

*(Reference FSH 6309.31)*

| | |
|---|---|
| CONTRACT NUMBER | AG-024B-C-07-9213 |
| UNIT | Cibola National Forest - #3, Albuquerque |
| PROJECT | National, Exclusive-Use, Type I Helicopter Services |
| NAME AND ADDRESS OF CONTRACTOR | HELICOPTER TRANSPORT SERVICES INC<br>5806 SW PLUMLEY ST<br>CORVALLIS OR 97333-96022 |
| ORDER NUMBER | 1 |
| DATE ISSUED | July 10, 2007 |

**THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.**

☒ **NOTICE TO PROCEED**

This is your notice to proceed with the work on the above contract for the following items: **#3, Albuquerque**
**If not on current fire assignment, A/C to report to Payson, AZ airport.**

The time on this contract will start at the beginning of business on **July 10, 2007**.

☐ **SUSPENSION OF WORK**

You are to suspend work for the following reason(s): _____.

Effective close of business _____. Item Numbers _____.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.
☐ Full count of contract time will continue.
☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

**DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING**

☐ **RESUMPTION OF WORK**

Item Numbers _____. Effective Beginning of Business _____.

Time charged during period of partial suspension _____ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | CO. | 7/9/07 |

**PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE**
**National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | DOM | 7/9/07 |

**INSTRUCTIONS:**

**If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.**

**If delivered in person, have Contractor sign the acknowledgement and retain the original.**

N720HT

USDA – Forest Service

FS-6300-8 (3/80)

# NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER

*(Reference FSH 6309.31)*

CONTRACT NUMBER
AG-024B-C-07-9213

UNIT
Coronado National Forest - #4, Sierra Vista

PROJECT
National, Exclusive-Use, Type I Helicopter Services

NAME AND ADDRESS OF CONTRACTOR
HELICOPTER TRANSPORT SERVICES INC
5806 SW PLUMLEY ST
CORVALLIS OR 97333-96022

| ORDER NUMBER | DATE ISSUED |
|---|---|
| 1 | July 10, 2007 |

**THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.**

☒ **NOTICE TO PROCEED**

This is your notice to proceed with the work on the above contract for the following items: #4, Sierra Vista If not on current fire assignment, A/C to report to Sierra Vista, AZ airport.

The time on this contract will start at the beginning of business on July 10, 2007.

☐ **SUSPENSION OF WORK**

You are to suspend work for the following reason(s): _____.

Effective close of business _____. Item Numbers _____.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.

☐ Full count of contract time will continue.

☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

**DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING**

☐ **RESUMPTION OF WORK**

Item Numbers _____. Effective Beginning of Business _____.

Time charged during period of partial suspension _____ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/9/07 |

**PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | DOM | 7/9/07 |

**INSTRUCTIONS:**

**If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.**

**If delivered in person, have Contractor sign the acknowledgement and retain the original.**

N722HT

USDA – Forest Service FS-6300-8 (3/80)

# NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER

*(Reference FSH 6309.31)*

| | |
|---|---|
| CONTRACT NUMBER | AG-024B-C-07-9213 |
| UNIT | Dixie National Forest - #5, Cedar City |
| PROJECT | National, Exclusive-Use, Type I Helicopter Services |
| NAME AND ADDRESS OF CONTRACTOR | HELICOPTER TRANSPORT SERVICES INC<br>5806 SW PLUMLEY ST<br>CORVALLIS OR 97333-96022 |
| ORDER NUMBER | 1 |
| DATE ISSUED | July 10, 2007 |

**THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.**

☒ **NOTICE TO PROCEED**

This is your notice to proceed with the work on the above contract for the following items: **#5, Cedar City**
**If not on current fire assignment, A/C to report to Cedar City, UT. airport**

.

The time on this contract will start at the beginning of business on July 10, 2007.

☐ **SUSPENSION OF WORK**

You are to suspend work for the following reason(s): _____.

Effective close of business _____. Item Numbers _____.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.
☐ Full count of contract time will continue.
☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

**DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING**

☐ **RESUMPTION OF WORK**

Item Numbers _____. Effective Beginning of Business _____.

Time charged during period of partial suspension _____ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O | 7/9/07 |

**PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | DOM | 7/9/07 |

**INSTRUCTIONS:**

**If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.**

**If delivered in person, have Contractor sign the acknowledgement and retain the original.**

N718HT

USDA – Forest Service FS-6300-8 (3/80)

# NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER

*(Reference FSH 6309.31)*

CONTRACT NUMBER
AG-024B-C-07-9213

UNIT
Sierra National Forest - #22, Mariposa

PROJECT
National, Exclusive-Use, Type I Helicopter Services

NAME AND ADDRESS OF CONTRACTOR
HELICOPTER TRANSPORT SERVICES INC
5806 SW PLUMLEY ST
CORVALLIS OR 97333-96022

| ORDER NUMBER | DATE ISSUED |
|---|---|
| 1 | July 10, 2007 |

**THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.**

☒ **NOTICE TO PROCEED**

This is your notice to proceed with the work on the above contract for the following items: **#22, Mariposa**
**If not on current fire assignment, A/C to report to Mariposa, CA. airport**

The time on this contract will start at the beginning of business on **July 10, 2007**.

☐ **SUSPENSION OF WORK**

You are to suspend work for the following reason(s): _____.

Effective close of business _____. Item Numbers _____.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.
☐ Full count of contract time will continue.
☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

**DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING**

☐ **RESUMPTION OF WORK**

Item Numbers _____. Effective Beginning of Business _____.

Time charged during period of partial suspension _____ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/9/07 |

**PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE**
**National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | DOM | 7/9/07 |

**INSTRUCTIONS:**

**If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.**

**If delivered in person, have Contractor sign the acknowledgement and retain the original.**

N724HT

USDA – Forest Service FS-6300-8 (3/80)

# NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER

*(Reference FSH 6309.31)*

| | |
|---|---|
| CONTRACT NUMBER | AG-024B-C-07-9213 |
| UNIT | White River National Forest - #34, Rifle |
| PROJECT | National, Exclusive-Use, Type I Helicopter Services |
| NAME AND ADDRESS OF CONTRACTOR | HELICOPTER TRANSPORT SERVICES INC<br>5808 SW PLUMLEY ST<br>CORVALLIS OR 97333-96022 |
| ORDER NUMBER | 1 |
| DATE ISSUED | July 10, 2007 |

**THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.**

**☒ NOTICE TO PROCEED**

This is your notice to proceed with the work on the above contract for the following items: **#34, Rifle.**
**If not on current fire assignment, A/C to report to Rifle, CO airport.**

The time on this contract will start at the beginning of business on **July 10, 2007**.

**☐ SUSPENSION OF WORK**

You are to suspend work for the following reason(s): _____.

Effective close of business _____. Item Numbers _____.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.
☐ Full count of contract time will continue.
☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

**DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING**

**☐ RESUMPTION OF WORK**

Item Numbers _____. Effective Beginning of Business _____.

Time charged during period of partial suspension _____ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/9/07 |

**PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | DOM | 7/9/07 |

**INSTRUCTIONS:**

**If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.**

**If delivered in person, have Contractor sign the acknowledgement and retain the original.**

N725HT

USDA – Forest Service FS-6300-8 (3/80)

# NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER

*(Reference FSH 6309.31)*

CONTRACT NUMBER
AG-024B-C-07-9215

UNIT
Los Padres National Forest - #11, Casitas

PROJECT
National, Exclusive-Use, Type I Helicopter Services

NAME AND ADDRESS OF CONTRACTOR
CARSON HELICOPTERS INC
828 BROOKSIDE BLVD
GRANTS PASS OR 97526-7211

ORDER NUMBER
1

DATE ISSUED
July 10, 2007

THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.

☒ NOTICE TO PROCEED

This is your notice to proceed with the work on the above contract for the following items: **#11, Casitas**
**If not on current fire assignment, A/C to report to Casitas, CA. airport**

The time on this contract will start at the beginning of business on **July 10, 2007**.

☐ SUSPENSION OF WORK

You are to suspend work for the following reason(s): ____.

Effective close of business ____. Item Numbers ____.

Type of Suspension ☐ Total ☐ Partial
☐ No charge will be made against contract time for period of suspension.
☐ Full count of contract time will continue.
☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING

☐ RESUMPTION OF WORK

Item Numbers ____. Effective Beginning of Business ____.

Time charged during period of partial suspension ____ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/9/07 |

PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE
National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | Vice President | 7-9-07 |

INSTRUCTIONS:

If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.

If delivered in person, have Contractor sign the acknowledgement and retain the original.

USDA – Forest Service

FS-6300-8 (3/80)

# NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER

*(Reference FSH 6309.31)*

| | |
|---|---|
| CONTRACT NUMBER | AG-024B-C-07-9215 |
| UNIT | Angeles National Forest - #12, Van Nuys |
| PROJECT | National, Exclusive-Use, Type I Helicopter Services |
| NAME AND ADDRESS OF CONTRACTOR | CARSON HELICOPTERS INC<br>828 BROOKSIDE BLVD<br>GRANTS PASS OR 97526-7211 |
| ORDER NUMBER | 1 |
| DATE ISSUED | July 10, 2007 |

**THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.**

## ☒ NOTICE TO PROCEED

This is your notice to proceed with the work on the above contract for the following items: **#12, Van Nuys**
**If not on current fire assignment, A/C to report to Van Nuys, CA. airport**

The time on this contract will start at the beginning of business on **July 10, 2007**.

## ☐ SUSPENSION OF WORK

You are to suspend work for the following reason(s): ______.

Effective close of business ______. Item Numbers ______.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.
☐ Full count of contract time will continue.
☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

**DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING**

## ☐ RESUMPTION OF WORK

Item Numbers ______. Effective Beginning of Business ______.

Time charged during period of partial suspension ______ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/9/07 |

**PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | Vice President | 7-9-07 |

**INSTRUCTIONS:**

**If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.**

**If delivered in person, have Contractor sign the acknowledgement and retain the original.**

USDA – Forest Service FS-6300-8 (3/80)

# NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER

*(Reference FSH 6309.31)*

| | |
|---|---|
| CONTRACT NUMBER | AG-024B-C-07-9215 |
| UNIT | Arapaho and Roosevelt National Forest - #15, Jeffco |
| PROJECT | National, Exclusive-Use, Type I Helicopter Services |
| NAME AND ADDRESS OF CONTRACTOR | CARSON HELICOPTERS INC<br>828 BROOKSIDE BLVD<br>GRANTS PASS OR 97526-7211 |
| ORDER NUMBER | 1 |
| DATE ISSUED | July 10, 2007 |

THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.

☒ NOTICE TO PROCEED

This is your notice to proceed with the work on the above contract for the following items: #15, Jeffco
If not on current fire assignment, A/C to report to Jeffco, CO, airport

The time on this contract will start at the beginning of business on July 10, 2007.

☐ SUSPENSION OF WORK

You are to suspend work for the following reason(s): _____.

Effective close of business _____. Item Numbers _____.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.
☐ Full count of contract time will continue.
☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING

☐ RESUMPTION OF WORK

Item Numbers _____. Effective Beginning of Business _____.

Time charged during period of partial suspension _____ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/9/07 |

PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE
National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | Vice President | 7-9-07 |

INSTRUCTIONS:

If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.

If delivered in person, have Contractor sign the acknowledgement and retain the original.

USDA – Forest Service FS-6300-8 (3/80)

# NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER

*(Reference FSH 6309.31)*

| | |
|---|---|
| CONTRACT NUMBER | AG-024B-C-07-9215 |
| UNIT | Tonto National Forest - #16, Phoenix |
| PROJECT | National, Exclusive-Use, Type I Helicopter Services |
| NAME AND ADDRESS OF CONTRACTOR | CARSON HELICOPTERS INC<br>828 BROOKSIDE BLVD<br>GRANTS PASS OR 97526-7211 |
| ORDER NUMBER | 1 |
| DATE ISSUED | July 10, 2007 |

**THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.**

**☒ NOTICE TO PROCEED**

This is your notice to proceed with the work on the above contract for the following items: **#16, Phoenix**
**If not on current fire assignment, A/C to report to Phoenix, AZ (IWA) airport**

The time on this contract will start at the beginning of business on **July 10, 2007**.

**☐ SUSPENSION OF WORK**

You are to suspend work for the following reason(s): ______.

Effective close of business ______. Item Numbers ______.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.

☐ Full count of contract time will continue.

☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

**DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING**

**☐ RESUMPTION OF WORK**

Item Numbers ______. Effective Beginning of Business ______.

Time charged during period of partial suspension ______ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/9/07 |

**PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | Vice President | 7-9-07 |

**INSTRUCTIONS:**

**If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.**

**If delivered in person, have Contractor sign the acknowledgement and retain the original.**

USDA – Forest Service FS-6300-8 (3/80)

| | |
|---|---|
| **NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER** *(Reference FSH 6309.31)* | CONTRACT NUMBER<br>AG-024B-C-07-9215 |
| | UNIT<br>Payette National Forest - #17, McCall |
| | PROJECT<br>National, Exclusive-Use, Type I Helicopter Services |
| ORDER NUMBER: 1 — DATE ISSUED: July 10, 2007 | NAME AND ADDRESS OF CONTRACTOR<br>CARSON HELICOPTERS INC<br>828 BROOKSIDE BLVD<br>GRANTS PASS OR 97526-7211 |

**THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.**

☒ **NOTICE TO PROCEED**

This is your notice to proceed with the work on the above contract for the following items: **#17, McCall**
**If not on current fire assignment, A/C to report to McCall, ID, airport**

The time on this contract will start at the beginning of business on **July 10, 2007**.

☐ **SUSPENSION OF WORK**

You are to suspend work for the following reason(s): ______.

Effective close of business ______. Item Numbers ______.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.

☐ Full count of contract time will continue.

☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

**DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING**

☐ **RESUMPTION OF WORK**

Item Numbers ______. Effective Beginning of Business ______.

Time charged during period of partial suspension ______ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/9/07 |

**PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE**
**National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | Vice President | 7-9-07 |

**INSTRUCTIONS:**

If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.

If delivered in person, have Contractor sign the acknowledgement and retain the original.

FS-6300-8 (3/80)

USDA – Forest Service

# NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER

*(Reference FSH 6309.31)*

| | |
|---|---|
| CONTRACT NUMBER | AG-024B-C-07-9215 |
| UNIT | Salmon-Challis National Forest - #18, Salmon |
| PROJECT | National, Exclusive-Use, Type I Helicopter Services |
| NAME AND ADDRESS OF CONTRACTOR | CARSON HELICOPTERS INC<br>828 BROOKSIDE BLVD<br>GRANTS PASS OR 97526-7211 |
| ORDER NUMBER | 1 |
| DATE ISSUED | July 10, 2007 |

THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.

☒ **NOTICE TO PROCEED**

This is your notice to proceed with the work on the above contract for the following items: **#18, Salmon** **If not on current fire assignment, A/C to report to Salmon, ID. airport**

The time on this contract will start at the beginning of business on **July 10, 2007**.

☐ **SUSPENSION OF WORK**

You are to suspend work for the following reason(s): ____.

Effective close of business ____. Item Numbers ____.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.

☐ Full count of contract time will continue.

☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

**DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING**

☐ **RESUMPTION OF WORK**

Item Numbers ____. Effective Beginning of Business ____.

Time charged during period of partial suspension ____ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/9/07 |

**PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | Vice President | 7-9-07 |

**INSTRUCTIONS:**

**If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.**

**If delivered in person, have Contractor sign the acknowledgement and retain the original.**

USDA – Forest Service

FS-6300-8 (3/80)

# NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER

*(Reference FSH 6309.31)*

CONTRACT NUMBER
AG-024B-C-07-9215

UNIT
El Dorado National Forest - #19, Pollock Pines

PROJECT
National, Exclusive-Use, Type I Helicopter Services

NAME AND ADDRESS OF CONTRACTOR
CARSON HELICOPTERS INC
828 BROOKSIDE BLVD
GRANTS PASS OR 97526-7211

| ORDER NUMBER | DATE ISSUED |
|---|---|
| 1 | July 10, 2007 |

**THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.**

☒ **NOTICE TO PROCEED**

This is your notice to proceed with the work on the above contract for the following items: **#19, Pollock Pines**
**If not on current fire assignment, A/C to report to Pollock Pines Ranger Station Helibase**

The time on this contract will start at the beginning of business on **July 10, 2007**.

☐ **SUSPENSION OF WORK**

You are to suspend work for the following reason(s): _____.

Effective close of business _____. Item Numbers _____.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.

☐ Full count of contract time will continue.

☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

**DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING**

☐ **RESUMPTION OF WORK**

Item Numbers _____. Effective Beginning of Business _____.

Time charged during period of partial suspension _____ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/10/07 |

**PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE**
**National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] for Steve Metheny | Vice President | 7/10/07 |

**INSTRUCTIONS:**

**If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.**

**If delivered in person, have Contractor sign the acknowledgement and retain the original.**

USDA -- Forest Service

FS-6300-8 (3/80)

# NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER

*(Reference FSH 6309.31)*

| | |
|---|---|
| CONTRACT NUMBER | AG-024B-C-07-9216 |
| UNIT | Humboldt-Tolyabe National Forest - #25, Reno/Stead |
| PROJECT | National, Exclusive-Use, Type I Helicopter Services |
| NAME AND ADDRESS OF CONTRACTOR | COLUMBIA HELICOPTERS INC<br>PO BOX 3500<br>PORTLAND OR 97208-3500 |
| ORDER NUMBER | 1 |
| DATE ISSUED | July 10, 2007 |

**THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.**

## ☒ NOTICE TO PROCEED

This is your notice to proceed with the work on the above contract for the following items: **#25, Reno/Stead** **If not on current fire assignment, A/C to report to Reno/Stead, NV. airport**.

The time on this contract will start at the beginning of business on **July 10, 2007**.

## ☐ SUSPENSION OF WORK

You are to suspend work for the following reason(s): _____.

Effective close of business _____. Item Numbers _____.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.

☐ Full count of contract time will continue.

☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

**DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING**

## ☐ RESUMPTION OF WORK

Item Numbers _____. Effective Beginning of Business _____.

Time charged during period of partial suspension _____ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/5/07 |

**PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE**
**National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | Executive VP | 7/9/07 |

**INSTRUCTIONS:**

**If mailed to Contractor, send original by Certified Mail -- Return Receipt Requested.**

**If delivered in person, have Contractor sign the acknowledgement and retain the original.**

USDA – Forest Service FS-6300-8 (3/80)

# NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER

*(Reference FSH 6309.31)*

| | |
|---|---|
| CONTRACT NUMBER | |
| UNIT | Lassen National Forest - #30, Chester |
| PROJECT | National, Exclusive-Use, Type I Helicopter Services |
| NAME AND ADDRESS OF CONTRACTOR | COLUMBIA HELICOPTERS INC<br>PO BOX 3500<br>PORTLAND OR 97208-3500 |
| ORDER NUMBER | 1 |
| DATE ISSUED | July 10, 2007 |

**THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.**

**☒ NOTICE TO PROCEED**

This is your notice to proceed with the work on the above contract for the following items: **#30, Chester**
**If not on current fire assignment, A/C to report to Chester, CA. airport**

The time on this contract will start at the beginning of business on **July 10, 2007**.

**☐ SUSPENSION OF WORK**

You are to suspend work for the following reason(s): _____.

Effective close of business _____. Item Numbers _____.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.
☐ Full count of contract time will continue.
☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

**DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING**

**☐ RESUMPTION OF WORK**

Item Numbers _____. Effective Beginning of Business _____.

Time charged during period of partial suspension _____ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/9/07 |

**PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE**
**National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | Executive VP | 7/9/07 |

**INSTRUCTIONS:**

**If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.**

**If delivered in person, have Contractor sign the acknowledgement and retain the original.**

USDA – Forest Service

FS-6300-8 (3/80)

# NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER

*(Reference FSH 6309.31)*

| | |
|---|---|
| CONTRACT NUMBER | AG-024B-C-07-9217 |
| UNIT | Gila National Forest - #33, Silver City |
| PROJECT | National, Exclusive-Use, Type I Helicopter Services |
| NAME AND ADDRESS OF CONTRACTOR | CONSTRUCTION HELICOPTERS INC<br>807 WILLOW RUN AIRPORT<br>YPSILANTI MI 48198-0899 |
| ORDER NUMBER | 1 |
| DATE ISSUED | July 10, 2007 |

**THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.**

## ☒ NOTICE TO PROCEED

This is your notice to proceed with the work on the above contract for the following items: **#33, Silver City**
**If not on current fire assignment, A/C to report to Prescott, AZ, airport.**

The time on this contract will start at the beginning of business on **July 10, 2007**.

## ☐ SUSPENSION OF WORK

You are to suspend work for the following reason(s): _____.

Effective close of business _____. Item Numbers _____.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.

☐ Full count of contract time will continue.

☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

**DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING**

## ☐ RESUMPTION OF WORK

Item Numbers _____. Effective Beginning of Business _____.

Time charged during period of partial suspension _____ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/9/07 |

**PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE**
**National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | President | 7/10/07 |

**INSTRUCTIONS:**

**If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.**

**If delivered in person, have Contractor sign the acknowledgement and retain the original.**

USDA – Forest Service FS-6300-8 (3/80)

| NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER (Reference FSH 6309.31) | | CONTRACT NUMBER AG-024B-C-07-9218 |
|---|---|---|
| | | UNIT Santa Fe National Forest - #32, Santa Fe |
| | | PROJECT National, Exclusive-Use, Type I Helicopter Services |
| ORDER NUMBER 1 | DATE ISSUED July 10, 2007 | NAME AND ADDRESS OF CONTRACTOR CROMAN CORPORATION 801 AVENUE C WHITE CITY OR 97503-1082 |

THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.

## ☒ NOTICE TO PROCEED

This is your notice to proceed with the work on the above contract for the following items: #32, Santa Fe
If not on current fire assignment, A/C to report to Santa Fe, NM. airport

The time on this contract will start at the beginning of business on July 10, 2007.

## ☐ SUSPENSION OF WORK

You are to suspend work for the following reason(s): _____.

Effective close of business _____. Item Numbers _____.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.
☐ Full count of contract time will continue.
☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

**DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING**

## ☐ RESUMPTION OF WORK

Item Numbers _____. Effective Beginning of Business _____.

Time charged during period of partial suspension _____ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/9/07 |

**PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | Pres | 7/9/07 |

**INSTRUCTIONS:**

**If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.**

**If delivered in person, have Contractor sign the acknowledgement and retain the original.**

USDA – Forest Service FS-6300-8 (3/00)

# NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER

*(Reference FSH 6309.31)*

| | |
|---|---|
| CONTRACT NUMBER | AG-024B-C-07-9219 |
| UNIT | Cleveland National Forest - #10, Hemet |
| PROJECT | National, Exclusive-Use, Type I Helicopter Services |
| NAME AND ADDRESS OF CONTRACTOR | GEO-SEIS HELICOPTERS INC<br>116 N RAQUETTE DR<br>FORT COLLINS CO 80524-2757 |
| ORDER NUMBER | 1 |
| DATE ISSUED | July 10, 2007 |

**THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED**

☒ **NOTICE TO PROCEED**

This is your notice to proceed with the work on the above contract for the following items: **#10, Hemet**
**If not on current fire assignment, A/C to report to Hemet, CA, airport.**

The time on this contract will start at the beginning of business on **July 10, 2007**.

☐ **SUSPENSION OF WORK**

You are to suspend work for the following reason(s): _____.

Effective close of business _____. Item Numbers _____.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.
☐ Full count of contract time will continue.
☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

**DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING**

☐ **RESUMPTION OF WORK**

Item Numbers _____. Effective Beginning of Business _____.

Time charged during period of partial suspension _____ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/9/07 |

**PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE**
**National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] William T. Browder | CEO/President | 7-9-07 |

**INSTRUCTIONS:**

**If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.**

**If delivered in person, have Contractor sign the acknowledgement and retain the original.**

USDA – Forest Service FS-6300-8 (3/80)

| | |
|---|---|
| **NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER** *(Reference FSH 6309.31)* | CONTRACT NUMBER **AG-024B-C-07-9220** |
| | UNIT **Lassen National Forest - #14, Chester** |
| | PROJECT **National, Exclusive-Use, Type I Helicopter Services** |
| ORDER NUMBER **1** / DATE ISSUED **July 10, 2007** | NAME AND ADDRESS OF CONTRACTOR **HELIQWEST INTERNATIONAL INC 1 CREATIVE PL MONTROSE CO 81401-6330** |

**THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.**

## ☒ NOTICE TO PROCEED

This is your notice to proceed with the work on the above contract for the following items: **#14, Chester**
**If not on current fire assignment, A/C to report to Chester, CA, airport**

The time on this contract will start at the beginning of business on **July 10, 2007**.

## ☐ SUSPENSION OF WORK

You are to suspend work for the following reason(s): ______.

Effective close of business ______. Item Numbers ______.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.
☐ Full count of contract time will continue.
☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

**DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING**

## ☐ RESUMPTION OF WORK

Item Numbers ______. Effective Beginning of Business ______.

Time charged during period of partial suspension ______ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/9/07 |

**PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] R. Simonneau | Director of Operations | 7.10.07 |

**INSTRUCTIONS:**

**If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.**

**If delivered in person, have Contractor sign the acknowledgement and retain the original.**

Thank You

USDA – Forest Service FS-6300-8 (3/80)

# NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER

*(Reference FSH 6309.31)*

CONTRACT NUMBER
AG-024B-C-07-9222

UNIT
Los Padres National Forest - #9, Chuchupate

PROJECT
National, Exclusive-Use, Type II Helicopter Services

NAME AND ADDRESS OF CONTRACTOR
SAN JOAQUIN HELICOPTERS INC
1407 S LEXINGTON ST
DELANO CA 93215-9700

| ORDER NUMBER | DATE ISSUED |
|---|---|
| 1 | July 02, 2007 |

**THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.**

☒ **NOTICE TO PROCEED**

This is your notice to proceed with the work on the above contract for the following items: #9, Chuchupate.

The time on this contract will start at the beginning of business on July 03, 2007 (Revised MAP July 3-Dec 3).

☐ **SUSPENSION OF WORK**

You are to suspend work for the following reason(s): _____.

Effective close of business _____. Item Numbers _____.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.
☐ Full count of contract time will continue.
☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

**DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING**

☐ **RESUMPTION OF WORK**

Item Numbers _____. Effective Beginning of Business _____.

Time charged during period of partial suspension _____ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | Contracting Officer | July 2, 2007 |

**PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | Pres | 7-5-07 |

**INSTRUCTIONS:**

**If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.**
**If delivered in person, have Contractor sign the acknowledgement and retain the original.**

FS-6300-8 (3/80)

USDA – Forest Service

# NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER

*(Reference FSH 6309.31)*

| | |
|---|---|
| CONTRACT NUMBER | AG-024B-C-07-9223 |
| UNIT | Custer National Forest - #13, Custer |
| PROJECT | National, Exclusive-Use, Type II Helicopter Services |
| NAME AND ADDRESS OF CONTRACTOR | MINUTEMAN AVIATION INC<br>5225 HWY 10W, AIRPORT BOX 16<br>MISSOULA MT 59808 |
| ORDER NUMBER | 1 |
| DATE ISSUED | July 10, 2007 |

**THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.**

☒ NOTICE TO PROCEED

This is your notice to proceed with the work on the above contract for the following items: #13, Custer
**If not on current fire assignment, A/C to report to Custer, SD. airport**

The time on this contract will start at the beginning of business on July 10, 2007.

☐ SUSPENSION OF WORK

You are to suspend work for the following reason(s): ______.

Effective close of business ______. Item Numbers ______.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.

☐ Full count of contract time will continue.

☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING

☐ RESUMPTION OF WORK

Item Numbers ______ Effective Beginning of Business ______.

Time charged during period of partial suspension ______ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/9/07 |

PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE
National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | Vice - President | 7/10/07 |

INSTRUCTIONS:

If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.

If delivered in person, have Contractor sign the acknowledgement and retain the original.

USDA – Forest Service

FS-6300-8 (3/80)

# NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER

*(Reference FSH 6309.31)*

CONTRACT NUMBER
AG-024B-C-07-9224

UNIT
Wenatchee National Forest - #21, Wenatchee

PROJECT
National, Exclusive-Use, Type II Helicopter Services

NAME AND ADDRESS OF CONTRACTOR
ARCHER AVIATION INC
347 SHEA RD
WAITSBURG WA 99361-9645

ORDER NUMBER
1

DATE ISSUED
July 10, 2007

**THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED**

☒ **NOTICE TO PROCEED**

This is your notice to proceed with the work on the above contract for the following items: **#21, Wenatchee**
**If not on current fire assignment, A/C to report to Wenatchee airport**

The time on this contract will start at the beginning of business on **July 11, 2007**.

☐ **SUSPENSION OF WORK**

You are to suspend work for the following reason(s): ______.

Effective close of business ______. Item Numbers ______.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.

☐ Full count of contract time will continue.

☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

**DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING**

☐ **RESUMPTION OF WORK**

Item Numbers ______. Effective Beginning of Business ______.

Time charged during period of partial suspension ______ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/10/07 |

**PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE**
**National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| Tom Archer | Pres. | 7/10/07 |

**INSTRUCTIONS:**

**If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.**

**If delivered in person, have Contractor sign the acknowledgement and retain the original.**

USDA – Forest Service FS-6300-8 (3/90)

# NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER

*(Reference FSH 6309.31)*

| | |
|---|---|
| CONTRACT NUMBER | AG-024B-C-07-9225 |
| UNIT | Helena National Forest - #23, Helena |
| PROJECT | National, Exclusive-Use, Type II Helicopter Services |
| NAME AND ADDRESS OF CONTRACTOR | SKY AVIATION CORPORATION<br>PO BOX 51<br>WORLAND WY 82401-0051 |
| ORDER NUMBER | 1 |
| DATE ISSUED | July 10, 2007 |

**THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.**

**☒ NOTICE TO PROCEED**

This is your notice to proceed with the work on the above contract for the following items: **#23, Helena**
**If not on current fire assignment, A/C to report to Helena, MT airport**

The time on this contract will start at the beginning of business on **July 10, 2007**.

**☐ SUSPENSION OF WORK**

You are to suspend work for the following reason(s): ______.

Effective close of business ______. Item Numbers ______.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.
☐ Full count of contract time will continue.
☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

**DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING**

**☐ RESUMPTION OF WORK**

Item Numbers ______. Effective Beginning of Business ______.

Time charged during period of partial suspension ______ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C. O. | 7/9/07 |

**PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE**
**National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | GENERAL MANAGER | 7-10-07 |

**INSTRUCTIONS:**

**If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.**
**If delivered in person, have Contractor sign the acknowledgement and retain the original.**

USDA – Forest Service

FS-6300-8 (3/80)

# NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER

*(Reference FSH 6309.31)*

CONTRACT NUMBER
AG-024B-C-07-9226

UNIT
Willamette National Forest - #26, Oakridge

PROJECT
National, Exclusive-Use, Type II Helicopter Services

NAME AND ADDRESS OF CONTRACTOR
HELI-FLITE INC
dba ARIS HELICOPTERS
6873 FLIGHT RD
RIVERSIDE CA 92504-1932

| ORDER NUMBER | DATE ISSUED |
|---|---|
| 1 | July 10, 2007 |

**THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.**

## ☒ NOTICE TO PROCEED

This is your notice to proceed with the work on the above contract for the following items: #28, Oakridge
**If not on current fire assignment, A/C to report to Klamath Falls, OR, airport**

The time on this contract will start at the beginning of business on July 10, 2007.

## ☐ SUSPENSION OF WORK

You are to suspend work for the following reason(s): _____.

Effective close of business _____. Item Numbers _____.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.
☐ Full count of contract time will continue.
☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

**DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING**

## ☐ RESUMPTION OF WORK

Item Numbers _____. Effective Beginning of Business _____.

Time charged during period of partial suspension _____ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/9/07 |

**PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | General Manager | 7-9-2007 |

**INSTRUCTIONS:**

**If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.**

**If delivered in person, have Contractor sign the acknowledgement and retain the original.**