USDA – Forest Service

FS-6300-8 (3/80)

# NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER

*(Reference FSH 6309.31)*

CONTRACT NUMBER
**AG-024B-C-07-9228**

UNIT
**Idaho Panhandle National Forest - #28, Coeur d'Alene**

PROJECT
**National, Exclusive-Use, Type II Helicopter Services**

NAME AND ADDRESS OF CONTRACTOR
**PANHANDLE HELICOPTER INC**
**PO BOX 934**
**POST FALLS ID 83877-0934**

| ORDER NUMBER | DATE ISSUED |
|---|---|
| 1 | July 10, 2007 |

**THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.**

## ☒ NOTICE TO PROCEED

This is your notice to proceed with the work on the above contract for the following items: **#28, Coeur d'Alene**
**If not on current fire assignment, A/C to report to Coeur d' Alene, ID. airport**

The time on this contract will start at the beginning of business on July 10, 2007.

## ☐ SUSPENSION OF WORK

You are to suspend work for the following reason(s): _____.

Effective close of business _____. Item Numbers _____.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.
☐ Full count of contract time will continue.
☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

**DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING**

## ☐ RESUMPTION OF WORK

Item Numbers _____. Effective Beginning of Business _____.

Time charged during period of partial suspension _____ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/9/07 |

**PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE**
**National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | D.O. | 7-10-07 |

**INSTRUCTIONS:**

**If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.**

**If delivered in person, have Contractor sign the acknowledgement and retain the original.**

USDA – Forest Service

FS-6300-8 (3/80)

# NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER

*(Reference FSH 6309.31)*

CONTRACT NUMBER
AG-024B-C-07-9229

UNIT
Wallowa-Whitman National Forest - #29, La Grande

PROJECT
National, Exclusive-Use, Type II Helicopter Services

NAME AND ADDRESS OF CONTRACTOR
CLINE AIR SERVICES, INC
dba CENTRAL VALLEY HELICOPTERS
891 PRATER RD
ELLENSBURG WA 98926-7671

| ORDER NUMBER | DATE ISSUED |
|---|---|
| 1 | July 10, 2007 |

**THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.**

☒ **NOTICE TO PROCEED**

This is your notice to proceed with the work on the above contract for the following items: **#29, La Grande**
**If not on current fire assignment, A/C to report to La Grande, OR. airport**

The time on this contract will start at the beginning of business on **July 10, 2007**.

☐ **SUSPENSION OF WORK**

You are to suspend work for the following reason(s): ______.

Effective close of business ______. Item Numbers ______.

Type of Suspension ☐ Total ☐ Partial
☐ No charge will be made against contract time for period of suspension.
☐ Full count of contract time will continue.
☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

**DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING**

☐ **RESUMPTION OF WORK**

Item Numbers ______. Effective Beginning of Business ______.

Time charged during period of partial suspension ______ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/9/07 |

**PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE**
**National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | Manager | 7-9-07 |

INSTRUCTIONS:

If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.

If delivered in person, have Contractor sign the acknowledgement and retain the original.

USDA – Forest Service

FS-6300-3 (3/80)

# NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER

*(Reference FSH 6309.31)*

| | |
|---|---|
| CONTRACT NUMBER | AG-024B-C-07-9230 |
| UNIT | Klamath National Forest - #27, Montague |
| PROJECT | National, Exclusive-Use, Type II Helicopter Services |
| NAME AND ADDRESS OF CONTRACTOR | MIDWEST HELICOPTER AIRWAYS, INC<br>525 EXECUTIVE DR<br>WILLOWBROOK IL 60527-6601 |
| ORDER NUMBER | 1 |
| DATE ISSUED | July 10, 2007 |

**THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.**

☒ **NOTICE TO PROCEED**

This is your notice to proceed with the work on the above contract for the following items: **#27, Montague** **If not on current fire assignment, A/C to report to Montague, CA. airport**.

The time on this contract will start at the beginning of business on **July 15, 2007**.

☒ **SUSPENSION OF WORK**

You are to suspend work for the following reason(s): _____.

Effective close of business _____. Item Numbers _____.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.

☐ Full count of contract time will continue.

☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

**DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING**

☐ **RESUMPTION OF WORK**

Item Numbers _____. Effective Beginning of Business _____.

Time charged during period of partial suspension _____ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/10/07 |

**PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE**
**National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | V.P. | 7-11-07 |

**INSTRUCTIONS:**

**If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.**

**If delivered in person, have Contractor sign the acknowledgement and retain the original.**

USDA – Forest Service

FS-6300-8 (3/80)

# NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER

*(Reference FSH 6309.31)*

| | |
|---|---|
| CONTRACT NUMBER | AG-024B-C-07-9230 |
| UNIT | Malheur National Forest - #31, John Day |
| PROJECT | National, Exclusive-Use, Type II Helicopter Services |
| NAME AND ADDRESS OF CONTRACTOR | MIDWEST HELICOPTER AIRWAYS, INC<br>525 EXECUTIVE DR<br>WILLOWBROOK IL 60527-5601 |

| ORDER NUMBER | DATE ISSUED |
|---|---|
| 1 | July 10, 2007 |

THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.

☒ NOTICE TO PROCEED

This is your notice to proceed with the work on the above contract for the following items: #31, John Day If not on current fire assignment, A/C to report to John Day, OR, airport.

The time on this contract will start at the beginning of business on July 12, 2007.

☐ SUSPENSION OF WORK

You are to suspend work for the following reason(s): ____.

Effective close of business ____, Item Numbers ____.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.

☐ Full count of contract time will continue.

☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING

☐ RESUMPTION OF WORK

Item Numbers ____. Effective Beginning of Business ____.

Time charged during period of partial suspension ____ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/10/07 |

PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | V.P. | 7-11-07 |

**INSTRUCTIONS:**

If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.

If delivered in person, have Contractor sign the acknowledgement and retain the original.

USDA – Forest Service

FS-6300-8 (3/80)

# NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER

*(Reference FSH 6309.31)*

CONTRACT NUMBER
AG-024B-C-07-9231

UNIT
Nez Perce National Forest - #35, Grangeville

PROJECT
National, Exclusive-Use, Type II Helicopter Services

NAME AND ADDRESS OF CONTRACTOR
LEADING EDGE AVIATION
PO BOX 1484
LEWISTON ID 83501-1459

ORDER NUMBER
1

DATE ISSUED
July 10, 2007

**THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.**

☒ **NOTICE TO PROCEED**

This is your notice to proceed with the work on the above contract for the following items: **#35, Grangeville**
**If not on current fire assignment, A/C to report to Grangeville, ID, airport**

The time on this contract will start at the beginning of business on **July 10, 2007**.

☐ **SUSPENSION OF WORK**

You are to suspend work for the following reason(s): ______.

Effective close of business ______. Item Numbers ______.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.

☐ Full count of contract time will continue.

☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

**DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING**

☐ **RESUMPTION OF WORK**

Item Numbers ______. Effective Beginning of Business ______.

Time charged during period of partial suspension ______ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/9/07 |

**PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE**
**National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | Owner /Member | 7-9-07 |

**INSTRUCTIONS:**

**If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.**

**If delivered in person, have Contractor sign the acknowledgement and retain the original.**

USDA – Forest Service FS-6300-8 (3/80)

| NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER *(Reference FSH 6309.31)* | | CONTRACT NUMBER AG-024B-C-07-9213 |
|---|---|---|
| | | UNIT Arapaho and Roosevelt National Forest - #1, Jeffco |
| | | PROJECT National, Exclusive-Use, Type I Helicopter Services |
| ORDER NUMBER 1 | DATE ISSUED July 10, 2007 | NAME AND ADDRESS OF CONTRACTOR HELICOPTER TRANSPORT SERVICES INC 5806 SW PLUMLEY ST CORVALLIS OR 97333-9602 |

**THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.**

**☒ NOTICE TO PROCEED**

This is your notice to proceed with the work on the above contract for the following items: **#1, Jeffco**
**If not on current fire assignment, A/C to report to Cody, WY airport**.

The time on this contract will start at the beginning of business on **July 10, 2007**.

**☐ SUSPENSION OF WORK**

You are to suspend work for the following reason(s): ______.

Effective close of business ______. Item Numbers ______.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.
☐ Full count of contract time will continue.
☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

**DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING**

**☐ RESUMPTION OF WORK**

Item Numbers ______. Effective Beginning of Business ______.

Time charged during period of partial suspension ______ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/9/07 |

**PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE**
**National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | DOM | 7/9/07 |

**INSTRUCTIONS:**

**If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.**

**If delivered in person, have Contractor sign the acknowledgement and retain the original.**

N715HT

USDA – Forest Service

FS-6300-8 (3/80)

# NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER

*(Reference FSH 6309.31)*

CONTRACT NUMBER
AG-024B-C-07-9213

UNIT
Prescott National Forest - #2, Prescott

PROJECT
National, Exclusive-Use, Type I Helicopter Services

NAME AND ADDRESS OF CONTRACTOR
HELICOPTER TRANSPORT SERVICES INC
5806 SW PLUMLEY ST
CORVALLIS OR 97333-96022

| ORDER NUMBER | DATE ISSUED |
|---|---|
| 1 | July 10, 2007 |

**THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.**

☒ **NOTICE TO PROCEED**

This is your notice to proceed with the work on the above contract for the following items: **#2, Prescott**
**If not on current fire assignment, A/C to report to Prescott, AZ airport**
.

The time on this contract will start at the beginning of business on **July 10, 2007**.

☐ **SUSPENSION OF WORK**

You are to suspend work for the following reason(s): _____.

Effective close of business _____. Item Numbers _____.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.
☐ Full count of contract time will continue.
☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

**DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING**

☐ **RESUMPTION OF WORK**

Item Numbers _____. Effective Beginning of Business _____.

Time charged during period of partial suspension _____ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/9/07 |

**PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE**
**National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | DOM | 7/9/07 |

**INSTRUCTIONS:**

**If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.**

**If delivered in person, have Contractor sign the acknowledgement and retain the original.**

N719HT

USDA – Forest Service FS-6300-8 (3/80)

# NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER

*(Reference FSH 6309.31)*

| | |
|---|---|
| CONTRACT NUMBER | AG-024B-C-07-9213 |
| UNIT | Cibola National Forest - #3, Albuquerque |
| PROJECT | National, Exclusive-Use, Type I Helicopter Services |
| NAME AND ADDRESS OF CONTRACTOR | HELICOPTER TRANSPORT SERVICES INC<br>5806 SW PLUMLEY ST<br>CORVALLIS OR 97333-96022 |
| ORDER NUMBER | 1 |
| DATE ISSUED | July 10, 2007 |

**THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.**

☒ **NOTICE TO PROCEED**

This is your notice to proceed with the work on the above contract for the following items: **#3, Albuquerque If not on current fire assignment, A/C to report to Payson, AZ airport.**

The time on this contract will start at the beginning of business on July 10, 2007.

☐ **SUSPENSION OF WORK**

You are to suspend work for the following reason(s): _____.

Effective close of business _____. Item Numbers _____.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.

☐ Full count of contract time will continue.

☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

**DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING**

☐ **RESUMPTION OF WORK**

Item Numbers _____. Effective Beginning of Business _____.

Time charged during period of partial suspension _____ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/9/07 |

**PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | DOM | 7/9/07 |

**INSTRUCTIONS:**

**If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.**

**If delivered in person, have Contractor sign the acknowledgement and retain the original.**

N720HT

USDA – Forest Service FS-6300-8 (3/80)

| NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER (Reference FSH 6309.31) | | CONTRACT NUMBER AG-024B-C-07-9213 |
|---|---|---|
| | | UNIT Coronado National Forest - #4, Sierra Vista |
| | | PROJECT National, Exclusive-Use, Type I Helicopter Services |
| ORDER NUMBER 1 | DATE ISSUED July 10, 2007 | NAME AND ADDRESS OF CONTRACTOR HELICOPTER TRANSPORT SERVICES INC 5806 SW PLUMLEY ST CORVALLIS OR 97333-96022 |

**THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.**

☒ **NOTICE TO PROCEED**

This is your notice to proceed with the work on the above contract for the following items: #4, Sierra Vista If not on current fire assignment, A/C to report to Sierra Vista, AZ airport.

The time on this contract will start at the beginning of business on July 10, 2007.

☐ **SUSPENSION OF WORK**

You are to suspend work for the following reason(s): _____.

Effective close of business _____. Item Numbers _____.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.

☐ Full count of contract time will continue.

☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

**DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING**

☐ **RESUMPTION OF WORK**

Item Numbers _____. Effective Beginning of Business _____.

Time charged during period of partial suspension _____ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/9/07 |

**PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | DOM | 7/9/07 |

**INSTRUCTIONS:**

**If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.**

**If delivered in person, have Contractor sign the acknowledgement and retain the original.**

N722HT

USDA – Forest Service

FS-6300-8 (3/80)

# NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER

*(Reference FSH 6309.31)*

| | |
|---|---|
| CONTRACT NUMBER | AG-024B-C-07-9213 |
| UNIT | Dixie National Forest - #5, Cedar City |
| PROJECT | National, Exclusive-Use, Type I Helicopter Services |
| NAME AND ADDRESS OF CONTRACTOR | HELICOPTER TRANSPORT SERVICES INC<br>5806 SW PLUMLEY ST<br>CORVALLIS OR 97333-96022 |

| ORDER NUMBER | DATE ISSUED |
|---|---|
| 1 | July 10, 2007 |

THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.

☒ NOTICE TO PROCEED

This is your notice to proceed with the work on the above contract for the following items: #5, Cedar City
If not on current fire assignment, A/C to report to Cedar City, UT. airport

The time on this contract will start at the beginning of business on July 10, 2007.

☐ SUSPENSION OF WORK

You are to suspend work for the following reason(s): _____.

Effective close of business _____. Item Numbers _____.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.

☐ Full count of contract time will continue.

☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING

☐ RESUMPTION OF WORK

Item Numbers _____. Effective Beginning of Business _____.

Time charged during period of partial suspension _____ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O | 7/9/07 |

PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | DOM | 7/9/07 |

INSTRUCTIONS:

If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.

If delivered in person, have Contractor sign the acknowledgement and retain the original.

N718HT

USDA – Forest Service

FS-6300-8 (3/80)

# NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER

*(Reference FSH 6309.31)*

| | |
|---|---|
| CONTRACT NUMBER | AG-024B-C-07-9213 |
| UNIT | Sierra National Forest - #22, Mariposa |
| PROJECT | National, Exclusive-Use, Type I Helicopter Services |
| NAME AND ADDRESS OF CONTRACTOR | HELICOPTER TRANSPORT SERVICES INC<br>5806 SW PLUMLEY ST<br>CORVALLIS OR 97333-96022 |
| ORDER NUMBER | 1 |
| DATE ISSUED | July 10, 2007 |

**THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.**

☒ **NOTICE TO PROCEED**

This is your notice to proceed with the work on the above contract for the following items: **#22, Mariposa**
**If not on current fire assignment, A/C to report to Mariposa, CA. airport**

The time on this contract will start at the beginning of business on **July 10, 2007**.

☐ **SUSPENSION OF WORK**

You are to suspend work for the following reason(s): ______.

Effective close of business ______. Item Numbers ______.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.

☐ Full count of contract time will continue.

☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

**DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING**

☐ **RESUMPTION OF WORK**

Item Numbers ______. Effective Beginning of Business ______.

Time charged during period of partial suspension ______ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/9/07 |

**PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | DOM | 7/9/07 |

**INSTRUCTIONS:**

**If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.**

**If delivered in person, have Contractor sign the acknowledgement and retain the original.**

N724HT

USDA – Forest Service FS-6300-8 (3/80)

# NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER

*(Reference FSH 6309.31)*

| | |
|---|---|
| CONTRACT NUMBER | AG-024B-C-07-9213 |
| UNIT | White River National Forest - #34, Rifle |
| PROJECT | National, Exclusive-Use, Type I Helicopter Services |
| NAME AND ADDRESS OF CONTRACTOR | HELICOPTER TRANSPORT SERVICES INC<br>5808 SW PLUMLEY ST<br>CORVALLIS OR 97333-96022 |
| ORDER NUMBER | 1 |
| DATE ISSUED | July 10, 2007 |

**THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.**

☒ **NOTICE TO PROCEED**

This is your notice to proceed with the work on the above contract for the following items: **#34, Rifle.**
**If not on current fire assignment, A/C to report to Rifle, CO airport.**

The time on this contract will start at the beginning of business on **July 10, 2007**.

☐ **SUSPENSION OF WORK**

You are to suspend work for the following reason(s): ______.

Effective close of business ______. Item Numbers ______.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.
☐ Full count of contract time will continue.
☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

**DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING**

☐ **RESUMPTION OF WORK**

Item Numbers ______. Effective Beginning of Business ______.

Time charged during period of partial suspension ______ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/9/07 |

**PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | DOM | 7/9/07 |

**INSTRUCTIONS:**

**If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.**

**If delivered in person, have Contractor sign the acknowledgement and retain the original.**

N725HT.

USDA – Forest Service FS-6300-8 (3/80)

# NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER

*(Reference FSH 6309.31)*

| | |
|---|---|
| CONTRACT NUMBER | AG-024B-C-07-9215 |
| UNIT | Los Padres National Forest - #11, Casitas |
| PROJECT | National, Exclusive-Use, Type I Helicopter Services |
| NAME AND ADDRESS OF CONTRACTOR | CARSON HELICOPTERS INC<br>828 BROOKSIDE BLVD<br>GRANTS PASS OR 97526-7211 |
| ORDER NUMBER | 1 |
| DATE ISSUED | July 10, 2007 |

**THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.**

☒ **NOTICE TO PROCEED**

This is your notice to proceed with the work on the above contract for the following items: **#11, Casitas**
**If not on current fire assignment, A/C to report to Casitas, CA. airport**

The time on this contract will start at the beginning of business on **July 10, 2007**.

☐ **SUSPENSION OF WORK**

You are to suspend work for the following reason(s): _____.

Effective close of business _____. Item Numbers _____.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.

☐ Full count of contract time will continue.

☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

**DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING**

☐ **RESUMPTION OF WORK**

Item Numbers _____. Effective Beginning of Business _____.

Time charged during period of partial suspension _____ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/9/07 |

**PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | Vice President | 7-9-07 |

**INSTRUCTIONS:**

If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.

If delivered in person, have Contractor sign the acknowledgement and retain the original.

USDA – Forest Service FS-6300-8 (3/80)

| | |
|---|---|
| **NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER** *(Reference FSH 6309.31)* | CONTRACT NUMBER AG-024B-C-07-9215 |
| | UNIT Angeles National Forest - #12, Van Nuys |
| | PROJECT National, Exclusive-Use, Type I Helicopter Services |
| ORDER NUMBER 1 / DATE ISSUED July 10, 2007 | NAME AND ADDRESS OF CONTRACTOR CARSON HELICOPTERS INC 828 BROOKSIDE BLVD GRANTS PASS OR 97526-7211 |

**THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.**

☒ **NOTICE TO PROCEED**

This is your notice to proceed with the work on the above contract for the following items: #12, Van Nuys
If not on current fire assignment, A/C to report to Van Nuys, CA. airport

The time on this contract will start at the beginning of business on July 10, 2007.

☐ **SUSPENSION OF WORK**

You are to suspend work for the following reason(s): ______.

Effective close of business ______. Item Numbers ______.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.
☐ Full count of contract time will continue.
☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

**DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING**

☐ **RESUMPTION OF WORK**

Item Numbers ______. Effective Beginning of Business ______.

Time charged during period of partial suspension ______ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/9/07 |

**PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | Vice President | 7-9-07 |

**INSTRUCTIONS:**

**If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.**

**If delivered in person, have Contractor sign the acknowledgement and retain the original.**

USDA – Forest Service FS-6300-8 (3/80)

# NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER

*(Reference FSH 6309.31)*

| | |
|---|---|
| CONTRACT NUMBER | AG-024B-C-07-9215 |
| UNIT | Arapaho and Roosevelt National Forest - #15, Jeffco |
| PROJECT | National, Exclusive-Use, Type I Helicopter Services |
| NAME AND ADDRESS OF CONTRACTOR | CARSON HELICOPTERS INC<br>828 BROOKSIDE BLVD<br>GRANTS PASS OR 97526-7211 |
| ORDER NUMBER | 1 |
| DATE ISSUED | July 10, 2007 |

THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.

## ☒ NOTICE TO PROCEED

This is your notice to proceed with the work on the above contract for the following items: #15, Jeffco
If not on current fire assignment, A/C to report to Jeffco, CO, airport

The time on this contract will start at the beginning of business on July 10, 2007.

## ☐ SUSPENSION OF WORK

You are to suspend work for the following reason(s): ______.

Effective close of business ______. Item Numbers ______.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.
☐ Full count of contract time will continue.
☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING

## ☐ RESUMPTION OF WORK

Item Numbers ______. Effective Beginning of Business ______.

Time charged during period of partial suspension ______ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/9/07 |

PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE
National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | Vice President | 7-9-07 |

INSTRUCTIONS:

If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.

If delivered in person, have Contractor sign the acknowledgement and retain the original.

USDA – Forest Service FS-6300-8 (3/80)

# NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER

*(Reference FSH 6309.31)*

| | |
|---|---|
| CONTRACT NUMBER | AG-024B-C-07-9215 |
| UNIT | Tonto National Forest - #16, Phoenix |
| PROJECT | National, Exclusive-Use, Type I Helicopter Services |
| NAME AND ADDRESS OF CONTRACTOR | CARSON HELICOPTERS INC<br>828 BROOKSIDE BLVD<br>GRANTS PASS OR 97526-7211 |
| ORDER NUMBER | 1 |
| DATE ISSUED | July 10, 2007 |

**THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.**

☒ **NOTICE TO PROCEED**

This is your notice to proceed with the work on the above contract for the following items: **#16, Phoenix**
**If not on current fire assignment, A/C to report to Phoenix, AZ (IWA) airport**

The time on this contract will start at the beginning of business on **July 10, 2007**.

☐ **SUSPENSION OF WORK**

You are to suspend work for the following reason(s): ______.

Effective close of business ______. Item Numbers ______.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.
☐ Full count of contract time will continue.
☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

**DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING**

☐ **RESUMPTION OF WORK**

Item Numbers ______. Effective Beginning of Business ______.

Time charged during period of partial suspension ______ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/9/07 |

**PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | Vice President | 7-9-07 |

**INSTRUCTIONS:**

If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.

If delivered in person, have Contractor sign the acknowledgement and retain the original.

USDA – Forest Service FS-6300-8 (3/80)

| | |
|---|---|
| **NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER** *(Reference FSH 6309.31)* | CONTRACT NUMBER AG-024B-C-07-9215 |
| | UNIT Payette National Forest - #17, McCall |
| | PROJECT National, Exclusive-Use, Type I Helicopter Services |
| ORDER NUMBER 1 / DATE ISSUED July 10, 2007 | NAME AND ADDRESS OF CONTRACTOR CARSON HELICOPTERS INC 828 BROOKSIDE BLVD GRANTS PASS OR 97526-7211 |

**THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.**

☒ **NOTICE TO PROCEED**

This is your notice to proceed with the work on the above contract for the following items: **#17, McCall**
**If not on current fire assignment, A/C to report to McCall, ID, airport**

The time on this contract will start at the beginning of business on **July 10, 2007**.

☐ **SUSPENSION OF WORK**

You are to suspend work for the following reason(s): ______.

Effective close of business ______. Item Numbers ______.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.

☐ Full count of contract time will continue.

☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

**DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING**

☐ **RESUMPTION OF WORK**

Item Numbers ______. Effective Beginning of Business ______.

Time charged during period of partial suspension ______ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/9/07 |

**PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE**
**National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | Vice President | 7-9-07 |

**INSTRUCTIONS:**

**If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.**

**If delivered in person, have Contractor sign the acknowledgement and retain the original.**

USDA – Forest Service FS-6300-8 (3/80)

# NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER

*(Reference FSH 6309.31)*

CONTRACT NUMBER
AG-024B-C-07-9215

UNIT
Salmon-Challis National Forest - #18, Salmon

PROJECT
National, Exclusive-Use, Type I Helicopter Services

NAME AND ADDRESS OF CONTRACTOR
CARSON HELICOPTERS INC
828 BROOKSIDE BLVD
GRANTS PASS OR 97526-7211

| ORDER NUMBER | DATE ISSUED |
|---|---|
| 1 | July 10, 2007 |

THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.

☒ **NOTICE TO PROCEED**

This is your notice to proceed with the work on the above contract for the following items: **#18, Salmon If not on current fire assignment, A/C to report to Salmon, ID. airport**

The time on this contract will start at the beginning of business on **July 10, 2007**.

☐ **SUSPENSION OF WORK**

You are to suspend work for the following reason(s): _____.

Effective close of business _____. Item Numbers _____.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.

☐ Full count of contract time will continue.

☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

**DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING**

☐ **RESUMPTION OF WORK**

Item Numbers _____. Effective Beginning of Business _____.

Time charged during period of partial suspension _____ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/9/07 |

**PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | Vice President | 7-9-07 |

**INSTRUCTIONS:**

**If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.**

**If delivered in person, have Contractor sign the acknowledgement and retain the original.**

USDA – Forest Service

FS-6300-5 (3/80)

# NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER

*(Reference FSH 6309.31)*

| | |
|---|---|
| CONTRACT NUMBER | AG-024B-C-07-9215 |
| UNIT | El Dorado National Forest - #19, Pollock Pines |
| PROJECT | National, Exclusive-Use, Type 1 Helicopter Services |
| NAME AND ADDRESS OF CONTRACTOR | CARSON HELICOPTERS INC<br>828 BROOKSIDE BLVD<br>GRANTS PASS OR 97526-7211 |
| ORDER NUMBER | 1 |
| DATE ISSUED | July 10, 2007 |

**THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.**

☒ **NOTICE TO PROCEED**

This is your notice to proceed with the work on the above contract for the following items: **#19, Pollock Pines**
**If not on current fire assignment, A/C to report to Pollock Pines Ranger Station Helibase**

The time on this contract will start at the beginning of business on **July 10, 2007**.

☐ **SUSPENSION OF WORK**

You are to suspend work for the following reason(s): _____.

Effective close of business _____. Item Numbers _____.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.
☐ Full count of contract time will continue.
☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

**DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING**

☐ **RESUMPTION OF WORK**

Item Numbers _____. Effective Beginning of Business _____.

Time charged during period of partial suspension _____ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/10/07 |

**PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| for [signature] Steve Metheny | Vice President | 7/10/07 |

**INSTRUCTIONS:**

**If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.**

**If delivered in person, have Contractor sign the acknowledgement and retain the original.**

USDA -- Forest Service

FS-6300-8 (3/80)

# NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER

*(Reference FSH 6309.31)*

| | |
|---|---|
| CONTRACT NUMBER | AG-024B-C-07-9216 |
| UNIT | Humboldt-Tolyabe National Forest - #25, Reno/Stead |
| PROJECT | National, Exclusive-Use, Type I Helicopter Services |
| NAME AND ADDRESS OF CONTRACTOR | COLUMBIA HELICOPTERS INC<br>PO BOX 3500<br>PORTLAND OR 97208-3500 |
| ORDER NUMBER | 1 |
| DATE ISSUED | July 10, 2007 |

**THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.**

☒ **NOTICE TO PROCEED**

This is your notice to proceed with the work on the above contract for the following items: #25, Reno/Stead If not on current fire assignment, A/C to report to Reno/Stead, NV. airport.

The time on this contract will start at the beginning of business on July 10, 2007.

☐ **SUSPENSION OF WORK**

You are to suspend work for the following reason(s): ____.

Effective close of business ____. Item Numbers ____.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.

☐ Full count of contract time will continue.

☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

**DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING**

☐ **RESUMPTION OF WORK**

Item Numbers ____. Effective Beginning of Business ____.

Time charged during period of partial suspension ____ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/5/07 |

**PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | Executive VP | 7/9/07 |

**INSTRUCTIONS:**

**If mailed to Contractor, send original by Certified Mail -- Return Receipt Requested.**

**If delivered in person, have Contractor sign the acknowledgement and retain the original.**