USDA – Forest Service FS-6300-8 (3/80)

# NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER

*(Reference FSH 6309.31)*

CONTRACT NUMBER

UNIT
**Lassen National Forest - #30, Chester**

PROJECT
**National, Exclusive-Use, Type I Helicopter Services**

NAME AND ADDRESS OF CONTRACTOR
**COLUMBIA HELICOPTERS INC**
**PO BOX 3500**
**PORTLAND OR 97208-3500**

| ORDER NUMBER | DATE ISSUED |
|---|---|
| 1 | July 10, 2007 |

**THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.**

## ☒ NOTICE TO PROCEED

This is your notice to proceed with the work on the above contract for the following items: **#30, Chester**
**If not on current fire assignment, A/C to report to Chester, CA. airport**

The time on this contract will start at the beginning of business on **July 10, 2007**.

## ☐ SUSPENSION OF WORK

You are to suspend work for the following reason(s): _____.

Effective close of business _____. Item Numbers _____.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.

☐ Full count of contract time will continue.

☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

**DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING**

## ☐ RESUMPTION OF WORK

Item Numbers _____. Effective Beginning of Business _____.

Time charged during period of partial suspension _____ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/9/07 |

**PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE**
**National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | Executive VP | 7/9/07 |

**INSTRUCTIONS:**

**If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.**

**If delivered in person, have Contractor sign the acknowledgement and retain the original.**

USDA – Forest Service

FS-6300-8 (3/80)

| | |
|---|---|
| **NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER** *(Reference FSH 6309.31)* | CONTRACT NUMBER<br>**AG-024B-C-07-9217**<br>UNIT<br>**Gila National Forest - #33, Silver City**<br>PROJECT<br>**National, Exclusive-Use, Type I Helicopter Services** |
| ORDER NUMBER **1** / DATE ISSUED **July 10, 2007** | NAME AND ADDRESS OF CONTRACTOR<br>**CONSTRUCTION HELICOPTERS INC**<br>**807 WILLOW RUN AIRPORT**<br>**YPSILANTI MI 48198-0899** |

**THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.**

☒ **NOTICE TO PROCEED**

This is your notice to proceed with the work on the above contract for the following items: **#33, Silver City**
**If not on current fire assignment, A/C to report to Prescott, AZ, airport.**

The time on this contract will start at the beginning of business on **July 10, 2007**.

☐ **SUSPENSION OF WORK**

You are to suspend work for the following reason(s): _____.

Effective close of business _____. Item Numbers _____.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.

☐ Full count of contract time will continue.

☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

**DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING**

☐ **RESUMPTION OF WORK**

Item Numbers _____. Effective Beginning of Business _____.

Time charged during period of partial suspension _____ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/9/07 |

**PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | President | 7/10/07 |

**INSTRUCTIONS:**

**If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.**

**If delivered in person, have Contractor sign the acknowledgement and retain the original.**

USDA – Forest Service FS-6300-8 (3/80)

# NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER

*(Reference FSH 6309.31)*

| | |
|---|---|
| CONTRACT NUMBER | AG-024B-C-07-9218 |
| UNIT | Santa Fe National Forest - #32, Santa Fe |
| PROJECT | National, Exclusive-Use, Type I Helicopter Services |
| NAME AND ADDRESS OF CONTRACTOR | CROMAN CORPORATION<br>801 AVENUE C<br>WHITE CITY OR 97503-1082 |
| ORDER NUMBER | 1 |
| DATE ISSUED | July 10, 2007 |

**THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.**

## ☒ NOTICE TO PROCEED

This is your notice to proceed with the work on the above contract for the following items: #32, Santa Fe
If not on current fire assignment, A/C to report to Santa Fe, NM. airport

The time on this contract will start at the beginning of business on July 10, 2007.

## ☐ SUSPENSION OF WORK

You are to suspend work for the following reason(s): ______.

Effective close of business ______. Item Numbers ______.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.

☐ Full count of contract time will continue.

☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

**DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING**

## ☐ RESUMPTION OF WORK

Item Numbers ______. Effective Beginning of Business ______.

Time charged during period of partial suspension ______ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/9/07 |

**PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | Pres | 7/9/07 |

**INSTRUCTIONS:**

**If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.**

**If delivered in person, have Contractor sign the acknowledgement and retain the original.**

USDA – Forest Service FS-6300-8 (3/80)

# NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER

*(Reference FSH 6309.31)*

CONTRACT NUMBER: AG-024B-C-07-9219

UNIT: Cleveland National Forest - #10, Hemet

PROJECT: National, Exclusive-Use, Type I Helicopter Services

NAME AND ADDRESS OF CONTRACTOR:
GEO-SEIS HELICOPTERS INC
116 N RAQUETTE DR
FORT COLLINS CO 80524-2757

ORDER NUMBER: 1

DATE ISSUED: July 10, 2007

**THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED**

☒ **NOTICE TO PROCEED**

This is your notice to proceed with the work on the above contract for the following items: **#10, Hemet**
**If not on current fire assignment, A/C to report to Hemet, CA, airport.**

The time on this contract will start at the beginning of business on **July 10, 2007**.

☐ **SUSPENSION OF WORK**

You are to suspend work for the following reason(s): _____.

Effective close of business _____. Item Numbers _____.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.

☐ Full count of contract time will continue.

☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

**DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING**

☐ **RESUMPTION OF WORK**

Item Numbers _____. Effective Beginning of Business _____.

Time charged during period of partial suspension _____ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/9/07 |

**PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE**
**National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] William T. Browder | CEO/President | 7-9-07 |

**INSTRUCTIONS:**

**If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.**

**If delivered in person, have Contractor sign the acknowledgement and retain the original.**

USDA – Forest Service FS-6300-8 (3/80)

| | |
|---|---|
| **NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER** *(Reference FSH 6309.31)* | CONTRACT NUMBER AG-024B-C-07-9220 |
| | UNIT Lassen National Forest - #14, Chester |
| | PROJECT National, Exclusive-Use, Type I Helicopter Services |
| ORDER NUMBER 1 / DATE ISSUED July 10, 2007 | NAME AND ADDRESS OF CONTRACTOR HELIQWEST INTERNATIONAL INC 1 CREATIVE PL MONTROSE CO 81401-6330 |

**THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.**

**☒ NOTICE TO PROCEED**

This is your notice to proceed with the work on the above contract for the following items: **#14, Chester**
**If not on current fire assignment, A/C to report to Chester, CA, airport**

The time on this contract will start at the beginning of business on **July 10, 2007**.

**☐ SUSPENSION OF WORK**

You are to suspend work for the following reason(s): ____.

Effective close of business ____. Item Numbers ____.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.
☐ Full count of contract time will continue.
☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

**DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING**

**☐ RESUMPTION OF WORK**

Item Numbers ____. Effective Beginning of Business ____.

Time charged during period of partial suspension ____ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/9/07 |

**PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] R. Simonneau | Director of Operations | 7.10.07 |

**INSTRUCTIONS:**

**If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.**

**If delivered in person, have Contractor sign the acknowledgement and retain the original.**

Thank You

USDA – Forest Service FS-6300-8 (3/80)

# NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER

*(Reference FSH 6309.31)*

| | |
|---|---|
| CONTRACT NUMBER | AG-024B-C-07-9222 |
| UNIT | Los Padres National Forest - #9, Chuchupate |
| PROJECT | National, Exclusive-Use, Type II Helicopter Services |
| NAME AND ADDRESS OF CONTRACTOR | SAN JOAQUIN HELICOPTERS INC<br>1407 S LEXINGTON ST<br>DELANO CA 93215-9700 |
| ORDER NUMBER | 1 |
| DATE ISSUED | July 02, 2007 |

**THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.**

☒ **NOTICE TO PROCEED**

This is your notice to proceed with the work on the above contract for the following items: #9, Chuchupate.

The time on this contract will start at the beginning of business on July 03, 2007 (Revised MAP July 3-Dec 3).

☐ **SUSPENSION OF WORK**

You are to suspend work for the following reason(s): _____.

Effective close of business _____. Item Numbers _____.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.

☐ Full count of contract time will continue.

☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

**DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING**

☐ **RESUMPTION OF WORK**

Item Numbers _____. Effective Beginning of Business _____.

Time charged during period of partial suspension _____ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | Contracting Officer | July 2, 2007 |

**PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | Pres | 7-5-07 |

**INSTRUCTIONS:**

**If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.**

**If delivered in person, have Contractor sign the acknowledgement and retain the original.**

FS-6300-8 (3/80)

USDA – Forest Service

# NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER

(Reference FSH 6309.31)

| | |
|---|---|
| CONTRACT NUMBER | AG-024B-C-07-9223 |
| UNIT | Custer National Forest - #13, Custer |
| PROJECT | National, Exclusive-Use, Type II Helicopter Services |
| NAME AND ADDRESS OF CONTRACTOR | MINUTEMAN AVIATION INC<br>5225 HWY 10W, AIRPORT BOX 16<br>MISSOULA MT 59808 |
| ORDER NUMBER | 1 |
| DATE ISSUED | July 10, 2007 |

THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.

☒ NOTICE TO PROCEED

This is your notice to proceed with the work on the above contract for the following items: #13, Custer
If not on current fire assignment, A/C to report to Custer, SD. airport
.

The time on this contract will start at the beginning of business on July 10, 2007.

☐ SUSPENSION OF WORK

You are to suspend work for the following reason(s): ______.

Effective close of business ______. Item Numbers ______.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.

☐ Full count of contract time will continue.

☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING

☐ RESUMPTION OF WORK

Item Numbers ______ Effective Beginning of Business ______.

Time charged during period of partial suspension ______ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/9/07 |

PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE
National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | Vice-President | 7/10/07 |

INSTRUCTIONS:

If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.

If delivered in person, have Contractor sign the acknowledgement and retain the original.

USDA – Forest Service

FS-6300-8 (3/80)

# NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER

*(Reference FSH 6309.31)*

CONTRACT NUMBER
AG-024B-C-07-9224

UNIT
Wenatchee National Forest - #21, Wenatchee

PROJECT
National, Exclusive-Use, Type II Helicopter Services

NAME AND ADDRESS OF CONTRACTOR
ARCHER AVIATION INC
347 SHEA RD
WAITSBURG WA 99361-9645

ORDER NUMBER
1

DATE ISSUED
July 10, 2007

**THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED**

☒ **NOTICE TO PROCEED**

This is your notice to proceed with the work on the above contract for the following items: **#21, Wenatchee**
**If not on current fire assignment, A/C to report to Wenatchee airport**

The time on this contract will start at the beginning of business on **July 11, 2007**.

☐ **SUSPENSION OF WORK**

You are to suspend work for the following reason(s): ______.

Effective close of business ______. Item Numbers ______.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.

☐ Full count of contract time will continue.

☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

**DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING**

☐ **RESUMPTION OF WORK**

Item Numbers ______. Effective Beginning of Business ______.

Time charged during period of partial suspension ______ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/10/07 |

**PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE**
**National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| Tom Archer | Pres. | 7/10/07 |

**INSTRUCTIONS:**

**If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.**

**If delivered in person, have Contractor sign the acknowledgement and retain the original.**

USDA – Forest Service FS-6300-8 (3/90)

# NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER

*(Reference FSH 6309.31)*

| | |
|---|---|
| CONTRACT NUMBER | AG-024B-C-07-9225 |
| UNIT | Helena National Forest - #23, Helena |
| PROJECT | National, Exclusive-Use, Type II Helicopter Services |
| NAME AND ADDRESS OF CONTRACTOR | SKY AVIATION CORPORATION<br>PO BOX 51<br>WORLAND WY 82401-0051 |
| ORDER NUMBER | 1 |
| DATE ISSUED | July 10, 2007 |

**THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.**

## ☒ NOTICE TO PROCEED

This is your notice to proceed with the work on the above contract for the following items: **#23, Helena**
**If not on current fire assignment, A/C to report to Helena, MT airport**

The time on this contract will start at the beginning of business on **July 10, 2007**.

## ☐ SUSPENSION OF WORK

You are to suspend work for the following reason(s): ______.

Effective close of business ______. Item Numbers ______.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.

☐ Full count of contract time will continue.

☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

**DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING**

## ☐ RESUMPTION OF WORK

Item Numbers ______. Effective Beginning of Business ______.

Time charged during period of partial suspension ______ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/9/07 |

**PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | GENERAL MANAGER | 7-10-07 |

**INSTRUCTIONS:**

**If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.**

**If delivered in person, have Contractor sign the acknowledgement and retain the original.**

USDA – Forest Service

FS-6300-8 (3/80)

# NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER

*(Reference FSH 6309.31)*

| | |
|---|---|
| CONTRACT NUMBER | AG-024B-C-07-9226 |
| UNIT | Willamette National Forest - #26, Oakridge |
| PROJECT | National, Exclusive-Use, Type II Helicopter Services |
| NAME AND ADDRESS OF CONTRACTOR | HELI-FLITE INC<br>dba ARIS HELICOPTERS<br>6873 FLIGHT RD<br>RIVERSIDE CA 92504-1932 |
| ORDER NUMBER | 1 |
| DATE ISSUED | July 10, 2007 |

**THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.**

☒ **NOTICE TO PROCEED**

This is your notice to proceed with the work on the above contract for the following items: **#28, Oakridge**
**If not on current fire assignment, A/C to report to Klamath Falls, OR. airport**

The time on this contract will start at the beginning of business on **July 10, 2007**.

☐ **SUSPENSION OF WORK**

You are to suspend work for the following reason(s): _____.

Effective close of business _____. Item Numbers _____.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.
☐ Full count of contract time will continue.
☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

**DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING**

☐ **RESUMPTION OF WORK**

Item Numbers _____. Effective Beginning of Business _____.

Time charged during period of partial suspension _____ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/9/07 |

**PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE**
**National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | GENERAL MANAGER | 7-9-2007 |

**INSTRUCTIONS:**

**If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.**

**If delivered in person, have Contractor sign the acknowledgement and retain the original.**

USDA – Forest Service

FS-6300-8 (3/80)

# NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER

*(Reference FSH 6309.31)*

CONTRACT NUMBER
AG-024B-C-07-9228

UNIT
Idaho Panhandle National Forest - #28, Coeur d'Alene

PROJECT
National, Exclusive-Use, Type II Helicopter Services

NAME AND ADDRESS OF CONTRACTOR
PANHANDLE HELICOPTER INC
PO BOX 934
POST FALLS ID 83877-0934

ORDER NUMBER
1

DATE ISSUED
July 10, 2007

THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.

☒ NOTICE TO PROCEED

This is your notice to proceed with the work on the above contract for the following items: #28, Coeur d'Alene
If not on current fire assignment, A/C to report to Coeur d' Alene, ID. airport

The time on this contract will start at the beginning of business on July 10, 2007.

☐ SUSPENSION OF WORK

You are to suspend work for the following reason(s): _____.

Effective close of business _____. Item Numbers _____.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.
☐ Full count of contract time will continue.
☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING

☐ RESUMPTION OF WORK

Item Numbers _____. Effective Beginning of Business _____.

Time charged during period of partial suspension _____ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/9/07 |

PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE
National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | D.O. | 7-10-07 |

INSTRUCTIONS:

If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.

If delivered in person, have Contractor sign the acknowledgement and retain the original.

USDA – Forest Service FS-6300-8 (3/80)

| NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER (Reference FSH 6309.31) | | CONTRACT NUMBER<br>AG-024B-C-07-9229<br>UNIT<br>Wallowa-Whitman National Forest - #29, La Grande<br>PROJECT<br>National, Exclusive-Use, Type II Helicopter Services |
|---|---|---|
| ORDER NUMBER<br>1 | DATE ISSUED<br>July 10, 2007 | NAME AND ADDRESS OF CONTRACTOR<br>CLINE AIR SERVICES, INC<br>dba CENTRAL VALLEY HELICOPTERS<br>891 PRATER RD<br>ELLENSBURG WA 98926-7671 |

THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.

☒ NOTICE TO PROCEED

This is your notice to proceed with the work on the above contract for the following items: #29, La Grande
If not on current fire assignment, A/C to report to La Grande, OR. airport

The time on this contract will start at the beginning of business on July 10, 2007.

☐ SUSPENSION OF WORK

You are to suspend work for the following reason(s): ____.

Effective close of business ____. Item Numbers ____.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.

☐ Full count of contract time will continue.

☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING

☐ RESUMPTION OF WORK

Item Numbers ____. Effective Beginning of Business ____.

Time charged during period of partial suspension ____ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/9/07 |

PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE
National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | Manager | 7-9-07 |

INSTRUCTIONS:

If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.

If delivered in person, have Contractor sign the acknowledgement and retain the original.

USDA – Forest Service

FS-6300-3 (3/80)

# NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER

*(Reference FSH 6309.31)*

| | |
|---|---|
| CONTRACT NUMBER | AG-024B-C-07-9230 |
| UNIT | Klamath National Forest - #27, Montague |
| PROJECT | National, Exclusive-Use, Type II Helicopter Services |
| NAME AND ADDRESS OF CONTRACTOR | MIDWEST HELICOPTER AIRWAYS, INC<br>525 EXECUTIVE DR<br>WILLOWBROOK IL 60527-6601 |
| ORDER NUMBER | 1 |
| DATE ISSUED | July 10, 2007 |

**THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.**

☒ **NOTICE TO PROCEED**

This is your notice to proceed with the work on the above contract for the following items: #27, Montague If not on current fire assignment, A/C to report to Montague, CA, airport.

The time on this contract will start at the beginning of business on July 15, 2007.

☒ **SUSPENSION OF WORK**

You are to suspend work for the following reason(s): _____.

Effective close of business _____. Item Numbers _____.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.

☐ Full count of contract time will continue.

☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

**DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING**

☐ **RESUMPTION OF WORK**

Item Numbers _____. Effective Beginning of Business _____.

Time charged during period of partial suspension _____ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/10/07 |

**PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | V.P. | 7-11-07 |

**INSTRUCTIONS:**

**If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.**

**If delivered in person, have Contractor sign the acknowledgement and retain the original.**

USDA – Forest Service

FS-6300-8 (3/80)

# NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER

*(Reference FSH 6309.31)*

| | |
|---|---|
| CONTRACT NUMBER | AG-024B-C-07-9230 |
| UNIT | Malheur National Forest - #31, John Day |
| PROJECT | National, Exclusive-Use, Type II Helicopter Services |
| NAME AND ADDRESS OF CONTRACTOR | MIDWEST HELICOPTER AIRWAYS, INC<br>525 EXECUTIVE DR<br>WILLOWBROOK IL 60527-5601 |
| ORDER NUMBER | 1 |
| DATE ISSUED | July 10, 2007 |

**THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.**

## ☒ NOTICE TO PROCEED

This is your notice to proceed with the work on the above contract for the following items: #31, John Day If not on current fire assignment, A/C to report to John Day, OR, airport.

The time on this contract will start at the beginning of business on July 12, 2007.

## ☐ SUSPENSION OF WORK

You are to suspend work for the following reason(s): _____.

Effective close of business _____. Item Numbers _____.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.

☐ Full count of contract time will continue.

☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

**DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING**

## ☐ RESUMPTION OF WORK

Item Numbers _____. Effective Beginning of Business _____.

Time charged during period of partial suspension _____ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/10/07 |

**PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | V.P. | 7-11-07 |

**INSTRUCTIONS:**

**If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.**

**If delivered in person, have Contractor sign the acknowledgement and retain the original.**

USDA – Forest Service

FS-6300-8 (3/80)

# NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER

*(Reference FSH 6309.31)*

| | |
|---|---|
| CONTRACT NUMBER | AG-024B-C-07-9231 |
| UNIT | Nez Perce National Forest - #35, Grangeville |
| PROJECT | National, Exclusive-Use, Type II Helicopter Services |
| NAME AND ADDRESS OF CONTRACTOR | LEADING EDGE AVIATION<br>PO BOX 1484<br>LEWISTON ID 83501-1459 |
| ORDER NUMBER | 1 |
| DATE ISSUED | July 10, 2007 |

**THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.**

☒ **NOTICE TO PROCEED**

This is your notice to proceed with the work on the above contract for the following items: **#35, Grangeville**
**If not on current fire assignment, A/C to report to Grangeville, ID, airport**

The time on this contract will start at the beginning of business on **July 10, 2007**.

☐ **SUSPENSION OF WORK**

You are to suspend work for the following reason(s): ______.

Effective close of business ______. Item Numbers ______.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.

☐ Full count of contract time will continue.

☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

**DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING**

☐ **RESUMPTION OF WORK**

Item Numbers ______. Effective Beginning of Business ______.

Time charged during period of partial suspension ______ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/9/07 |

**PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | Owner / Member | 7-9-07 |

**INSTRUCTIONS:**

**If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.**

**If delivered in person, have Contractor sign the acknowledgement and retain the original.**