**DUGAN, ELIN**

**From:** Frank Gomez [fgomez@fs.fed.us]
**Sent:** Thursday, July 12, 2007 12:15 PM
**To:** DUGAN, ELIN
**Cc:** Frank Gomez
**Subject:** Fw: Notification of Lawsuit filed in Court of Federal Claims

Notification to interested parties as gone out.
----- Forwarded by Frank Gomez/WO/USDAFS on 07/12/2007 10:11 AM -----

Jon Turner/WO/USDAFS

07/12/2007 10:10 AM

To
cturner@constructionhelicopters.com, khoffman@constructionhelicopters.com, rblack@geoseis.com, tami@carsonheli.com, carsonheli@wave.net, ppiact3@aol.com, dhays@hlhinc.com, palubiskiw@htshelicopters.com, taylorc@htshelicopters.com, croman@croman.net, mareet@colheli.com, julie@pjhelicopters.com, info@heliqwest.com, jjosephson@sjhelicopters.com, srandalls@sjhelicopters.com, ej@sjhelicopters.com, jarbaugh@sjhelicopters.com, mai@montana.com, tomarcher@starband.net, bjhawkins@rtconnect.net, bigred9043p@aol.com, mariathall@sbcglobal.net, panhandlehelicop@aol.com, cvh@centralvalleyheli.com, rick@midwesthelicopter.com, jack@midwesthelicopter.com, leading@cableone.net

cc
Frank Gomez/WO/USDAFS@FSNOTES, Susan A Prentiss/WO/USDAFS@FSNOTES

Subject
Notification of Lawsuit filed in Court of Federal Claims

A lawsuit has been filed in the Court of Federal Claims to challenge the Agency's decision to override the automatic stay in three bid protests (Erickson Air-crane, Superior Helicopter, and Rainier Heli-Lift).

A hearing is scheduled today at 3:30 eastern time regarding a motion for a temporary restraining order. If you would like more information, you may call the court clerk at 202-357-6400.

/s/Frank Gomez
Forest Service Contracting Officer
National Interagency Fire Center