SALTMAN & STEVENS, P.C.
1801 K Street, N.W., Suite M-110, Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217
E-mail: asaltman@saltmanandstevens.com
rtiger@saltmanandstevens.com
epohlner@saltmanandstevens.com

June 22, 2007

**VIA EMAIL**

General Counsel
Government Accountability Office
441 G Street, N.W.
Washington, D.C. 20548
Attn: Procurement Law Control Group

RE: Protest of Erickson Air-Crane, Inc. regarding Solicitation No. RFP AG-024B-S-07-0008

Dear Sir or Madam:

On behalf of our client, Erickson Air-Crane, Inc., 3100 Willow Springs Road, P.O. Box 3247, Central Point, OR 97502, telephone (541) 664-5544, fax (541) 664-9469, email MDeems@ericksonaircrane.com ("Erickson"), we protest the rejection of Erickson's proposal to provide heavy or medium exclusive use helicopters to the Forest Service. By letter of June 13, 2007 informing Erickson of the rejection, the Forest Service stated that it rejected Erickson's proposal from consideration for award because the Forest Service had determined that Erickson's proposal was unacceptable due to alleged deficiencies. Ex. 1. The Forest Service's decision to reject Erickson's proposal from consideration for contract award was unreasonable. Had the Forest Service fairly evaluated Erickson's proposal in accordance with the stated evaluation criteria, Erickson's proposal would have been selected for one or more contract awards.

On April 6, 2007, the Forest Service solicited offers for exclusive use of heavy or medium helicopters for 35 specified locations.[1] The purpose of the solicitation was to obtain helicopters to be used for aerial firefighting. Ex. 2 (Section C-1 at 78). The helicopters themselves needed to meet the Forest Service's minimum specifications contained in the solicitation. Ex. 2 (Section B at 2). The Forest Service amended the solicitation on April 20, 2007, April 26, 2007, and May 1, 2007. The revised due date for the submission of offers was May 10, 2007. The solicitation provided that offerors may qualify their bids by indicating the maximum number of contract awards they were willing to accept. Ex. 2 (Section B.2 at 73). The solicitation stated that award would be made based on the determined best value to the government. Ex. 2 (Section B at 2).

Erickson submitted a timely offer. See Ex. 1; Ex. 2. In accordance with provision B.2 of the solicitation, Erickson proposed four specific helicopters, tail numbers N189AC, N217AC, N6962R, and N247AC, and stated that it was willing to accept up to a maximum of four awards. Ex. 3 (Section B.2). (Because Erickson's proposal includes proprietary information, we are not including a complete copy of Erickson's proposal as an attachment to this protest.) Erickson proposed each of the four helicopters for 18 of the 35 locations being solicited by the Forest Service. Each helicopter proposed by Erickson is the same make and model and is outfitted with substantially the same equipment. See Ex. 4 (Allmaras Declaration ¶ 14).

[1] A copy of the entire solicitation as amended is attached as Ex. 2.

Erickson has standing to file this protest as an interested party because it is an offeror whose direct economic interest would be affected by the award and performance of the contract. 31 U.S.C. § 3551(2); 4 C.F.R. § 21.0. This protest is timely under 4 C.F.R. § 21.2(a)(3) as it is being submitted within ten (10) days of June 13, 2007, the date upon which Erickson received notice that the Forest Service had rejected its proposal. Erickson respectfully requests that GAO immediately notify the Forest Service of the filing of this protest and the agency's obligation to comply with the stay provisions of 31 U.S.C. § 3553(c)(1) or (d)(3)(A) as appropriate with respect to the Contract Line Item Nos. ("CLIN") on which Erickson bid and which it is protesting, specifically:

CLIN 1 Cadillac/Ely/Jeffco
CLIN 2 Prescott/Coeur d'Alene
CLIN 3 Albuquerque/Helena
CLIN 4 Sierra Vista/Grangeville
CLIN 5 Cedar City
CLIN 6 Lucky Peak
CLIN 7 San Bernardino
CLIN 8 San Bernardino
CLIN 10 Hemet
CLIN 11 Casitas
CLIN 12 Van Nuys
CLIN 15 Ely/Jeffco
CLIN 16 Phoenix
CLIN 17 McCall
CLIN 19 Westover
CLIN 20 Orland
CLIN 22 Mariposa
CLIN 24 Santa Maria

Erickson protests the rejection of its proposal for each of the four helicopters from consideration for award of a contract for all of the locations on which it bid with the exception of Reno/Stead, CLIN 25.

The alleged deficiencies upon which the Forest Service based its rejection relate to the information Erickson provided with respect to the four helicopters. According to the Forest Service, Erickson's proposal was unacceptable because for each helicopter (1) the date of the equipment list submitted was different than the date of the weight and balance data, (2) Erickson used 6.7 pounds/gallon to complete the Interagency Helicopter Load Calculation rather than 7.0 pounds/gallon which the Forest Service claims was specifically required to be used, and (3) Erickson did not provide weight and balance information for each of the helicopters that was determined by actual weighing of the aircraft within 24 calendar months of the starting date of the contract. The reasons asserted by the Forest Service for rejecting Erickson's proposal for any contract award improperly elevate form over substance. Erickson addresses each of the Forest Service's reasons for rejecting Erickson's proposal as technically unacceptable in turn.

## I. The Equipment List Date May Be Different Than The Weight & Balance Date

There is no requirement in the solicitation that the date of the equipment list must match the date of the weight and balance data submitted for a helicopter. All that is required is that an

offeror provide a list which reflects the equipment installed on the aircraft on the date of weighing:

> A list of equipment <u>installed in the aircraft at the time of weighing shall be compiled</u>. * * * Each page of the equipment list shall be dated indicating the last date of actual weighing or computation. The weight and balance shall be revised each time equipment is removed or installed.

Ex. 2 (Section C-5 (16) at 85) (emphasis added). Erickson fully complied with this requirement.

To the extent that the Forest Service reasonably questioned whether the lists of equipment provided by Erickson in its proposal reflected the equipment installed in the aircraft at the time of weighing, the Forest Service simply should have sought verification of the correctness of this information, rather than rejecting Erickson's proposal based on the apparent assumption that the equipment list did not accurately reflect the equipment installed on the aircraft at the time of weighing.[2] The Forest Service's decision to reject Erickson's proposal on the basis that the date of the equipment list did not match the date of the weight and balance was unreasonable and without rational basis.

Had the Forest Service performed this verification, it would have found out that the equipment list for each of the aircraft accurately reflected the equipment installed on it at the

[2]The Forest Service was particularly unreasonable in this regard for N217AC. The date of the equipment list was one day after the date of the weight and balance and the equipment list itself showed that the equipment on both dates was exactly the same.

time of weighing with the exception of the equipment list with respect to N6962R. Ex. 4 (Allmaras Declaration ¶ 10). However, that fact would not have required the Forest Service to have rejected Erickson's proposal regarding N6962R because Erickson had already provided the Forest Service with a list of the equipment on N6962R at the time it was weighed on September 23, 2005 in conjunction with Erickson's performance of another contract for aerial firefighting, No. AG-024B-C-05-9096.

The contracting officer for the 9096 contract, Frank Gomez, is also the contracting officer for the subject procurement. Ex. 4 (Allmaras Declaration ¶ 2). There is no question that Mr. Gomez and other Forest Service personnel were made well aware of the equipment that was on the N6962R when it was weighed. In this regard, your Office has held that when agency personnel have personal knowledge bearing on an offeror's proposal, that information cannot reasonably be ignored. See, e.g., GTS Duratek, Inc., B-280511.2, 98-2 CPD ¶ 130. In Duratek, the Navy issued an RFP for the disposal of nuclear waste. In evaluating Duratek's past performance history, it did not consider the company's performance under a highly relevant contract with the Navy because the company failed to submit a past performance data sheet for that contract. However, the contracting officer for the prior contract was on the evaluation panel for the subject solicitation. Accordingly, GAO held that the agency could not ignore the contracting officer's personal knowledge of Duratek's performance because it was "too close at hand to ignore." Id. Because a list of the equipment that was on N6962R at the time it was

weighed was similarly "too close at hand to ignore," the Forest Service could not reasonably reject Erickson's proposal for that helicopter for failing to include such a list.

**II. Erickson's Use Of 6.7 Vs. 7.0 Pounds Per Gallon Did Not Violate Any Material Requirement Of The Solicitation**

The Forest Service also contends that it rejected Erickson's proposal because Erickson "used 6.7 pounds/gallon for fuel weight which is incorrect" and the Interagency Helicopter Load Calculation instructions "specifically state that 7 pounds/gallon shall be used when computing fuel weight in accordance with Section C Exhibit 13(5)." Ex. 1. The Interagency Helicopter Load Calculation instructions do not specifically require the use of 7 pounds/gallon to compute fuel weight. The instructions do reference 7 pounds/gallon, but there is no specific statement in the instructions or elsewhere in the solicitation that requires the use of the referenced 7 pounds/gallon. Ex. 2 (Section C at 146).

The Forest Service did specify certain information to be used in completing the Interagency Helicopter Load Calculation in section B8.3 of the solicitation. The Forest Service clearly required offerors to use "a standard pilot weight of 200 pounds, and fuel for one hour and 30 minutes. . . ." Ex. 2 (B.3 at 73). However, the Forest Service did not impose any such specific requirement with respect to the pounds/gallon to be used in completing the calculation. Even if it had, the difference between the actual weight of jet fuel which Erickson used, 6.7

pounds/gallon, and the allegedly required 7.0 pounds/gallon is de minimis. A quick "correction" of the Load Calculation to replace 6.7 pounds/gallon with 7 pounds/gallon, results in a difference of 236 pounds or less than 8/10ths of 1% of the operating weight of the aircraft and a similarly miniscule difference in the payload calculation. The Forest Service was required to waive this minor alleged deficiency. See, e.g., Astrophysics Research Corp., 66 Comp. Gen. 211, 213 (1987), 87-1 CPD ¶ 65 (offered equipment that weighed 2.5% more than permitted should have been waived as a minor informality since it represented an inconsequential variation, as the machine still met the agency's minimum needs); Squires Timber Co., B-298859 (Dec. 1, 2006) (bid of $26.09 per unit when minimum requirement was $32.22 held immaterial because discrepancy resulted in only a .3% increase in bid). In fact, in a conversation shortly after Erickson received the June 13, 2007 letter, the contracting officer specifically stated that this minor deficiency would have been waived had it not been for the other alleged deficiencies in Erickson's proposal. Ex. 4 (Allmaras Declaration ¶ 15).

## III. The Forest Service Improperly Rejected Erickson's Proposal For Including "Stale" Weight And Balance Data

Regarding Erickson's submission of "stale" weight and balance data for each helicopter except N6962R, Erickson does not dispute that the weight and balance data included in its proposal was dated more than 24-calendar months ago. However, for the reasons set forth

below, the Forest Service's mechanical adherence to the 24-month requirement as a basis to reject Erickson's proposal improperly elevated form over substance.

### A. The Forest Service Had Complete Current Weight And Balance Data For N247AC Close At Hand

Despite Erickson's inclusion in its proposal of weight and balance data outside the 24-month limitation for N247AC, the Forest Service had already been provided weight and balance data for this aircraft dated March 30, 2007. This more recent data, well within the 24-month limitation, was provided to the Forest Service in connection with Erickson's performance of another exclusive use contract, No. AG-024B-C-05-9096. As noted, the contracting officer for the 9096 contract, Frank Gomez, is also the contracting officer for the subject procurement. Ex. 4 (Allmaras Declaration ¶ 2). Moreover, the March 30, 2007 data showed that the helicopter had an empty weight that was a mere 98 pounds less than the weight shown on the July 26, 2004 weight and balance data that Erickson included in its proposal (the difference therefore working to Erickson's detriment).

The Forest Service was precluded from ignoring the more recent weight and balance data. See, e.g., GTS Duratek, Inc., B-280511.2, 98-2 CPD ¶ 130. When agency personnel have personal knowledge bearing on an offeror's proposal, that information cannot reasonably be ignored. See id. Here, the Forest Service contracting officer responsible for this solicitation was

also responsible for the contract under which Erickson provided the March 30, 2007 weight and balance data. Ex. 4 (Allmaras Declaration ¶ 2). The contracting officer therefore was aware that current weight and balance data was available.[3] Ex. 4 (Allmaras Declaration ¶ 6). As such, the contracting officer could not properly reject Erickson's proposal with regard to N247AC for failure to submit current weight and balance data when he knew that Erickson had submitted more recent data just a few months earlier.

### B. With Regard To N217AC and N189AC, The Forest Service Had a Duty To Allow Erickson To Correct Its Minor Error In Submitting Stale Weight And Balance Data

Erickson's submission of weight and balance data for N217AC and N189AC that was outside of the solicitation's 24 month limitation was a clear, minor error that the Forest Service was required to allow Erickson to correct.[4] While Erickson does not challenge the solicitation's requirement that weight and balance data be no older than 24 months, it nevertheless is true that helicopter weight does not vary more than minimally over the course of time unless the

---

[3]Additionally, Erickson included in its proposal an incomplete, preliminary weight and balance record for the March 30, 2007 data. This should have further alerted the contracting officer that the Forest Service had previously been provided with more current data.

[4]For N247AC, although the Forest Service was required to use the close at hand weight and balance data that Erickson had previously provided as discussed in the preceding section, Erickson's inclusion of stale data in its proposal also was a clear, minor error that the Forest Service should have allowed Erickson to correct. Similarly, Erickson's submission of an older equipment list for N6962R was also a minor error that the Forest Service should have allowed Erickson to correct even though the Forest Service was required to use the close at hand data that Erickson had previously provided.

helicopter undergoes major repair or alteration or there is a significant change in equipment. Any change generally is due to the differing levels of lubricants and fluids in the helicopter at the time of weighing. Ex. 4 (Allmaras Declaration ¶ 13). This is a fact known throughout the industry and among Forest Service personnel knowledgeable about helicopters. Ex. 4 (Allmaras Declaration ¶ 13). Additionally, the Forest Service's willingness to evaluate proposals based on weight and balance data that is up to 24 months old, rather than requiring absolutely current data, demonstrates the Forest Service's recognition that weight and balance data does not vary more than minimally over time.

Erickson's error in submitting stale weight and balance data was a minor one. As noted, with respect to N247AC, there was only a 98 pound difference between the weight of the helicopter as of July 26, 2004 and March 30, 2007. Compared to a total helicopter weight of nearly 20,000 pounds, a change of approximately 100 pounds is de minimis. Indeed, for N247AC, the 2007 data reflected a 0.49% change in weight.

The Forest Service was clearly aware both of Erickson's error and its minor nature. First, Erickson's error was apparent on the face of its proposal. The solicitation required weight and balance data from no more than 24 months ago (i.e., sometime in mid-2005). The weight and balance data Erickson submitted for N217AC and N189AC was dated April 6, 2004 and May 21, 2003, respectively. Second, the Forest Service had information close at hand which

demonstrated that helicopters' weights vary only minimally over time. As discussed above, the contracting officer responsible for this solicitation had weight and balance data for N247AC from both July 26, 2004, included in Erickson's proposal, and from May 30, 2007, from Erickson's performance of another exclusive use contract. In the course of the three years between the two weighings, the empty weight of N247AC changed by only 98 pounds – or less than one half of one percent. The contracting officer therefore had personal knowledge that Erickson's inclusion in its proposal of stale weight and balance data amounted only to a minor documentation error.

Faced with Erickson's clear, minor error, the Forest Service had a duty to seek verification from Erickson that it intended to submit the stale weight and balance data. See Griffy's Landscape Maintenance, 46 Fed. Cl. at 259. An agency's duty of verification in the context of negotiated procurements was made clear in Griffy's Landscape, where an offeror protested the award of a best-value negotiated procurement for landscaping services at a military base. The offeror's proposal had been rejected for failing to include an insurance contact sheet. The Court of Federal Claims found the omission to be a clear clerical error. The court went on to hold, "The Government's obligation is clear and simple. If it suspects clerical error, it must ask." Id. at 261; see also A.G. Cullen Constr., Inc., B-284049.2, 2000 CPD ¶ 45, n.6.

After seeking verification, if Erickson had indicated that the submission was a mistake, the Forest Service was further required to allow Erickson to correct it. See Griffy's Landscape, 46 Fed. Cl. at 259; A.G. Cullen, B-284049.2, 2000 CPD ¶ 45, n.6. Any correction would not have given Erickson an opportunity to revise its proposal but rather would have resulted only in a de minimis clarification of it. The Forest Service's refusal to do so and/or evaluate Erickson's proposal on the basis of Erickson's inclusion of stale weight and balance data was therefore unreasonable.

**Conclusion**

For the reasons set forth, the Forest Service's rejection of Erickson's proposal was unreasonable. Because helicopter weight does not vary by any meaningful amount, any deficiencies in the documentation included in Erickson's proposal were minor at best and would not have had any meaningful impact on the agency's ability to evaluate the performance capability of Erickson's aircraft to meet contract requirements. Had the Forest Service not rejected Erickson's proposal but verified the data in it and evaluated it in accordance with the stated evaluation criteria, Erickson's proposal would have been determined to represent the best value to the government and would have been selected for one or more contract awards. For all of the reasons set forth above, Erickson respectfully requests that GAO sustain this protest, direct that the Forest Service evaluate Erickson's proposal in accordance with the stated evaluation criteria, and make appropriate contract award(s) to Erickson if Erickson's proposal is determined

to represent the best value to the government. Erickson also requests that it be granted the costs of filing and pursuing this protest, including reasonable attorneys' fees, and such further relief as the Comptroller General deems just and proper.

Pursuant to 4 C.F.R. § 21.4 and in anticipation of the submission of documents from the agency which contain privileged information and/or information which, if released, would result in competitive harm, Erickson respectfully requests that GAO issue a protective order.

Finally, pursuant to 4 C.F.R. § 21.3(c) and (d), Erickson requests copies of documents of whatever nature, whether formal or informal, written or electronic, that relate to the issues in this protest. This request specifically includes:

(1) Any and all documents relating to the Forest Service's determination to reject Erickson's proposal as unacceptable, including documents relating to any evaluation of Erickson's proposal on its merits;

(2) Any and all communications between the Forest Service and the offerors including but not limited to discussions or clarifications regarding the offers submitted in response to Solicitation No. RFP AG-024B-S-07-0008;

(3) Any and all documents relating to the selection for contract award of the offerors identified in the attachment to the June 13, 2007 letter for the 17 CLINS for which Erickson is protesting the rejection of its proposal;

(4) Any other documents relevant to the issues in this protest.

A copy of this protest including all attachments is being served upon the contracting officer today via email.

Respectfully submitted,

SALTMAN & STEVENS, P.C.

Alan I. Saltman
Ruth G. Tiger
Eric J. Pohlner

AIS/RGT/EJP/bjr
Enclosures

(cc w/encl via email): Frank Gomez
Contracting Officer
United States Forest Service
Fire & Aviation Support, Contracting
National Interagency Fire Center
3833 South Development Avenue
Boise, ID 83705
(208) 387-5347
(208) 387-5384 (fax)
fgomez@fs.fed.us

# List of Exhibits

Exhibit 1 ……………………………….Letter from Forest Service rejecting Erickson's Proposal

Exhibit 2 …………………………………………….Solicitation (as amended on April 26, 2007)

Exhibit 3 ………………………………………………..Selected Portions of Erickson's Proposal

Exhibit 4 ……………………………………………………….Declaration of Lannis Allmaras

USDA, FOREST SERVICE
Fire & Aviation Support, Contracting
National Interagency Fire Center
3833 South Development Avenue
Boise, Idaho 83705-5354

Telephone: (208) 387-5632 Fax: (208) 387-5384

www.fs.fed.us/fire/contracting www.fedbizopps.gov

# FAX

ATTN: Mr. Lanny Allmaras

COMPANY: Erickson Air-Crane, Inc. DATE: June 13, 2007

FAX No: 360-696-9032 PHONE No: 208 867-4424

FROM: Frank Gomez PHONE No: 208-387-5347

**Pages to Follow:** 4

**MESSAGE**

Reference RFP AG-024B-S-07-0008 Heavy or Medium Helicopter Services

541-669
9440



United States Department of Agriculture | Forest Service | National Interagency Fire Center | 3833 S. Development Ave. Boise, ID 83705

File Code: 6320

Date: June 13, 2007

Mr. Lanny Allmaras
Erickson Air-Crane, Inc.
3100 Willow Springs Road
Central Point, OR 97502

RE: RFP AG-024B-S-07-0008 Heavy or Medium Helicopter Services

Dear Mr. Allmaras:

Evaluations have been completed for the above referenced solicitation. Unfortunately your proposal was determined to be unacceptable due to deficiencies with your proposal. The issues identified were significant enough to warrant rejection of your proposal. The pre-proposal conference conducted on April 18, 2007 prior to receipt of the offers or proposals was intended to minimize discrepancies

The successful Offerors are attached for your review.

The requirement for accurate information is critical to evaluation of overall aircraft performance capability in respect to meeting contract performance requirements. The weight and balance (W&B) and/or equipment list did not comply with the standards set forth in the solicitation. Section C5 Aircraft Maintenance; C5.13 states that the weight and balance is determined by actual weighing of the aircraft within twenty-four (24) calendar months preceding the starting date of the contract. Section C5.16 states that a list of equipment installed in the aircraft at the time of weighing shall be compiled.

Weight and balance (W&B) information for the following were not in compliance with the requirements in the solicitation. The date of the W&B and equipment list for helicopter N189AC was April 21, 2003 which was not in compliance with the 24 month requirement. The date of the W&B for helicopter N217AC was April 5, 2004 and the date of the equipment list was April 6, 2004. The date of the W&B for helicopter N247AC was July 26, 2004 and the date of the equipment list was July 3, 2004. The date of the W&B for N6926R was September 23, 2005 which was in compliance, however the date of the accompanying equipment list was April 24,2004 which did not match the date of the W&B.

In addition the Load Calculation instructions specifically state that 7 pounds/gallon shall be used when computing fuel weight in accordance with Section C Exhibit 13.(5). You used 6.7 pounds/gallon for fuel weight which is incorrect.

Offers were solicited via FebBizOpps and 32 proposals were received. The Government will not consider subsequent revisions of any offeror's proposal. No response is required on your part unless a basis exists to challenge the small business size status of any of the awardees.

If you would like you may request a contract debriefing within 3 days of notification of this award. The debriefings would discuss your proposal weaknesses and strengths in accordance with FAR 15.506 Postaward debriefing of Offerors.

The Forest Service wishes to express appreciation of your efforts to meet the needs of our helicopter aerial firefighting program. Should other procurements of this nature be forthcoming, the Forest Service would welcome your interest.

If you have any questions, please call me at 208/387-5347.

Sincerely,

Frank Gomez
Contracting Officer

Recommendations for awards are as follows:

| Item/Base | Vendor N Number | MAP Period (days) |
|---|---|---|
| Item 1 Cadillic/Ely/Jeffco | HTS N715HT | 180 |
| Item 2 Prescott/Couer d'Alene | HTS N719HT | 180 |
| Item 3 Albuq/Helena | HTS N720HT | 180 |
| Item 4 Sierra Vista/Grangeville | HTS N718HT | 180 |
| Item 5 Cedar City | HTS N722HT | 180 |
| Item 6 Lucky Peak | HTS N716HT | 150 |
| Item 7 San Bernardino | HEAVY LIFT N54HL | 150 |
| Item 8 San Bernardino | HEAVY LIFT N44094 | 150 |
| Item 9 Chuchupate | SAN JOAQUIN N212SJ | 154 |
| Item 10 Hemet | GEO-SEIS N6979R | 150 |
| Item 11 Casitas | CARSON N81661 | 150 |
| Item 12 Van Nuys | CARSON N3173U | 150 |
| Item 13 Custer | MINUTEMAN N4145MA | 150 |
| Item 14 Chester | HELIQWEST N202WM | 150 |
| Item 15 Ely/Jeffco | CARSON N81697 | 90 |
| Item 16 Phoenix | CARSON N612RM | 90 |
| Item 17 McCall | CARSON N116AZ | 90 |
| Item 18 Salmon-Challis | CARSON N7011M | 90 |
| Item 19 Westover | CARSON N4503E | 90 |
| Item 20 Orland | PJ HELICOPTERS N216PH | 90 |
| Item 21 Wenatchee | ARCHER AVIATION N260TA | 90 |
| Item 22 Mariposa | HTS N725HT | 90 |
| Item 23 Helena | SKY AVIATIONS N63HB | 90 |
| Item 24 Santa Maria | CONSTRUCTION N1048Y | 90 |
| Item 25 Reno/Stead | COLUMBIA N184CH | 90 |
| Item 26 Oakridge | ARIS HELICOPTERS N58AH | 90 |
| Item 27 Montague | MIDWEST N827MH | 90 |

| | | |
|---|---|---|
| Item 28 Coeur d'Alene | PANHANDLE N623PB | 90 |
| Item 29 La Grande | CENTRAL VALLEY N40729 | 90 |
| Item 30 Chester | COLUMBIA N239CH | 90 |
| Item 31 John Day | MIDWEST N129NH | 90 |
| Item 32 Santa Fe | CROMAN N613CK | 90 |
| Item 33 Silver City | CONSTRUCTION N901CH | 90 |
| Item 34 Rifle | HTS N724HT | 90 |
| Item 35 Grangeville | LEADING EDGE N667HP | 90 |

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | | | |
|---|---|---|---|
| 1. CONTRACT ID CODE | | PAGE 1 | OF PAGES 192 |
| 2. AMENDMENT/MODIFICATION NO. **Amendment NIFC-02** | 3. EFFECTIVE DATE **April 26, 2007** | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |

| | |
|---|---|
| 6. ISSUED BY CODE<br>**US Forest Service**<br>**National Interagency Fire Center - Contracting**<br>**Jack Wilson Bldg., 3833 S. Development Ave**<br>**Boise, ID 83705** | 7. ADMINISTERED BY *(If other than Item 6)* CODE |

| | | |
|---|---|---|
| 8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State, and ZIP Code)* | ☒ | 9A. AMENDMENT OF SOLICITATION NO. **RFP AG-024B-S-07-0008**<br>9B. DATED *(SEE ITEM 11)* **April 6, 2007** |
| CODE / FACILITY CODE | ☐ | 10A. MODIFICATION OF CONTRACT/ORDER NO.<br>10B. DATED *(SEE ITEM 13)* |

THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

12. ACCOUNTING AND APPROPRIATION DATA:

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

☐ A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE INTHE CONTRACT ORDER NO. IN ITEM 10A.

☐ B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

☐ C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

☐ D. OTHER *(Specify type of modification and authority)*

**E. IMPORTANT:** Contractor ☒ is, ☐ is not required to sign this document and return __1__ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.*

## PURPOSE OF THIS AMENDMENT:

Replace solicitation in it's entirety with the attached solicitation. Amendment NIFC-02 on the upper left corner indicates changes to solicitation.

See Summary of Changes on next page.

Except as provided herein, all terms and conditions referenced in item 9A or 10A, as heretofore changed, remain unchanged and in full force and effect.

| | | | |
|---|---|---|---|
| 15A. NAME AND TITLE OF SIGNER (type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (type or print)<br>**Frank Gomez** Contracting Officer | |
| 15B. CONTRACTOR/OFFEROR<br>*(Signature of person authorized to sign)* | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>/s/ Frank Gomez<br>*(Signature of Contracting Officer)* | 16C. DATE SIGNED<br>**April 26, 2007** |

NSN 7540-01-152-8070
Previous edition unusable

30-105

**STANDARD FORM 30** (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

| | |
|---|---|
| Amendment NIFC-01 | Pre-Proposal Conference Information |
| Amendment NIFC-02 | Replace solicitation in it's entirety with the attached solicitation |
| Table of Contents | Page numbers have changed |
| Section B | New language page 2<br>Page 3 deleted Year in Optional Period<br>Added Page 3-a<br>Page 5 deleted Year in Optional Period<br>Page 6 changed language for Contracted Helicopter Equipped Weight and Relief Crew Costs<br>Page 7 removed year in Optional Period<br>Page 8 changed language for Contracted Helicopter Equipped Weight and Relief Crew Costs<br>Page 9 removed year in Optional Period<br>Page 10 changed language for Contracted Helicopter Equipped Weight and Relief Crew Costs<br>Page 11 removed year in Optional Period<br>Page 12 changed language for Contracted Helicopter Equipped Weight and Relief Crew Costs<br>Page 13 removed year in Optional Period<br>Page 14 changed language for Contracted Helicopter Equipped Weight and Relief Crew Costs<br>Page 15 removed year in Optional Period<br>Page 16 changed language for Contracted Helicopter Equipped Weight and Relief Crew Costs<br>Page 17 removed year in Optional Period<br>Page 18 changed language for Contracted Helicopter Equipped Weight and Relief Crew Costs<br>**Page 19 changed to fixed tank or bucket Standard Category Only and changed Designated Base to Chuchupate**<br>Page 20 changed language for Contracted Helicopter Equipped Weight and Relief Crew Costs<br>**Added Pages 20-a through 20-d specific requirements and Contractor furnished special equipment**<br>**Page 20d changed language for moving map display**<br>Page 22 changed language for Contracted Helicopter Equipped Weight and Relief Crew Costs<br>Page 24 changed language for Contracted Helicopter Equipped Weight and Relief Crew Costs<br>Page 26 changed language for Contracted Helicopter Equipped Weight and Relief Crew Costs<br>Page 27 removed year in Optional Period<br>Page 28 changed language for Contracted Helicopter Equipped Weight and Relief Crew Costs<br>Page 29 removed year in Optional Period<br>Page 30 changed language for Contracted Helicopter Equipped Weight and Relief Crew Costs<br>Page 31 removed year in Optional Period<br>Page 32 changed language for Contracted Helicopter Equipped Weight and Relief Crew Costs<br>Page 33 Changed Designated Base, removed year in Optional Period<br>Page 34 changed language for Contracted Helicopter Equipped Weight and Relief Crew Costs<br>Page 35 Changed Designated Base and removed year in Optional Period |

| | |
|---|---|
| Amendment NIFC-02(cont) | Page 36 changed language for Contracted Helicopter Equipped Weight and Relief Crew Costs |
| | Page 37 changed Designated Base |
| | Page 38 changed language for Contracted Helicopter Equipped Weight and Relief Crew Costs |
| | Page 39 changed Designated Base |
| | Page 40 changed language for Contracted Helicopter Equipped Weight and Relief Crew Costs |
| | Page 41 changed Designated Base |
| | Page 42 changed language for Contracted Helicopter Equipped Weight and Relief Crew Costs |
| | Page 44 changed language for Contracted Helicopter Equipped Weight and Relief Crew Costs |
| | Page 46 changed language for Contracted Helicopter Equipped Weight and Relief Crew Costs |
| | Page 48 changed language for Contracted Helicopter Equipped Weight and Relief Crew Costs |
| | Page 49 changed Designated Base |
| | Page 50 changed language for Contracted Helicopter Equipped Weight and Relief Crew Costs |
| | Page 52 changed language for Contracted Helicopter Equipped Weight and Relief Crew Costs |
| | Page 54 changed language for Contracted Helicopter Equipped Weight and Relief Crew Costs |
| | Page 55 changed Designated Base |
| | Page 56 changed language for Contracted Helicopter Equipped Weight and Relief Crew Costs |
| | Page 58 changed language for Contracted Helicopter Equipped Weight and Relief Crew Costs |
| | Page 60 changed language for Contracted Helicopter Equipped Weight and Relief Crew Costs |
| | Page 62 changed language for Contracted Helicopter Equipped Weight and Relief Crew Costs |
| | **Page 63 changed Designated Base to John Day** |
| | Page 64 changed language for Contracted Helicopter Equipped Weight and Relief Crew Costs |
| | Page 65 changed Designated Base and removed year in Optional Period |
| | Page 66 changed language for Contracted Helicopter Equipped Weight and Relief Crew Costs |
| | Page 67 changed Designated Base and removed year in Optional Period |
| | Page 68 changed language for Contracted Helicopter Equipped Weight and Relief Crew Costs |
| | Page 69 changed Designated Base |
| | Page 70 changed language for Contracted Helicopter Equipped Weight and Relief Crew Costs |
| | Page 72 changed language for Contracted Helicopter Equipped Weight and Relief Crew Costs |
| | **Page 73 changed payload to 2300 pounds for all bases except Item 9 Chuchupate** |
| | **Page 75 changed B.11 added requirement for Suppressant/Retardant Mixing Equipment** |
| | **Page 76 changed B.11 Kit for disposal of fuel during start-up/shut down; added if commercially available** |
| | **Page 76 changed language for moving map display** |
| Section C | **Page 78 changed language in C.1 A.** |
| | **Page 83 C.4 D. 28. Applicable to Item p Chuchupate only** |
| | **Page 91 changed language in C.8 G. 1.** |
| | **Page 97 changed language in C.12 C. 9.** |
| | **Page 116 changed language in equipped weight** |
| | **Page 128 changed language in Exhibit 5 A.** |
| | **Page 129 changed language in Exhibit 5 B. 3. and deleted B.4.** |
| | **Page 132 changed language in D. 1 Notes b.** |

| | |
|---|---|
| | **Page 151 thru page 156 Change to wage Determinations** |
| Section E | **Page 169 changed language in E.2 Part I (a) (1)**<br>**Page 170 changed language in E.2 Sub Part I (a) (1)** |

**TABLE OF CONTENTS**

**OFFEROR'S COPY**

**(Ref. 48 CFR 1)**

| | |
|---|---|
| **Issuing Office:**<br>US Forest Service<br>National Interagency Fire Center – Contracting<br>Jack Wilson Building<br>3833 S. Development Avenue<br>Boise, ID 83705-5354 | This solicitation can be downloaded from the following Internet site: **www.fedbizopps.gov** |
| **Offers Are Solicited For**: | |
| Heavy or Medium Exclusive Use Helicopters | |
| **Solicitation No:** RFP AG-024B-S-07-0008    **Issued Date:** April 6, 2007 | |

**IMPORTANT – NOTICE TO OFFEROR**

**PRE-PROPOSAL CONFERENCE IS SCHEDULED AS FOLLOWS:**

**Date: April 18, 2007 Time: 0900-1500**

**Location: Oxford Suites**
**1426 S. Entertainment Ave.**
**Boise, Idaho 83709 Phone (208) 322-8000**

Information and instructions for submission of offers are contained in the attached Solicitation as indicated below:

- [X] SF-1449, Solicitation for Commercial Items
- [X] Section E, Instructions to Offeror - Commercial Items (FAR 52.212-1) (Tailored/Addenda)
- [X] Section E, Offeror Representations and Certifications - Commercial Items (FAR 52.212-3)

Before mailing your offer, please recheck the following:

- Does your offer set forth full, accurate, and complete information as required by this solicitation including Exhibits and acknowledgement of any amendments that were issued?
- Have you rechecked your figures, including calculations on your worksheet?
- Have you completed Exhibit 13, Interagency Helicopter Load Calculation?
- Have you completed the Offeror's Past Performance and Organizational Experience Questionnaire? (See Section E)
- Have you received your Data Universal Numbering System (DUNS) Number and complied with the Central Contractor Registration requirements of FAR 52.212-1?
- Have you completed the annual representations and certifications via the Online Representations and Certifications Application (ORCA) website at http://orca.bpn.gov ?
- Have you completed, signed, and enclosed all required documents?

Offerors may call Frank Gomez for information about this solicitation at (208) 387-5347 or Chuck Taylor at (208) 387-5623 for technical questions about the specifications in this solicitation.

**TABLE OF CONTENTS**

**"The policy of the United States Department of Agriculture Forest Service prohibits discrimination on the basis of race, color, national origin, age, religion, sex, disability, family status, and/or political affiliation." Persons believing they have been discriminated against in any Forest Service related activity should write to: Chief, Forest Service, USDA, P. O. Box 96090, Washington, DC 20090-6090.**

---


**SECTION A – SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS**

Standard Form 1449 ....................1

**SECTION B – SUPPLIES OR SERVICES AND PRICES**

B-1 Schedule of Items ....................2

**SECTION C – DESCRIPTION/SPECIFICATIONS/WORK STATEMENT**

C-1 Scope of Contract....................78

C-2 Certifications....................78

C-3 Government Furnished Property ....................79

C-4 Aircraft Requirements ....................80

C-5 Aircraft Maintenance ....................84

C-6 Aircraft and Equipment Security....................86

C-7 Avionics Requirements ....................86

C-8 Contractor Furnished Avionics Systems ....................87

C-9 Avionics Installation and Maintenance Standards....................92

C-10 Operations ....................92

C-11 Contractor's Environmental Responsibilities ....................95

C-12 Personnel ....................96

C-13 Conduct and Replacement of Personnel....................99

C-14 Suspension and Revocation of Personnel ....................100

C-15 Substitution of Personnel, Aircraft, and Equipment ....................100

C-16 Flight Hour and Duty Limitations ....................100

C-17 Accident Prevention and Safety ....................102

C-18 Mishaps ....................103

**TABLE OF CONTENTS**

C-19 Personal Protective Equipment ....104

C-20 Inspection and Acceptance ....105

C-21 Pre-Use Inspection Expenses ....107

C-22 Re-Inspection Expenses ....107

C-23 Inspections During Use ....107

C-24 Contract Period and Renewal Options ....107

C-25 Designated Base(s) and Mandatory Availability Period (including Extended Use)...108

C-26 Daily Availability Requirements ....108

C-27 Unavailability ....109

C-28 Payment Procedures ....109

C-29 Payment for Flight ....110

C-30 Payment for Availability ....110

C-31 Payment for Extended Standby ....110

C-32 Payment for Service in the Optional-Use Period ....110

C-33 Payment for Additional Helicopter and Personnel ....111

C-34 Reimbursement for Mobilization and Demobilization Costs ....111

C-35 Payment for Substitute/Replacement Aircraft ....111

C-36 Meals ....111

C-37 Payment for Fuel Servicing Vehicle Mileage ....112

C-38 Payment for Fuel Transportation ....112

C-39 Payment for Foam Concentrate ....112

C-40 Payment for Costs Away from the Designated Base ....113

C-41 Payment for Overnight Allowance ....113

C-42 Miscellaneous Costs to the Contractor ....114

C-43 Definitions ....115

C-44 Abbreviations ....121

TABLE OF CONTENTS

## EXHIBITS

EXHIBIT 1 First Aid Kit Aeronautical....122

EXHIBIT 2 Survival Kit Aeronautical (Lower-48)....123

EXHIBIT 3 Alaska Supplement....124

EXHIBIT 4 Restraint Systems Condition Inspection Guidelines....127

EXHIBIT 5 Additional Suppression/Prescribed Fire Equipment....128

EXHIBIT 6 High Visibility Markings on Main Rotor Blades....134

EXHIBIT 7 Additional Avionics Equipment....135

EXHIBIT 8 Fuel Servicing Equipment Requirements....136

EXHIBIT 9 Pilot Operations Briefing Certificate....141

EXHIBIT10 Interagency Guidelines for Vertical Reference-External Load/Snorkel Training Standards....142

EXHIBIT 11 Helicopter Make/Model/Series Lists....144

EXHIBIT 12 Helicopter Services Hourly Flight Rates, Fuel Consumption, and Weight Reduction Chart....145

EXHIBIT 13 Interagency Helicopter Load Calculation....146

EXHIBIT 14 Helicopter and Fuel Service Vehicle Pre-Use Checklist....149

EXHIBIT 15 Performance Report....150

EXHIBIT 16 Department of Labor Wage Determinations....151

EXHIBIT 17 Rappel Requirements....157

EXHIBIT 18 Contractors Verification of Individual Pilot's Requirements and Experience For Initial Agency Approval....161

**TABLE OF CONTENTS**

## SECTION D – CONTRACT CLAUSES

D-1 Contract Terms and Conditions and Conditions Required to Implement Statutes or Executive Orders (Commercial Items) (FAR 52.212-5) .......................... 162

D-2 Economic Price Adjustment Specified Flight Rate Contracts .................................. 164

D-3 Property and Personal Damage .................................................................... 166

D-4 Option to Extend the Term of the Contract (FAR 52.217-9) .................................... 166

D-5 Optional-Use Period .................................................................................. 166

D-6 Statement of Equivalent Rates for Federal Hires (FAR 52.222-42) ......................... 166

## SECTION E – SOLICITATION PROVISIONS

E-1 Instructions to Offerors-Commercial Items (FAR 52.212-1) (JAN 2004) (Tailored/Addenda) ........................................................................................ 168

E-2 Instructions for the Preparation Of Business And Technical Proposals ................... 169

E-3 Evaluation – Commercial Items (FAR 52.212-2) (JAN 1999) (Tailored/Addenda) ... 172

E-4 Contract Award ........................................................................................ 173

E-5 Offeror Representations and Certifications – Commercial Items (FAR 52.212-3) ..... 173

E-6 Offeror's Past Performance and Organizational Experience Questionnaire ............ 183

E-7 Synopsis Of Safety Program ......................................................................... 184

E-8 Best Value Formula .................................................................................... 185

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS<br>*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30* | | | 1. REQUISITION NO. | PAGE 1 OF 186 |
|---|---|---|---|---|
| 2. CONTRACT NO. | 3. AWARD/EFFECTIVE DATE | 4. ORDER NO. | 5. SOLICITATION NO.<br>AG-024B-S-07-0008 | 6. SOLICITATION ISSUE DATE April 6, 2007 |
| 7. FOR SOLICITATION INFORMATION CALL | a. NAME<br>Frank Gomez | | b. TELEPHONE NO. *(No collect calls)*<br>208-387-5347 | 8. OFFER DUE DATE/LOCAL TIME<br>5/7/2007 Close of Business |
| 9. ISSUED BY CODE<br>US Forest Service<br>National Interagency Fire Center – Contracting<br>Jack Wilson Building<br>3833 S. Development Avenue<br>Boise, ID 83705-5354 | | 10. THIS ACQUISITION IS<br>☐ UNRESTRICTED<br>☒ SET ASIDE: 100 % FOR<br>☒ SMALL BUSINESS<br>☐ 8(A)<br>NAICS: 481212<br>SIZE STD:1500 Employees | 11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED<br>SEE SCHEDULE<br>13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)<br>13b. RATING<br>14. METHOD OF SOLICITATION<br>RFP | 12. DISCOUNT TERMS |
| 15. DELIVER TO CODE<br>US Forest Service<br>National Interagency Fire Center – Contracting<br>Jack Wilson Building<br>3833 S. Development Avenue<br>Boise, ID 83705-5354 | | 16. ADMINISTERED BY CODE<br>See Block 9 | | |
| 17a. CONTRACTOR/OFFEROR CODE FACILITY CODE<br>TELEPHONE NO.<br>FACSIMILE NO.<br>DUNS NO. | | 18a. PAYMENT WILL BE MADE BY CODE<br>US FOREST SERVICE<br>ALBUQUERQUE SERVICE CENTER<br>INCIDENT FINANCE-CONTRACTING<br>101B SUN AVE NE<br>ALBUQUERQUE, NM 87109<br>Phone: 877-372-7248 | | |
| 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER | | 18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED SEE ADDENDUM | | |

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTI | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | SEE SECTION B (ATTACHED)<br>Heavy or Medium Helicopters-Tanked or Bucket | | | | |

| 25. ACCOUNTING AND APPROPRIATION DATA | 26. TOTAL AWARD AMOUNT *(For Govt. Use Only)* |
|---|---|

27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA ☒ ARE ☐ ARE NOT ATTACHED. (***See www.arnet.gov for FAR Clauses in full text)***

| 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN _1_ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN. | 29. AWARD OF CONTRACT: REFERENCE ______________ OFFER DATED _________________. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS: |
|---|---|
| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)* |

| 30b. NAME AND TITLE OF SIGNER *(TYPE OR PRINT)* | 30c. DATE SIGNED | 31b. NAME OF CONTRACTING OFFICER<br>*Frank Gomez* | 31c. DATE SIGNED |
|---|---|---|---|

AUTHORIZED FOR LOCAL REPRODUCTION
(REV 4/2002)PREVIOUS EDITION IS NOT USABLE

**STANDARD FORM 1449**
Prescribed by GSA - FAR (48 CFR) 53.212

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**One to thirty five (35) Standard and Restricted Heavy (tank or bucket) or Limited Use and Restricted Medium Helicopters (bucket only)** fully operated, meeting the requirements of this Schedule and the specifications for operation at the designated base, and during the periods shown below: Award of helicopters make and model will be based on best value to the Government. The performance requirements are a minimum and the A/C will be evaluated for overall best value including price. The Government will determine best value.

**Item 9 Chuchupate requires a Standard Category helicopter**

**The Government reserves the right to award any combination of items and or number of items.**

**Pre-work Meeting/Aircraft Inspections-all equipment needing to be inspected will be at the inspection point.**

Location--South Zone-San Bernardino Tanker Base, time and date to be scheduled.
Pre-work meeting/Inspections will be conducted at San Bernardino for the following designated base locations:

San Bernardino, Hemet, Casitas and Van Nuys.

All other designated bases for Pre-work meetings and Inspections will be conducted at the designated base or location to be determined by the Government, time and dated to be scheduled.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

## B-1 Schedule of Items

**ITEM NO. 1** **Helicopter equipped with a fixed tank.**

**Designated Base(s)**

Name: **Cadillac, Michigan** National Forest: **Huron/Manistee**
Location: **Cadillac, Michigan Airport**

Mandatory Availability Period and Net Days

**BASE YEAR** **Not Applicable**
April 1, 2007 – May 15, 2007

**OPTION YEARS**
April 1 – May 15, 7 45 Days
Mandatory Availability Period

Name: **Ely, MN** National Forest: **Superior National Forest**
Location: **Ely, MN**

Mandatory Availability Period and Net Days

**BASE YEAR** **Not Applicable**
May 17, 2007 – June 15, 2007
Mandatory Availability Period

**OPTION YEARS**
May 17 – June 15, 30 Days
Mandatory Availability Period

Name: **Jeffco, CO** National Forest: **Arapaho and Roosevelt National Forest**
Location: **Bloomfield, CO**

Mandatory Availability Period and Net Days

June 19, 2007 – October 1, 2007 105 Days
Mandatory Availability Period

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 1**

Make: ____________________
Model: ____________________
Series: ____________________
N Number: ______

**Contracted Helicopter Equipped Weight**

Equipped Weight = _____ lbs

Equipped Weight includes the weight of a fixed tank or the weight of the empty bucket and any associated suspension hardware (cables, connectors, etc.). See clause C 4 D.21 for reference.

Helicopter(s) awarded contract(s) under this solicitation shall remain at or below contracted helicopter equipped weight and will be allowed plus 1% above the awarded contracted helicopter equipped weight during the contract period. The aircraft's equipped weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option or following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. If the government requires additional equipment after contract award no penalty will be assessed.

**Approved HOGE Performance Data**

HOGE = (enter weight) _________

Note: Only approved Basic Flight Manual HOGE Performance Charts, Flight Manual Supplement HOGE Performance Charts, or Supplement Type Certificate (STC) HOGE Performance Data approved for the aircraft by serial number shall be used to compute the Interagency Helicopter Load Calculation during the contract period.

**Relief Crew Costs Per Person**

Cost from Contractors Home Base to Designated Base for contract relief costs per person $________________ (see C.34). The relief costs will be reviewed prior to award and prior to each renewal option period.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

## ITEM No 1

**Daily Availability Offer Rate**

| *SERVICES* | *QUANTITY* | *UNIT PRICE* | *TOTAL* | *YEAR* |
|---|---|---|---|---|
| | | | | |
| **Daily Availability Base Year 2007** | **105 DAYS** | **$ _______________** | **$ _______________** | ***BASE 2007*** |
| **Daily Availability Option Year 1 2008** | **180 DAYS** | **$ _______________** | **$ _______________** | ***Option 1 2008*** |
| **Daily Availability Option Year 2 2009** | **180 DAYS** | **$ _______________** | **$ _______________** | ***Option 2 2009*** |
| | | | | |
| **Specified Hourly Flight Rate** | **350 * Hours** | **See Exhibit 12** | **$** | |
| | | | | |
| **Optional Use Rate** Base Year 2007** | **HR** | **$ _______________** | **N/A** | ***BASE 2007*** |
| **Optional Use Rate** Option Year 1 2008** | **HR** | **$ _______________** | **N/A** | ***Option 1 2008*** |
| **Optional Use Rate** Option Year 2 2009** | **HR** | **$ _______________** | **N/A** | ***Option 2 2009*** |

*Estimated number of flight hours is for estimation use only, the Government does not guarantee any flight hours under this contract.
**Optional Use Rate will not be used in the evaluation of quotes.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 2 Helicopter equipped with a fixed tank.**

**Designated Base(s)**

Name: **Prescott, AZ** National Forest: **Prescott**
Location: **Prescott, AZ. Airport**

Mandatory Availability Period and Net Days

**BASE YEAR**
June 15, 2007 – July 29, 2007 45 Days
Mandatory Availability Period

**OPTION YEARS**
May 1 – July 29 90 Days
Mandatory Availability Period

Name: **Couer d' Alene, ID** National Forest: **Couer d' Alene,**
Location: **Couer d' Alene Airport**

Mandatory Availability Period and Net Days

August 2, 2007 – October 30, 2007 90 Days
Mandatory Availability Period

**Daily Availability Offer Rate**

| SERVICES | QUANTITY | UNIT PRICE | TOTAL | YEAR |
|---|---|---|---|---|
| | | | | |
| Daily Availability<br>Base Year 2007 | 135 DAYS | $ _______________ | $ _______________ | BASE<br>2007 |
| Daily Availability<br>Option Year 1 2008 | 180 DAYS | $ _______________ | $ _______________ | Option 1<br>2008 |
| Daily Availability<br>Option Year 2 2009 | 180 DAYS | $ _______________ | $ _______________ | Option 2<br>2009 |
| | | | | |
| Specified Hourly Flight Rate | 350 *<br>Hours | See Exhibit 12 | $ | |
| | | | | |
| Optional Use Rate**<br>Base Year 2007 | HR | $ _______________ | N/A | BASE<br>2007 |
| Optional Use Rate**<br>Option Year 1 2008 | HR | $ _______________ | N/A | Option 1<br>2008 |
| Optional Use Rate**<br>Option Year 2 2009 | HR | $ _______________ | N/A | Option 2<br>2009 |

*Estimated number of flight hours is for estimation use only, the Government does not guarantee any flight hours under this contract.

**Optional Use Rate will not be used in the evaluation of quotes.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 2**

Make: ___________________
Model: ___________________
Series: ___________________
N Number: ______

**Contracted Helicopter Equipped Weight**

Equipped Weight = _____ lbs

Equipped Weight includes the weight of a fixed tank or the weight of the empty bucket and any associated suspension hardware (cables, connectors, etc.). See clause C 4 D.21 for reference.

Helicopter(s) awarded contract(s) under this solicitation shall remain at or below contracted helicopter equipped weight and will be allowed plus 1% above the awarded contracted helicopter equipped weight during the contract period. The aircraft's equipped weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option or following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. If the government requires additional equipment after contract award no penalty will be assessed.

**Approved HOGE Performance Data**

HOGE = (enter weight) ________

Note: Only approved Basic Flight Manual HOGE Performance Charts, Flight Manual Supplement HOGE Performance Charts, or Supplement Type Certificate (STC) HOGE Performance Data approved for the aircraft by serial number shall be used to compute the Interagency Helicopter Load Calculation during the contract period.

**Relief Crew Costs Per Person**

Cost from Contractors Home Base to Designated Base for contract relief costs per person $________________ (see C.34). The relief costs will be reviewed prior to award and prior to each renewal option period.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 3 Helicopter equipped with a fixed tank.**

**Designated Base(s)**

Name: **Albuquerque, NM** National Forest: **Cibola**
Location: **Albuquerque, NM Airport**

Mandatory Availability Period and Net Days

**BASE YEAR**
June 15, 2007 – July 29, 2007 45 Days
Mandatory Availability Period

**OPTION YEARS**
May 1 – July 29 90 Days
Mandatory Availability Period

Name: **Helena, MT** National Forest: **Helena**
Location: **Helena, MT Airport**

Mandatory Availability Period and Net Days

August 2, 2007 – October 30, 2007 90 Days
Mandatory Availability Period

**Daily Availability Offer Rate**

| *SERVICES* | *QUANTITY* | *UNIT PRICE* | *TOTAL* | *YEAR* |
|---|---|---|---|---|
| | | | | |
| Daily Availability Base Year 2007 | 135 DAYS | $ ______________ | $ ______________ | *BASE 2007* |
| Daily Availability Option Year 1 2008 | 180 DAYS | $ ______________ | $ ______________ | *Option 1 2008* |
| Daily Availability Option Year 2 2009 | 180 DAYS | $ ______________ | $ ______________ | *Option 2 2009* |
| | | | | |
| Specified Hourly Flight Rate | 350 * Hours | See Exhibit 12 | $ | |
| | | | | |
| Optional Use Rate** Base Year 2007 | HR | $ ______________ | N/A | *BASE 2007* |
| Optional Use Rate** Option Year 1 2008 | HR | $ ______________ | N/A | *Option 1 2008* |
| Optional Use Rate** Option Year 2 2009 | HR | $ ______________ | N/A | *Option 2 2009* |

*Estimated number of flight hours is for estimation use only, the Government does not guarantee any flight hours under this contract.

**Optional Use Rate will not be used in the evaluation of quotes.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 3**

Make: ___________________
Model: ___________________
Series: ___________________
N Number: ______

**Contracted Helicopter Equipped Weight**

Equipped Weight = _____ lbs

Equipped Weight includes the weight of a fixed tank or the weight of the empty bucket and any associated suspension hardware (cables, connectors, etc.). See clause C 4 D.21 for reference.

Helicopter(s) awarded contract(s) under this solicitation shall remain at or below contracted helicopter equipped weight and will be allowed plus 1% above the awarded contracted helicopter equipped weight during the contract period. The aircraft's equipped weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option or following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. If the government requires additional equipment after contract award no penalty will be assessed.

**Approved HOGE Performance Data**

HOGE = (enter weight) ________

Note: Only approved Basic Flight Manual HOGE Performance Charts, Flight Manual Supplement HOGE Performance Charts, or Supplement Type Certificate (STC) HOGE Performance Data approved for the aircraft by serial number shall be used to compute the Interagency Helicopter Load Calculation during the contract period.

**Relief Crew Costs Per Person**

Cost from Contractors Home Base to Designated Base for contract relief costs per person $________________ (see C.34). The relief costs will be reviewed prior to award and prior to each renewal option period.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 4 Helicopter equipped with a fixed tank.**

**Designated Base(s)**

Name: **Sierra Vista** National Forest: **Coronado**
Location: **Sierra Vista, AZ Airport**

Mandatory Availability Period and Net Days

**BASE YEAR**
June 15, 2007 – July 29, 2007 45 Days
Mandatory Availability Period

**OPTION YEARS**
May 1 – July 29 90 Days
Mandatory Availability Period

Name: **Grangeville, ID** National Forest: **Clearwater/Nez Perce**
Location: **Grangeville, ID Airport**

Mandatory Availability Period and Net Days

August 2, 2007 – October 30, 2007 90 Days
Mandatory Availability Period

**Daily Availability Offer Rate**

| SERVICES | QUANTITY | UNIT PRICE | TOTAL | YEAR |
|---|---|---|---|---|
| | | | | |
| Daily Availability Base Year 2007 | 135 DAYS | $ ______________ | $ ______________ | BASE 2007 |
| Daily Availability Option Year 1 2008 | 180 DAYS | $ ______________ | $ ______________ | Option 1 2008 |
| Daily Availability Option Year 2 2009 | 180 DAYS | $ ______________ | $ ______________ | Option 2 2009 |
| | | | | |
| Specified Hourly Flight Rate | 350 * Hours | See Exhibit 12 | $ | |
| | | | | |
| Optional Use Rate** Base Year 2007 | HR | $ ______________ | N/A | BASE 2007 |
| Optional Use Rate** Option Year 1 2008 | HR | $ ______________ | N/A | Option 1 2008 |
| Optional Use Rate** Option Year 2 2009 | HR | $ ______________ | N/A | Option 2 2009 |

*Estimated number of flight hours is for estimation use only, the Government does not guarantee any flight hours under this contract.

**Optional Use Rate will not be used in the evaluation of quotes.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 4**

Make: ____________________
Model: ____________________
Series: ____________________
N Number: ______

**Contracted Helicopter Equipped Weight**

Equipped Weight = _____ lbs

Equipped Weight includes the weight of a fixed tank or the weight of the empty bucket and any associated suspension hardware (cables, connectors, etc.). See clause C 4 D.21 for reference.

Helicopter(s) awarded contract(s) under this solicitation shall remain at or below contracted helicopter equipped weight and will be allowed plus 1% above the awarded contracted helicopter equipped weight during the contract period. The aircraft's equipped weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option or following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. If the government requires additional equipment after contract award no penalty will be assessed.

**Approved HOGE Performance Data**

HOGE = (enter weight)__________

Note: Only approved Basic Flight Manual HOGE Performance Charts, Flight Manual Supplement HOGE Performance Charts, or Supplement Type Certificate (STC) HOGE Performance Data approved for the aircraft by serial number shall be used to compute the Interagency Helicopter Load Calculation during the contract period.

**Relief Crew Costs Per Person**

Cost from Contractors Home Base to Designated Base for contract relief costs per person $________________ (see C.34). The relief costs will be reviewed prior to award and prior to each renewal option period.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 5** **Helicopter equipped with a fixed tank.**

**Designated Base(s)**

Name: **Cedar City** National Forest: **Dixie**
Location: **Cedar City, UT Airport**

Mandatory Availability Period and Net Days

**BASE YEAR**
June 15, 2007 – October 27, 2007 135 Days
Mandatory Availability Period

**OPTION YEARS**
May 1 – October 27 180 Days
Mandatory Availability Period

**Daily Availability Offer Rate**

| SERVICES | QUANTITY | UNIT PRICE | TOTAL | YEAR |
|---|---|---|---|---|
| | | | | |
| Daily Availability Base Year 2007 | 135 DAYS | $ ____________ | $ ____________ | BASE 2007 |
| Daily Availability Option Year 1 2008 | 180 DAYS | $ ____________ | $ ____________ | Option 1 2008 |
| Daily Availability Option Year 2 2009 | 180 DAYS | $ ____________ | $ ____________ | Option 2 2009 |
| | | | | |
| Specified Hourly Flight Rate | 350 * Hours | See Exhibit 12 | $ | |
| | | | | |
| Optional Use Rate** Base Year 2007 | HR | $ ____________ | N/A | BASE 2007 |
| Optional Use Rate** Option Year 1 2008 | HR | $ ____________ | N/A | Option 1 2008 |
| Optional Use Rate** Option Year 2 2009 | HR | $ ____________ | N/A | Option 2 2009 |

*Estimated number of flight hours is for estimation use only, the Government does not guarantee any flight hours under this contract.

**Optional Use Rate will not be used in the evaluation of quotes.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 5**

Make: ____________________
Model: ____________________
Series: ____________________
N Number: ______

**Contracted Helicopter Equipped Weight**

Equipped Weight = _____ lbs

Equipped Weight includes the weight of a fixed tank or the weight of the empty bucket and any associated suspension hardware (cables, connectors, etc.). See clause C 4 D.21 for reference.

Helicopter(s) awarded contract(s) under this solicitation shall remain at or below contracted helicopter equipped weight and will be allowed plus 1% above the awarded contracted helicopter equipped weight during the contract period. The aircraft's equipped weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option or following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. If the government requires additional equipment after contract award no penalty will be assessed.

**Approved HOGE Performance Data**

HOGE = (enter weight) ________

Note: Only approved Basic Flight Manual HOGE Performance Charts, Flight Manual Supplement HOGE Performance Charts, or Supplement Type Certificate (STC) HOGE Performance Data approved for the aircraft by serial number shall be used to compute the Interagency Helicopter Load Calculation during the contract period.

**Relief Crew Costs Per Person**

Cost from Contractors Home Base to Designated Base for contract relief costs per person $________________ (see C.34). The relief costs will be reviewed prior to award and prior to each renewal option period.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 6 Helicopter equipped with a fixed tank.**

**Designated Base(s)**

Name: **Lucky Peak** National Forest: **Boise**
Location: **Lucky Peak-Helibase, Boise, ID**

Mandatory Availability Period and Net Days

**BASE YEAR**
June 15, 2007 – October 28, 2007 136 Days
Mandatory Availability Period

**OPTION YEARS**
June 1 – October 28 150 Days
Mandatory Availability Period

**Daily Availability Offer Rate**

| *SERVICES* | *QUANTITY* | *UNIT PRICE* | *TOTAL* | *YEAR* |
|---|---|---|---|---|
| | | | | |
| **Daily Availability Base Year 2007** | **136 DAYS** | **$ ______________** | **$ ______________** | ***BASE 2007*** |
| **Daily Availability Option Year 1 2008** | **150 DAYS** | **$ ______________** | **$ ______________** | ***Option 1 2008*** |
| **Daily Availability Option Year 2 2009** | **150 DAYS** | **$ ______________** | **$ ______________** | ***Option 2 2009*** |
| | | | | |
| **Specified Hourly Flight Rate** | **300 * Hours** | **See Exhibit 12** | **$** | |
| | | | | |
| **Optional Use Rate** Base Year 2007** | **HR** | **$ ______________** | **N/A** | ***BASE 2007*** |
| **Optional Use Rate** Option Year 1 2008** | **HR** | **$ ______________** | **N/A** | ***Option 1 2008*** |
| **Optional Use Rate** Option Year 2 2009** | **HR** | **$ ______________** | **N/A** | ***Option 2 2009*** |

*Estimated number of flight hours is for estimation use only, the Government does not guarantee any flight hours under this contract.

**Optional Use Rate will not be used in the evaluation of quotes.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 6**

Make: ____________________
Model: ____________________
Series: ____________________
N Number: ______

**Contracted Helicopter Equipped Weight**

Equipped Weight = _____ lbs

Equipped Weight includes the weight of a fixed tank or the weight of the empty bucket and any associated suspension hardware (cables, connectors, etc.). See clause C 4 D.21 for reference.

Helicopter(s) awarded contract(s) under this solicitation shall remain at or below contracted helicopter equipped weight and will be allowed plus 1% above the awarded contracted helicopter equipped weight during the contract period. The aircraft's equipped weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option or following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. If the government requires additional equipment after contract award no penalty will be assessed.

**Approved HOGE Performance Data**

HOGE = (enter weight) _________

Note: Only approved Basic Flight Manual HOGE Performance Charts, Flight Manual Supplement HOGE Performance Charts, or Supplement Type Certificate (STC) HOGE Performance Data approved for the aircraft by serial number shall be used to compute the Interagency Helicopter Load Calculation during the contract period.

**Relief Crew Costs Per Person**

Cost from Contractors Home Base to Designated Base for contract relief costs per person $________________ (see C.34). The relief costs will be reviewed prior to award and prior to each renewal option period.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 7 Helicopter equipped with a fixed tank.**

**Designated Base(s)**

Name: **San Bernardino** National Forest: **San Bernardino**
Location: **San Bernardino, CA Airport**

Mandatory Availability Period and Net Days

July 1, 2007 – November 27, 2007 150 Days
Mandatory Availability Period

**Daily Availability Offer Rate**

| *SERVICES* | *QUANTITY* | *UNIT PRICE* | *TOTAL* | *YEAR* |
|---|---|---|---|---|
| | | | | |
| **Daily Availability**<br>**Base Year 2007** | **150 DAYS** | **$ _______________** | **$ _______________** | ***BASE***<br>***2007*** |
| **Daily Availability**<br>**Option Year 1 2008** | **150 DAYS** | **$ _______________** | **$ _______________** | ***Option 1***<br>***2008*** |
| **Daily Availability**<br>**Option Year 2 2009** | **150 DAYS** | **$ _______________** | **$ _______________** | ***Option 2***<br>***2009*** |
| | | | | |
| **Specified Hourly Flight Rate** | **300 ***<br>**Hours** | **See Exhibit 12** | **$** | |
| | | | | |
| **Optional Use Rate****<br>**Base Year 2007** | **HR** | **$ _______________** | **N/A** | ***BASE***<br>***2007*** |
| **Optional Use Rate****<br>**Option Year 1 2008** | **HR** | **$ _______________** | **N/A** | ***Option 1***<br>***2008*** |
| **Optional Use Rate****<br>**Option Year 2 2009** | **HR** | **$ _______________** | **N/A** | ***Option 2***<br>***2009*** |

*Estimated number of flight hours is for estimation use only, the Government does not guarantee any flight hours under this contract.

**Optional Use Rate will not be used in the evaluation of quotes.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 7**

Make: ____________________
Model: ____________________
Series: ____________________
N Number: ______

**Contracted Helicopter Equipped Weight**

Equipped Weight = _____ lbs

Equipped Weight includes the weight of a fixed tank or the weight of the empty bucket and any associated suspension hardware (cables, connectors, etc.). See clause C 4 D.21 for reference.

Helicopter(s) awarded contract(s) under this solicitation shall remain at or below contracted helicopter equipped weight and will be allowed plus 1% above the awarded contracted helicopter equipped weight during the contract period. The aircraft's equipped weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option or following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. If the government requires additional equipment after contract award no penalty will be assessed.

**Approved HOGE Performance Data**

HOGE = (enter weight) _________

Note: Only approved Basic Flight Manual HOGE Performance Charts, Flight Manual Supplement HOGE Performance Charts, or Supplement Type Certificate (STC) HOGE Performance Data approved for the aircraft by serial number shall be used to compute the Interagency Helicopter Load Calculation during the contract period.

**Relief Crew Costs Per Person**

Cost from Contractors Home Base to Designated Base for contract relief costs per person $________________ (see C.34). The relief costs will be reviewed prior to award and prior to each renewal option period.

SECTION B
SUPPLIES OR SERVICES AND PRICES

**ITEM NO. 8 Helicopter equipped with a fixed tank.**

**Designated Base(s)**

Name: **San Bernardino** National Forest: **San Bernardino**
Location: **San Bernardino, CA Airport**

Mandatory Availability Period and Net Days

July 1, 2007 – November 27, 2007 150 Days
Mandatory Availability Period

**Daily Availability Offer Rate**

| *SERVICES* | *QUANTITY* | *UNIT PRICE* | *TOTAL* | *YEAR* |
|---|---|---|---|---|
| | | | | |
| **Daily Availability Base Year 2007** | **150 DAYS** | **$ _____________** | **$ _____________** | ***BASE 2007*** |
| **Daily Availability Option Year 1 2008** | **150 DAYS** | **$ _____________** | **$ _____________** | ***Option 1 2008*** |
| **Daily Availability Option Year 2 2009** | **150 DAYS** | **$ _____________** | **$ _____________** | ***Option 2 2009*** |
| | | | | |
| **Specified Hourly Flight Rate** | **300 * Hours** | **See Exhibit 12** | **$** | |
| | | | | |
| **Optional Use Rate** Base Year 2007** | **HR** | **$ _____________** | **N/A** | ***BASE 2007*** |
| **Optional Use Rate** Option Year 1 2008** | **HR** | **$ _____________** | **N/A** | ***Option 1 2008*** |
| **Optional Use Rate** Option Year 2 2009** | **HR** | **$ _____________** | **N/A** | ***Option 2 2009*** |

*Estimated number of flight hours is for estimation use only, the Government does not guarantee any flight hours under this contract.

**Optional Use Rate will not be used in the evaluation of quotes.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 8**

Make: ____________________
Model: ____________________
Series: ____________________
N Number: ______

**Contracted Helicopter Equipped Weight**

Equipped Weight = _____ lbs

Equipped Weight includes the weight of a fixed tank or the weight of the empty bucket and any associated suspension hardware (cables, connectors, etc.). See clause C 4 D.21 for reference.

Helicopter(s) awarded contract(s) under this solicitation shall remain at or below contracted helicopter equipped weight and will be allowed plus 1% above the awarded contracted helicopter equipped weight during the contract period. The aircraft's equipped weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option or following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. If the government requires additional equipment after contract award no penalty will be assessed.

**Approved HOGE Performance Data**

HOGE = (enter weight) _________

Note: Only approved Basic Flight Manual HOGE Performance Charts, Flight Manual Supplement HOGE Performance Charts, or Supplement Type Certificate (STC) HOGE Performance Data approved for the aircraft by serial number shall be used to compute the Interagency Helicopter Load Calculation during the contract period.

**Relief Crew Costs Per Person**

Cost from Contractors Home Base to Designated Base for contract relief costs per person $________________ (see C.34). The relief costs will be reviewed prior to award and prior to each renewal option period.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 9 Helicopter equipped with a fixed tank or bucket Standard Category only.**

**Designated Base(s)**

Name: **Chuchupate Helibase** National Forest: **Los Padres**
Location: **Chuchupate Helibase**

Mandatory Availability Period and Net Days

June 15, 2007 November 11, 2007 154 Days
Mandatory Availability Period

**Daily Availability Offer Rate**

| SERVICES | QUANTITY | UNIT PRICE | TOTAL | YEAR |
|---|---|---|---|---|
| | | | | |
| Daily Availability Base Year 2007 | 154DAYS | $ ______________ | $ ______________ | BASE 2007 |
| Daily Availability Option Year 1 2008 | 154DAYS | $ ______________ | $ ______________ | Option 1 2008 |
| Daily Availability Option Year 2 2009 | 154DAYS | $ ______________ | $ ______________ | Option 2 2009 |
| | | | | |
| Specified Hourly Flight Rate | 300 * Hours | See Exhibit 12 | $ | |
| | | | | |
| Optional Use Rate** Base Year 2007 | HR | $ ______________ | N/A | BASE 2007 |
| Optional Use Rate** Option Year 1 2008 | HR | $ ______________ | N/A | Option 1 2008 |
| Optional Use Rate** Option Year 2 2009 | HR | $ ______________ | N/A | Option 2 2009 |

*Estimated number of flight hours is for estimation use only, the Government does not guarantee any flight hours under this contract.

**Optional Use Rate will not be used in the evaluation of quotes.

SECTION B
SUPPLIES OR SERVICES AND PRICES

**ITEM NO. 9**

Make: ____________________
Model: ____________________
Series: ____________________
N Number: ______

**Contracted Helicopter Equipped Weight**

Equipped Weight = _____ lbs

Equipped Weight includes the weight of a fixed tank or the weight of the empty bucket and any associated suspension hardware (cables, connectors, etc.). See clause C 4 D.21 for reference.

Helicopter(s) awarded contract(s) under this solicitation shall remain at or below contracted helicopter equipped weight and will be allowed plus 1% above the awarded contracted helicopter equipped weight during the contract period. The aircraft's equipped weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option or following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. If the government requires additional equipment after contract award no penalty will be assessed.

**Approved HOGE Performance Data**

HOGE = (enter weight)__________

Note: Only approved Basic Flight Manual HOGE Performance Charts, Flight Manual Supplement HOGE Performance Charts, or Supplement Type Certificate (STC) HOGE Performance Data approved for the aircraft by serial number shall be used to compute the Interagency Helicopter Load Calculation during the contract period.

**Relief Crew Costs Per Person**

Cost from Contractors Home Base to Designated Base for contract relief costs per person $________________ (see C.34). The relief costs will be reviewed prior to award and prior to each renewal option period.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**B.2 Bidders May Qualify Their Bids.** Bidders shall indicate below the maximum number of items willing to accept

| |
|---|
| |
| |
| |
| |
| |

**B.3 Aircraft Performance Specifications (Minimum)**

Performance shall be based on minimum engine specification. Aircraft performance capabilities shall be determined by using the Standard Interagency Helicopter Load Calculation Method. (Exhibit 13, Interagency Helicopter Load Calculation)

Use (Exhibit 13, Interagency Helicopter Load Calculation) and (Exhibit 12, Hourly Flight Rates, Fuel consumption, and Weight Reduction Chart) per aircraft type and the appropriate Hover Ceiling Charts (HOGE) and (HIGE) from the approved Rotorcraft Flight Manual.

**1. CAPABILITY OF**

☐ Hovering in ground effect (HIGE)
Or
☒ Hovering out of ground effect (HOGE)

At _5,000_ feet pressure altitude and _30 °C with ☐ non-jettisonable ☒ jettisonable Payload of _1200 pounds, as determined by Exhibit 13, Standard Interagency Load Calculation form, using a standard pilot weight of 200 pounds and fuel for one hour and 30 minutes (01+30) as determined by Exhibit 12, Hourly Flight Rates, Fuel consumption, and Weight Reduction Chart.

☒ 14 CFR Part 135 Operation Specifications and CFR 14 Part 133 approval for left seat operation, passenger and external load. Note: Applicable only if operator intends to operate helicopter from left seat.

Weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option or following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. If the government requires additional equipment after contract award no penalty will be assessed.

SECTION B
SUPPLIES OR SERVICES AND PRICES

**B.4 Engine Requirements (Shown by an X in the Block)**

☒ Single turbine engine
☒ Twin turbine engine

**B.5** CREW **Coverage**

☒ One Pilot Crew ☒ Two Pilot crew ☐ Three Pilot crew
**And**
☒ With Relief Pilot(s) ☐ Without Relief Pilot(s)

☐ SIX-DAY COVERAGE (SEE BELOW CHART)
☒ SEVEN-DAY COVERAGE ☐ A. ☒ B OR ☐ C. BELOW

| COVERAGE | FUEL SERVICING VEHICLE DRIVER | MECHANIC |
|---|---|---|
| 6-Day | 6-Day Coverage<br><br>No Relief Required | 3-Hour Call-up |
| 7-Day<br>A. | FSVD Required<br><br>Relief FSVD Required | 3-Hour Call-up |
| B. | FSVD Required<br><br>Relief FSVD Required | Full Time Mechanic Required at Designated Base/Alternate Base **(May serve as FSVD)**<br><br>Relief Mechanic – 3-Hour Call-up |
| C. | FSVD Required<br><br>Mechanic can Serve as Relief FSVD | Full Time Mechanic Required at Designated Base/Alternate Base<br><br>Relief Mechanic – 3-Hour Call-up |

**B.6 Maximum Complement of Personnel by Aircraft Type**
**(Minimum is number required to staff and support the aircraft)**

List the number of persons, by position, being offered to staff and support the helicopter.

Type I (Heavy) Helicopter- A maximum of 12-personnel may be paid as per the payment clause.
Type II (Medium) Helicopter- A maximum of 4-personnel may be paid as per the payment clause.

| Personnel | Number |
|---|---|
| Pilot(s): | |
| Co-pilot(s): | |
| Maintenance Crew Chief | |
| Mechanic(s): | |
| Fuel Service Driver(s): | |

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

## B7 Standby Hours Per Day

9 Hours Standby per day

## B.8 Extended Standby Hourly Rate

$41.00 per hour

## B.9 Overnight Allowance (Specified)

DAY $____*_______

*Rates as published in Federal Travel Regulations See Section C

## B.10 Standard Per Diem Rate (Specified)

DAY____*______

*Rates as published in Federal Travel Regulations See Section C.

## B.11 Contractor Furnished Special Equipment Requirements (*Note: CO check those that apply)*

**APPLIES ONLY TO ITEM 9 CHUCHUPATE**

- ☐ Rappel Capability (Exhibit 17)
- ☐ Litter Kit with Litter(s)
- ☒ Wire Cutters (Exhibit 5)
- ☐ FAA Overwater Kit (in accordance with 14 CFR Part 91.33 Part b (11))
- ☒ OVER WATER SPECIALIZED EQUIPMENT REQUIREMENTS DESCRIBED BELOW: Per 14 CFR Part 91.509(b) to include: Life raft(s) capable of transporting all occupants (Maximum seating capability). Personal Flotation Device (MAE WEST) for all occupants. Life raft (s) and personal flotation devices must meet all applicable Federal Aviation Regulations for certification and recertification. This equipment is not considered part of the helicopter equipped weight for bid purposes as it is over water mission specific.
- ☐ Fixed Suppressant/Retardant Delivery Tank (Exhibit 5)
- ☒ Fixed Suppressant/Retardant Tank with Self-Filling Capability (Exhibit 5). For Type I helicopters if no fixed tank is available for the helicopter offered, then the two water buckets specifications apply.
- ☒ Extended Height landing gear, e.g. cross tubes, similar to DART extended height 39 inch Landing Gear Kit, part number D205-594-011, that insures a minimum of 12 inches clearance between the attached delivery tank and level ground. Dart Extended Height Access Step or equivalent must be provided with minimum of one step half the distance to the skid.
- ☒ Suppressant/Retardant Mixing Equipment (Exhibit 5)
- ☒ Variable Capacity Collapsible Bucket (Capable of being transported in cabin or baggage compartment or external basket)
- ☒ Additional Variable Capacity Collapsible Bucket (Capable of being transported in cabin or baggage compartment or external basket) <u>(Applicable to Type I helicopters not equipped with a fixed tank.)</u>
- ☐ Digital P25 VHF-FM (FM-1) Transceiver in lieu of Analog VHF-FM (FM-1) Transceiver (Only transceivers specified in Section C-8.A.3.g are acceptable)

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

☒ Additional VHF-FM (FM-2) Transceiver (In accordance with requirements for a VHF-FM Transceiver in Section C.)

☒ AFT Cabin audio control system (Use Exhibit 17 for third audio control system specifications)
☒ External PA with Siren capability
☐ VHF Navigation receiver with indicator (VOR)
☐ GPS Data connector (Exhibit 7)
☐ Additional GPS Antenna (Exhibit 7)
☐ External antenna for Trimble Survey grade GPS unit.
☒ Interphone – All passenger positions
☒ Additional 760-Channel VHF-AM Radio
☐ Active Traffic Advisory System (TAS), such as the BF Goodrich Skywatch (SKY497) or equivalent
☒ VHF-FM Portable Radio (for fuel servicing vehicle driver)
☒ Fuel Servicing Vehicle Radio (Exhibit 7)
☐ Automatic engine re-ignition system
☒ Engine air intake filtration system
☒ Closed circuit fueling system if commercially available for the helicopter offered (See Exhibit 8).
☒ Kit for disposal of fuel during start-up/shut down; i.e., EPA Bell Kit if commercially available.
☐ Wiring to accommodate Government-Furnished carousel
☒ Remote cargo hook for long-line (Exhibit 5)
☒ Contractor-furnished long-line
☒ Long-line (vertical reference) qualified pilot
☒ Certification for left seat long-line
☒ FAA approved high visibility, pulsating, forward facing conspicuity lighting. (System or alteration of the current system shall be FAA approved.)
☒ Operations in countries boarding contiguous United States maybe required.
☒ Other – Additional Special Requirements

☒ a. Global Positioning Satellite (GPS) Capability with moving map display

b. One moving map display. The moving map display shall be permanently mounted in the aircraft, have a display of at least three inches wide, and located where both the pilot and the copilot/observer can clearly view the display. The display's base map shall show the aircraft's present position relative to user selected waypoints and geographical information (i.e. coastlines, cities, railroads, roads, lakes, rivers, etc.). The moving map display shall be integrated into the above GPS unit or it can be a separate unit. If a separate unit, the moving map display shall utilize GPS data from the above GPS unit or (if utilizing an internal GPS receiver) shall adhere to the GPS data requirements for the above GPS unit.

☒ Minimum fuel for 2.0 hour range without reserve
☐ Touch down footprint of aircraft shall not exceed 20x20 feet
☒ Aircraft marked "H-530" and "FIRE" in high visibility color on underside, letter size minimum 8 inches, maximum 12 inches.

## B.12 Additional Information

Additional information required to be submitted with your Proposal is contained in Section E, Instructions to Offerors-Commercial Items (Far 52.212-1) (Tailored).

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**<u>ITEM NO. 10</u> Helicopter equipped with a fixed tank.**

**Designated Base(s)**

Name: **Hemet** National Forest: **Cleveland**
Location: **Hemet**, **CA**. **Airport**

Mandatory Availability Period and Net Days

<u>July 1, 2007 – November 27, 2007</u> <u>150 Days</u>
Mandatory Availability Period

**Daily Availability Offer Rate**

| *SERVICES* | *QUANTITY* | *UNIT PRICE* | *TOTAL* | *YEAR* |
|---|---|---|---|---|
| | | | | |
| **Daily Availability Base Year 2007** | **150 DAYS** | **$ ______________** | **$ ______________** | ***BASE 2007*** |
| **Daily Availability Option Year 1 2008** | **150 DAYS** | **$ ______________** | **$ ______________** | ***Option 1 2008*** |
| **Daily Availability Option Year 2 2009** | **150 DAYS** | **$ ______________** | **$ ______________** | ***Option 2 2009*** |
| | | | | |
| **Specified Hourly Flight Rate** | **300 * Hours** | **See Exhibit 12** | **$** | |
| | | | | |
| **Optional Use Rate** Base Year 2007** | **HR** | **$ ______________** | **N/A** | ***BASE 2007*** |
| **Optional Use Rate** Option Year 1 2008** | **HR** | **$ ______________** | **N/A** | ***Option 1 2008*** |
| **Optional Use Rate** Option Year 2 2009** | **HR** | **$ ______________** | **N/A** | ***Option 2 2009*** |

*Estimated number of flight hours is for estimation use only, the Government does not guarantee any flight hours under this contract.

**Optional Use Rate will not be used in the evaluation of quotes.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 10**

Make: ____________________
Model: ____________________
Series: ____________________
N Number: ______

**Contracted Helicopter Equipped Weight**

Equipped Weight = _____ lbs

Equipped Weight includes the weight of a fixed tank or the weight of the empty bucket and any associated suspension hardware (cables, connectors, etc.). See clause C 4 D.21 for reference.

Helicopter(s) awarded contract(s) under this solicitation shall remain at or below contracted helicopter equipped weight and will be allowed plus 1% above the awarded contracted helicopter equipped weight during the contract period. The aircraft's equipped weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option or following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. If the government requires additional equipment after contract award no penalty will be assessed.

**Approved HOGE Performance Data**

HOGE = (enter weight) _________

Note: Only approved Basic Flight Manual HOGE Performance Charts, Flight Manual Supplement HOGE Performance Charts, or Supplement Type Certificate (STC) HOGE Performance Data approved for the aircraft by serial number shall be used to compute the Interagency Helicopter Load Calculation during the contract period.

**Relief Crew Costs Per Person**

Cost from Contractors Home Base to Designated Base for contract relief costs per person $________________ (see C.34). The relief costs will be reviewed prior to award and prior to each renewal option period.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 11 Helicopter equipped with a fixed tank.**

**Designated Base(s)**

Name: **Casitas** National Forest: **Los Padres**
Location: **Casitas, CA Helibase**

Mandatory Availability Period and Net Days

July 1, 2007 – November 27, 2007 150 Days
Mandatory Availability Period

**Daily Availability Offer Rate**

| SERVICES | QUANTITY | UNIT PRICE | TOTAL | YEAR |
|---|---|---|---|---|
| | | | | |
| **Daily Availability Base Year 2007** | **150 DAYS** | **$ ______________** | **$ ______________** | ***BASE 2007*** |
| **Daily Availability Option Year 1 2008** | **150 DAYS** | **$ ______________** | **$ ______________** | ***Option 1 2008*** |
| **Daily Availability Option Year 2 2009** | **150 DAYS** | **$ ______________** | **$ ______________** | ***Option 2 2009*** |
| | | | | |
| **Specified Hourly Flight Rate** | **300 * Hours** | **See Exhibit 12** | **$** | |
| | | | | |
| **Optional Use Rate** Base Year 2007** | **HR** | **$ ______________** | **N/A** | ***BASE 2007*** |
| **Optional Use Rate** Option Year 1 2008** | **HR** | **$ ______________** | **N/A** | ***Option 1 2008*** |
| **Optional Use Rate** Option Year 2 2009** | **HR** | **$ ______________** | **N/A** | ***Option 2 2009*** |

*Estimated number of flight hours is for estimation use only, the Government does not guarantee any flight hours under this contract.

**Optional Use Rate will not be used in the evaluation of quotes.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 11**

Make: ____________________
Model: ____________________
Series: ____________________
N Number: ______

**Contracted Helicopter Equipped Weight**

Equipped Weight = _____ lbs

Equipped Weight includes the weight of a fixed tank or the weight of the empty bucket and any associated suspension hardware (cables, connectors, etc.). See clause C 4 D.21 for reference.

Helicopter(s) awarded contract(s) under this solicitation shall remain at or below contracted helicopter equipped weight and will be allowed plus 1% above the awarded contracted helicopter equipped weight during the contract period. The aircraft's equipped weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option or following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. If the government requires additional equipment after contract award no penalty will be assessed.

**Approved HOGE Performance Data**

HOGE = (enter weight) _________

Note: Only approved Basic Flight Manual HOGE Performance Charts, Flight Manual Supplement HOGE Performance Charts, or Supplement Type Certificate (STC) HOGE Performance Data approved for the aircraft by serial number shall be used to compute the Interagency Helicopter Load Calculation during the contract period.

**Relief Crew Costs Per Person**

Cost from Contractors Home Base to Designated Base for contract relief costs per person $________________ (see C.34). The relief costs will be reviewed prior to award and prior to each renewal option period.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 12 Helicopter equipped with a fixed tank.**

**Designated Base(s)**

Name: **Van Nuys** National Forest: **Angeles**
Location: **Van Nuys National Guard Base, CA.**

Mandatory Availability Period and Net Days

July 1, 2007 – November 27, 2007 150 Days
Mandatory Availability Period

**Daily Availability Offer Rate**

| *SERVICES* | *QUANTITY* | *UNIT PRICE* | *TOTAL* | *YEAR* |
|---|---|---|---|---|
| | | | | |
| **Daily Availability Base Year 2007** | **150 DAYS** | **$ ______________** | **$ ______________** | ***BASE 2007*** |
| **Daily Availability Option Year 1 2008** | **150 DAYS** | **$ ______________** | **$ ______________** | ***Option 1 2008*** |
| **Daily Availability Option Year 2 2009** | **150 DAYS** | **$ ______________** | **$ ______________** | ***Option 2 2009*** |
| | | | | |
| **Specified Hourly Flight Rate** | **300 * Hours** | **See Exhibit 12** | **$** | |
| | | | | |
| **Optional Use Rate** Base Year 2007** | **HR** | **$ ______________** | **N/A** | ***BASE 2007*** |
| **Optional Use Rate** Option Year 1 2008** | **HR** | **$ ______________** | **N/A** | ***Option 1 2008*** |
| **Optional Use Rate** Option Year 2 2009** | **HR** | **$ ______________** | **N/A** | ***Option 2 2009*** |

*Estimated number of flight hours is for estimation use only, the Government does not guarantee any flight hours under this contract.

**Optional Use Rate will not be used in the evaluation of quotes.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 12**

Make: ____________________
Model: ____________________
Series: ____________________
N Number: ______

**Contracted Helicopter Equipped Weight**

Equipped Weight = _____ lbs

Equipped Weight includes the weight of a fixed tank or the weight of the empty bucket and any associated suspension hardware (cables, connectors, etc.). See clause C 4 D.21 for reference.

Helicopter(s) awarded contract(s) under this solicitation shall remain at or below contracted helicopter equipped weight and will be allowed plus 1% above the awarded contracted helicopter equipped weight during the contract period. The aircraft's equipped weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option or following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. If the government requires additional equipment after contract award no penalty will be assessed.

**Approved HOGE Performance Data**

HOGE = (enter weight) _________

Note: Only approved Basic Flight Manual HOGE Performance Charts, Flight Manual Supplement HOGE Performance Charts, or Supplement Type Certificate (STC) HOGE Performance Data approved for the aircraft by serial number shall be used to compute the Interagency Helicopter Load Calculation during the contract period.

**Relief Crew Costs Per Person**

Cost from Contractors Home Base to Designated Base for contract relief costs per person $________________ (see C.34). The relief costs will be reviewed prior to award and prior to each renewal option period.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 13 Helicopter equipped with a fixed tank or bucket.**

**Designated Base(s)**

Name: **Custer** National Forest: **Custer**
Location: **Billings, MT Airport**

Mandatory Availability Period and Net Days

**BASE YEAR**
June 15, 2007 – October 28, 2007 136 Days
Mandatory Availability Period

**OPTION YEARS**
June 1 – October 28 150 Days
Mandatory Availability Period

**Daily Availability Offer Rate**

| *SERVICES* | *QUANTITY* | *UNIT PRICE* | *TOTAL* | *YEAR* |
|---|---|---|---|---|
| | | | | |
| **Daily Availability**<br>**Base Year 2007** | **136 DAYS** | **$ ______________** | **$ ______________** | ***BASE 2007*** |
| **Daily Availability**<br>**Option Year 1 2008** | **150 DAYS** | **$ ______________** | **$ ______________** | ***Option 1 2008*** |
| **Daily Availability**<br>**Option Year 2 2009** | **150 DAYS** | **$ ______________** | **$ ______________** | ***Option 2 2009*** |
| | | | | |
| **Specified Hourly Flight Rate** | **300 ***<br>**Hours** | **See Exhibit 12** | **$** | |
| | | | | |
| **Optional Use Rate****<br>**Base Year 2007** | **HR** | **$ ______________** | **N/A** | ***BASE 2007*** |
| **Optional Use Rate****<br>**Option Year 1 2008** | **HR** | **$ ______________** | **N/A** | ***Option 1 2008*** |
| **Optional Use Rate****<br>**Option Year 2 2009** | **HR** | **$ ______________** | **N/A** | ***Option 2 2009*** |

*Estimated number of flight hours is for estimation use only, the Government does not guarantee any flight hours under this contract.

**Optional Use Rate will not be used in the evaluation of quotes.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 13**

Make: ____________________
Model: ____________________
Series: ____________________
N Number: ______

**Contracted Helicopter Equipped Weight**

Equipped Weight = _____ lbs

Equipped Weight includes the weight of a fixed tank or the weight of the empty bucket and any associated suspension hardware (cables, connectors, etc.). See clause C 4 D.21 for reference.

Helicopter(s) awarded contract(s) under this solicitation shall remain at or below contracted helicopter equipped weight and will be allowed plus 1% above the awarded contracted helicopter equipped weight during the contract period. The aircraft's equipped weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option or following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. If the government requires additional equipment after contract award no penalty will be assessed.

**Approved HOGE Performance Data**

HOGE = (enter weight) _________

Note: Only approved Basic Flight Manual HOGE Performance Charts, Flight Manual Supplement HOGE Performance Charts, or Supplement Type Certificate (STC) HOGE Performance Data approved for the aircraft by serial number shall be used to compute the Interagency Helicopter Load Calculation during the contract period.

**Relief Crew Costs Per Person**

Cost from Contractors Home Base to Designated Base for contract relief costs per person $________________ (see C.34). The relief costs will be reviewed prior to award and prior to each renewal option period.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 14 Helicopter equipped with a fixed tank or bucket.**

**Designated Base(s)**

Name: **Chester** National Forest: **Lassen**
Location: **Chester, CA Airport**

Mandatory Availability Period and Net Days

**BASE YEAR**
June 15, 2007 – October 28, 2007 136 Days
Mandatory Availability Period

**OPTION YEARS**
June 1 – October 28 150 Days
Mandatory Availability Period

**Daily Availability Offer Rate**

| *SERVICES* | *QUANTITY* | *UNIT PRICE* | *TOTAL* | *YEAR* |
|---|---|---|---|---|
| | | | | |
| Daily Availability Base Year 2007 | 136 DAYS | $ _______________ | $ _______________ | *BASE 2007* |
| Daily Availability Option Year 1 2008 | 150 DAYS | $ _______________ | $ _______________ | *Option 1 2008* |
| Daily Availability Option Year 2 2009 | 150 DAYS | $ _______________ | $ _______________ | *Option 2 2009* |
| | | | | |
| Specified Hourly Flight Rate | 300 * Hours | See Exhibit 12 | $ | |
| | | | | |
| Optional Use Rate** Base Year 2007 | HR | $ _______________ | N/A | *BASE 2007* |
| Optional Use Rate** Option Year 1 2008 | HR | $ _______________ | N/A | *Option 1 2008* |
| Optional Use Rate** Option Year 2 2009 | HR | $ _______________ | N/A | *Option 2 2009* |

*Estimated number of flight hours is for estimation use only, the Government does not guarantee any flight hours under this contract.

**Optional Use Rate will not be used in the evaluation of quotes.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 14**

Make: ____________________
Model: ____________________
Series: ____________________
N Number: ______

**Contracted Helicopter Equipped Weight**

Equipped Weight = _____ lbs

Equipped Weight includes the weight of a fixed tank or the weight of the empty bucket and any associated suspension hardware (cables, connectors, etc.). See clause C 4 D.21 for reference.

Helicopter(s) awarded contract(s) under this solicitation shall remain at or below contracted helicopter equipped weight and will be allowed plus 1% above the awarded contracted helicopter equipped weight during the contract period. The aircraft's equipped weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option or following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. If the government requires additional equipment after contract award no penalty will be assessed.

**Approved HOGE Performance Data**

HOGE = (enter weight) _________

Note: Only approved Basic Flight Manual HOGE Performance Charts, Flight Manual Supplement HOGE Performance Charts, or Supplement Type Certificate (STC) HOGE Performance Data approved for the aircraft by serial number shall be used to compute the Interagency Helicopter Load Calculation during the contract period.

**Relief Crew Costs Per Person**

Cost from Contractors Home Base to Designated Base for contract relief costs per person $________________ (see C.34). The relief costs will be reviewed prior to award and prior to each renewal option period.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 15 Helicopter equipped with a fixed tank.**

**Designated Base(s)**

Name: **Ely, MN** National Forest: **Superior National Forest**
Location: **Ely, MN**

Mandatory Availability Period and Net Days

**BASE YEAR** **Not Applicable**
May 17, 2007 – June 15, 2007
Mandatory Availability Period

**OPTION YEARS**
May 17 – June 15 30 Days
Mandatory Availability Period

Name: **Jeffco, CO** National Forest: **Arapaho and Roosevelt National Forest**
Location: **Bloomfield, CO**

Mandatory Availability Period and Net Days

June 19, 2007 – August 17, 2007 60 Days
Mandatory Availability Period

**Daily Availability Offer Rate**

| *SERVICES* | *QUANTITY* | *UNIT PRICE* | *TOTAL* | *YEAR* |
|---|---|---|---|---|
| | | | | |
| **Daily Availability Base Year 2007** | **60 DAYS** | **$ ______________** | **$ ______________** | ***BASE 2007*** |
| **Daily Availability Option Year 1 2008** | **90 DAYS** | **$ ______________** | **$ ______________** | ***Option 1 2008*** |
| **Daily Availability Option Year 2 2009** | **90 DAYS** | **$ ______________** | **$ ______________** | ***Option 2 2009*** |
| | | | | |
| **Specified Hourly Flight Rate** | **200 * Hours** | **See Exhibit 12** | **$** | |
| | | | | |
| **Optional Use Rate** Base Year 2007** | **HR** | **$ ______________** | **N/A** | ***BASE 2007*** |
| **Optional Use Rate** Option Year 1 2008** | **HR** | **$ ______________** | **N/A** | ***Option 1 2008*** |
| **Optional Use Rate** Option Year 2 2009** | **HR** | **$ ______________** | **N/A** | ***Option 2 2009*** |

*Estimated number of flight hours is for estimation use only, the Government does not guarantee any flight hours under this contract.

**Optional Use Rate will not be used in the evaluation of quotes.

SECTION B
SUPPLIES OR SERVICES AND PRICES

**ITEM NO. 15**

Make: ____________________
Model: ____________________
Series: ____________________
N Number: ______

**Contracted Helicopter Equipped Weight**

Equipped Weight = _____ lbs

Equipped Weight includes the weight of a fixed tank or the weight of the empty bucket and any associated suspension hardware (cables, connectors, etc.). See clause C 4 D.21 for reference.

Helicopter(s) awarded contract(s) under this solicitation shall remain at or below contracted helicopter equipped weight and will be allowed plus 1% above the awarded contracted helicopter equipped weight during the contract period. The aircraft's equipped weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option or following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. If the government requires additional equipment after contract award no penalty will be assessed.

**Approved HOGE Performance Data**

HOGE = (enter weight) _________

Note: Only approved Basic Flight Manual HOGE Performance Charts, Flight Manual Supplement HOGE Performance Charts, or Supplement Type Certificate (STC) HOGE Performance Data approved for the aircraft by serial number shall be used to compute the Interagency Helicopter Load Calculation during the contract period.

**Relief Crew Costs Per Person**

Cost from Contractors Home Base to Designated Base for contract relief costs per person $________________ (see C.34). The relief costs will be reviewed prior to award and prior to each renewal option period.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 16 Helicopter equipped with a fixed tank.**

**Designated Base(s)**

Name: **Phoenix** National Forest: **Tonto**
Location: **Williams Gateway , AZ Airport**

Mandatory Availability Period and Net Days

**BASE YEAR**
June 15, 2007 – September 12, 2007 90 Days
Mandatory Availability Period

**OPTION YEARS**
May 1 – July 29 90 Days
Mandatory Availability Period

**Daily Availability Offer Rate**

| *SERVICES* | *QUANTITY* | *UNIT PRICE* | *TOTAL* | *YEAR* |
|---|---|---|---|---|
| | | | | |
| **Daily Availability Base Year 2007** | **90 DAYS** | **$ ______________** | **$ ______________** | ***BASE 2007*** |
| **Daily Availability Option Year 1 2008** | **90 DAYS** | **$ ______________** | **$ ______________** | ***Option 1 2008*** |
| **Daily Availability Option Year 2 2009** | **90 DAYS** | **$ ______________** | **$ ______________** | ***Option 2 2009*** |
| | | | | |
| **Specified Hourly Flight Rate** | **200 * Hours** | **See Exhibit 12** | **$** | |
| | | | | |
| **Optional Use Rate** Base Year 2007** | **HR** | **$ ______________** | **N/A** | ***BASE 2007*** |
| **Optional Use Rate** Option Year 1 2008** | **HR** | **$ ______________** | **N/A** | ***Option 1 2008*** |
| **Optional Use Rate** Option Year 2 2009** | **HR** | **$ ______________** | **N/A** | ***Option 2 2009*** |

*Estimated number of flight hours is for estimation use only, the Government does not guarantee any flight hours under this contract.

**Optional Use Rate will not be used in the evaluation of quotes.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 16**

Make: ____________________
Model: ____________________
Series: ____________________
N Number: ______

**Contracted Helicopter Equipped Weight**

Equipped Weight = _____ lbs

Equipped Weight includes the weight of a fixed tank or the weight of the empty bucket and any associated suspension hardware (cables, connectors, etc.). See clause C 4 D.21 for reference.

Helicopter(s) awarded contract(s) under this solicitation shall remain at or below contracted helicopter equipped weight and will be allowed plus 1% above the awarded contracted helicopter equipped weight during the contract period. The aircraft's equipped weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option or following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. If the government requires additional equipment after contract award no penalty will be assessed.

**Approved HOGE Performance Data**

HOGE = (enter weight) _________

Note: Only approved Basic Flight Manual HOGE Performance Charts, Flight Manual Supplement HOGE Performance Charts, or Supplement Type Certificate (STC) HOGE Performance Data approved for the aircraft by serial number shall be used to compute the Interagency Helicopter Load Calculation during the contract period.

**Relief Crew Costs Per Person**

Cost from Contractors Home Base to Designated Base for contract relief costs per person $________________ (see C.34). The relief costs will be reviewed prior to award and prior to each renewal option period.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 17 Helicopter equipped with a fixed tank.**

**Designated Base(s)**

Name: **McCall** National Forest: **Payette**
Location: **McCall Airport**

Mandatory Availability Period and Net Days

**BASE YEAR**
June 15, 2007 – September 12, 2007 90 Days
Mandatory Availability Period

**OPTION YEARS**
May 1 – July 29 90 Days
Mandatory Availability Period

**Daily Availability Offer Rate**

| *SERVICES* | *QUANTITY* | *UNIT PRICE* | *TOTAL* | *YEAR* |
|---|---|---|---|---|
| | | | | |
| **Daily Availability Base Year 2007** | **90 DAYS** | **$ ______________** | **$ ______________** | ***BASE 2007*** |
| **Daily Availability Option Year 1 2008** | **90 DAYS** | **$ ______________** | **$ ______________** | ***Option 1 2008*** |
| **Daily Availability Option Year 2 2009** | **90 DAYS** | **$ ______________** | **$ ______________** | ***Option 2 2009*** |
| | | | | |
| **Specified Hourly Flight Rate** | **200 * Hours** | **See Exhibit 12** | **$** | |
| | | | | |
| **Optional Use Rate** Base Year 2007** | **HR** | **$ ______________** | **N/A** | ***BASE 2007*** |
| **Optional Use Rate** Option Year 1 2008** | **HR** | **$ ______________** | **N/A** | ***Option 1 2008*** |
| **Optional Use Rate** Option Year 2 2009** | **HR** | **$ ______________** | **N/A** | ***Option 2 2009*** |

*Estimated number of flight hours is for estimation use only, the Government does not guarantee any flight hours under this contract.

**Optional Use Rate will not be used in the evaluation of quotes.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 17**

Make: ____________________
Model: ____________________
Series: ____________________
N Number: ______

**Contracted Helicopter Equipped Weight**

Equipped Weight = _____ lbs

Equipped Weight includes the weight of a fixed tank or the weight of the empty bucket and any associated suspension hardware (cables, connectors, etc.). See clause C 4 D.21 for reference.

Helicopter(s) awarded contract(s) under this solicitation shall remain at or below contracted helicopter equipped weight and will be allowed plus 1% above the awarded contracted helicopter equipped weight during the contract period. The aircraft's equipped weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option or following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. If the government requires additional equipment after contract award no penalty will be assessed.

**Approved HOGE Performance Data**

HOGE = (enter weight) _________

Note: Only approved Basic Flight Manual HOGE Performance Charts, Flight Manual Supplement HOGE Performance Charts, or Supplement Type Certificate (STC) HOGE Performance Data approved for the aircraft by serial number shall be used to compute the Interagency Helicopter Load Calculation during the contract period.

**Relief Crew Costs Per Person**

Cost from Contractors Home Base to Designated Base for contract relief costs per person $________________ (see C.34). The relief costs will be reviewed prior to award and prior to each renewal option period.

SECTION B
SUPPLIES OR SERVICES AND PRICES

**ITEM NO. 18 Helicopter equipped with a fixed tank.**

**Designated Base(s)**

Name: **Salmon** National Forest: **Salmon-Challis**
Location: **Salmon Airport**

Mandatory Availability Period and Net Days

July 3, 2007 – September 30, 2007 90 Days
Mandatory Availability Period

**Daily Availability Offer Rate**

| *SERVICES* | *QUANTITY* | *UNIT PRICE* | *TOTAL* | *YEAR* |
|---|---|---|---|---|
| | | | | |
| **Daily Availability Base Year 2007** | **90 DAYS** | **$ ____________** | **$ ____________** | ***BASE 2007*** |
| **Daily Availability Option Year 1 2008** | **90 DAYS** | **$ ____________** | **$ ____________** | ***Option 1 2008*** |
| **Daily Availability Option Year 2 2009** | **90 DAYS** | **$ ____________** | **$ ____________** | ***Option 2 2009*** |
| | | | | |
| **Specified Hourly Flight Rate** | **200 * Hours** | **See Exhibit 12** | **$** | |
| | | | | |
| **Optional Use Rate** Base Year 2007** | **HR** | **$ ____________** | **N/A** | ***BASE 2007*** |
| **Optional Use Rate** Option Year 1 2008** | **HR** | **$ ____________** | **N/A** | ***Option 1 2008*** |
| **Optional Use Rate** Option Year 2 2009** | **HR** | **$ ____________** | **N/A** | ***Option 2 2009*** |

*Estimated number of flight hours is for estimation use only, the Government does not guarantee any flight hours under this contract.

**Optional Use Rate will not be used in the evaluation of quotes.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 18**

Make: ____________________
Model: ____________________
Series: ____________________
N Number: ______

**Contracted Helicopter Equipped Weight**

Equipped Weight = _____ lbs

Equipped Weight includes the weight of a fixed tank or the weight of the empty bucket and any associated suspension hardware (cables, connectors, etc.). See clause C 4 D.21 for reference.

Helicopter(s) awarded contract(s) under this solicitation shall remain at or below contracted helicopter equipped weight and will be allowed plus 1% above the awarded contracted helicopter equipped weight during the contract period. The aircraft's equipped weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option or following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. If the government requires additional equipment after contract award no penalty will be assessed.

**Approved HOGE Performance Data**

HOGE = (enter weight) _________

Note: Only approved Basic Flight Manual HOGE Performance Charts, Flight Manual Supplement HOGE Performance Charts, or Supplement Type Certificate (STC) HOGE Performance Data approved for the aircraft by serial number shall be used to compute the Interagency Helicopter Load Calculation during the contract period.

**Relief Crew Costs Per Person**

Cost from Contractors Home Base to Designated Base for contract relief costs per person $________________ (see C.34). The relief costs will be reviewed prior to award and prior to each renewal option period.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 19 Helicopter equipped with a fixed tank.**

**Designated Base(s)**

Name: **Westover** National Forest: **Stanislaus**
Location: **Westover, CA Airport**

Mandatory Availability Period and Net Days

July 15 – October 12 90 Days
Mandatory Availability Period

**Daily Availability Offer Rate**

| SERVICES | QUANTITY | UNIT PRICE | TOTAL | YEAR |
|---|---|---|---|---|
| | | | | |
| Daily Availability Base Year 2007 | 90 DAYS | $ _______________ | $ _______________ | BASE 2007 |
| Daily Availability Option Year 1 2008 | 90 DAYS | $ _______________ | $ _______________ | Option 1 2008 |
| Daily Availability Option Year 2 2009 | 90 DAYS | $ _______________ | $ _______________ | Option 2 2009 |
| | | | | |
| Specified Hourly Flight Rate | 200 * Hours | See Exhibit 12 | $ | |
| | | | | |
| Optional Use Rate** Base Year 2007 | HR | $ _______________ | N/A | BASE 2007 |
| Optional Use Rate** Option Year 1 2008 | HR | $ _______________ | N/A | Option 1 2008 |
| Optional Use Rate** Option Year 2 2009 | HR | $ _______________ | N/A | Option 2 2009 |

*Estimated number of flight hours is for estimation use only, the Government does not guarantee any flight hours under this contract.

**Optional Use Rate will not be used in the evaluation of quotes.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 19**

Make: ____________________
Model: ____________________
Series: ____________________
N Number: ______

**Contracted Helicopter Equipped Weight**

Equipped Weight = _____ lbs

Equipped Weight includes the weight of a fixed tank or the weight of the empty bucket and any associated suspension hardware (cables, connectors, etc.). See clause C 4 D.21 for reference.

Helicopter(s) awarded contract(s) under this solicitation shall remain at or below contracted helicopter equipped weight and will be allowed plus 1% above the awarded contracted helicopter equipped weight during the contract period. The aircraft's equipped weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option or following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. If the government requires additional equipment after contract award no penalty will be assessed.

**Approved HOGE Performance Data**

HOGE = (enter weight) _________

Note: Only approved Basic Flight Manual HOGE Performance Charts, Flight Manual Supplement HOGE Performance Charts, or Supplement Type Certificate (STC) HOGE Performance Data approved for the aircraft by serial number shall be used to compute the Interagency Helicopter Load Calculation during the contract period.

**Relief Crew Costs Per Person**

Cost from Contractors Home Base to Designated Base for contract relief costs per person $________________ (see C.34). The relief costs will be reviewed prior to award and prior to each renewal option period.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 20 Helicopter equipped with a fixed tank.**

**Designated Base(s)**

Name: **Orland** National Forest: **Mendocino**
Location: **Orland, CA Airport**

Mandatory Availability Period and Net Days

July 15, 2007 – October 12, 2007 90 Days
Mandatory Availability Period

**Daily Availability Offer Rate**

| *SERVICES* | *QUANTITY* | *UNIT PRICE* | *TOTAL* | *YEAR* |
|---|---|---|---|---|
| | | | | |
| **Daily Availability Base Year 2007** | **90 DAYS** | **$ _______________** | **$ _______________** | ***BASE 2007*** |
| **Daily Availability Option Year 1 2008** | **90 DAYS** | **$ _______________** | **$ _______________** | ***Option 1 2008*** |
| **Daily Availability Option Year 2 2009** | **90 DAYS** | **$ _______________** | **$ _______________** | ***Option 2 2009*** |
| | | | | |
| **Specified Hourly Flight Rate** | **200 * Hours** | **See Exhibit 12** | **$** | |
| | | | | |
| **Optional Use Rate** Base Year 2007** | **HR** | **$ _______________** | **N/A** | ***BASE 2007*** |
| **Optional Use Rate** Option Year 1 2008** | **HR** | **$ _______________** | **N/A** | ***Option 1 2008*** |
| **Optional Use Rate** Option Year 2 2009** | **HR** | **$ _______________** | **N/A** | ***Option 2 2009*** |

*Estimated number of flight hours is for estimation use only, the Government does not guarantee any flight hours under this contract.

**Optional Use Rate will not be used in the evaluation of quotes.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 20**

Make: ____________________
Model: ____________________
Series: ____________________
N Number: ______

**Contracted Helicopter Equipped Weight**

Equipped Weight = _____ lbs

Equipped Weight includes the weight of a fixed tank or the weight of the empty bucket and any associated suspension hardware (cables, connectors, etc.). See clause C 4 D.21 for reference.

Helicopter(s) awarded contract(s) under this solicitation shall remain at or below contracted helicopter equipped weight and will be allowed plus 1% above the awarded contracted helicopter equipped weight during the contract period. The aircraft's equipped weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option or following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. If the government requires additional equipment after contract award no penalty will be assessed.

**Approved HOGE Performance Data**

HOGE = (enter weight) _________

Note: Only approved Basic Flight Manual HOGE Performance Charts, Flight Manual Supplement HOGE Performance Charts, or Supplement Type Certificate (STC) HOGE Performance Data approved for the aircraft by serial number shall be used to compute the Interagency Helicopter Load Calculation during the contract period.

**Relief Crew Costs Per Person**

Cost from Contractors Home Base to Designated Base for contract relief costs per person $________________ (see C.34). The relief costs will be reviewed prior to award and prior to each renewal option period.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 21 Helicopter equipped with a fixed tank or bucket.**

**Designated Base(s)**

Name: **Wenatchee** National Forest: **Wenatchee**
Location: **Wenatchee, WA Airport**

Mandatory Availability Period and Net Days

July 3, 2007 – September 30, 2007 90 Days
Mandatory Availability Period

**Daily Availability Offer Rate**

| *SERVICES* | *QUANTITY* | *UNIT PRICE* | *TOTAL* | *YEAR* |
|---|---|---|---|---|
| | | | | |
| **Daily Availability Base Year 2007** | **90 DAYS** | **$ ______________** | **$ ______________** | ***BASE 2007*** |
| **Daily Availability Option Year 1 2008** | **90 DAYS** | **$ ______________** | **$ ______________** | ***Option 1 2008*** |
| **Daily Availability Option Year 2 2009** | **90 DAYS** | **$ ______________** | **$ ______________** | ***Option 2 2009*** |
| | | | | |
| **Specified Hourly Flight Rate** | **200 * Hours** | **See Exhibit 12** | **$** | |
| | | | | |
| **Optional Use Rate** Base Year 2007** | **HR** | **$ ______________** | **N/A** | ***BASE 2007*** |
| **Optional Use Rate** Option Year 1 2008** | **HR** | **$ ______________** | **N/A** | ***Option 1 2008*** |
| **Optional Use Rate** Option Year 2 2009** | **HR** | **$ ______________** | **N/A** | ***Option 2 2009*** |

*Estimated number of flight hours is for estimation use only, the Government does not guarantee any flight hours under this contract.

**Optional Use Rate will not be used in the evaluation of quotes.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 21**

Make: ____________________
Model: ____________________
Series: ____________________
N Number: ______

**Contracted Helicopter Equipped Weight**

Equipped Weight = _____ lbs

Equipped Weight includes the weight of a fixed tank or the weight of the empty bucket and any associated suspension hardware (cables, connectors, etc.). See clause C 4 D.21 for reference.

Helicopter(s) awarded contract(s) under this solicitation shall remain at or below contracted helicopter equipped weight and will be allowed plus 1% above the awarded contracted helicopter equipped weight during the contract period. The aircraft's equipped weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option or following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. If the government requires additional equipment after contract award no penalty will be assessed.

**Approved HOGE Performance Data**

HOGE = (enter weight) _________

Note: Only approved Basic Flight Manual HOGE Performance Charts, Flight Manual Supplement HOGE Performance Charts, or Supplement Type Certificate (STC) HOGE Performance Data approved for the aircraft by serial number shall be used to compute the Interagency Helicopter Load Calculation during the contract period.

**Relief Crew Costs Per Person**

Cost from Contractors Home Base to Designated Base for contract relief costs per person $________________ (see C.34). The relief costs will be reviewed prior to award and prior to each renewal option period.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 22 Helicopter equipped with a fixed tank or bucket.**

**Designated Base(s)**

Name: **Mariposa** National Forest: **Sierra**
Location: **Mariposa, CA Airport**

Mandatory Availability Period and Net Days

July 3, 2007 – September 30, 2007 90 Days
Mandatory Availability Period

**Daily Availability Offer Rate**

| *SERVICES* | *QUANTITY* | *UNIT PRICE* | *TOTAL* | *YEAR* |
|---|---|---|---|---|
| | | | | |
| **Daily Availability Base Year 2007** | **90 DAYS** | **$ ______________** | **$ ______________** | ***BASE 2007*** |
| **Daily Availability Option Year 1 2008** | **90 DAYS** | **$ ______________** | **$ ______________** | ***Option 1 2008*** |
| **Daily Availability Option Year 2 2009** | **90 DAYS** | **$ ______________** | **$ ______________** | ***Option 2 2009*** |
| | | | | |
| **Specified Hourly Flight Rate** | **200 * Hours** | **See Exhibit 12** | **$** | |
| | | | | |
| **Optional Use Rate** Base Year 2007** | **HR** | **$ ______________** | **N/A** | ***BASE 2007*** |
| **Optional Use Rate** Option Year 1 2008** | **HR** | **$ ______________** | **N/A** | ***Option 1 2008*** |
| **Optional Use Rate** Option Year 2 2009** | **HR** | **$ ______________** | **N/A** | ***Option 2 2009*** |

*Estimated number of flight hours is for estimation use only, the Government does not guarantee any flight hours under this contract.

**Optional Use Rate will not be used in the evaluation of quotes.

**ITEM NO. 22**

Make: ____________________
Model: ____________________
Series: ____________________
N Number: ______

**Contracted Helicopter Equipped Weight**

Equipped Weight = _____ lbs

Equipped Weight includes the weight of a fixed tank or the weight of the empty bucket and any associated suspension hardware (cables, connectors, etc.). See clause C 4 D.21 for reference.

Helicopter(s) awarded contract(s) under this solicitation shall remain at or below contracted helicopter equipped weight and will be allowed plus 1% above the awarded contracted helicopter equipped weight during the contract period. The aircraft's equipped weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option or following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. If the government requires additional equipment after contract award no penalty will be assessed.

**Approved HOGE Performance Data**

HOGE = (enter weight) _________

Note: Only approved Basic Flight Manual HOGE Performance Charts, Flight Manual Supplement HOGE Performance Charts, or Supplement Type Certificate (STC) HOGE Performance Data approved for the aircraft by serial number shall be used to compute the Interagency Helicopter Load Calculation during the contract period.

**Relief Crew Costs Per Person**

Cost from Contractors Home Base to Designated Base for contract relief costs per person $________________ (see C.34). The relief costs will be reviewed prior to award and prior to each renewal option period.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 23 Helicopter equipped with a fixed tank or bucket.**

**Designated Base(s)**

Name: **Helena** National Forest: **Helena**
Location: **Helena, MT Airport**

Mandatory Availability Period and Net Days

June 15, 2007 – September 12, 2007 90 Days
Mandatory Availability Period

**Daily Availability Offer Rate**

| *SERVICES* | *QUANTITY* | *UNIT PRICE* | *TOTAL* | *YEAR* |
|---|---|---|---|---|
| | | | | |
| **Daily Availability Base Year 2007** | **90 DAYS** | **$ ______________** | **$ ______________** | ***BASE 2007*** |
| **Daily Availability Option Year 1 2008** | **90 DAYS** | **$ ______________** | **$ ______________** | ***Option 1 2008*** |
| **Daily Availability Option Year 2 2009** | **90 DAYS** | **$ ______________** | **$ ______________** | ***Option 2 2009*** |
| | | | | |
| **Specified Hourly Flight Rate** | **200 * Hours** | **See Exhibit 12** | **$** | |
| | | | | |
| **Optional Use Rate** Base Year 2007** | **HR** | **$ ______________** | **N/A** | ***BASE 2007*** |
| **Optional Use Rate** Option Year 1 2008** | **HR** | **$ ______________** | **N/A** | ***Option 1 2008*** |
| **Optional Use Rate** Option Year 2 2009** | **HR** | **$ ______________** | **N/A** | ***Option 2 2009*** |

*Estimated number of flight hours is for estimation use only, the Government does not guarantee any flight hours under this contract.

**Optional Use Rate will not be used in the evaluation of quotes.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 23**

Make: ____________________
Model: ____________________
Series: ____________________
N Number: ______

**Contracted Helicopter Equipped Weight**

Equipped Weight = _____ lbs

Equipped Weight includes the weight of a fixed tank or the weight of the empty bucket and any associated suspension hardware (cables, connectors, etc.). See clause C 4 D.21 for reference.

Helicopter(s) awarded contract(s) under this solicitation shall remain at or below contracted helicopter equipped weight and will be allowed plus 1% above the awarded contracted helicopter equipped weight during the contract period. The aircraft's equipped weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option or following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. If the government requires additional equipment after contract award no penalty will be assessed.

**Approved HOGE Performance Data**

HOGE = (enter weight) _________

Note: Only approved Basic Flight Manual HOGE Performance Charts, Flight Manual Supplement HOGE Performance Charts, or Supplement Type Certificate (STC) HOGE Performance Data approved for the aircraft by serial number shall be used to compute the Interagency Helicopter Load Calculation during the contract period.

**Relief Crew Costs Per Person**

Cost from Contractors Home Base to Designated Base for contract relief costs per person $________________ (see C.34). The relief costs will be reviewed prior to award and prior to each renewal option period.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 24 Helicopter equipped with a fixed tank.**

**Designated Base(s)**

Name: **Santa Maria** National Forest: **Los Padres**
Location: **Santa Maria, CA Airport**

Mandatory Availability Period and Net Days

July 3, 2007 – September 30, 2007 90 Days
Mandatory Availability Period

**Daily Availability Offer Rate**

| *SERVICES* | *QUANTITY* | *UNIT PRICE* | *TOTAL* | *YEAR* |
|---|---|---|---|---|
| | | | | |
| **Daily Availability Base Year 2007** | **90 DAYS** | **$ _____________** | **$ _____________** | ***BASE 2007*** |
| **Daily Availability Option Year 1 2008** | **90 DAYS** | **$ _____________** | **$ _____________** | ***Option 1 2008*** |
| **Daily Availability Option Year 2 2009** | **90 DAYS** | **$ _____________** | **$ _____________** | ***Option 2 2009*** |
| | | | | |
| **Specified Hourly Flight Rate** | **200 * Hours** | **See Exhibit 12** | **$** | |
| | | | | |
| **Optional Use Rate** Base Year 2007** | **HR** | **$ _____________** | **N/A** | ***BASE 2007*** |
| **Optional Use Rate** Option Year 1 2008** | **HR** | **$ _____________** | **N/A** | ***Option 1 2008*** |
| **Optional Use Rate** Option Year 2 2009** | **HR** | **$ _____________** | **N/A** | ***Option 2 2009*** |

*Estimated number of flight hours is for estimation use only, the Government does not guarantee any flight hours under this contract.

**Optional Use Rate will not be used in the evaluation of quotes.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 24**

Make: ____________________
Model: ____________________
Series: ____________________
N Number: ______

**Contracted Helicopter Equipped Weight**

Equipped Weight = _____ lbs

Equipped Weight includes the weight of a fixed tank or the weight of the empty bucket and any associated suspension hardware (cables, connectors, etc.). See clause C 4 D.21 for reference.

Helicopter(s) awarded contract(s) under this solicitation shall remain at or below contracted helicopter equipped weight and will be allowed plus 1% above the awarded contracted helicopter equipped weight during the contract period. The aircraft's equipped weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option or following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. If the government requires additional equipment after contract award no penalty will be assessed.

**Approved HOGE Performance Data**

HOGE = (enter weight) _________

Note: Only approved Basic Flight Manual HOGE Performance Charts, Flight Manual Supplement HOGE Performance Charts, or Supplement Type Certificate (STC) HOGE Performance Data approved for the aircraft by serial number shall be used to compute the Interagency Helicopter Load Calculation during the contract period.

**Relief Crew Costs Per Person**

Cost from Contractors Home Base to Designated Base for contract relief costs per person $________________ (see C.34). The relief costs will be reviewed prior to award and prior to each renewal option period.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 25 Helicopter equipped with a fixed tank or bucket.**

**Designated Base(s)**

Name: **Reno/Stead** National Forest: **Humboldt-Toiyabe**
Location: **Reno/Stead, NV Airport**

Mandatory Availability Period and Net Days

June 15, 2007 – September 12, 2007 90 Days
Mandatory Availability Period

**Daily Availability Offer Rate**

| *SERVICES* | *QUANTITY* | *UNIT PRICE* | *TOTAL* | *YEAR* |
|---|---|---|---|---|
| | | | | |
| **Daily Availability Base Year 2007** | **90 DAYS** | **$ ______________** | **$ ______________** | ***BASE 2007*** |
| **Daily Availability Option Year 1 2008** | **90 DAYS** | **$ ______________** | **$ ______________** | ***Option 1 2008*** |
| **Daily Availability Option Year 2 2009** | **90 DAYS** | **$ ______________** | **$ ______________** | ***Option 2 2009*** |
| | | | | |
| **Specified Hourly Flight Rate** | **200 * Hours** | **See Exhibit 12** | **$** | |
| | | | | |
| **Optional Use Rate** Base Year 2007** | **HR** | **$ ______________** | **N/A** | ***BASE 2007*** |
| **Optional Use Rate** Option Year 1 2008** | **HR** | **$ ______________** | **N/A** | ***Option 1 2008*** |
| **Optional Use Rate** Option Year 2 2009** | **HR** | **$ ______________** | **N/A** | ***Option 2 2009*** |

*Estimated number of flight hours is for estimation use only, the Government does not guarantee any flight hours under this contract.

**Optional Use Rate will not be used in the evaluation of quotes.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

## ITEM NO. 25

Make: ____________________
Model: ____________________
Series: ____________________
N Number: ______

## Contracted Helicopter Equipped Weight

Equipped Weight = _____ lbs

Equipped Weight includes the weight of a fixed tank or the weight of the empty bucket and any associated suspension hardware (cables, connectors, etc.). See clause C 4 D.21 for reference.

Helicopter(s) awarded contract(s) under this solicitation shall remain at or below contracted helicopter equipped weight and will be allowed plus 1% above the awarded contracted helicopter equipped weight during the contract period. The aircraft's equipped weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option or following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. If the government requires additional equipment after contract award no penalty will be assessed.

## Approved HOGE Performance Data

HOGE = (enter weight) _________

Note: Only approved Basic Flight Manual HOGE Performance Charts, Flight Manual Supplement HOGE Performance Charts, or Supplement Type Certificate (STC) HOGE Performance Data approved for the aircraft by serial number shall be used to compute the Interagency Helicopter Load Calculation during the contract period.

## Relief Crew Costs Per Person

Cost from Contractors Home Base to Designated Base for contract relief costs per person $________________ (see C.34). The relief costs will be reviewed prior to award and prior to each renewal option period.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 26 Helicopter equipped with a fixed tank or bucket.**

**Designated Base(s)**

Name: **Oakridge** National Forest: **Willamette**
Location: **Oakridge, OR Airport**

Mandatory Availability Period and Net Days

July 1, 2007 – September 28, 2007 90 Days
Mandatory Availability Period

**Daily Availability Offer Rate**

| *SERVICES* | *QUANTITY* | *UNIT PRICE* | *TOTAL* | *YEAR* |
|---|---|---|---|---|
| | | | | |
| **Daily Availability Base Year 2007** | **90 DAYS** | **$ _____________** | **$ _____________** | ***BASE 2007*** |
| **Daily Availability Option Year 1 2008** | **90 DAYS** | **$ _____________** | **$ _____________** | ***Option 1 2008*** |
| **Daily Availability Option Year 2 2009** | **90 DAYS** | **$ _____________** | **$ _____________** | ***Option 2 2009*** |
| | | | | |
| **Specified Hourly Flight Rate** | **200 * Hours** | **See Exhibit 12** | **$** | |
| | | | | |
| **Optional Use Rate** Base Year 2007** | **HR** | **$ _____________** | **N/A** | ***BASE 2007*** |
| **Optional Use Rate** Option Year 1 2008** | **HR** | **$ _____________** | **N/A** | ***Option 1 2008*** |
| **Optional Use Rate** Option Year 2 2009** | **HR** | **$ _____________** | **N/A** | ***Option 2 2009*** |

*Estimated number of flight hours is for estimation use only, the Government does not guarantee any flight hours under this contract.

**Optional Use Rate will not be used in the evaluation of quotes.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 26**

Make: ____________________
Model: ____________________
Series: ____________________
N Number: ______

**Contracted Helicopter Equipped Weight**

Equipped Weight = _____ lbs

Equipped Weight includes the weight of a fixed tank or the weight of the empty bucket and any associated suspension hardware (cables, connectors, etc.). See clause C 4 D.21 for reference.

Helicopter(s) awarded contract(s) under this solicitation shall remain at or below contracted helicopter equipped weight and will be allowed plus 1% above the awarded contracted helicopter equipped weight during the contract period. The aircraft's equipped weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option or following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. If the government requires additional equipment after contract award no penalty will be assessed.

**Approved HOGE Performance Data**

HOGE = (enter weight) _________

Note: Only approved Basic Flight Manual HOGE Performance Charts, Flight Manual Supplement HOGE Performance Charts, or Supplement Type Certificate (STC) HOGE Performance Data approved for the aircraft by serial number shall be used to compute the Interagency Helicopter Load Calculation during the contract period.

**Relief Crew Costs Per Person**

Cost from Contractors Home Base to Designated Base for contract relief costs per person $________________ (see C.34). The relief costs will be reviewed prior to award and prior to each renewal option period.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 27 Helicopter equipped with a fixed tank.**

**Designated Base(s)**

Name: **Montague** National Forest: **Klamath**
Location: **Siskiyou County , CA Airport**

Mandatory Availability Period and Net Days

July 15, 2007 – October 12, 2007 90 Days
Mandatory Availability Period

**Daily Availability Offer Rate**

| *SERVICES* | *QUANTITY* | *UNIT PRICE* | *TOTAL* | *YEAR* |
|---|---|---|---|---|
| | | | | |
| **Daily Availability Base Year 2007** | **90 DAYS** | **$ ______________** | **$ ______________** | ***BASE 2007*** |
| **Daily Availability Option Year 1 2008** | **90 DAYS** | **$ ______________** | **$ ______________** | ***Option 1 2008*** |
| **Daily Availability Option Year 2 2009** | **90 DAYS** | **$ ______________** | **$ ______________** | ***Option 2 2009*** |
| | | | | |
| **Specified Hourly Flight Rate** | **200 * Hours** | **See Exhibit 12** | **$** | |
| | | | | |
| **Optional Use Rate** Base Year 2007** | **HR** | **$ ______________** | **N/A** | ***BASE 2007*** |
| **Optional Use Rate** Option Year 1 2008** | **HR** | **$ ______________** | **N/A** | ***Option 1 2008*** |
| **Optional Use Rate** Option Year 2 2009** | **HR** | **$ ______________** | **N/A** | ***Option 2 2009*** |

*Estimated number of flight hours is for estimation use only, the Government does not guarantee any flight hours under this contract.

**Optional Use Rate will not be used in the evaluation of quotes.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

## ITEM NO. 27

Make: ___________________
Model: ___________________
Series: ___________________
N Number: ______

## Contracted Helicopter Equipped Weight

Equipped Weight = _____ lbs

Equipped Weight includes the weight of a fixed tank or the weight of the empty bucket and any associated suspension hardware (cables, connectors, etc.). See clause C 4 D.21 for reference.

Helicopter(s) awarded contract(s) under this solicitation shall remain at or below contracted helicopter equipped weight and will be allowed plus 1% above the awarded contracted helicopter equipped weight during the contract period. The aircraft's equipped weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option or following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. If the government requires additional equipment after contract award no penalty will be assessed.

## Approved HOGE Performance Data

HOGE = (enter weight) _________

Note: Only approved Basic Flight Manual HOGE Performance Charts, Flight Manual Supplement HOGE Performance Charts, or Supplement Type Certificate (STC) HOGE Performance Data approved for the aircraft by serial number shall be used to compute the Interagency Helicopter Load Calculation during the contract period.

## Relief Crew Costs Per Person

Cost from Contractors Home Base to Designated Base for contract relief costs per person $________________ (see C.34). The relief costs will be reviewed prior to award and prior to each renewal option period.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 28 Helicopter equipped with a fixed tank or bucket.**

**Designated Base(s)**

Name: **Coeur d' Alene** National Forest: **Idaho Panhandle**
Location: **Coeur d' Alene, ID Airport**

Mandatory Availability Period and Net Days

July 3, 2007 – September 30, 2007 90 Days
Mandatory Availability Period

**Daily Availability Offer Rate**

| *SERVICES* | *QUANTITY* | *UNIT PRICE* | *TOTAL* | *YEAR* |
|---|---|---|---|---|
| | | | | |
| **Daily Availability Base Year 2007** | **90 DAYS** | **$ ______________** | **$ ______________** | ***BASE 2007*** |
| **Daily Availability Option Year 1 2008** | **90 DAYS** | **$ ______________** | **$ ______________** | ***Option 1 2008*** |
| **Daily Availability Option Year 2 2009** | **90 DAYS** | **$ ______________** | **$ ______________** | ***Option 2 2009*** |
| | | | | |
| **Specified Hourly Flight Rate** | **200 * Hours** | **See Exhibit 12** | **$** | |
| | | | | |
| **Optional Use Rate** Base Year 2007** | **HR** | **$ ______________** | **N/A** | ***BASE 2007*** |
| **Optional Use Rate** Option Year 1 2008** | **HR** | **$ ______________** | **N/A** | ***Option 1 2008*** |
| **Optional Use Rate** Option Year 2 2009** | **HR** | **$ ______________** | **N/A** | ***Option 2 2009*** |

*Estimated number of flight hours is for estimation use only, the Government does not guarantee any flight hours under this contract.

**Optional Use Rate will not be used in the evaluation of quotes.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 28**

Make: ____________________
Model: ____________________
Series: ____________________
N Number: ______

**Contracted Helicopter Equipped Weight**

Equipped Weight = _____ lbs

Equipped Weight includes the weight of a fixed tank or the weight of the empty bucket and any associated suspension hardware (cables, connectors, etc.). See clause C 4 D.21 for reference.

Helicopter(s) awarded contract(s) under this solicitation shall remain at or below contracted helicopter equipped weight and will be allowed plus 1% above the awarded contracted helicopter equipped weight during the contract period. The aircraft's equipped weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option or following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. If the government requires additional equipment after contract award no penalty will be assessed.

**Approved HOGE Performance Data**

HOGE = (enter weight) __________

Note: Only approved Basic Flight Manual HOGE Performance Charts, Flight Manual Supplement HOGE Performance Charts, or Supplement Type Certificate (STC) HOGE Performance Data approved for the aircraft by serial number shall be used to compute the Interagency Helicopter Load Calculation during the contract period.

**Relief Crew Costs Per Person**

Cost from Contractors Home Base to Designated Base for contract relief costs per person $________________ (see C.34). The relief costs will be reviewed prior to award and prior to each renewal option period.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 29 Helicopter equipped with a fixed tank or bucket.**

**Designated Base(s)**

Name: **La Grande** National Forest: **Wallowa Whitman**
Location: **La Grande, OR Airport**

Mandatory Availability Period and Net Days

July 3, 2007 – September 30, 2007 90 Days
Mandatory Availability Period

**Daily Availability Offer Rate**

| *SERVICES* | *QUANTITY* | *UNIT PRICE* | *TOTAL* | *YEAR* |
|---|---|---|---|---|
| | | | | |
| **Daily Availability Base Year 2007** | **90 DAYS** | **$ _____________** | **$ _____________** | ***BASE 2007*** |
| **Daily Availability Option Year 1 2008** | **90 DAYS** | **$ _____________** | **$ _____________** | ***Option 1 2008*** |
| **Daily Availability Option Year 2 2009** | **90 DAYS** | **$ _____________** | **$ _____________** | ***Option 2 2009*** |
| | | | | |
| **Specified Hourly Flight Rate** | **200 * Hours** | **See Exhibit 12** | **$** | |
| | | | | |
| **Optional Use Rate** Base Year 2007** | **HR** | **$ _____________** | **N/A** | ***BASE 2007*** |
| **Optional Use Rate** Option Year 1 2008** | **HR** | **$ _____________** | **N/A** | ***Option 1 2008*** |
| **Optional Use Rate** Option Year 2 2009** | **HR** | **$ _____________** | **N/A** | ***Option 2 2009*** |

*Estimated number of flight hours is for estimation use only, the Government does not guarantee any flight hours under this contract.

**Optional Use Rate will not be used in the evaluation of quotes.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 29**

Make: ____________________
Model: ____________________
Series: ____________________
N Number: ______

**Contracted Helicopter Equipped Weight**

Equipped Weight = _____ lbs

Equipped Weight includes the weight of a fixed tank or the weight of the empty bucket and any associated suspension hardware (cables, connectors, etc.). See clause C 4 D.21 for reference.

Helicopter(s) awarded contract(s) under this solicitation shall remain at or below contracted helicopter equipped weight and will be allowed plus 1% above the awarded contracted helicopter equipped weight during the contract period. The aircraft's equipped weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option or following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. If the government requires additional equipment after contract award no penalty will be assessed.

**Approved HOGE Performance Data**

HOGE = (enter weight) _________

Note: Only approved Basic Flight Manual HOGE Performance Charts, Flight Manual Supplement HOGE Performance Charts, or Supplement Type Certificate (STC) HOGE Performance Data approved for the aircraft by serial number shall be used to compute the Interagency Helicopter Load Calculation during the contract period.

**Relief Crew Costs Per Person**

Cost from Contractors Home Base to Designated Base for contract relief costs per person $________________ (see C.34). The relief costs will be reviewed prior to award and prior to each renewal option period.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 30 Helicopter equipped with a fixed tank or bucket.**

**Designated Base(s)**

Name: **Chester** National Forest: **Lassen**
Location: **Chester, CA Airport**

Mandatory Availability Period and Net Days

July 1, 2007 – September 28, 2007 90 Days
Mandatory Availability Period

**Daily Availability Offer Rate**

| *SERVICES* | *QUANTITY* | *UNIT PRICE* | *TOTAL* | *YEAR* |
|---|---|---|---|---|
| | | | | |
| **Daily Availability Base Year 2007** | **90 DAYS** | **$ ______________** | **$ ______________** | ***BASE 2007*** |
| **Daily Availability Option Year 1 2008** | **90 DAYS** | **$ ______________** | **$ ______________** | ***Option 1 2008*** |
| **Daily Availability Option Year 2 2009** | **90 DAYS** | **$ ______________** | **$ ______________** | ***Option 2 2009*** |
| | | | | |
| **Specified Hourly Flight Rate** | **200 * Hours** | **See Exhibit 12** | **$** | |
| | | | | |
| **Optional Use Rate** Base Year 2007** | **HR** | **$ ______________** | **N/A** | ***BASE 2007*** |
| **Optional Use Rate** Option Year 1 2008** | **HR** | **$ ______________** | **N/A** | ***Option 1 2008*** |
| **Optional Use Rate** Option Year 2 2009** | **HR** | **$ ______________** | **N/A** | ***Option 2 2009*** |

*Estimated number of flight hours is for estimation use only, the Government does not guarantee any flight hours under this contract.

**Optional Use Rate will not be used in the evaluation of quotes.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 30**

Make: ____________________
Model: ____________________
Series: ____________________
N Number: ______

**Contracted Helicopter Equipped Weight**

Equipped Weight = _____ lbs

Equipped Weight includes the weight of a fixed tank or the weight of the empty bucket and any associated suspension hardware (cables, connectors, etc.). See clause C 4 D.21 for reference.

Helicopter(s) awarded contract(s) under this solicitation shall remain at or below contracted helicopter equipped weight and will be allowed plus 1% above the awarded contracted helicopter equipped weight during the contract period. The aircraft's equipped weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option or following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. If the government requires additional equipment after contract award no penalty will be assessed.

**Approved HOGE Performance Data**

HOGE = (enter weight) _________

Note: Only approved Basic Flight Manual HOGE Performance Charts, Flight Manual Supplement HOGE Performance Charts, or Supplement Type Certificate (STC) HOGE Performance Data approved for the aircraft by serial number shall be used to compute the Interagency Helicopter Load Calculation during the contract period.

**Relief Crew Costs Per Person**

Cost from Contractors Home Base to Designated Base for contract relief costs per person $________________ (see C.34). The relief costs will be reviewed prior to award and prior to each renewal option period.

SECTION B
SUPPLIES OR SERVICES AND PRICES

**ITEM NO. 31 Helicopter equipped with a fixed tank or bucket.**

**Designated Base(s)**

Name: **John Day** National Forest: **Malheur**
Location: **John Day Airbase**

Mandatory Availability Period and Net Days

June 16, 2007 – September 13, 2007 90 Days
Mandatory Availability Period

**Daily Availability Offer Rate**

| *SERVICES* | *QUANTITY* | *UNIT PRICE* | *TOTAL* | *YEAR* |
|---|---|---|---|---|
| | | | | |
| **Daily Availability Base Year 2007** | **90 DAYS** | **$ ______________** | **$ ______________** | ***BASE 2007*** |
| **Daily Availability Option Year 1 2008** | **90 DAYS** | **$ ______________** | **$ ______________** | ***Option 1 2008*** |
| **Daily Availability Option Year 2 2009** | **90 DAYS** | **$ ______________** | **$ ______________** | ***Option 2 2009*** |
| | | | | |
| **Specified Hourly Flight Rate** | **200 * Hours** | **See Exhibit 12** | **$** | |
| | | | | |
| **Optional Use Rate** Base Year 2007** | **HR** | **$ ______________** | **N/A** | ***BASE 2007*** |
| **Optional Use Rate** Option Year 1 2008** | **HR** | **$ ______________** | **N/A** | ***Option 1 2008*** |
| **Optional Use Rate** Option Year 2 2009** | **HR** | **$ ______________** | **N/A** | ***Option 2 2009*** |

*Estimated number of flight hours is for estimation use only, the Government does not guarantee any flight hours under this contract.

**Optional Use Rate will not be used in the evaluation of quotes.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 31**

Make: ____________________
Model: ____________________
Series: ____________________
N Number: ______

**Contracted Helicopter Equipped Weight**

Equipped Weight = _____ lbs

Equipped Weight includes the weight of a fixed tank or the weight of the empty bucket and any associated suspension hardware (cables, connectors, etc.). See clause C 4 D.21 for reference.

Helicopter(s) awarded contract(s) under this solicitation shall remain at or below contracted helicopter equipped weight and will be allowed plus 1% above the awarded contracted helicopter equipped weight during the contract period. The aircraft's equipped weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option or following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. If the government requires additional equipment after contract award no penalty will be assessed.

**Approved HOGE Performance Data**

HOGE = (enter weight) ________

Note: Only approved Basic Flight Manual HOGE Performance Charts, Flight Manual Supplement HOGE Performance Charts, or Supplement Type Certificate (STC) HOGE Performance Data approved for the aircraft by serial number shall be used to compute the Interagency Helicopter Load Calculation during the contract period.

**Relief Crew Costs Per Person**

Cost from Contractors Home Base to Designated Base for contract relief costs $________________ (see C.34). The relief costs will be reviewed prior to award and prior to each renewal option period.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**<u>ITEM NO. 32</u> Helicopter equipped with a fixed tank.**

**Designated Base(s)**

Name: **Santa Fe** National Forest: **Santa Fe**
Location: **Santa Fe, NM Airport**

Mandatory Availability Period and Net Days

**BASE YEAR**
<u>June 15, 2007 – September 12, 2007</u> <u>90 Days</u>
Mandatory Availability Period

**OPTION YEARS**
<u>May 1 – July 29</u> <u>90 Days</u>
Mandatory Availability Period

**Daily Availability Offer Rate**

| *SERVICES* | *QUANTITY* | *UNIT PRICE* | *TOTAL* | *YEAR* |
|---|---|---|---|---|
| | | | | |
| **Daily Availability Base Year 2007** | **90 DAYS** | **$ ______________** | **$ ______________** | ***BASE 2007*** |
| **Daily Availability Option Year 1 2008** | **90 DAYS** | **$ ______________** | **$ ______________** | ***Option 1 2008*** |
| **Daily Availability Option Year 2 2009** | **90 DAYS** | **$ ______________** | **$ ______________** | ***Option 2 2009*** |
| | | | | |
| **Specified Hourly Flight Rate** | **200 * Hours** | **See Exhibit 12** | **$** | |
| | | | | |
| **Optional Use Rate** Base Year 2007** | **HR** | **$ ______________** | **N/A** | ***BASE 2007*** |
| **Optional Use Rate** Option Year 1 2008** | **HR** | **$ ______________** | **N/A** | ***Option 1 2008*** |
| **Optional Use Rate** Option Year 2 2009** | **HR** | **$ ______________** | **N/A** | ***Option 2 2009*** |

*Estimated number of flight hours is for estimation use only, the Government does not guarantee any flight hours under this contract.

**Optional Use Rate will not be used in the evaluation of quotes.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 32**

Make: ____________________
Model: ____________________
Series: ____________________
N Number: ______

**Contracted Helicopter Equipped Weight**

Equipped Weight = _____ lbs

Equipped Weight includes the weight of a fixed tank or the weight of the empty bucket and any associated suspension hardware (cables, connectors, etc.). See clause C 4 D.21 for reference.

Helicopter(s) awarded contract(s) under this solicitation shall remain at or below contracted helicopter equipped weight and will be allowed plus 1% above the awarded contracted helicopter equipped weight during the contract period. The aircraft's equipped weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option or following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. If the government requires additional equipment after contract award no penalty will be assessed.

**Approved HOGE Performance Data**

HOGE = (enter weight) _________

Note: Only approved Basic Flight Manual HOGE Performance Charts, Flight Manual Supplement HOGE Performance Charts, or Supplement Type Certificate (STC) HOGE Performance Data approved for the aircraft by serial number shall be used to compute the Interagency Helicopter Load Calculation during the contract period.

**Relief Crew Costs Per Person**

Cost from Contractors Home Base to Designated Base for contract relief costs per person $________________ (see C.34). The relief costs will be reviewed prior to award and prior to each renewal option period.

SECTION B
SUPPLIES OR SERVICES AND PRICES

**ITEM NO. 33 Helicopter equipped with a fixed tank.**

**Designated Base(s)**

Name: **Silver City** National Forest: **Gila**
Location: **Silver City, NM Airport**

Mandatory Availability Period and Net Days

**BASE YEAR**
June 15, 2007 – September 12, 2007 90 Days
Mandatory Availability Period

**OPTION YEARS**
May 1 – July 29 90 Days
Mandatory Availability Period

**Daily Availability Offer Rate**

| SERVICES | QUANTITY | UNIT PRICE | TOTAL | YEAR |
|---|---|---|---|---|
| | | | | |
| Daily Availability Base Year 2007 | 90 DAYS | $ _____________ | $ _____________ | BASE 2007 |
| Daily Availability Option Year 1 2008 | 90 DAYS | $ _____________ | $ _____________ | Option 1 2008 |
| Daily Availability Option Year 2 2009 | 90 DAYS | $ _____________ | $ _____________ | Option 2 2009 |
| | | | | |
| Specified Hourly Flight Rate | 200 * Hours | See Exhibit 12 | $ | |
| | | | | |
| Optional Use Rate** Base Year 2007 | HR | $ _____________ | N/A | BASE 2007 |
| Optional Use Rate** Option Year 1 2008 | HR | $ _____________ | N/A | Option 1 2008 |
| Optional Use Rate** Option Year 2 2009 | HR | $ _____________ | N/A | Option 2 2009 |

*Estimated number of flight hours is for estimation use only, the Government does not guarantee any flight hours under this contract.

**Optional Use Rate will not be used in the evaluation of quotes.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 33**

Make: ____________________
Model: ____________________
Series: ____________________
N Number: ______

**Contracted Helicopter Equipped Weight**

Equipped Weight = _____ lbs

Equipped Weight includes the weight of a fixed tank or the weight of the empty bucket and any associated suspension hardware (cables, connectors, etc.). See clause C 4 D.21 for reference.

Helicopter(s) awarded contract(s) under this solicitation shall remain at or below contracted helicopter equipped weight and will be allowed plus 1% above the awarded contracted helicopter equipped weight during the contract period. The aircraft's equipped weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option or following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. If the government requires additional equipment after contract award no penalty will be assessed.

**Approved HOGE Performance Data**

HOGE = (enter weight) _________

Note: Only approved Basic Flight Manual HOGE Performance Charts, Flight Manual Supplement HOGE Performance Charts, or Supplement Type Certificate (STC) HOGE Performance Data approved for the aircraft by serial number shall be used to compute the Interagency Helicopter Load Calculation during the contract period.

**Relief Crew Costs Per Person**

Cost from Contractors Home Base to Designated Base for contract relief costs per person $_________________ (see C.34). The relief costs will be reviewed prior to award and prior to each renewal option period.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 34 Helicopter equipped with a fixed tank or bucket.**

**Designated Base(s)**

Name: **Rifle** National Forest: **White River**
Location: **Rifle, CO Airport**

Mandatory Availability Period and Net Days

June 15, 2007 – September 12, 2007 90 Days
Mandatory Availability Period

**Daily Availability Offer Rate**

| *SERVICES* | *QUANTITY* | *UNIT PRICE* | *TOTAL* | *YEAR* |
|---|---|---|---|---|
| | | | | |
| **Daily Availability Base Year 2007** | **90 DAYS** | **$ ______________** | **$ ______________** | ***BASE 2007*** |
| **Daily Availability Option Year 1 2008** | **90 DAYS** | **$ ______________** | **$ ______________** | ***Option 1 2008*** |
| **Daily Availability Option Year 2 2009** | **90 DAYS** | **$ ______________** | **$ ______________** | ***Option 2 2009*** |
| | | | | |
| **Specified Hourly Flight Rate** | **200 * Hours** | **See Exhibit 12** | **$** | |
| | | | | |
| **Optional Use Rate** Base Year 2007** | **HR** | **$ ______________** | **N/A** | ***BASE 2007*** |
| **Optional Use Rate** Option Year 1 2008** | **HR** | **$ ______________** | **N/A** | ***Option 1 2008*** |
| **Optional Use Rate** Option Year 2 2009** | **HR** | **$ ______________** | **N/A** | ***Option 2 2009*** |

*Estimated number of flight hours is for estimation use only, the Government does not guarantee any flight hours under this contract.

**Optional Use Rate will not be used in the evaluation of quotes.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 34**

Make: ____________________
Model: ____________________
Series: ____________________
N Number: ______

**Contracted Helicopter Equipped Weight**

Equipped Weight = _____ lbs

Equipped Weight includes the weight of a fixed tank or the weight of the empty bucket and any associated suspension hardware (cables, connectors, etc.). See clause C 4 D.21 for reference.

Helicopter(s) awarded contract(s) under this solicitation shall remain at or below contracted helicopter equipped weight and will be allowed plus 1% above the awarded contracted helicopter equipped weight during the contract period. The aircraft's equipped weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option or following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. If the government requires additional equipment after contract award no penalty will be assessed.

**Approved HOGE Performance Data**

HOGE = (enter weight) _________

Note: Only approved Basic Flight Manual HOGE Performance Charts, Flight Manual Supplement HOGE Performance Charts, or Supplement Type Certificate (STC) HOGE Performance Data approved for the aircraft by serial number shall be used to compute the Interagency Helicopter Load Calculation during the contract period.

**Relief Crew Costs Per Person**

Cost from Contractors Home Base to Designated Base for contract relief costs per person $________________ (see C.34). The relief costs will be reviewed prior to award and prior to each renewal option period.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**<u>ITEM NO. 35</u> Helicopter equipped with a fixed tank or bucket.**

**Designated Base(s)**

Name: **Grangeville** National Forest: **Nez Perce**
Location: **Grangeville, ID Airport**

Mandatory Availability Period and Net Days

<u>June 15, 2007 – September 12, 2007</u> <u>90 Days</u>
Mandatory Availability Period

**Daily Availability Offer Rate**

| *SERVICES* | *QUANTITY* | *UNIT PRICE* | *TOTAL* | *YEAR* |
|---|---|---|---|---|
| | | | | |
| **Daily Availability Base Year 2007** | **90 DAYS** | **$ ______________** | **$ ______________** | ***BASE 2007*** |
| **Daily Availability Option Year 1 2008** | **90 DAYS** | **$ ______________** | **$ ______________** | ***Option 1 2008*** |
| **Daily Availability Option Year 2 2009** | **90 DAYS** | **$ ______________** | **$ ______________** | ***Option 2 2009*** |
| | | | | |
| **Specified Hourly Flight Rate** | **200 * Hours** | **See Exhibit 12** | **$** | |
| | | | | |
| **Optional Use Rate** Base Year 2007** | **HR** | **$ ______________** | **N/A** | ***BASE 2007*** |
| **Optional Use Rate** Option Year 1 2008** | **HR** | **$ ______________** | **N/A** | ***Option 1 2008*** |
| **Optional Use Rate** Option Year 2 2009** | **HR** | **$ ______________** | **N/A** | ***Option 2 2009*** |

*Estimated number of flight hours is for estimation use only, the Government does not guarantee any flight hours under this contract.

**Optional Use Rate will not be used in the evaluation of quotes.

**ITEM NO. 35**

Make: ____________________
Model: ____________________
Series: ____________________
N Number: ______

**Contracted Helicopter Equipped Weight**

Equipped Weight = _____ lbs

Equipped Weight includes the weight of a fixed tank or the weight of the empty bucket and any associated suspension hardware (cables, connectors, etc.). See clause C 4 D.21 for reference.

Helicopter(s) awarded contract(s) under this solicitation shall remain at or below contracted helicopter equipped weight and will be allowed plus 1% above the awarded contracted helicopter equipped weight during the contract period. The aircraft's equipped weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option or following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. If the government requires additional equipment after contract award no penalty will be assessed.

**Approved HOGE Performance Data**

HOGE = (enter weight) _________

Note: Only approved Basic Flight Manual HOGE Performance Charts, Flight Manual Supplement HOGE Performance Charts, or Supplement Type Certificate (STC) HOGE Performance Data approved for the aircraft by serial number shall be used to compute the Interagency Helicopter Load Calculation during the contract period.

**Relief Crew Costs Per Person**

Cost from Contractors Home Base to Designated Base for contract relief costs per person $________________ (see C.34). The relief costs will be reviewed prior to award and prior to each renewal option period.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**B.2 Bidders May Qualify Their Bids.** Bidders shall indicate below the maximum number of items willing to accept

| |
|---|
| |
| |
| |
| |
| |

**B.3 Aircraft Performance Specifications (Minimum)**

Performance shall be based on minimum engine specification. Aircraft performance capabilities shall be determined by using the Standard Interagency Helicopter Load Calculation Method. (Exhibit 13, Interagency Helicopter Load Calculation)

Use (Exhibit 13, Interagency Helicopter Load Calculation) and (Exhibit 12, Hourly Flight Rates, Fuel consumption, and Weight Reduction Chart) per aircraft type and the appropriate Hover Ceiling Charts (HOGE) and (HIGE) from the approved Rotorcraft Flight Manual.

**CAPABILITY OF**

**1.**

☐ Hovering in ground effect (HIGE)

Or

☒ Hovering out of ground effect (HOGE)

At _5,000_ feet pressure altitude and _30 °C with ☐ non-jettisonable ☒ jettisonable Payload of _**2300**_ pounds **for all bases except Chuchupate**, as determined by Exhibit 13, Standard Interagency Load Calculation form, using a standard pilot weight of 200 pounds and fuel for one hour and 30 minutes (01+30) as determined by Exhibit 12, Hourly Flight Rates, Fuel consumption, and Weight Reduction Chart.

☐ 14 CFR Part 135 Operation Specifications and CFR 14 Part 133 approval for left seat operation, passenger and external load. Note: Applicable only if operator intends to operate helicopter from left seat.

Weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option or following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. If the government requires additional equipment after contract award no penalty will be assessed.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**B.4 Engine Requirements (Shown by an X in the Block)**

☒ Single turbine engine
☒ Twin turbine engine

**B.5** CREW **Coverage**

☒ One Pilot Crew ☒ Two Pilot crew ☐ Three Pilot crew
**And**
☒ With Relief Pilot(s) ☐ Without Relief Pilot(s)

☐ SIX-DAY COVERAGE (SEE BELOW CHART)
☒ SEVEN-DAY COVERAGE ☐ A. ☒ B OR ☐ C. BELOW

| COVERAGE | FUEL SERVICING VEHICLE DRIVER | MECHANIC |
|---|---|---|
| 6-Day | 6-Day Coverage<br><br>No Relief Required | 3-Hour Call-up |
| 7-Day<br>A. | FSVD Required<br><br>Relief FSVD Required | 3-Hour Call-up |
| B. | FSVD Required<br><br>Relief FSVD Required | Full Time Mechanic Required at Designated Base/Alternate Base **(May serve as FSVD)**<br><br>Relief Mechanic – 3-Hour Call-up |
| C. | FSVD Required<br><br>Mechanic can Serve as Relief FSVD | Full Time Mechanic Required at Designated Base/Alternate Base<br><br>Relief Mechanic – 3-Hour Call-up |

**B.6 Maximum Complement of Personnel by Aircraft Type**
**(Minimum is number required to staff and support the aircraft)**

List the number of persons, by position, being offered to staff and support the helicopter.

Type I (Heavy) Helicopter- A maximum of 12-personnel may be paid as per the payment clause.
Type II (Medium) Helicopter- A maximum of 4-personnel may be paid as per the payment clause.

| Personnel | Number |
|---|---|
| Pilot(s): | |
| Co-pilot(s): | |
| Maintenance Crew Chief | |
| Mechanic(s): | |
| Fuel Service Driver(s): | |

**B7 Standby Hours Per Day**

9 Hours Standby per day

**B.8 Extended Standby Hourly Rate**

$41.00 per hour

**B.9 Overnight Allowance (Specified)**

DAY $____*_______

*Rates as published in Federal Travel Regulations See Section C

**B.10 Standard Per Diem Rate (Specified)**

DAY____*______

*Rates as published in Federal Travel Regulations See Section C.

**B-11 Contractor Furnished Special Equipment Requirements** (*Note: CO check those that apply)*

**APPLIES TO ALL ITEMS <u>EXCEPT</u> ITEM 9 CHUCHUPATE**

☐ Rappel Capability (Exhibit 17)
☐ Litter Kit with Litter(s)
☒ Wire Cutters if available (Exhibit 5)
☐ FAA Overwater Kit (in accordance with 14 CFR Part 91.33 Part b (11))
OVER WATER SPECIALIZED EQUIPMENT REQUIREMENTS DESCRIBED BELOW: Per 14 CFR Part 91.509(b) to include: Life raft(s) capable of transporting all occupants (Maximum seating capability). Personal Flotation Device (MAE WEST) for all occupants. Life raft (s) and personal flotation devices must meet all applicable Federal Aviation Regulations for certification and recertification.
☐ Fixed Suppressant/Retardant Delivery Tank (Exhibit 5)
☒ Fixed Suppressant/Retardant Tank with Self-Filling Capability (Exhibit 5)

**Or**

Variable Capacity Collapsible Bucket (Capable of being transported in cabin or baggage compartment or external basket)
☐ Extended Height landing gear cross tubes, similar to DART extended height 39 inch Landing Gear Kit, part number D205-594-011, that insures a minimum of 12 inches clearance between the attached delivery tank and level ground. Dart Extended Height Access Step or equivalent must be provided with minimum of one step half the distance to the skid.
☒ Suppressant/Retardant Mixing Equipment (Exhibit 5)
☒ Variable Capacity Collapsible Bucket (Capable of being transported in cabin or baggage compartment or external basket)

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

- ☐ Additional Variable Capacity Collapsible Bucket (Capable of being transported in cabin or baggage compartment or external basket)
- ☐ Digital P25 VHF-FM (FM-1) Transceiver in lieu of Analog VHF-FM (FM-1) Transceiver (Only transceivers specified in Section C-8.A.3.g are acceptable)
- ☐ Additional VHF-FM (FM-2) Transceiver (In accordance with requirements for a VHF-FM Transceiver in Section C.)
- ☐ AFT Cabin audio control system (Use Exhibit 17 for third audio control system specifications)
- ☐ External PA
- ☐ VHF Navigation receiver with indicator (VOR)
- ☐ GPS Data connector (Exhibit 7)
- ☐ Additional GPS Antenna (Exhibit 7)
- ☐ External antenna for Trimble Survey grade GPS unit.
- ☐ Interphone – All passenger positions
- ☐ Additional 760 Channel VHF-AM Radio
- ☒ VHF-FM Portable Radio (for fuel servicing vehicle driver)
- ☒ Fuel Servicing Vehicle Radio (Exhibit 7)
- ☐ Automatic engine re-ignition system
- ☐ Engine air intake filtration system
- ☒ Closed circuit fueling system if commercially available for the helicopter offered (See Exhibit 8).
- ☒ Kit for disposal of fuel during start-up/shut down; i.e., EPA Bell Kit if **commercially available**
- ☐ Wiring to accommodate Government-Furnished carousel
- ☒ Remote cargo hook for long-line (Exhibit 5) (for bucket equipped helicopters)
- ☒ Contractor-furnished long-line (for bucket equipped helicopters)
- ☒ Vertical reference qualified pilot
- ☒ Certification for left seat long-line (for bucket equipped helicopters)
- ☒ Operations in countries boarding contiguous United States maybe required.

- ☐ Other – Additional Special Requirements
  - ☐ a. Global Positioning Satellite (GPS) Capability with moving map display

    b. One moving map display. The moving map display shall be permanently mounted in the aircraft, have a display of at least three inches wide, and located where both the pilot and the copilot/observer can clearly view the display. The display's base map shall show the aircraft's present position relative to user selected waypoints and geographical information (i.e. coastlines, cities, railroads, roads, lakes, rivers, etc.). The moving map display shall be integrated into the above GPS unit or it can be a separate unit. If a separate unit, the moving map display shall utilize GPS data from the above GPS unit or (if utilizing an internal GPS receiver) shall adhere to the GPS data requirements for the above GPS unit.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

## B-12 Additional Information

Additional information required to be submitted with your Proposal is contained in Section E, Instructions to Offerors-Commercial Items (Far 52.212-1) (Tailored).

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

## C-1 Scope of Contract

A. The intent of this solicitation and any resultant Contract is to obtain (limited use) Standard or Restricted category helicopter services **for all items except Item 9 (Chuchupate), Item 9 will require a Standard Category helicopter,** fully operated by qualified and proficient personnel and equipped to meet specifications contained herein for offered aircraft used in the administration and protection of Public Lands.

B. Contract personnel shall conduct themselves in a professional and cooperative manner in fulfilling this Contract

C. During the Mandatory Availability Period (MAP) and any extensions thereof, the aircraft shall be made available for the exclusive use of the Government.

D. The helicopter furnished will be used for incident support and may also be used for project work.

E. The Government has Interagency and cooperative agreements with Federal and State Agencies and private landholders. Aircraft may be dispatched under this contract for such use.

F. The Contracting Officer (CO) may, with the Contractor's agreement, release the Contractor from the contract for short periods of time to perform outside work such as search and rescue for other Federal, State, or local agencies or private parties. During the period of such release, the U.S. Forest Service (USFS) is not responsible for any payment or liability.

G. The Government may elect to utilize individual limited (Standard) aircraft for passenger transport and will initiate a contract modification accordingly.

## C-2 Certifications

A. <u>General</u>

1. Contractors shall be currently certificated to meet 14 Code of Federal Regulations (CFR), 133 (External Load Operations), 135 (Air Taxi Operators and Commercial Operations), and 137 (Agricultural Aircraft Operations), as applicable. Any helicopter offered shall be listed by make, model, series, and registration number on the Operators Certificates.

2. Helicopters shall conform to the approved type design (normal or restricted), be maintained and operated in accordance with type certificate requirements not withstanding the aviation regulations of the State in which the helicopter may be operated except those requirements specifically waived by the CO. If an operator has a 135 certificate, the aircraft will be maintained in accordance with their FAA approved maintenance program. 14 CFR Part 133 and 137 aircraft will be maintained in accordance with the type certificate and applicable supplement type certificates (STC).

3. When ordered by the Government, helicopter(s) shall carry its fully rated capacity of passengers and/or cargo allowable as determined by the Interagency Helicopter Load Calculation method irrespective of the minimum requirements stated in the Schedule of Items. Load calculations shall be computed and completed by the pilot using Form FS 5700-17 or Form OAS-67.

4. Each helicopter shall operate in accordance with an approved 14 CFR Part 133, Rotorcraft Load Combination Flight Manual (RLCFM), unless the requirement is specifically waived by the CO. A copy of the RLCFM shall be kept with the aircraft at all times.

B. Standard Category Helicopters

1. All passenger-carrying flights, regardless of the number of passengers carried, shall be conducted in accordance with the Contractor's operations specifications.

2 Helicopters shall be certificated in Normal or Transport Category.

3. The Government may elect not to utilize individual Standard Category aircraft for passenger transport.

4. The following applies for Standard Category helicopters offered that do not transport passengers:

   a. The helicopter will be inspected to the type certificate.

   b. The contractor will submit FAR Part 133 and 137 certificates.

   c. Helicopters shall carry their fully rated capacity of cargo for suppressant/retardant as determined by use of the approved weight and balance performance data.

   d. All internal passenger seats shall be removed during performance under this contract except seats for contractor's personnel/authorized Government Helicopter Manager and/or crew members.

C. Restricted Category Helicopters

1. Helicopter(s) certificated in Restricted Category shall have been issued a Special Airworthiness Certificate.

2. Helicopter(s) configured from aircraft types that have FAA Type Certificates obtained by the aircraft manufacturer shall incorporate the manufacture's designated changes to bring the aircraft into conformity with their type design, excluding passenger configuration requirements. All applicable Airworthiness Directives and manufacturer Service Bulletins shall be accomplished.

3. Helicopter(s), which are configured from former military aircraft, which have FAA Type Certificates based upon military operation in lieu of a manufacturer's Type Certificate, shall have all applicable Time Compliance Technical Orders (TCTO's), military Service Bulletins, and Safety-of-Flight Messages accomplished. This includes any directives, which refer to later models of the same type, which were issued after the earlier models had left the military inventory. When FAA approvals establish more restrictive limits, such limits will prevail.

**C-3 Government Furnished Property**

A. If Government Furnished Property (GFP) is provided; the Contractor shall be required to sign a property receipt document. Upon Government request, GFP shall be returned to the Government in accordance with GFP (Short Form) FAR Clause 52.245-4 (JUN 2003).

B. The Government will deliver the following items to the Contractor upon arrival at the Designated Base.

1. Interagency Aviation Transport of Hazardous Materials Handbook/Guide with any applicable Department of Transportation (DOT) Exemption Letters and Emergency Response Guide.
2. Personal fire shelter, as applicable.

C. Foam Concentrate will be provided by the Government as needed in accordance with the most current Qualified Product List as specified at www.fs.fed.us/rm/fire

## C-4 Aircraft Requirements

A. General

1. Aircraft shall be maintained in accordance with all applicable 14 CFR requirements, mandatory manufacturers' bulletins as required or identified by the FS and or DOI, and all applicable FAA Airworthiness Directives (AD).

2. All required documents needed to verify the data in Form FS-5700-21a or OAS 36b; Helicopter Data Record (including airframe logs, engine logs, compliance with mandatory manufacturer's bulletins, FAA AD's compliance, and aircraft status record, etc.) shall be made available to FS or DOI inspector(s).

3. Unless authorized by an approved Minimum Equipment List (MEL), aircraft shall not be approved or used if any accessory or instrument listed on the aircraft type certificate data sheet is inoperative.

4. Aircraft shall not be approved if any component time in service exceeds the manufacturers' recommended Time Between Overhaul (TBO) or FAA-approved extension. All inspection times and intervals shall comply with the Contractor's FAA approved maintenance program.

B. Condition of Equipment

1. Contractor-furnished aircraft and equipment shall be operable, free of damage, and in good repair. Aircraft systems and components shall be free of leaks except within limitations specified by the manufacturer.

2. All windows and windshields shall be clean and free of scratches, cracks, crazing, distortion, or repairs, which hinder visibility. Repairs such as safety wire lacing and stop drilling of cracks are not acceptable permanent repairs. Prior to acceptance, all temporarily repaired windows and windshields shall have permanent repairs completed or shall be replaced.

3. The aircraft interior shall be clean and neat. There shall be no un-repaired tears, rips, cracks, or other damage to the interior. The exterior finish, including the paint, shall be clean, neat, and in good condition (i.e. no severe fading or large areas of flaking or missing paint and etc.). Military or other low visibility paint schemes are unacceptable. Any corrosion shall be within manufacturer or FAA acceptable limits.

C. Center of Gravity

1. All aircraft shall be configured so that the center of gravity will remain within the FAA approved Flight Manual published limits for all load requirements and full range of fuel conditions, including ferry with minimum crew without subtraction or addition of ballast.

2. All aircraft shall be loaded such that the center of gravity will remain within allowed limit during the flight. Actual weights will be used for flight calculation.

3. If the equipped weight of the aircraft, as noted by registration number in Section B, Schedule of Items changes, the Contractor shall notify the CO of the change and submit a new weight and balance as required by the Contract.

D. General Equipment (as applicable)

Helicopters shall be configured with the equipment required by 14 CFR and approved for make and model furnished. In addition, the following will be required:

1. A copy of the Awarded Contract and modification(s) shall remain in the helicopter during the Contract period(s).

2. Instrumentation required by the Type Certificate and 14 CFR for use with the make and model furnished.

3. Free air temperature gauge.

4. Approved aircraft lighting for night operation in accordance with 14 CFR 91.209, plus instrument lights.

5. First Aid Kit Aeronautical (Exhibit 1, First Aid Kit Aeronautical)

6. Survival Kit Aeronautical (Exhibit 2, Survival Kit Aeronautical, Lower 48)

7. Additional Suppression/Prescribed Fire Equipment (Exhibit 5, Additional Suppression/Prescribed Fire Equipment) as applicable.

8. Seat belts for all seats. One set of individual lap belts for each occupant.

9. FAA-approved double-strap shoulder harness with automatic locking inertia reels for each front seat occupant. Shoulder straps and lap belts shall fasten with one single-point, metal-to-metal, and quick-release mechanism. Standard factory shoulder harnesses are acceptable for Aerospatiale and Bell transport category helicopters. Military style harnesses are acceptable. (Exhibit 4, Restraint Systems Condition Inspection Guidelines).

10. FAA approved single diagonal shoulder harness with inertia reel integrated with the lap seat belt with one single point metal to metal quick release mechanism for each passenger position. For aircraft equipped with airline type seats, a single or double FAA approved shoulder harness integrated with seat belt with one single point metal-to-metal quick release mechanism for each passenger position.

11. One flight hour meter (Hobbs) installed in a location observable by the pilot and front seat observer while seated. The meter shall be wired in series with a switch on the collective control, and a switch activated by engine or transmission oil pressure or equivalent system, to record flight time (in hours and tenths of hours) only.

12. External load operations from other than the manufacturers designated pilot station are allowed only with approved operations specifications, applicable STCs, and appropriate designation on the aircraft Interagency Data Card. The pilot shall occupy the manufacturer's designated pilot station unless authorized by an STC to conduct external load operations from the left seat.

13. Convex mirror for observation of external loads and landing gear (not required for aircraft equipped ONLY for vertical reference operations).

14. The Fire extinguisher(s) shall be a hand-held bottle, fully charged, with a minimum of 1.5 pounds capacity and 2-B:C rating, maintained in accordance with NFPA 10 and mounted with a quick release attachment accessible to the flight crew while seated.

15. Standard Category helicopters with a floor height greater than 18-inches shall have an approved personnel access step to assure safe entrance and exit from each door of the helicopter. A section of external cargo rack may be utilized as a step by providing a clear space covered with non-skid material.

16. Complete set of current aeronautical charts covering area of operation. The Contractor shall be responsible for providing navigation publications.

17. Dual controls are required for pilot evaluations.

18. One or more independently switched white or white and red strobe light(s) mounted on top of the helicopter or otherwise visible from above.

    In accordance with 14 CFR 27.1401, Anti-collision Light System (d) Color. Each anti-collision light shall be aviation red and shall meet the applicable requirements of 14 CFR 27.1397. In order to meet contract specifications, Contractors shall obtain FAA approval (FAA Form 337) to alter the aircraft, if applicable.

19. High visibility markings on main rotor blades (Exhibit 6, High Visibility Markings on Main Rotor Blades).

20. Cargo Hook

    a. One cargo hook that may be loaded and locked in a single motion with one hand, and is rated at the maximum lifting capacity of the aircraft.

    b. As a minimum, the cargo hook shall be completely disassembled and inspected with repairs made as required, lubricated, and a full-load operational check in accordance with manufacturers recommendations.

21. Variable capacity collapsible bucket(s) (For bucket equipped helicopters)

    a. One (1) collapsible, variable capacity water/retardant buckets shall be furnished under this Contract.

    b. The bucket, at 100 percent of manufactures rated capacity (+/ -5%) shall be commensurate with the maximum OGE lifting capability of the helicopter at 5000 PA and 30 degrees C with a 200 pound pilot(s) and 1 1/2 hours of total fuel. The bucket shall be capable of being operated with all increments of the long-line. No partial dips allowed.

    c. Environmental operating conditions may dictate the need for more than one size bucket.

    d. Helicopters equipped with electronic helicopter hook load measuring system (load cells) that provide a cockpit readout of the actual external load and a bucket that is equipped with a gating system that allows part of the load to be dispensed while retaining the remainder of the load are approved.