# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE | OF PAGES |
|---|---|---|
| | 1 | 9 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
|---|---|---|---|
| **Amendment NIFC-01** | **April 20, 2007** | | |

6. ISSUED BY CODE

**US Forest Service**
**National Interagency Fire Center - Contracting**
**Jack Wilson Bldg., 3833 S. Development Ave**
**Boise, ID 83705**

7. ADMINISTERED BY *(If other than Item 6)* CODE

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State, and ZIP Code)*

CODE FACILITY CODE

☒ 9A. AMENDMENT OF SOLICITATION NO.
**RFP AG-024B-S-07-0008**

9B. DATED *(SEE ITEM 11)*
**April 6, 2007**

☐ 10A. MODIFICATION OF CONTRACT/ORDER NO.

10B. DATED *(SEE ITEM 13)*

THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

12. ACCOUNTING AND APPROPRIATION DATA:

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

☐ A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE INTHE CONTRACT ORDER NO. IN ITEM 10A.

☐ B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

☐ C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

☐ D. OTHER *(Specify type of modification and authority)*

**E. IMPORTANT:** Contractor ☒ is, ☐ is not required to sign this document and return __1__ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.*

PURPOSE OF THIS AMENDMENT:

1) To provide Agenda and notes of April 18, 2007 Pre-Proposal Conference

2) An example of proposal organizing the material required in a Helicopter proposal submittal.

Except as provided herein, all terms and conditions referenced in item 9A or 10A, as heretofore changed, remain unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (type or print) | |
|---|---|---|---|
| | | **Frank Gomez** Contracting Officer | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| *(Signature of person authorized to sign)* | | /s/ Frank Gomez<br>*(Signature of Contracting Officer)* | **April 20, 2007** |

NSN 7540-01-152-8070
Previous edition unusable

30-105

**STANDARD FORM 30** (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

# AGENDA
Helicopter Pre-Proposal Conference
AG-024B-S-07-0008
9:00-3:00
April 18, 2007
Oxford Suites
Boise, Idaho

| | |
|---|---|
| Welcome and Introductions | Frank Gomez |
| Conference Purpose and Protocols | Frank Gomez |
| Helicopter Background and History | Pat Norbury |
| Procurement Process & Schedule | Frank Gomez |
| Overview of the Solicitation | Frank Gomez<br>Chuck Taylor<br>John Grogan |
| General Questions | All |
| Adjourn | |

**Helicopter Pre-Proposal Conference**
**AG-024B-S-07-0008**

**April 18, 2007**

Frank Gomez welcomed all and introduced Government participants.

Frank Gomez noted to all the Meeting Protocols:

1. Remarks & explanations during the conference will not qualify the terms of the solicitation.
2. Solicitation terms and specifications will not change unless the solicitation is amended in writing.

Pat Norbury talked about the background and history of helicopters:

- 2002 airtanker accidents was a turning point in Forest Service Aviation. Airtanker availability has decreased substantially.
- 2003 contracted 6 helitankers
- 2004 contracted 10 Type 1 helicopters. Now known as 16 NMAC Helicopters.
- Now eliminated designated bases to give more control to NMAC.
- Now have more oversight from OMB on budget… but still have the expectations to fight wildfire as usual. Less money, more demand, and fewer resources.
- Forest Service is now adding more Exclusive Use Helicopters to accommodate needs with less money. Still have some CWN contracts.
- Trying to get away from terminology "TYPE", now going to Medium Lift, Heavy Lift. Forest Service is using a database as a tool to determine best helicopter for each specific job by using location, price per pound, and ability. Managing our resources.
- Driving us now: Management Efficiencies and Budget.
- An efficiency that we have a National Helicopter Coordinator sitting in NICC now.

Q: 1 to 35 or 1 to 25 Bases. Which is it?
A: 1 to 35 Bases

Q Is there a contingency to adjust Map periods?
A: Not sure we will be adjusting because of our research shows we need those days in certain periods.

Frank passed out a sample of a proposals organization and suggested that proposals be submitted in this format. (Included)

Bid due date: May 7. Anticipates bids awarded by June 15.

Q: If signed up with CCR do we have to fill out Section E, Certifications and Representations?
A: If you registered in ORCA then you are only required to complete paragraphs (b) through (i), see Section E-5 of the solicitation.

Q: Are you taking limited use Type 1? Standard or Limited?
A: We are taking standard or restricted for Type 1. Intent is to include all Type I and Type II Need to add: Standard/Limited

Q: Contract can have a fixed tank?
A: We will consider tank or bucketed, does not need both.

Q: Option Year in Schedule of Items should Read 08?
A: Yes. We will correct this in the amendment.

Q: Option Use rate: Should it be daily
A: NO. It is an hourly rate and intended for projects short in duration.

Q: What if you could use a bucket or a tank for weight and balance
A: Submit both, but we will award with tank or with a bucket and make sure that all equipment has been figured into the weight calculations.

Q: Are you going with 100 ft line in bucket ships for weight
A: Just the weight of the bucket. Do not include the weight of the line.

Q: Relief crew costs entitled to additional costs for alternate base costs? For Relief crews only
A: True.

Q: For entire crew or per person
A: For your compliment. . Will change to per person

Q: Will you accept an operator for 10 machines for the several items on one item sheet as long as its specified.
A: Yes as long as it's very clear. Be careful with the minimum limitations.

Q: Each item asks for N# and equipped weight per sheet per item?
A: Yes as long as we can follow what's happening.

Q: Qualifications B.2
A: How many Bid Items you will accept or not accept

Q: B.3 Capability of: do we need to strip out survival kit, seats, to make the 2600 lbs?
A: Depends on if limited use? or Standard? Will have to be dealt with on a case by case depending on bid item

Q: B.6 12 personnel-exactly or up to 12 for Type I
A: Up to 12

Q: B.11 If bidding tank then do we have to have bucket
A: No

Q: What is a kit for disposal of fuel?
A: For Bell mediums. When shut down the fuel doesn't drain on to the ground.

Q: If flying with Bambi, and mechanical issue, can we switch to a tank?
A: Case by case depending on mission.

Q: Is fuel disposal kit available for UH1
A: Section B: Service and equipment: We will amend the solicitation to add the following: If commercially available.

Q: Cargo Hook? Are we planning on using it
A: Yes. We will use the ship to the fullest extent possible

Q: Operations in countries boarding contiguous US maybe required.
A: revisiting this requirement.

Section C:

Q: If break of time between MAP and extension what rate will be used?
A: The MAP rates, availability and flight rate.

Q: Why are we required to have a GPS with Navigation Systems (Page 89).
A: We will amend the solicitation to delete the last sentence

Q: Can we define the panel mount?
A: As long it meets the FAA requirements

Q: C.10.D Page 94 Cowlings removed?
A: The language in the solicitation will not be changed.

Q: Pilot resumes. How far back?
A: 5 Years

Q: Background investigation at times takes lots of time
A: Will allow pilots to operate as long as the information has been submitted.

Q: Cost of Background investigation
A: Around $500 each

Q: FS have investigation information on pilots?
A: FS will not have access to the investigation. Agency will have records. Investigation results will stay with pilots

Q: Relief costs on Fuel Truck Driver? When Driver times out DOT? Could be 4 days. Will we pay for relief travel?
A: No. Not to meet DOT regulations, but will pay for reliefs as per solicitation. Will be revisited on rewrite

Q: C-27-D. Page 169 Conflicting info
A: Will check on

Q: Will the pilot have an opportunity to review the electronic invoices before it goes to Albuquerque?
A: Yes

Q: Is there Manager training on the process of payment approval
A: yes

Q: If contract has more than 1 base how long to get to next designated base.
A: See the schedule of Items

Q: Miscellaneous Costs. C.42.C. - B & O Tax in State of WA and New Mexico? Who pays?
A: Contractor is responsible for all applicable Federal, State, County, and local taxes.

Q: What if the helicopter moved to WA or NM by dispatch?
A: Potentially a miscellaneous cost unforeseen? We would take a look at it if you are charged.

Section E:

Q: Change divisible by 56
A: No need to now, we are moving to an electronic payment system.

Q: Best Value Formula? Special formula for different elevations different aircraft
A: One standard formula based on 5000 30 degrees, 2600 lbs.

Q: Do we submit Equipment List for each aircraft if they are configured the same?
A: Yes, You can use the same list for each like aircraft, identify the aircraft it is applicable to.

Q: HOGE Number. off of chart or payload
A: Number from the Chart

Q: Do you want all of the Op Specs? N Numbers
A: All including personnel

Q: Longline in weight or not?
A: Not included in the equipped weight calculations. Only the weight of the bucket

Q: Delete line on page 170 for equipped weight

Q: E.2 Subpart 3, does the FS-5700-20a have to be completed for every pilot?
A: Yes. For each pilot

Q: Will an FAA Approved Safety Plan be sufficient
A: Yes, It will be sufficient

Q: Requirement for Containment around Fuel Tanks varies from Forest to Forest? Would this be considered a Miscellaneous Expense that could be reimbursed?
A: If not required on this contract and base needs it, then it would require a modification to the contract.

Q: If we have two helicopters available, Exclusive Use and CWN which one are we going to choose?
A: Exclusive Use, normally Best Value.

Q: If awarded a line item Exclusive Use and on MAP period will dispatch call me for any other aircraft that I have, Which rate will be used?
A: Dispatch will not call and ask for A/C if not on contract.

Q: Would you consider using the fuel tank flight manual weight instead of the 7 pounds to figure load calculation?
A: May consider, needs further research.

Q: Minimum No of days until aircraft needs to be at Designated Base?
A: Goal is June 15. But will coordinate with contractor on time to get ready? Will negotiate a time.

**Example of proposal organizing the material required in a Helicopter proposal submittal.**

**OFFER CONTENTS**

Part I **Business Proposal**
SF-1449, Solicitation for Commercial Items
Section B, Items, Requirements and Prices
Section E, Offeror Representations and Certifications
Acknowledgment of Solicitation Amendments

Part II **Technical Proposal**
SUB-PART 1 AIRCRAFT TECHNICAL CAPABILITY
- Offered Aircraft Information
- Interagency Helicopter Load Calcs – Item # 1, 2, 3, 4, 6, 7
- Equipped Weight – Items # 1, 2, 3, 4, 6, 7
- FAA Certificates and Documentation
  - 133 Certificate & Letter of Authority
  - 135 Certificate & Operations Specifications
  - 137 Certificate & FAA Form
  - Current aircraft Weight & Balance
  - Current Aircraft Equipment List
  - Aircraft Flight Manual supplement Performance Charts
- Tank & Bucket Specifications
- Bambi 2024 – Items # 1, 2, 3, 4
- Bambi 1518 – Items # 6
- Simplex 304 – Items # 7

SUB-PART 2 PAST PERFORMANCE
- E-6 Offeror's Past Performance and Organizational Experience
- References/CWN Close-Out Report

SUB-PART 3 ORGANIZATIONAL EXPERIENCE
- Company Qualifications
  - Organizational Experience
    - Aircraft Maintenance
    - Maintenance Facility
    - Plan for Field Maintenance
  - List of Company Personnel
- Contract Personnel
  - Pilot experience with Form 5700-20b for each PIC
  - Maintenance Personnel experience
  - Fuel Service Vehicle Driver(s)
- Safety Program
- E7 SYNOPSIS OF SAFETY PROGRAM