# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE | PAGE 1 OF PAGES 3

| | |
|---|---|
| 2. AMENDMENT/MODIFICATION NO. **Amendment NIFC-03** | 3. EFFECTIVE DATE **May 1, 2007** |
| 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
| 6. ISSUED BY CODE<br>**US Forest Service<br>National Interagency Fire Center - Contracting<br>Jack Wilson Bldg., 3833 S. Development Ave<br>Boise, ID 83705** | 7. ADMINISTERED BY *(If other than Item 6)* CODE |
| 8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State, and ZIP Code)* | ☒ 9A. AMENDMENT OF SOLICITATION NO. **RFP AG-024B-S-07-0008**<br>9B. DATED *(SEE ITEM 11)* **April 6, 2007** |
| CODE / FACILITY CODE | ☐ 10A. MODIFICATION OF CONTRACT/ORDER NO.<br>10B. DATED *(SEE ITEM 13)* |

THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

12. ACCOUNTING AND APPROPRIATION DATA:

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

☐ A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE INTHE CONTRACT ORDER NO. IN ITEM 10A.

☐ B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

☐ C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

☐ D. OTHER *(Specify type of modification and authority)*

**E. IMPORTANT:** Contractor ☒ is, ☐ is not required to sign this document and return __1__ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.*

PURPOSE OF THIS AMENDMENT:

1) Page 2, Location – South Zone-San Bernardino Tanker Base: Add Santa Maria, Chuchupate and Mariposa to Pre-work meeting/Inspections at San Bernardino.

Add North Zone and Inspection bases

2) Page 19, changed to helicopter equipped with fixed tank Standard Category only.

3) Page 20-c, paragraph B.11 Contractor Furnished Special Equipment Requirements: Changed language for fixed suppressant/retardant tank with self filling capability.

Change to Extended height landing gear requirement.

Eliminated requirement for additional variable collapsible bucket.

4) **Offer Due Date is extended to Close of Business May 10, 2007**

| | | | |
|---|---|---|---|
| 15A. NAME AND TITLE OF SIGNER (type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (type or print)<br>**Frank Gomez** Contracting Officer | |
| 15B. CONTRACTOR/OFFEROR<br>*(Signature of person authorized to sign)* | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>/s/ Frank Gomez<br>*(Signature of Contracting Officer)* | 16C. DATE SIGNED<br>**May 1, 2007** |

NSN 7540-01-152-8070
Previous edition unusable

30-105

**STANDARD FORM 30** (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**One to thirty five (35) Standard, Limited Use and Restricted Heavy (tank or bucket) or Standard, Limited Use and Restricted Medium Helicopters (tank or bucket)** fully operated, meeting the requirements of this Schedule and the specifications for operation at the designated base, and during the periods shown below: Award of helicopters make and model will be based on best value to the Government. The performance requirements are a minimum and the A/C will be evaluated for overall best value including price. The Government will determine best value.

**Item 9 Chuchupate requires a Standard Category helicopter**

**The Government reserves the right to award any combination of items and or number of items.**

**Pre-work Meeting/Aircraft Inspections-all equipment needing to be inspected will be at the inspection point.**

Location--South Zone-San Bernardino Tanker Base, time and date to be scheduled.
Pre-work meeting/Inspections will be conducted at San Bernardino for the following designated base locations:

San Bernardino, Hemet, Casitas, Van Nuys, Santa Maria, Chuchupate and Mariposa.

Location--North Zone-San Redding Airport, time and date to be scheduled.
Pre-work meeting/Inspections will be conducted at Redding Airport for the following designated base locations:

Chester, Montague, Westover and Orland

All other designated bases for Pre-work meetings and Inspections will be conducted at the designated base or location to be determined by the Government, time and dated to be scheduled.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 9 Helicopter equipped with a fixed tank Standard Category only.**

**Designated Base(s)**

Name: **Chuchupate Helibase** National Forest: **Los Padres**
Location: **Chuchupate Helibase**

Mandatory Availability Period and Net Days

June 15, 2007 November 11, 2007 154 Days
Mandatory Availability Period

**Daily Availability Offer Rate**

| SERVICES | QUANTITY | UNIT PRICE | TOTAL | YEAR |
|---|---|---|---|---|
| | | | | |
| Daily Availability Base Year 2007 | 154DAYS | $ ______________ | $ ______________ | BASE 2007 |
| Daily Availability Option Year 1 2008 | 154DAYS | $ ______________ | $ ______________ | Option 1 2008 |
| Daily Availability Option Year 2 2009 | 154DAYS | $ ______________ | $ ______________ | Option 2 2009 |
| | | | | |
| Specified Hourly Flight Rate | 300 * Hours | See Exhibit 12 | $ | |
| | | | | |
| Optional Use Rate** Base Year 2007 | HR | $ ______________ | N/A | BASE 2007 |
| Optional Use Rate** Option Year 1 2008 | HR | $ ______________ | N/A | Option 1 2008 |
| Optional Use Rate** Option Year 2 2009 | HR | $ ______________ | N/A | Option 2 2009 |

*Estimated number of flight hours is for estimation use only, the Government does not guarantee any flight hours under this contract.

**Optional Use Rate will not be used in the evaluation of quotes.

**B7 Standby Hours Per Day**

9 Hours Standby per day

**B.8 Extended Standby Hourly Rate**

$41.00 per hour

**B.9 Overnight Allowance (Specified)**

DAY $____*_______

*Rates as published in Federal Travel Regulations See Section C

**B.10 Standard Per Diem Rate (Specified)**

DAY____*______

*Rates as published in Federal Travel Regulations See Section C.

**B.11 Contractor Furnished Special Equipment Requirements** (*Note: CO check those that apply)*

**APPLIES ONLY TO ITEM 9 CHUCHUPATE**

- ☐ Rappel Capability (Exhibit 17)
- ☐ Litter Kit with Litter(s)
- ☒ Wire Cutters (Exhibit 5)
- ☐ FAA Overwater Kit (in accordance with 14 CFR Part 91.33 Part b (11))
- ☒ OVER WATER SPECIALIZED EQUIPMENT REQUIREMENTS DESCRIBED BELOW: Per 14 CFR Part 91.509(b) to include: Life raft(s) capable of transporting all occupants (Maximum seating capability). Personal Flotation Device (MAE WEST) for all occupants. Life raft (s) and personal flotation devices must meet all applicable Federal Aviation Regulations for certification and recertification. This equipment is not considered part of the helicopter equipped weight for bid purposes as it is over water mission specific.
- ☐ Fixed Suppressant/Retardant Delivery Tank (Exhibit 5)
- ☒ Fixed Suppressant/Retardant Tank with Self-Filling Capability (Exhibit 5).
- ☒ Extended Height landing gear applies to type II helicopters with fixed tank only, e.g. cross tubes, similar to DART extended height 39 inch Landing Gear Kit, part number D205-594-011, that insures a minimum of 12 inches clearance between the attached delivery tank and level ground. Dart Extended Height Access Step or equivalent must be provided with minimum of one step half the distance to the skid.
- ☒ Suppressant/Retardant Mixing Equipment (Exhibit 5)
- ☒ Variable Capacity Collapsible Bucket (Capable of being transported in cabin or baggage compartment or external basket)
- ☐ Additional Variable Capacity Collapsible Bucket (Capable of being transported in cabin or baggage compartment or external basket) (Applicable to Type I helicopters not equipped with a fixed tank.)
- ☐ Digital P25 VHF-FM (FM-1) Transceiver in lieu of Analog VHF-FM (FM-1) Transceiver (Only transceivers specified in Section C-8.A.3.g are acceptable)