**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ERICKSON AIR-CRANE, INC., Plaintiff, | ) | No. 07-519C (Lettow) |
| v. | ) | Bid Protest |
| UNITED STATES OF AMERICA, Defendant. | ) | |

**PLAINTIFF'S NOTICE OF FILING REGARDING DEFENDANT'S SUPPLEMENT TO THE ADMINISTRATIVE RECORD**

At the August 8, 2007 hearing on the merits, the Court ordered defendant to file a copy of a Call When Needed ("CWN") contract that was representative of its CWN contracts. The Court also ordered Erickson Air-Crane, Inc. ("Erickson") to file a response if Erickson believed the CWN contract filed by defendant was not a representative contract. Pursuant to the Court's order, Erickson notifies the Court that the document filed by defendant is not a representative CWN contract and that it is filing a copy of its current CWN contract with the Forest Service, no. AG-024B-C-05-9007, including all modification made thereto and the signed Standard Form 1449 for that contract, which is a representative CWN contract.

Erickson makes this filing because the document filed by defendant is not responsive to the Court's order. Defendant filed the <u>solicitation</u> for AG-024B-C-05-9007 and not a representative contract awarded pursuant to that solicitation. Although the requirements and contract clauses listed in the solicitation are the same as in the contract, the solicitation does not

include over 30 pages of contract documents, including a Forest Service "Letter to CWN Helicopter Contractors" which explains the operation of the contract. Additionally, defendant's filing does not include a signed Standard Form 1449 for the contract and the omission may lead the Court to conclude erroneously that an operator is not contractually bound to provide the items set forth in the CWN contract under the terms and conditions specified therein.

Respectfully submitted,

s/Alan I. Saltman
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Counsel for Plaintiff

OF COUNSEL:

Ruth G. Tiger
Eric J. Pohlner
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Dated: August 10, 2007