# 2005 – 2006 – 2007



# INTERAGENCY

# CALL-WHEN-NEEDED

# HELICOPTERS



PROJECT: CALL-WHEN-NEEDED MEDIUM AND HEAVY-LIFT HELICOPTER SERVICES

LOCATION: NATION-WIDE

CONTRACTOR: VARIOUS

AWARDING OFFICE: USDA FOREST SERVICE AND DEPARTMENT OF INTERIOR- AVIATION MANAGEMENT NIFC

www.fs.fed.us/fire/contracting

**NFES 2168**

# CALL-WHEN-NEEDED

# MEDIUM AND HEAVY-LIFT

# NATIONAL HELICOPTER SERVICES

---

USDA FOREST SERVICE

***Frank Gomez***
Contracting Officer
National Interagency Fire Center
3833 S Development Ave
Boise, ID 83705

(208) 387-5347

OFFICE OF AIRCRAFT SERVICES

***Mike McFarlane and Edie Stansbury***
Contracting Officer's
US Department of Interior
National Business Center
300 E. Mallard DR, Ste 200
Boise, ID 83706-3991

(208) 433-5027 (Mike) A-H
(208) 433-5028 (Edie) I-Z

This document and contract herein will remain valid up to April 30 of each award period.

This document is published to **assist helicopter managers** in administering call-when-needed (CWN) contracts. Whereas it contains the standard specifications for all CWN aircraft awarded at the time of publication, it may not reflect all current CWN aircraft or contracts awarded. Aircraft and contracts not listed herein should be administered in accordance with the awarded contract which contractors are required to have aboard the aircraft at all times. Any questions concerning aircraft or contracts not listed should be referred to one of the Contracting Officers.

Refer to Section C 48, Government Helicopter Manager Delegated Authorities for specific responsibilities and duties.

***Additional copies of this document may be ordered from:***

National Interagency Fire Center
ATTN: Supply
3833 S. Development Avenue
Boise, ID 83705-5354

Order NFES #2168

Fax (208) 387-5573

THIS PAGE LEFT BLANK INTENTIONALLY

# TABLE OF CONTENTS

| | |
|---|---|
| Letter to CWN Helicopter Contractors | Page 1a |
| Flight Use Report Distribution/Instructions | 2a |
| Aircraft Use Report, OAS-23 Instructions | 3a |
| Flight Use Report, FS-6500-122 Instructions | 4a |
| Truck Helicopter Data Record | 5a |
| Flight Following Procedures | 6a |
| Inspection and Approval Information | 7a |
| Helicopter & Service Truck Pre-Use Checklist | 8a |
| Hourly Flight Rates | 9a |
| Additional Contract Rates & Contract Information | 10a |
| Minimum Performance Requirements | 11a |
| Type I Limited Helicopter Information Chart | 12a |
| Type I Standard Helicopter Information Chart | 13a |
| Type II Standard Helicopter Information Chart | 14a |
| Type II Limited Helicopter Information Chart | 15a |
| Current Modifications | 16 |

**SECTION C – DESCRIPTION/SPECIFICATIONS/WORK STATEMENT**

C-1 Scope of Contract ........ 17
C-2 Certifications ........ 17
C-3 Government Furnished Property ........ 19
C-4 Aircraft Requirements ........ 19
C-5 Aircraft Maintenance ........ 24
C-6 Aircraft and Equipment Security ........ 26
C-7 Avionics Requirements ........ 26
C-8 Contractor Furnished Avionics Systems ........ 27
C-9 Avionics Installation and Maintenance Standards ........ 33
C-10 Operations ........ 33
C-11 Contractor’s Environmental Responsibilities ........ 37
C-12 Personnel ........ 37
C-13 Conduct and Replacement of Personnel ........ 41
C-14 Suspension and Revocation of Personnel ........ 42
C-15 Substitution of Personnel, Aircraft, and Equipment ........ 42
C-16 Relief Costs ........ 42
C-17 Flight Hour and Duty Limitations ........ 43
C-18 Accident Prevention and Safety ........ 45
C-19 Mishaps ........ 45
C-20 Personal Protective Equipment ........ 47
C-21 Inspection and Acceptance ........ 48
C-22 Pre-Use Inspection Expenses ........ 51
C-23 Re-Inspection Expenses ........ 51
C-24 Inspections During Use ........ 51
C-25 Contract Period and Renewal Options ........ 52

C-26 Authorized Ordering Activities ..... 52
C-27 Ordering Procedures ..... 52
C-28 Point-of-Hire ..... 52
C-29 Assigned Work Locations ..... 52
C-30 Ordered Availability Periods ..... 52
C-31 Daily Availability Requirements ..... 53
C-32 Unavailability ..... 54
C-33 Payment for Flight ..... 54
C-34 Payment for Availability ..... 54
C-35 Payment for Extended Standby ..... 55
C-36 Payment for Project Work ..... 55
C-37 Reimbursement for Mobilization and Demobilization Costs ..... 56
C-38 Ordering/ Payment for Additional Personnel ..... 57
C-39 Transporting of Relief Crew ..... 57
C-40 Ordering Additional Equipment ..... 57
C-41 Additional Aircraft After Contract Award ..... 57
C-42 Meals ..... 58
C-43 Payment for Fuel Servicing Vehicle Mileage ..... 58
C-44 Payment for Fuel Transportation ..... 58
C-45 Payment for Foam Concentrate ..... 59
C-46 Miscellaneous Costs to the Contractor ..... 59
C-47 Payment Procedures ..... 59
C-48 Government Helicopter Manager Delegated Authorities ..... 60
C-49 Definitions ..... 62
C-50 Abbreviations ..... 68

**EXHIBITS**

EXHIBIT 1 First Aid Kit Aeronautical ..... 70
EXHIBIT 2 Survival Kit Aeronautical (Lower-48) ..... 71
EXHIBIT 3 Alaska Supplement ..... 72
EXHIBIT 4 Restraint Systems Condition Inspection Guidelines ..... 75
EXHIBIT 5 Additional Suppression/Prescribed Fire Equipment ..... 76
EXHIBIT 6 High Visibility Markings on Main Rotor Blades ..... 83
EXHIBIT 7 Additional Avionics Equipment ..... 84
EXHIBIT 8 Fuel Servicing Equipment Requirements ..... 85
EXHIBIT 9 Pilot Operations Briefing Certificate ..... 91
EXHIBIT 10 Interagency Guidelines For Vertical Reference/External Load Training Standards ..... 92
EXHIBIT 11 Helicopter Make/Model/Series Lists ..... 93
EXHIBIT 12 Helicopter Services Hourly Flight Rates, Fuel Consumption, and Weight Reduction Chart ..... 94
EXHIBIT 13 Interagency Helicopter Load Calculation ..... 95
EXHIBIT 14 Helicopter and Fuel Service Vehicle Pre-Use Checklist ..... 98
EXHIBIT 15 Performance Report ..... 99
EXHIBIT 16 Performance by Government-Furnished Pilot ..... 100
EXHIBIT 17 Department of Labor, Wage Determinations ..... 102

**SECTION D – CONTRACT CLAUSES**

D-1 Contract Terms and Conditions and Conditions Required to Implement Statutes or Executive Orders (Commercial Items) (FAR 52.212-5) .......... 112
D-2 Economic Price Adjustment Specified Flight Rate Contracts .......... 115
D-3 Property and Personal Damage .......... 116
D-4 Option to Extend the Term of the Contract (FAR 52.217-9) .......... 117
D-5 Statement of Equivalent Rates for Federal Hires (FAR 52.222-42) .......... 117

THIS PAGE LEFT BLANK INTENTIONALLY

United States Department of Agriculture

Forest Service

NIFC

National Interagency Fire Center
3833 S. Development
Boise, ID 83705

Reply To: 6320
Date: April, 2005

Call-When-Needed Helicopter Contractors:

The referenced contract with your firm is written to provide Call-When-Needed (CWN) Type I and II Helicopter services to the USDA Forest Service and United States Department of the Interior Bureaus and Agencies. The primary purpose of the service is for firefighting activities. However, administrative use may also be ordered. You will note that two contract numbers are shown on each contract. A contract number beginning with the numerical 55 denotes a Forest Service contract and will be used for all services performed on National Forest lands or State lands where the Forest Service has fire suppression responsibilities. A contract number beginning with the numerical prefix 1406 denotes DOI-Aviation Management (DOI-AM) contract and will be used for all services performed on lands under the jurisdiction of the Department of Interior Bureaus.

All requests for services under this contract will be ordered by the National Interagency Coordination Center (NICC) in Boise, ID. The call-up and dispatch of Helicopters will be based on the criteria specified in contract clauses C 27 Ordering Procedures. This clause fully describes the procedures that we will follow to order an aircraft. It is your responsibility to keep the aircraft desk at NICC informed on the location and availability of your Helicopter(s) for fire assignments. The phone number for **NICC is 1-800-994-6312**. We will assume that if you have not kept the aircraft desk currently informed on the location and status of your aircraft, that they are not available for work under the contract.

As you are aware, this contract is for the use of either "standard" category or "limited/restricted" category Helicopters. The standard category Helicopters can be used for all purposes indicated on the Helicopter Data Card. The use of limited category Helicopters is confined to hauling cargo and performing bucket work. Passengers are not to be carried in either limited or restricted category Helicopters with the following exception: Contractor personnel necessary to the operation of the Helicopter; i.e., mechanic, may be carried on ferry flights to the site of the fire or other project sites. Seats may be installed for this purpose; however, the seats must be removed prior to the beginning of work on a fire or other project. We do not anticipate using a large number of limited/restricted category Type II Helicopters. Consequently, these aircraft may not be inspected and carded until an actual need develops.

**CWN Helicopter Contractors**

Orders for service will be placed by NICC at the National Interagency Fire Center. When an order is placed and you can respond, please insure that the Helicopter and Pilot furnished is approved for use under the contract. At the beginning of each usage, you will be asked to show the Helicopter and Pilot cards that indicate the necessary approvals.

Each time a Helicopter is furnished, a Government Helicopter manager (foreman) will be assigned to direct use, assist the Contracting Officer in field administration of the contract, and to approve availability and flight times. The Helicopter Manager is not authorized to change or waive contract terms (see contract clauses C 48. Government Helicopter Manager Delegated Authorities). The manager is authorized to designate inspectors to assist him/her in management of the Helicopter and administration of the contract.

Responsibility for contract administration rests with me as Contracting Officer. However, procedural matters relating to the usage of the Helicopter and payment processing will be handled by myself and the Contracting Officers at DOI-Aviation Management (DOI-AM). I will handle those matters relating to Forest Service usage and DOI-Aviation Management (DOI-AM) will handle those relating to usage by Department of Interior Agencies, Bureaus, and Offices.

Two paying offices for the National Contracts will be used for contract payment. Payment for services provided to the Forest Service will be requested by submitting Form FS-6500-122, Flight Use Report, at the interval stated in the contract to:

USDA Boise National Forest
Attn: Fiscal & Accounting
1249 Vinnell Way, Suite 20
Boise, ID 83709

Payment for services provided to US Department of Interior Bureaus and Agencies will be requested by submitting Form OAS-23, Aircraft Use Report, at the intervals stated in the contract to :

DOI-Aviation Management
300 E. Mallard Drive, Ste. 200
Boise, ID 83706-3991

When filling out the Form OAS-23, show the DOI-Aviation Management contract number.

**CWN Helicopter Contractors**

***The original and one copy of the payment forms will be given to the Helicopter Pilot by the Helicopter Manager.*** As the Contractor, you are responsible for submitting the forms for payment to the payment offices listed above. Some Department of Interior Bureaus may want to retain the original copy to add authorization coding and correction of errors before submitting to DOI-AM.

Flight invoices originated by the Contractor will not be paid. Additional billing for services and supplies will have to be accomplished on a Company invoice with appropriate receipts and/or documentation attached.

**A copy of the contract and all modifications are to be maintained in each Helicopter during its use under this contract.**

Prior to putting a CWN Helicopter into service, the manager has been directed to:

1. Review the aircraft log book, in particular, looking for the following:

   a. 100-hour inspections or periodic inspections completed within the applicable time limits;
   b. Entries indicating a change of major component and the reason for change; and
   c. Entries indicating damage to the aircraft.

2. Conduct a thorough walk-around inspection to ascertain that all items of equipment required are installed an operative. Some examples are:

   a. High visibility paint on main rotor blades
   b. Seat

3. Request a power check to ascertain that engines are operating within prescribed limits. Procedures outlined in appropriate flight or maintenance manuals, in addition to contract clause C-5 (B).

Based on our experiences with previous CWN contracts, we request your help as follows:

1. Make sure that a copy of the contract is in each Helicopter when it is called up for use.

2. Fully orient your Pilots to the work performance requirements and the payment terms and processes that are contained in the contract and this letter. Timely payment can be made only if the payment forms are correctly prepared.

**CWN Helicopter Contractors**

3. Helicopter module personnel have been given general training in the management, operation, and use of Helicopters. However, they may not be familiar with the make, model, specific configuration, and operating envelope or the aircraft furnished for the contract work. Also, they may not be familiar with applicable company procedures regarding the operation of your Helicopter. Accordingly, it is requested that each of your Pilots give the module member assigned to them a complete familiarization briefing about the items listed herein.

Additional copies of the contract may be requested by the Company as needed.

Sincerely,

*//Frank Gomez//*

FRANK GOMEZ
Contracting Officer

Enclosure

cc: Contracting-Regions 1,2,3,4,5,6,8,9
Fire and Aviation-Regions 1,2,3,4,5,6,8,9
Chuck Taylor-NIFC
NBC-Contracting
NICC-NIFC
BNF-F & A

## FLIGHT USE REPORT DISTRIBUTION/INSTRUCTIONS

The following instructions are to be adhered to in making distribution of Flight Use Report Forms (FS-6500-122 and OAS-23).

(1) ORIGINAL AND ONE COPY - give to Helicopter Pilot. **Contractors are responsible for submitting originals to the following paying offices**:

**FS-6500-122**
USDA Boise National Forest
Attn: F&A
1249 S. Vinnell Way, Suite. 200
Boise, ID 83705

**OAS-23**
DOI-Aviation Management
300 E. Mallard Drive, Ste. 200
Boise, ID 83715-5428

(2) ONE COPY - for the Helicopter Manager.

(3) XEROX COPIES - for fire records maintained by Planning Section Chief Unit. When the Helicopter is released to ferry to another fire, and there will be a change in Helicopter Manager, the receiving fire will document the ferry time between fires. Coordination between fires shall be accomplished to prevent duplicate entries. Coordination can be accomplished by an appropriate note in the "Remarks" block of the Flight Use Report Form.

When the Helicopter is released to ferry home, agree to an estimated ferry time with the Pilot and document the agreement in the "Remarks" block of the Flight Use Report Form. The Pilot can then show actual times when the ferry flight is completed. The paying office will verify the reasonableness of the time claimed.

Your assistance in legibly completing the Flight Use Report Forms with all required information is requested. As a part of the information to be supplied, the person signing the form on behalf of the Government, is to show the following information in the "Remarks" blocks of each form.

1. Printed Name
2. Home Unit
3. Home Office

**BEFORE USING ANY HELICOPTER, THE HELICOPTER MANAGER SHALL DETERMINE THAT THE PILOTS AND AT LEAST ONE MECHANIC HAVE BEEN INSPECTED AND APPROVED AS EVIDENCED BY THE APPROVAL CARDS ISSUED FOR THIS PURPOSE.**

# Aircraft Use Report

# OAS-23

# Instructions

**AIRCRAFT USE REPORT**

RECEIVED DATE

COMPANY NAME & ADDRESS 1

CONTRACT/BOA NO. 2 | ITEM NO. 3 | AIRCRAFT MAKE & MODEL 4 | PILOT NAME (PIC) 5 | SERV. | AGMT. NO. | AC CONTROL NO.

AIRCRAFT DESIGNATED BASE (CITY/ST) 6 | FAA REGISTRATION NO. 7 | PILOT NAME (2nd pic) 8 | AGENCY ORDER NO. 9

HIRED (DATE & TIME) 10 | RELEASED (DATE & TIME) 11 | OTHER CREW MEMBER 12

| | DATE MO/DY/YR | LOCATION IDENTIFIER FROM | LOCATION IDENTIFIER TO | METER READING START | METER READING STOP | ELAPSED TIME OR QUANTITY | PAY ITEM CODE | PAYLOAD PAX | PAYLOAD CARGO | PILOT INITIAL | BILLEE CODE NO. | USE CODE | USER ORGANIZATION AND CHARGE CODE | SIGNED RECEIVED | TAX CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 13 | 14 | | 15 | 16 | 17 | 18 | 19 | | 20 | 21 | 22 | 23 | 24 | |
| 2 | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | |

OTHER CHARGES/CREDITS & INFORMATION:

25

OAS COPY (ORIGINAL)

I CERTIFY THAT THE ABOVE RECORD OF SERVI CORRECT AND NO PAYMENT HAS BEEN RECEIVED

26

SIGNATURE OF CONTRACTOR/AGENT/PILOT:
NAME: DATE:

I CERTIFY THAT THE ABOVE SERVICES WERE RECEIVED.

27

SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE:
NAME: DATE:

AGENCY TELEPHONE NO. (COMM)

AGENCY:

AGENCY ADDRESS:

Page 3b


Enter the OAS Contract Number. This is available from either the vendor, or the contract itself.
Enter an Item Number if the aircraft is one of several awarded under the contract. The Item Number can be obtained from the contract or the aircraft data card
Enter the Name of the PIC.
Enter the name of additional pilots used.
Enter the names of additional authorized crewmembers used for which payment is authorized. Use the “other Charges/Credits” block to explain.
Enter the aircraft make and model
Enter the FAA Registration Number (N#).
Enter the name and address of the company
Enter the time and date the aircraft was hired. Record using a 24 hour time clock.
Enter the aircraft’s designated base. This can be obtained from the contract. Note that payment for flight is made only from the designated base. In certain cases, alternative arrangements may be worked out with the Contracting Officer if the aircraft departs from or is ferried from a location other than the designated base.
COMPANY NAME & ADDRESS
1
CONTRACT/BOA NO.
2
ITEM NO.
3
AIRCRAFT MAKE & MODEL
4
PILOT NAME (PIC)
5
AIRCRAFT DESIGNATED BASE (CITY/ST)
6
FAA REGISTRATION NO.
7
PILOT NAME (2nd pic)
8
HIRED (DATE & TIME)
10
RELEASED (DATE & TIME)
11
OTHER CREW MEMBER
12
DATE MO/DY/YR
13
LOCATION IDENTIFIER FROM TO
14
METER READING START STOP
15
16
ELAPSED TIME OR QUANTITY
17
PAY ITEM CODE
18
PAYLOAD
PILOT INITIAL
BILLEE CODE
USE CODE
USER ORGANIZATION AND CHARGE CODE
SIGNED RECEIVED
TAX CODE
OTHER CHARGES
25
OAS COPY (ORIGINAL)
I CERTIFY THAT THE ABOVE RECORD OF SERVICE IS CORRECT AND NO PAYMENT HAS BEEN RECEIVED
26
SIGNATURE OF CONTRACTOR/AGENT/PILOT:
NAME:
DATE:
I CERTIFY THAT THE ABOVE SERVICES WERE RECEIVED.
27
SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE:
NAME:
DATE:
AGENCY TELEPHONE NO. (COMM)
AGENCY:
AGENCY ADDRESS:

Page 3c

# AIRCRAFT USE REPORT

| | | | | | |
|---|---|---|---|---|---|
| COMPANY NAME & ADDRESS 1 | CONTRACT/BOA NO. 2 | ITEM NO. 3 | AIRCRAFT MAKE & MODEL 4 | PILOT NAME (PIC) 5 | RECEIVED DATE / SERV. AGMT. NO. / AC CONTROL NO. |
| | AIRCRAFT DESIGNATED BASE (CITY/ST) 6 | | FAA REGISTRATION NO. 7 | PILOT NAME (2nd pic) 8 | AGENCY ORDER NO. 9 |
| | HIRED (DATE & TIME) 10 | RELEASED (DATE & TIME) 11 | | OTHER CREW MEMBER 12 | |

| | DATE MO/DY/YR | LOCATION IDENTIFIER FROM | LOCATION IDENTIFIER TO | METER READING START | METER READING STOP | ELAPSED TIME OR QUANTITY | PAY ITEM CODE | PAYLOAD PAX | PAYLOAD CARGO | PILOT INITIAL | BILLEE CODE NO. | USE CODE | USER ORGANIZATION AND CHARGE CODE | SIGNED RECEIVED | TAX CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 13 | 14 | | 15 | 16 | 17 | 18 | 19 | | 20 | 21 | 22 | 23 | 24 | |
| 2 | | | | | | | | | | | | | | | |

FLIGHT TIME. Record elapsed flight time based upon the recorded start/stop time as recorded on the hobbs meter or approved recording device. Flights shall be individually recorded and the appropriate use code entered.

SPECIAL CHARGES. Special Charges such as hazardous materials permits, rental car charges, etc. are entered in whole dollars and are rounded to the nearest dollar. I.e.. A special charge of $215.52 should be entered as 2.16 with a pay item code of SC.

SERVICE TRUCK MILES. Enter mileage traveled for official business only. This should be rounded up to the nearest mile. A charge for 125 miles should be recorded as 1.25 with a pay item code of SC.

DAILY AVAILABILITY. Enter 1.00 for each day of availability. To reflect unavailability, deduct 1/14 for each hour or portion thereof that service is unavailable. I.e. If the aircraft is unavailable for 2.2 hour during a day, availability should be recorded as .79 with pay item code of AV and .21 with pay item code of UA. Make sure to document the reason the aircraft was unavailable if unavailability occurs.

| | | | |
|---|---|---|---|
| I CERTIFY THAT THE ABOVE RECORD OF SERVI CORRECT AND NO PAYMENT HAS BEEN RECEIVED<br>26<br>SIGNATURE OF CONTRACTOR/AGENT/PILOT:<br>NAME: DATE: | I CERTIFY THAT THE ABOVE SERVICES WERE RECEIVED.<br>27<br>SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE:<br>NAME: DATE: | AGENCY TELEPHONE NO. (COMM) | AGENCY:<br>AGENCY ADDRESS: |




Enter the month, day, and year on each line.

Log flight time from an approved hour meter. Log non-flight time standby periods (I.e. Extended Availability) in 24 hour clock time.

Note: These fields must not contain more than six characters. For location identifiers, enter one of the following:

•3 Character FAA Identifier or location if the aircraft is located at a helibase that is not at an airport with an FAA identifier.

For flights that takeoff or land at locations without identifiers, enter the following:

•FIR for missions which depart from or to a fire, or for missions within the fire itself.

•INC for missions which depart from or to a non-fire incident

•PRJ for missions which depart from or to a project, or missions within a project itself.

For non-flight pay item codes and line item entries, enter either the FAA identifier, FIR, INC, or PRJ as applicable for the location where the line item charge is incurred. For standby, per diem, Guarantee, Availability, enter the 3 character in both to and from blocks.

For service truck miles, enter the location where mileage started and ended.

# AIRCRAFT USE REPORT

RECEIVED DATE

| COMPANY NAME & ADDRESS 1 | CONTRACT/BOA NO. 2 | ITEM NO. 3 | AIRCRAFT MAKE & MODEL 4 | PILOT NAME (PIC) 5 | SERV. | AGMT. NO. | AC CONTROL NO. |
|---|---|---|---|---|---|---|---|
| | AIRCRAFT DESIGNATED BASE (CITY/ST) 6 | | FAA REGISTRATION NO. 7 | PILOT NAME (2nd pic) 8 | AGENCY ORDER NO. 9 | | |
| | HIRED (DATE & TIME) 10 | | RELEASED (DATE & TIME) 11 | OTHER CREW MEMBER 12 | | | |

| | DATE MO/DY/YR | LOCATION IDENTIFIER FROM | LOCATION IDENTIFIER TO | METER READING START | METER READING STOP | ELAPSED TIME OR QUANTITY | PAY ITEM CODE | PAYLOAD PAX | PAYLOAD CARGO | PILOT INITIAL | BILLEE CODE NO. | USE CODE | USER ORGANIZATION AND CHARGE CODE | SIGNED RECEIVED | TAX CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 13 | 14 | | 15 | 16 | 17 | 18 | 19 | | 20 | 21 | 22 | 23 | 24 | |
| 2 | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | |

AVAILABILITY. Enter the availability as described on a previous page.

EXTENDED STANDBY. Enter the hours of extended standby (1 hour equals 1.0). When the contract so states, enter separate line entries for each crewmember's extended standby indicating the amount of time in hours standby was provided - rounded up to the nearest hour (2.3 hours = 3.0 EP).

25

OAS COPY (ORIGINAL)

| I CERTIFY THAT THE ABOVE RECORD OF SERVI CORRECT AND NO PAYMENT HAS BEEN RECEIVED 26 | I CERTIFY THAT THE ABOVE SERVICES WERE RECEIVED. 27 | AGENCY TELEPHONE NO. (COMM) | AGENCY: AGENCY ADDRESS: |
|---|---|---|---|
| SIGNATURE OF CONTRACTOR/AGENT/PILOT: NAME: DATE: | SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE: NAME: DATE: | | |

Page 3f

# AIRCRAFT USE REPORT

| RECEIVED DATE | |
|---|---|
| | |

| COMPANY NAME & ADDRESS 1 | CONTRACT/BOA NO. 2 | ITEM NO. 3 | AIRCRAFT MAKE & MODEL 4 | PILOT NAME (PIC) 5 | SERV. | AGMT. NO. | AC CONTROL NO. |
|---|---|---|---|---|---|---|---|
| | AIRCRAFT DESIGNATED BASE (CITY/ST) 6 | | FAA REGISTRATION NO. 7 | PILOT NAME (2nd pic) 8 | AGENCY ORDER NO. 9 | | |
| | HIRED (DATE & TIME) 10 | RELEASED (DATE & TIME) 11 | | OTHER CREW MEMBER 12 | | | |

| | DATE MO/DY/YR | LOCATION IDENTIFIER FROM | LOCATION IDENTIFIER TO | METER READING START | METER READING STOP | ELAPSED TIME OR QUANTITY | PAY ITEM CODE | PAYLOAD PAX | PAYLOAD CARGO | PILOT INITIAL | BILLEE CODE NO. | USE CODE | USER ORGANIZATION AND CHARGE CODE | SIGNED RECEIVED | TAX CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 13 | 14 | | 15 | 16 | 17 | 18 | 19 | | 20 | 21 | 22 | 23 | 24 | |
| 2 | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | |

Enter the use code in the space provided. Use codes are entered for flight time only. Standard use codes are on the back cover of the OAS-23 Book. Enter the use code that specifically identifies or most closely identifies the mission. As previously stated, the Manger must track hour meter readings of the various missions the helicopter performs on a given day. Uses are then individually totaled and the start/stop and elapsed time are entered for each type of use.

The following is BLM specific direction on Use Codes. It should be used not only by BLM, but also by other managers completing OAS-23s for BLM incidents or projects.

- Do not enter any of the 3-series Use Codes (Local Fire Suppression). Always use the 2-series use codes for Interagency Fire Suppression.
- There is not a 2-series use code for Fire Reconnaissance; use IR.
- Use 3A, Helitack/initial attack for transport of the helicopter crew to the incident; use 3H for the return.
- Use 9P only for administrative point-to-point travel (must meet OMB A-126 cost comparison requirements).
- Do not use 4A, 5F, 5X, or 9X.
- See OAS-23 Book for use codes.

Page 3g

**AIRCRAFT USE REPORT**

| COMPANY NAME & ADDRESS 1 | CONTRACT/BOA NO. 2 | ITEM NO. 3 | AIRCRAFT MAKE & MODEL 4 | PILOT NAME (PIC) 5 | SERV. | AGMT. NO. | AC CONTROL NO. | RECEIVED DATE |
|---|---|---|---|---|---|---|---|---|
| | AIRCRAFT DESIGNATED BASE (CITY/ST) 6 | | FAA REGISTRATION NO. 7 | PILOT NAME (2nd pic) 8 | AGENCY ORDER NO. 9 | | | |
| | HIRED (DATE & TIME) 10 | RELEASED (DATE & TIME) 11 | | OTHER CREW MEMBER 12 | | | | |

| | DATE MO/DY/YR | LOCATION IDENTIFIER FROM | LOCATION IDENTIFIER TO | METER READING START | METER READING STOP | ELAPSED TIME OR QUANTITY | PAY ITEM CODE | PAYLOAD PAX | PAYLOAD CARGO | PILOT INITIAL | BILLEE CODE NO. | USE CODE | USER ORGANIZATION AND CHARGE CODE | SIGNED RECEIVED | TAX CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 13 | 14 | | 15 | 16 | 17 | 18 | 19 | | 20 | 21 | 22 | 23 | 24 | |
| 2 | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | |

An Agency Order Number for BLM flights is the Document Control Number to process billings by OAS through the Denver Service Center. A Document Control Number consists of a one-digit state identifier, a 3 digit Office Code, and a 2-digit entry identifying the Document type and fiscal year, and a 4-digit month number.

1. STATE. 1-digit alpha State Code as follows:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Alaska: | L | Idaho: | I | Oregon: | H | Washington Offices: | P |
| Arizona: | A | Montana: | E | Utah: | J | | |
| California: | B | Nevada: | F | Wyoming: | K | | |
| Colorado: | C | New Mexico: | G | NIFC: | R | | |

2. Office. 3-digit numeric code of the Office (Organization) submitting the OAS-23. This will usually be a District or State Office, or a division of NIFC or the Washington Office.

3. Document Type. 1-digit alpha. Always enter "8" for Aircraft Use.

4. Fiscal Year. 1-digit numeric. Enter last digit of the fiscal year in which the flight was taken.

5. Sequential Month Number. 4-digit numeric. Enter the month in which the OAS-23 will be mailed to OAS. Numeric month codes begin with 0001 for October and proceed through 0012 for September. Month 0013 is assigned to all OAS-23's sent to OAS after Sept. 30 for flights taken during the fiscal year ending Sept. 30 but are not mailed until after the fiscal year.

All zeros in the month entry must be entered. All fields should be separated by "-" (dash).

PAYLOAD. Passengers (PAX) and internal cargo my be entered on the same line, however, Pax and external cargo loads are not to be entered on the same line.

PAX. Enter the number of passengers for the Pay Item and Use Code. Information is available from the load calculations and manifests. Internal cargo that is incidental to the transport of passengers is entered under cargo and entered in pounds.

CARGO. Enter pounds of cargo delivered with the appropriate use code. Enter gallons of water, foam, or retardant delivered on separate line entries with the appropriate use code. Do not enter both pounds and gallons for the same item.

| | DATE MO/DY/YR | LOCATION IDENTIFIER FROM | LOCATION IDENTIFIER TO | METER READING START | METER READING STOP | ELAPSED TIME OR QUANTITY | PAY ITEM CODE | PAYLOAD PAX | PAYLOAD CARGO | PILOT INITIAL | BILLEE CODE NO. | USE CODE | USER ORGANIZATION AND CHARGE CODE | SIGNED RECEIVED | TAX CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 13 | 14 | | 15 | 16 | 17 | 18 | 19 | | 20 | 21 | | | | |
| 2 | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | |

After Helicopter Manager makes line item entries, the pilot reviews and initials each line

When charges are incurred and are payable under the terms of the contract, a separate entry is required of each applicable Pay Item using the codes listed on the inside cover of the OAS-23 Book.

OTHER CHARGES/CREDITS & INFORMATION:

25

OAS COPY (ORIGINAL)

| I CERTIFY THAT THE ABOVE RECORD OF SERVI[CE IS] CORRECT AND NO PAYMENT HAS BEEN RECEIVED | I CERTIFY THAT THE ABOVE SERVICES WERE RECEIVED. | AGENCY TELEPHONE NO. (COMM) | AGENCY: |
|---|---|---|---|
| 26 | 27 | | AGENCY ADDRESS: |
| SIGNATURE OF CONTRACTOR/AGENT/PILOT: | SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE: | | |
| NAME: DATE: | NAME: DATE: | | |




GENERAL. OAS assigns a Billee Code to a unit as a mechanism for billing the charges for an OAS-23 line entry. The unit whose billee code is entered will receive a detail of those charges which will be paid through the IPAC System for all federal agencies (OAS has usually already paid the vendor).

Different Billee Codes can be assigned for different line items.

FIRE BILLINGS. The entry made under "user organization and charge codes" must be the charge code of an agency whose billee code was entered.

YOU CANNOT ENTER A BLM BILLEE CODE, AND USE A FOREST SERVICE "P" NUMBER OR VICA VERSA.

If a BLM contract aircraft is used on a USDA-FS fire, a BLM Billee Code and charge code shall be entered.

If a USDA-FS Billee Code and charge code were entered, then OAS would bill the USDA-FS, which is contrary to the master agreement.


AIRCRAFT USE REPORT
RECEIVED DATE
COMPANY NAME & ADDRESS 1
CONTRACT/BOA NO. 2
ITEM NO. 3
AIRCRAFT DESIGNATED BASE (CITY/ST) 6
HIRED (DATE & TIME) 10
RELEASED 11
PAY ITEM CODE 18
PAYLOAD PAX 19 CARGO
PILOT INITIAL 20
CODE NO. 21
USE CODE 22
USER ORGANIZATION AND CHARGE CODE 23
SIGNED RECEIVED 24
TAX CODE
OAS COPY (ORIGINAL)
I CERTIFY THAT THE ABOVE RECORD OF SERVICE CORRECT AND NO PAYMENT HAS BEEN RECEIVED
26
SIGNATURE OF CONTRACTOR/AGENT/PILOT:
NAME: DATE:
I CERTIFY THAT THE ABOVE SERVICES WERE RECEIVED.
27
SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE:
NAME: DATE:
AGENCY TELEPHONE NO. (COMM)
AGENCY:
AGENCY ADDRESS:
Manager signs or initials in the "Signed Received" block after verifying all the information is correct. To meet OMB A-123 internal control requirements, the individual initialing this block cannot be the same person who signs the bottom right block.
In the "Other Charges/Credits" block, managers should document any additional charges, the reason for periods of unavailability, etc. However, Your Daily Diary should provide your primary means of documentation.
The Contractor's representative, usually the pilot, shall complete and sign these blocks to certify the record of services is accurate and complete.
Local aviation manager or other approved government representative reviews line entries, signs, and dates each OAS-23. The using unit should, if possible date stamp each OAS-23 on the date it is received.
To ensure prompt payment, the white original OAS-23 must be forwarded to OAS no more than 2 days after the use period ends.
All OAS-23's must be processed through the using unit's aviation manager prior to being sent to OAS.. They are Not to be sent directly to OAS. CWN managers are responsible for ensuring that the OAS-23's are delivered to the local unit aviation managers or dispatch office.
During extended use periods, the OAS-23's may be signed and mailed every two weeks, usually on the 1st and the 16th of each month.

# Flight Use Report FS-6500-122 Instructions


1234567
24. ACCOUNTING SUMMARY
25. REMARKS
SUBTOTAL
TOTAL OF ALL CHARGES

1 INVOICE NUMBER: 1234567

2 DATE OF FLIGHT: / /

3 CONTRACT NUMBER - ITEM NO

4 A/C REGISTRATION #

5 VENDOR NAME

6 LEG NUMBER (1–10) | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 PASSENGERS & OTHER (CREWMEMBERS) | 15 | 16 CARGO LBS | 17 | 18 RETARDANT GALLONS | 19 METER TYPE | 20 TIME OR METER READING (START, STOP) | 21 ELAPSED TIME HOURS AND HUNDREDTHS | 22 RATE | 23 LEG TOTAL

**2. DATE OF FLIGHT**
Format: MM/DD/YYYY

**3. CONTRACT NUMBER:**
Enter the COMPLETE contract, or rental agreement number as appropriate. Also enter ITEM NO. if applicable.

**6. LEG NUMBER:**
Action line numbers 1-10

**4. A/C REGISTRATION NUMBER:**
Enter ALL letters and numbers of of the aircraft registration. I.e. N123D, XBDAH, CFCRC, DO NOT include spaces or hyphens.

**5. VENDOR NAME:** Enter the company name of the vendor as shown on the contract or rental agreement. Use USDA Forest Service for agency owned aircraft.

24 ACCOUNTING SUMMARY

| NFC FUND CODE | UNIT | MANAGEMENT CODE | FY | BUDGET OBJECT | AMOUNT |
|---|---|---|---|---|---|
| | | | | 2541 | |
| | | | | 2641 | |
| | | | | 2641 | |
| | | | | 2641 | |
| | | | | 2641 | |
| | | | | 2641 | |

25 REMARKS

| | | USER UNIT | MISSION CODE | PAY CODE | | |
|---|---|---|---|---|---|---|
| 26 | OVERNIGHT CHARGES | | | ON | LOCATION | NO. OF PEOPLE |
| 27 | SERVICE TRUCK CHARGES | | | ST | MILES | |
| 28 | OTHER CHARGES + | | | CH | DESCRIBE | |
| 29 | OTHER CREDITS - | | | CR | DESCRIBE | |
| 30 | | | | | SUBTOTAL | |
| 31 | EXCISE TAX | | | TX | TAX ON CARGO OVER 4 ... | |
| | | | | 32 | TOTAL OF ALL CHARGES | |

33 NAME OF GOVERNMENT OFFICIAL (PLEASE PRINT)

PHONE NUMBER

34 I CERTIFY THAT THE SERVICES LISTED ABOVE HAVE BEEN RECEIVED SIGNATURE AND TITLE OF FOREST SERVICE OFFICIAL

35 I CERTIFY THAT THE SERVICES LISTED ABOVE HAVE BEEN PROVIDED SIGNATURE AND TITLE OF VENDOR AGENT

USDA FOREST SERVICE FLIGHT REPORT FS 6500 122 (08/05)

PREVIOUS EDITION OF THIS FORM IS OBSOLETE

1 INVOICE NUMBER 1234567 | 2 DATE OF FLIGHT / / | 3 CONTRACT NUMBER - ITEM NO

6 LEG NUMBER | 7 USER UNIT | 8 USER CODE | 9 PROJECT, FIRE, FLIGHT, OR RESOURCE ORDER NAME OR NUMBER | 10 FAA IDENTIFIER FROM TO | 11 MISSION CODE | 12 PAY CODE | 13 | START | STOP | ELAPSED TIME, HOURS AND HUNDREDTHS | 22 RATE | 23 LEG TOTAL

22. RATE: Enter the rate as appropriate. For extended standby, or like situations, when two or more crew members are paid, increase the rate to reflect the additional crewmembers. Example: 3 crewmembers are authorized ES for 1 hour, rate per crewmember is $32 /HR., enter $96 in the rate block.

BLOCK 11, MISSION CODE: Enter the two-digit code that best describes the use of the aircraft (See coding instructions.) Example: For an air tanker on standby, enter 10 in mission code block, and SB in pay code block.

AVIATION MANAGEMENT ACTIVITIES

01 Aircraft, Pilot, Unit Inspections
02 Pilot Training
03 Aircraft Maintenance
04 Reserved

FIRE SUPPRESSION ACTIVITIES

05 Personnel Transport, Fire Suppression
06 Reconnaissance (flights for gathering intelligence)
07 Detection (flights for detecting wildfires)
08 Air Attack Operations
09 Leadplane Operations
10 Retardant/Water/Foam Delivery
11 Smokejumper Operations
12 Helitack Operations
13 Rappeller Operations
14 Equipment/Supply Transport Operations
15 Infrared Imagery Operations
16 Aerial Ignition Operations
17 Other, Fire Suppression

OTHER ACTIVITIES

18 Personnel Transport, Administrative
19 Survey / Observation
20 Ferry - Use for time spent repositioning aircraft for mission readiness
21 Wildlife / Animal Count
22 Search and Rescue
23 Law Enforcement / Investigation
24 Research
25 Air Quality Monitoring
26 Fire Management
27 Prescribed Burning (including delivery of retardant / water / foam)
28 Spray projects
29 Cargo Transport, other than FIRE
30 Aerial Photography
31 Infrared Imagery, normal activities
32 Aerial Ignition, normal activities
33 Accident Investigation
34 Other, normal activities
35 Reserved
36 Reserved
37 Reserved
38 Reserved
39 Training - Other than Pilot
40 Seed and Fertilization
41 Medivac

24. ACCOUNTING SUMMARY | FIRE FUND CODE | UNIT

34 I CERTIFY THAT THE SE...

USDA FOREST SERVICE

1 INVOICE NUMBER 1234567 | 2 DATE OF FLIGHT / / | 3 CONTRACT NUMBER - ITEM NO

6 LEG NUMBER | 7 USER UNIT | 8 USER CODE | 9 PROJECT, FIRE, FLIGHT, OR RESOURCE ORDER NAME OR NUMBER | 10 FAA IDENTIFIER FROM TO | 11 MISSION CODE | 12 PAY CODE | 13 | START | STOP | ELAPSED TIME, HOURS AND HUNDREDTHS | 22 RATE | 23 LEG TOTAL

24. ACCOUNTING SUMMARY — FIRE FUND CODE | UNIT

34 I CERTIFY THAT THE SE...

USDA FOREST SERVICE

22. RATE: Enter the rate as appropriate. For extended standby, or like situations, when two or more crew members are paid, increase the rate to reflect the additional crewmembers. Example: 3 crewmembers are authorized ES for 1 hour, rate per crewmember is $32 /HR., enter $96 in the rate block.

BLOCK 11, MISSION CODE: Enter the two-digit code that best describes the use of the aircraft (See coding instructions.) Example: For an air tanker on standby, enter 10 in mission code block, and SB in pay code block.

**AVIATION MANAGEMENT ACTIVITIES**

- 01 Aircraft, Pilot, Unit Inspections
- 02 Pilot Training
- 03 Aircraft Maintenance
- 04 Reserved

**FIRE SUPPRESSION ACTIVITIES**

- 05 Personnel Transport, Fire Suppression
- 06 Reconnaissance (flights for gathering intelligence)
- 07 Detection (flights for detecting wildfires)
- 08 Air Attack Operations
- 09 Leadplane Operations
- 10 Retardant/Water/Foam Delivery
- 11 Smokejumper Operations
- 12 Helitack Operations
- 13 Rappeller Operations
- 14 Equipment/Supply Transport Operations
- 15 Infrared Imagery Operations
- 16 Aerial Ignition Operations
- 17 Other, Fire Suppression

**OTHER ACTIVITIES**

- 18 Personnel Transport, Administrative
- 19 Survey / Observation
- 20 Ferry - Use for time spent repositioning aircraft for mission readiness
- 21 Wildlife / Animal Count
- 22 Search and Rescue
- 23 Law Enforcement / Investigation
- 24 Research
- 25 Air Quality Monitoring
- 26 Fire Management
- 27 Prescribed Burning (including delivery of retardant / water / foam)
- 28 Spray projects
- 29 Cargo Transport, other than FIRE
- 30 Aerial Photography
- 31 Infrared Imagery, normal activities
- 32 Aerial Ignition, normal activities
- 33 Accident Investigation
- 34 Other, normal activities
- 35 Reserved
- 36 Reserved
- 37 Reserved
- 38 Reserved
- 39 Training - Other than Pilot
- 40 Seed and Fertilization
- 41 Medivac

1. INVOICE NUMBER 1234567

| 6. LEG NUMBER | 7. USER UNIT | 8. USER CODE | 9. PROJECT, FIRE, FLIGHT, OR RESOURCE ORDER NAME OR NUMBER | 10. FAA IDENTIFIER FROM | TO | 11. MISSION CODE | 12. PAY CODE | 13. PILOT NAME(S) | 14. PASSENGERS & OTHER CREWMEMBERS | 15. CARGO TYPE P,S,C, OR L | 16. CARGO LBS | 17. RETARDANT F,W,S, OR L | 18. | 19. | 20. | 21. | 22. | 23. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | | | | | | | | | | |
| | | | | 2541 | | | | | | | | | | | | | | |
| | | | | 2541 | | | | | | | | | | | | | | |
| | | | | 2541 | | | | | | | | | | | | | | |
| | | | | 2541 | | | | | | | | | | | | | | |
| | | | | 2541 | | | | | | | | | | | | | | |

**12. PAY CODE:** Enter the two-digit code that best describes the purpose of the charges, i.e. NA (nonavailability) with a mission code (block 11) of 12 for helitack operations.

**BLOCK 12 - PAY CODE**

| | | | |
|---|---|---|---|
| AV | Availability | JC | Job Contract |
| CH | Other Charges | NA | Non-Availability |
| CN | Cancel Dispatch | NF | Other Non-Flight |
| CR | Other Credit | ON | Overnight |
| DO | Mandatory Day Off | SB | Standby |
| ES | Extended Standby | SP | Special Passengers |
| FT | Flight Time | ST | Service Truck |
| GU | Guarantee | TX | Taxes |

**13. PILOT NAME(S):** Enter the last name, first name of the PIC, Co-Pilot/IP if any.

**14. PASSENGERS AND OTHER CREW MEMBERS:** Enter the number of passengers, and other nonpilot crew members, exclusive of pilot(s) listed in block 13.

**15. CARGO TYPE:** Enter type of cargo transported: P = Paracargo, S = Slingload (less than 50 ft. line), L = Longline (more than 50 ft. line), C = All Other.

**16. CARGO LBS.:** Enter the number of pounds of cargo delivered.

**17. RETARDANT:** Enter the appropriate letter indicating the type used: F = Foam, W = Water, L = Liquid Based, S = Solid Based.

| | | USER UNIT | MISSION CODE | PAY CODE | | |
|---|---|---|---|---|---|---|
| 26 | OVERNIGHT CHARGES | | | ON | LOCATION | NO. OF PEOPLE |
| 27 | SERVICE TRUCK CHARGES | | | ST | MILES | |
| 28 | OTHER CHARGES + | | | CH | DESCRIBE | |
| 29 | OTHER CREDITS - | | | CR | DESCRIBE | |
| 30 | | | | | SUBTOTAL | |
| 31 | EXCISE TAX | | | TX | | |
| | | | | 32. | TOTAL OF ALL CHARGES | |

33 NAME OF GOVERNMENT OFFICIAL (PLEASE PRINT)

PHONE NUMBER

34 I CERTIFY THAT THE SERVICES LISTED ABOVE HAVE BEEN RECEIVED-SIGNATURE AND TITLE OF FOREST SERVICE OFFICIAL

35 I CERTIFY THAT THE SERVICES LISTED ABOVE HAVE BEEN PROVIDED SIGNATURE AND TITLE OF VENDOR AGENT

USDA FOREST SERVICE FLIGHT REPORT FS 6500-122 (08/95)

PREVIOUS EDITION OF THIS FORM IS OBSOLETE

9. **PROJECT, FIRE, FLIGHT, OR RESOURCE ORDER NAME OR NUMBER:** Enter a project, fire, flight, or resource order number or name that corresponds to the user on that leg.

10. **FAA IDENTIFIER:** Enter the FAA airport identifier; examples: Boise = BOI, Roosevelt Helibase = Z58. Use FIR for landing on fires, HLB for unlisted helibases, HSP for non-fire unlisted helispots, and BCS for unlisted airstrips. (4 characters are allowed if needed.)

LEG NUMBER | USER UNIT | USER CODE | PROJECT, FIRE, FLIGHT, OR RESOURCE ORDER NAME OR NUMBER | FAA IDENTIFIER FROM TO | MISSION CODE | PAY CODE | ELAPSED TIME, HOURS AND HUNDREDTHS | RATE | LEG TOTAL

8. **USER CODE:** Enter the two-digit user code from the coding instructions that identifies the administrative unit/function using the aircraft.

| | |
|---|---|
| 01 | Aviation and Fire Management |
| 02 | Administrative Management |
| 03 | Administrative Services |
| 04 | Civil Rights |
| 05 | Computer Services |
| 06 | Engineering |
| 07 | Experiment Stations |
| 08 | Fiscal and Accounting Management |
| 09 | Forest Pest Management |
| 10 | Human Resource Management |
| 11 | Lands |
| 12 | Land Management Planning |
| 13 | Law Enforcement |
| 14 | Mineral and Geology |
| 15 | Office of General Council |
| 16 | Office of Information |
| 17 | Personnel Management |
| 18 | Program Planning and Budget |
| 19 | Range Management |
| 20 | Recreation Management |
| 21 | Regional Forester / Forest Supervisor |
| 22 | State and Private Forestry |
| 23 | Timber Management |
| 24 | Watershed and Air Management |
| 25 | Wildlife and Fisheries |
| 26 | Other Agency or Cooperator |
| 27 | Other (explain in remarks block) |

21. **ELAPSED TIME:** Enter the elapsed time in hours and hundredths for any "time" entry, regardless of the meter type or activity. If CLOCK time, see conversion table in coding instructions. If HOUR METER, enter whole hours and two digits on right side of decimal (example: 2.3 hours would be entered as 2.30 hours). When, for payment purposes, fractions of an hour are rounded to the next full hour, enter the whole hour, not the fraction.

**Block 21 - ELAPSED TIME.**
**Minutes to hundredth conversion**

(Formula used to convert is: "Minutes" divided by 60)

**MINUTES = 100th**

| | | | | | |
|---|---|---|---|---|---|
| 1=.02 | 11=.18 | 21=.35 | 31=.52 | 41=.68 | 51=.85 |
| 2=.03 | 12=.20 | 22=.37 | 32=.53 | 42=.70 | 52=.87 |
| 3=.05 | 13=.22 | 23=.38 | 33=.55 | 43=.72 | 53=.88 |
| 4=.07 | 14=.23 | 24=.40 | 34=.57 | 44=.73 | 54=.90 |
| 5=.08 | 15=.25 | 25=.42 | 35=.58 | 45=.75 | 55=.92 |
| 6=.10 | 16=.27 | 26=.43 | 36=.60 | 46=.77 | 56=.93 |
| 7=.12 | 17=.28 | 27=.45 | 37=.62 | 47=.78 | 57=.95 |
| 8=.13 | 18=.30 | 28=.47 | 38=.63 | 48=.80 | 58=.97 |
| 9=.15 | 19=.32 | 29=.48 | 39=.65 | 49=.82 | 59=.98 |
| 10=.17 | 20=.33 | 30=.50 | 40=.67 | 50=.83 | 60=1.00 |

1 INVOICE NUMBER 1234567 | 2 DATE OF FLIGHT / /

**19. METER TYPE:** Enter C for clock, or H for Hour meter.

**23. LEG TOTAL:** Enter the sum of charges for each line.

**18. RETARDANT GALLONS:** Enter the gallons delivered by the aircraft.

USER UNIT | USER CODE | PROJECT, FIRE, FLIGHT, OR RESOURCE ORDER NAME OR | PILOT NAME(S) | PASSENGERS & CREWMEMBERS | CARGO TYPE P.S. | CARGO LBS | RETARDANT TYPE | RETARDANT GALLONS | METER TYPE | TIME OR METER READING START STOP | ELAPSED TIME HOURS AND HUNDREDTHS | RATE | LEG TOTAL

**25. REMARKS:** Use this block to clarify or document ant entry on the form. Attach additional sheets if necessary.

NOTE: When entries are made in blocks 26-29, and 31, a USER UNIT and MISSION CODE must be entered. Assign a USER UNIT that used or required the service corresponding to these charges. Assign a MISSION CODE that corresponds to the most significant activity for the day.

**20. TIME OR METER READING:** Enter the start and stop time of the activity being recorded (flight time, duty day, extended standby, etc.). Only two digits on left side of decimal are required, the entire hour meter reading is NOT required; (example: enter 41.2 if meter reads 5341.2). Regardless of elapsed time (block 21) being recorded in hours and hundredths, if hour meter used records in hours and tenths, only one digit on right side of decimal is required in this block. Use 24-hr. clock for clock time entries; (example: If time is 6:15 PM, enter 1815 in start / stop time block).

24 ACCOUNTING SUMMARY

| NIFC FUND CODE | UNIT | MANAGEMENT CODE | FY | BUDGET OBJECT | AMOUNT |
|---|---|---|---|---|---|
| | | | | 2541 | |

25 REMARKS

**24. ACCOUNTING SUMMARY:** Enter the NIFC fund code, unit, management code, fiscal year, budget object code, and total applicable charges. (The FS budget object code for aviation operations is 2541 and would normally be used for all charges recorded on this form.)

USER UNIT | MISSION CODE | PAY CODE

26 OVERNIGHT CHARGES
27 SERVICE TRUCK CHARGES
28 OTHER CHARGES +
29 OTHER CREDITS -
30

**26. OVERNIGHT CHARGES:** Enter USER UNIT, MISSION CODE, location, number of people, rate, and total. Note: not applicable to CWN contractors.

**27. SERVICE TRUCK CHARGES:** Enter USER UNIT, MISSION CODE, miles driven, rate, and total.

TX
32 TOTAL OF ALL CHARGES
33 NAME OF GOVERNMENT OFFICIAL (PLEASE PRINT)
PHONE NUMBER

34 I CERTIFY THAT THE SERVICES LISTED ABOVE HAVE BEEN RECEIVED SIGNATURE AND TITLE OF FOREST SERVICE OFFICIAL

35 I CERTIFY THAT THE SERVICES LISTED ABOVE HAVE BEEN PROVIDED SIGNATURE AND TITLE OF VENDOR AGENT

USDA FOREST SERVICE FLIGHT REPORT FS 6500-122 (06/93)

PREVIOUS EDITION OF THIS FORM IS OBSOLETE

| 1. INVOICE NUMBER | 2. DATE OF FLIGHT | 3. CONTRACT NUMBER - ITEM NO. | 4. A/C REGISTRATION # | 5. VENDOR NAME |
|---|---|---|---|---|
| 1234567 | / / | | | |

6 LEG NUMBER | 7 USER UNIT | 8 USER CODE

1. 2. 3. 4. 5. 6. 7. 8. 9. 10.

24 ACCOUNTING SUM... | NIFC FUND CODE | UNIT

34 I CERTIFY THAT THE SE...

**BLOCK 7-B, USER UNIT CODE: Enter the FS unit code, or non-FS agency code of the unit or agency USING THE AIRCRAFT.**

***(If Non-Forest Service Unit, enter organization code from attached list)***

## STATE CODES

| | | | |
|---|---|---|---|
| Alabama | AL | Montana | MT |
| Alaska | AK | Nebraska | NE |
| Arizona | AZ | Nevada | NV |
| Arkansas | AK | New Hampshire | AK |
| California | CA | New Jersey | NJ |
| Colorado | CO | New Mexico | NM |
| Connecticut | CT | New York | NY |
| Delaware | DE | N. Carolina | NC |
| Dist. of Col. | DC | N. Dakota | ND |
| Florida | FL | Ohio | OH |
| Georgia | GA | Oklahoma | OK |
| Hawaii | HI | Oregon | OR |
| Idaho | ID | Pennsylvania | PA |
| Illinois | IL | Rhode Island | RI |
| Indiana | IN | S. Carolina | SC |
| Iowa | IA | S. Dakota | SD |
| Kansas | KS | Tennessee | TN |
| Kentucky | KY | Texas | TX |
| Louisiana | LA | Utah | UT |
| Maine | ME | Vermont | VT |
| Maryland | MD | Virginia | VA |
| Massachusetts | MA | Washington | WA |
| Michigan | MI | West Virginia | WV |
| Minnesota | MN | Wisconsin | WI |
| Mississippi | MS | Wyoming | WY |
| Missouri | MO | | |

## OTHER NON-FOREST SERVICE

| | |
|---|---|
| Alabama Forestry Commission | AFC |
| Alaska Division of Forestry | ADF |
| AZ State Land Development | ALD |
| Florida Div. of Forestry | FDF |
| Idaho Department of Lands | IDL |
| Minnesota Div. of Forestry | MDF |
| Montana Division of Forestry | MTDF |
| Nevada Division of Forestry | NDF |
| New Mexico F&R Division | NMFR |
| Oregon Dept. of Forestry | ODF |
| S. Carolina Forestry Comm. | SCFC |
| Washington DNR | WDNR |
| Texas Forest Service | TFS |
| Wyoming State Forestry Div. | WSF |
| California Dept. of Forestry | CDF |
| CA-Kern County | CAKC |
| CA-Los Angeles | CALAC |
| CA-Orange County | CAOC |
| CA-Riverside | CARC |
| CA-San Diego County | CASDC |
| CA-Ventura County | CAVC |
| Puerto Rico | PR |
| Department of Agriculture | USDA |
| Department of Energy | DOE |
| Environmental Protection Agency | EPA |
| Federal Aviation Administration | FAA |
| Department of Interior | DOI |
| Office of Aircraft Services | OAS |
| Bureau of Indian Affairs | BIA |
| BIA-Aberdeen Area Office | BIAA |
| BIA-Albuquerque Area Office | BIAAB |
| BIA-Billings Area Office | BIAB |
| BIA-Eastern Area Office | BIAE |
| BIA-Juneau Area Office | BIAJ |
| BIA-Minneapolis Area Office | BIAMN |
| BIA-Muskogee Area Office | BIAM |
| BIA-Navajo Area Office | BIAN |
| BIA-Phoenix Area Office | BIAPX |
| BIA-Portland Area Office | BIAP |
| BIA-Sacramento Area Office | BIAS |
| Bureau of Land Management | BLM |
| BLM-Alaska State Office | BLMAK |
| BLM-Arizona State Office | BLMAZ |
| BLM-California State Office | BLMCA |
| BLM-Colorado State Office | BLMCO |
| BLM-Eastern States Office | BLME |
| BLM-Idaho State Office | BLMID |
| BLM-Montana State Office | BLMMT |
| BLM-Nevada State Office | BLMNV |
| BLM-New Mexico State Office | BLMNM |
| BLM-Oregon State Office | BLMOR |
| BLM-Utah State Office | BLMUT |
| BLM-Wyoming State Office | BLMWY |
| Department of Defense | DOD |
| DOD-Air Force | USAF |
| DOD-Army | DODA |
| DOD-Marine Corps | USMC |
| DOD-Navy | DODN |
| Fish and Wildlife Service | FWS |
| FWS-Region 1 Reg Office | FWSR1 |
| FWS-Region 2 Reg Office | FWSR2 |
| FWS-Region 3 Reg Office | FWSR3 |
| FWS-Region 4 Reg Office | FWSR4 |
| FWS-Region 5 Reg Office | FWSR5 |
| FWS-Region 6 Reg Office | FWSR6 |
| FWS-Region & Reg Office | FWSR7 |
| National Park Service | NPS |
| NPS-Mid Atlantic Region | NPSMA |
| NPS-Midwest Regional Office | NPSMW |
| NPS-N. Atlantic Reg. Office | NPSNA |
| NPS-Pacific Northwest Region | NPSPN |
| NPS-Rocky Mountain Reg. Office | NPSRM |
| NPS-Southwest Region | NPSSW |

USDA FOREST SERVICE FLIGHT REPORT FS-6500-122 (08/95) PREVIOUS EDITION OF THIS FORM IS OBSOLETE

USDA—Forest Service

# TRUCK
## HELICOPTER DATA RECORD

*(Reference FSH 5709.12)*

1. Contract/Rental Agreement No.
2. Item No.
3. Designated Base
4. Region/Area

**SECTION I — Operator & Helicopter Information** *(Fill in blanks)*

| 1. Operator | 2. Address *(Street, City, State & ZIP Code)* | 3. Phone No. ( ) |
|---|---|---|
| | | |

**SECTION VI — Service Truck** *(X appropriate boxes)*

| | Satisfactory Yes | Satisfactory No | | Satisfactory Yes | Satisfactory No |
|---|---|---|---|---|---|
| 1. Capacity ____ Gallons | | | 10. *Sump and Drain | | |
| 2. Type Truck ____ | | | 11. *Nozzle Screen | | |
| 3. License No. ____ | | | 12. *Fuel Hoses | | |
| 4. *Condition | | | 13. *Ground & Bonding Cables | | |
| 5. *Fire Extinguishers | | | 14. *Fuel Filtering System | | |
| 6. *Fuel Meters | | | 15. *Date Filter Changed ____ | | |
| 7. *Differential Pressure Gauges | | | 16. *Spare Filters | | |
| 8. *Placarded—49 CFR 172 | | | 17. *No Smoking Signs | | |
| 9. *Marked w/Type Fuel | | | | | |

| 18. Approved By *(Signature)* | 19. Title | 20. Region/Area | 21. Date |
|---|---|---|---|
| | | | |

## FLIGHT FOLLOWING PROCEDURES

When the helicopter and module are ready to depart for the incident, the pilot must file a flight plan or do flight following while in transit.

At each fuel stop, the module manager, or pilot if the module manager is not aboard, should call in to NICC on the toll free phone number 1-800-994-6312 and give the aircraft desk a situation report.

Ground support shall do the same every four hours.

# INSPECTION AND APPROVAL INFORMATION

**In order to expedite the approvals and carding of aircraft and pilots for Forest Service and Department of Interior work, there are a few things that need to be considered before the USFS/ DOI-AM inspectors arrive at your site.**

(1) Please have your pilots complete the Pilot Qualifications and Approval Record Form, and have their log books and pilot records available.

(2) Please allow ample time in your pilot's schedule for the testing and safety briefing portion of our inspection. . .up to 1.0 hours.

(3) Please allow ample time in your schedule for the flight check. . .up to 1.5 hours.

(4) Please have any appropriate equipment installed on the aircraft prior to inspection and flight check, i.e., **dual controls**, radios, water buckets, etc. A long-line of at least 50' and a suitable weight should be available.

(5) Please have maintenance records up to date and available for the aircraft avionics and maintenance inspectors.

(6) Please have a copy of your contract with each aircraft offered.

(7) Please have maintenance personnel available to open and close cowlings and access panels.

(8) The fuel-servicing vehicle will also be inspected at this time.

## DOCUMENTS REQUIRED FOR PILOT CERTIFICATION

[ ] 1. Complete Pilot Qualifications and Approval Record.

[ ] 2. Copy of pilot's licenses.

[ ] 3. Copy of pilot's medical certificate.

[ ] 4. Copy of pilot's FAR 135 Airman Competency/Proficiency Check (FAA from 8410-3). For limited use helicopters, an equipment check endorsement by the chief pilot.

[ ] 5. Copy of FAR 133 competency endorsement.

[ ] 6. Signed Forest Service/OAS Pilot Safety Briefing.

**If you have questions regarding inspections,
please call (208) 387-5624.**

# HELICOPTER & SERVICE TRUCK PRE-USE CHECKLIST

## GENERAL

DATE: AIRCRAFT MAKE/MODEL: FAA REGISTRATION #:

CONTRACTOR:

PILOT(S) NAME(S):
CARD EXPIRATION DATE(S):
PILOT(S) CARDED FOR INTENDED MISSION(S)?: ( ) YES ( ) NO

A/C CARD EXPIRATION DATE: A/C CARDED FOR INTENDED MISSION(S)?:

DEPT. BASE: DEPARTURE HOBBS READING: ARRIVAL HOBBS READING:

## LOGBOOK REVIEW

| | | |
|---|---|---|
| 50/100-HR, PROGRESSIVE, OR OTHER INSPECTION PROGRAM UP-TO-DATE? | ( ) YES | ( ) NO |
| ENTRIES INDICATING DAMAGE TO AIRCRAFT? | ( ) YES | ( ) NO |
| POWER CHECK COMPLETED/RESULTS SATISFACTORY? | ( ) YES | ( ) NO |

COMMENTS ON LOGBOOK:

## CONDITION OF HELICOPTER

| ITEM | CK | SCRATCHES | DENTS | TEARS | LEAKS |
|---|---|---|---|---|---|
| Skin and Exterior | | | | | |
| Windows | | | | | |
| Doors | | | | | |
| Upholstery | | | | | |
| Cargo Compartment | | | | | |
| Skids/Wheels | | | | | |
| Fixed Tank | | | | | |
| Bucket | | | | | |

COMMENTS:

## REQUIRED HELICOPTER EQUIPMENT INSTALLED AND OPERATIVE (CONSULT CONTRACT)

| ITEM | YES | NO | ITEM | YES | NO |
|---|---|---|---|---|---|
| Seat Belts and Harnesses | | | Strobe Light(s) | | |
| Hi-Visibility Paint On Main Rotor Blades | | | Survival Kit | | |
| 9600-Channel Radio | | | First Aid Kit | | |
| VHF-AM 720-Channel | | | Fire Extinguisher(s) | | |
| Packset Adapter | | | Cargo Hook | | |
| Loran/GPS | | | Convex Mirror | | |
| High Skid Gear | | | Bucket | | |
| Nine-Pin Plug | | | Other: | | |

COMMENTS:

## REQUIRED SERVICE TRUCK EQUIPMENT INSTALLED AND OPERATIVE (CONSULT CONTRACT)

| ITEM | YES | NO | ITEM | YES | NO |
|---|---|---|---|---|---|
| Spare Set Of Filters | | | Filter Change Date Placarded | | |
| Fire Extinguisher(s) Current | | | Ground Cables | | |
| Hazmat Marking and Placards | | | Fuel Quality Control Log | | |
| Inspection Sticker | | | Absorbent Materials For Spills | | |

COMMENTS:

| SIGNATURE OF INSPECTING REPRESENTATIVE | PRINT NAME | DATE |
|---|---|---|
| | | |

WHITE: CO YELLOW: A/C INSPECTOR BLUE: CONTRACTOR GREEN: ORIGINATOR

HCM-2
(May, 1992)

**HELICOPTER SERVICES HOURLY FLIGHT RATES, FUEL CONSUMPTION AND WEIGHT REDUCTION CHART**
**JANUARY 16, 2005 FUEL SURVEY** (Version 3 dated 03/17/2005)
FOR CONTRACTS AWARDED 2005 – 2007 (CWN/EXCLUSIVE USE)

| *COMPANY* | AIRCRAFT TYPE | FUEL CONSUMPTION (gal/hr) | JAN 14, 2005 HOURLY FLIGHT RATE ($/HR) | LOAD CALCULATION Weight Reduction (lbs) |
|---|---|---|---|---|
| *AGUSTA* | A-119 KOALA | 55 | $852.00 | 230 |
| *AEROSPATIALE* | SA-315B | 58 | $1,258.00 | 180 |
| | SA-316B | 58 | $1,255.00 | 170 |
| | SA-318C | 56 | $1,143.00 | 80 |
| | SA-319B | 55 | $1,162.00 | 150 |
| | SA-332L-1 | 160 | $3,284.00 | N/A |
| | SA-341G | 56 | $1,122.00 | 170 |
| | AS-330J | 179 | $3,165.00 | N/A |
| | AS-350B/350BA | 45 | $798.00 | 130 |
| | AS-350B-1 | 46 | $798.00 | 160 |
| | AS-350B-2 | 48 | $807.00 | 160 |
| | AS-350B-3 | 50 | $852.00 | 175 |
| | AS-350D | 38 | $800.00 | 130 |
| | AS-355F-1/355F-2 | 58 | $989.00 | 140 |
| | AS-365N-1 | 87 | $1,591.00 | 275 |
| | EC-120 | 31 | $611.00 | NOT ESTABLISHED |
| | EC-135 | 64 | $1,017.00 | 220 |
| *BELL:* | 47/SOLOY | 23 | $507.00 | 120 |
| | 204B (UH1 Series) | 88 | $1,197.00 | 200 |
| | 204 Super B | 90 | $1,238.00 | 200 |
| | 205A-1 | 89 | $1,235.00 | 260 |
| | 205A++ | 90 | $1,268.00 | 260 |
| | UH-1B | 88 | $1,179.00 | N/A |
| | UH-1F | 85 | $1,215.00 | N/A |
| | TH-1L | 88 | $1,213.00 | N/A |
| | UH-1H | 89 | $1,213.00 | N/A |
| | 206B-II | 25 | $615.00 | 100 |
| | 206B-III | 27 | $629.00 | 130 |
| | 206L-1 | 32 | $743.00 | 150 |
| | 206L-3 | 38 | $778.00 | 180 |
| | 206L-4 | 38 | $765.00 | 180 |
| | 212 | 100 | $1,442.00 | 390 |
| | 214B | 160 | $1,887.00 | 380 |
| | 214ST | 133 | $2,392.00 | 420 |
| | 222A | 70 | $1,451.00 | NOT ESTABLISHED |
| | 222B | 83 | $1,505.00 | NOT ESTABLISHED |
| | 222UT | 83 | $1,487.00 | NOT ESTABLISHED |
| | 407 | 45 | $866.00 | 155 |
| | 412 | 110 | $1,590.00 | 390 |
| | 412HP | 110 | $1,585.00 | 390 |
| *BOEING:* | BV-107 | 180 | $3,017.00 | N/A |
| | BV-234 | 405 | $5,343.00 | N/A |
| *HILLER:* | *SL-3/4 | 21 | $503.00 | 90 |
| | H-1100B | 22 | $640.00 | 130 |
| | UH-12/SOLO | 23 | $566.00 | 100 |
| *KAMEN:* | H43-F | 85 | $1,202.00 | N/A |
| | K-MAX | 85 | $1,364.00 | N/A |
| *MBB:* | BO105CBS | 55 | $977.00 | 180 |
| | BK-117 | 77 | $1,330.00 | 160 |
| *McDONNELL-* | 500C | 23 | $640.00 | 110 |
| *DOUGLAS:* | 500D/E | 28 | $647.00 | 120 |
| | 520N | 32 | $674.00 | 100 |
| | 530F | 34 | $732.00 | 120 |
| | 600N | 41 | $817.00 | 155 |
| | 900/902 | 69 | $1,064.00 | 210 |
| *SIKORSKY:* | S-55T | 47 | $903.00 | 170 |
| | S-58D/E | 83 | $1,342.00 | N/A |
| | S-58T/PT6T-3 | 115 | $1,694.00 | 400 |
| | S-58T/PT6T-6 | 115 | $1,694.00 | 460 |
| | CH 54/S 64 | 525 | $5,538.00 | N/A |
| | S-61N | 170 | $2,885.00 | N/A |
| | S-62A | 70 | $1,033.00 | 300 |
| | S-70 | 160 | $2,762.00 | N/A |
| AVERAGE GALLON PRICE: | | JET FUEL | $3.44 | |

## ADDITIONAL INFORMATION FOR TYPE I & II CWN HELICOPTERS

## ADDITIONAL CONTRACT RATES -

1. Extended Standby Rate - per authorized crew member (B 3 and C35): **$39.00/hr.**

2. Additional Personnel (C 38): Personnel ordered by the Government in excess of the indicated compliment will be considered "additional personnel," and will be paid the rate of $500.00 per day. **$500.00/day**

3. Miscellaneous/Airport Use Costs (C 46): **Actual Costs**

4. Payment for Retardant Concentrate (C 45): **Actual Costs**

5. Payment for Fuel Servicing Vehicle Mileage (C 43):

   **$2.50 per mile** - where the carrying capacity of aircraft fuel is 1,500 gallons or more.

   **$2.00 per mile** - where the carrying capacity of aircraft fuel is at least 750 gallons, but less than 1,500 gallons.

   **$1.40 per mile** - where the carrying capacity of aircraft fuel is at least 350 gallons, but less than 750 gallons.

   **$ .95 per mile** - where the carrying capacity of aircraft fuel is less than 350 gallons.

6. Overnight Allowance not applicable.

**COMPLEMENT OF PERSONNEL -** Complement of personnel to be provided with each Type Helicopter is specified in the following helicopter information charts (Blue pages i.e. summary pages) in the CWN.

**TYPE I:** Maximum complement of personnel to be provided with each Type I Helicopter is twelve, unless additional personnel are ordered by the Government.

**TYPE II:** Maximum complement of personnel to be provided with each Type II Helicopter is four, unless additional personnel are ordered by the Government.

## _MINIMUM PERFORMANCE REQUIREMENTS (TYPE II - LIMITED AND STANDARD) -

Turbine or piston engine.

Seating capacity **(standard only)** - a minimum of 9 passengers (turbine engine only when carrying passengers).

Capability of hovering-out-of-ground effect (HOGE) at 5,000 feet MSL and 30 c with a minimum payload of 1,600 pounds as computed on form FS-5700-17, Helicopter Load Calculation (see Section J), using actual 200 pounds for each required crew member and 1.5 hours of fuel on board.

## MINIMUM PERFORMANCE REQUIREMENTS (TYPE I - LIMITED AND STANDARD) -

Turbine engine.

Seating capacity **(if applicable)** –for a minimum of 16 passengers

Capability of hovering-out-of-ground effect (HOGE) at 5,000 feet MSL and 30 c with a minimum payload of 4500 pounds as computed on form FS-5700-17, Helicopter Load Calculation (see Section J), using actual 200 pounds for each required crew member and 1.5 hours of fuel

This is a sample copy of the Helicopter Information Chart (Blue Pages)

| CONTRACTOR, ADDRESS, PHONE NO. FS/OAS CONTRACT NO. | HOME BASE | GVMT PILOT | COMPLEMENT OF PERSONNEL | CREDITS | ADDITIONAL EQUIPMENT | MAKE & MODEL | HELI N NUMBER | CONTRACT AWARD/BASE PERIOD BEG DATE | END DATE | DAILY AVAIL. RATE | PROJECT RATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| | | | | | | | | | | | |

**Upon award of all contracts , this information can be obtained by:**

**Downloading from our web site at www.fs.fed.us/fire/contracting, or**

**By contacting our office at (208) 387-5631**

PAGES 12b - 15j ARE INTENTIONALLY LEFT BLANK

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

***CURRENT MODIFICATIONS***

**To attain current Modifications, please call our office, NIFC Contracting at (208) 387-5631, or E-mail us at jonturner@fs.fed.us**

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

THIS PAGE INTENTIONALLY LEFT BLANK

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

## C-1 Scope of Contract

A. The intent of this solicitation and any resultant Contract is to obtain services of Standard and Restricted Category Type I and Type II Helicopters, fully operated by qualified personnel and equipped to meet specifications for use in administration and protection of Public Lands.

B. The Helicopter furnished will be used for incident support, and may also be used for project, law enforcement, and administrative flights. If the contractor agrees to perform law enforcement flights, such agreement shall be in writing.

C. The Government has Interagency and cooperative agreements with Federal and State Agencies and private landholders. Aircraft may be dispatched under this contract for such use.

D. When operating in Alaska, see Exhibit 3, Alaska Supplement, for additional requirements.

## C-2 Certifications

A. General

1. Contractors shall be currently certificated to meet 14 Code of Federal Regulations (CFR), 133 (External Load Operations), 135 (Air Taxi Operators and Commercial Operations), and 137 (Agricultural Aircraft Operations), as applicable. Any helicopter offered shall be listed by make, model, series, and registration number on the Operators Certificates.

2. Helicopters shall conform to the approved type design (normal or restricted), be maintained and operated in accordance with type certificate requirements not withstanding the aviation regulations of the State in which the helicopter may be operated except those requirements specifically waived by the CO. If an operator has a 135 certificate, the aircraft will be maintained in accordance with their FAA approved maintenance program. 14 CFR Part 133 and 137 aircraft will be maintained in accordance with the type certificate and applicable supplement type certificates (STC).

3. When ordered by the Government, helicopter(s) shall carry its fully rated capacity of passengers and/or cargo allowable as determined by the Interagency Helicopter Load Calculation method irrespective of the minimum requirements stated in the Schedule of Items. Load calculations shall be computed and completed by the pilot using Form FS 5700-17 or Form OAS-67.

4. Each helicopter shall operate in accordance with an approved 14 CFR Part 133, Rotorcraft Load Combination Flight Manual (RLCFM), unless the requirement is specifically waived by the CO. A copy of the RLCFM shall be kept with the aircraft at all times.

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

B. Standard Category Helicopters

1. Contractors shall hold current 14 CFR PART 133, 135, and 137 Operating Certificates as appropriate.

2. All passenger-carrying flights, regardless of the number of passengers carried, shall be conducted in accordance with the Contractor's operations specifications.

3. Helicopters shall be certificated in Normal or Transport Category.

4. The Government may elect not to utilize individual Standard Category aircraft for passenger transport.

5. The following applies for Standard Category helicopters offered that do not transport passengers:

   a. The helicopter will be inspected to the type certificate.

   b. The contractor will submit FAR Part 133 and 137 certificates.

   c. Helicopters shall carry their fully rated capacity of cargo for suppressant/retardant as determined by use of the approved weight and balance performance data.

   d. All internal passenger seats shall be removed during performance under this contract except seats for contractor's personnel/authorized Government Helicopter Manager and/or crew members.

C. Restricted Category Helicopters

1. Helicopter(s) certificated in Restricted Category shall have been issued a Special Airworthiness Certificate.

2. Helicopter(s) configured from aircraft types that have FAA Type Certificates obtained by the aircraft manufacturer shall incorporate the manufacture's designated changes to bring the aircraft into conformity with their type design, excluding passenger configuration requirements. All applicable Airworthiness Directives and manufacturer Service Bulletins shall be accomplished.

3. Helicopter(s), which are configured from former military aircraft, which have FAA Type Certificates based upon military operation in lieu of a manufacturer's Type Certificate, shall have all applicable Time Compliance Technical Orders (TCTO's), military Service Bulletins, and Safety-of-Flight Messages accomplished. This includes any directives, which refer to later models of the same type, which were issued after the earlier models had left the military inventory. When FAA approvals establish more restrictive limits, such limits will prevail.

## C-3 Government Furnished Property

A. If Government Furnished Property (GFP) is provided the Contractor shall be required to sign a property receipt document. Upon Government request, GFP shall be returned to the Government in accordance with GFP (Short Form) FAR Clause 52.245-4 (APR 1984).

B. The Government will deliver the following items to the Contractor upon arrival at the assigned work location:

Personal fire shelter as applicable.

## C-4 Aircraft Requirements

A. General

1. Aircraft shall be maintained in accordance with all applicable 14 CFR requirements, mandatory manufacturers' bulletins as required or identified by the FS and or DOI, and all applicable FAA Airworthiness Directives (AD).

2. All required documents needed to verify the data in Form FS-5700-21a or OAS 36b; Helicopter Data Record (including airframe logs, engine logs, compliance with mandatory manufacturer's bulletins, FAA AD's compliance, and aircraft status record, etc.) shall be made available to FS or DOI inspector(s).

3. Unless authorized by an approved Minimum Equipment List (MEL), aircraft shall not be approved or used if any accessory or instrument listed on the aircraft type certificate data sheet is inoperative.

4. Aircraft shall not be approved if any component time in service exceeds the manufacturers' recommended Time Between Overhaul (TBO) or FAA-approved extension. All inspection times and intervals shall comply with the Contractor's FAA approved maintenance program.

B. Condition of Equipment

1. Contractor-furnished aircraft and equipment shall be operable, free of damage, and in good repair. Aircraft systems and components shall be free of leaks except within limitations specified by the manufacturer.

2. All windows and windshields shall be clean and free of scratches, cracks, crazing, distortion, or repairs, which hinder visibility. Repairs such as safety wire lacing and stop drilling of cracks are not acceptable permanent repairs. Prior to acceptance, all temporarily repaired windows and windshields shall have permanent repairs completed or shall be replaced.

3. The aircraft interior shall be clean and neat. There shall be no un-repaired tears, rips, cracks, or other damage to the interior. The exterior finish, including the paint, shall be clean, neat, and in good condition (i.e. no severe fading or large areas of flaking or missing paint and etc.). Military or other low visibility paint schemes are unacceptable. Any corrosion shall be within manufacturer or FAA acceptable limits.

C. Center of Gravity

1. All aircraft shall be configured so that the center of gravity will remain within the FAA approved Flight Manual published limits for all load requirements and full range of fuel conditions, including ferry with minimum crew without subtraction or addition of ballast.

2. All aircraft shall be loaded such that the center of gravity will remain within allowed limit during the flight. Actual weights will be used for flight calculation.

3. If the equipped weight of the aircraft, as noted by registration number in Section B, Schedule of Items changes, the Contractor shall notify the CO of the change and submit a new weight and balance as required by the Contract.

D. General Equipment

Helicopters shall be configured with the equipment required by 14 CFR and approved for make and model furnished. In addition, the following will be required:

1. A copy of the Awarded Contract and modification(s) shall remain in the helicopter during the Contract period(s).

2. Instrumentation required by the Type Certificate and 14 CFR for use with the make and model furnished.

3. Free air temperature gauge.

4. Approved aircraft lighting for night operation in accordance with 14 CFR Part 91.209, plus instrument lights.

5. First Aid Kit Aeronautical (Exhibit 1, First Aid Kit Aeronautical)

6. Survival Kit Aeronautical (Exhibit 2, Survival Kit Aeronautical, Lower 48)

7. Additional Suppression/Prescribed Fire Equipment (Exhibit 5, Additional Suppression/Prescribed Fire Equipment) as applicable

8. Seat belts for all seats. One set of individual lap belts for each occupant.

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

9. FAA-approved double-strap shoulder harness with automatic locking inertia reels for each front seat occupant. Shoulder straps and lap belts shall fasten with one single-point, metal-to-metal, and quick-release mechanism. Standard factory shoulder harnesses are acceptable for Aerospatiale and Bell transport category helicopters. Military style harnesses are acceptable. (Exhibit 4, Restraint Systems Condition Inspection Guidelines).

10. FAA approved shoulder harness integrated with seat belt with one single point metal to metal quick release mechanism for each passenger position. **(Effective 01/01/06).**

11. One digital flight hour meter (Hobbs) installed in a location observable by the pilot and front seat observer while seated. The meter shall be wired in series with a switch on the collective control, and a switch activated by engine or transmission oil pressure or equivalent system, to record flight time (in hours and tenths of hours) only.

12. External load operations from other than the manufacturers designated pilot station are allowed only with approved operations specifications, applicable STCs, and appropriate designation on the aircraft Interagency Data Card. The pilot shall occupy the manufacturer's designated pilot station unless authorized by an STC to conduct external load operations from the left seat.

13. Convex mirror for observation of external loads and landing gear (not required for aircraft equipped ONLY for vertical reference operations).

14. The Fire extinguisher(s) shall be a hand-held bottle, fully charged, with a minimum of 1.5 pounds capacity and 2-B:C rating, maintained in accordance with NFPA 10 and mounted with a quick release attachment accessible to the flight crew while seated.

15. Standard Category helicopters with a floor height greater than 18-inches shall have an approved personnel access step to assure safe entrance and exit from each door of the helicopter. A section of external cargo rack may be utilized as a step by providing a clear space covered with non-skid material.

16. Complete set of current aeronautical charts covering area of operation. The Contractor shall be responsible for providing navigation publications.

17. Dual controls for flight checks only. Need not be removed from Type I and Type II Aircraft.

18. One or more independently switched white or white and red strobe light(s) mounted on top of the helicopter or otherwise visible from above.

In accordance with 14 CFR Part 27.1401, Anticollision Light System (d) Color. Each anticollision light shall be aviation red and shall meet the applicable requirements of 14 CFR Part 27.1397. In order to meet contract specifications, Contractors shall obtain FAA approval (FAA Form 337) to alter the aircraft, if applicable.

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

19. High visibility markings on main rotor blades (Exhibit 6, High Visibility Markings on Main Rotor Blades).

20. Cargo Hook

    a. One cargo hook that may be loaded and locked in a single motion with one hand, and is rated at the maximum lifting capacity of the aircraft.

    b. As a minimum, the cargo hook shall be completely disassembled and inspected with repairs made as required; lubricated and perform a full-load operational check every 24 calendar months.

21. Variable capacity collapsible bucket(s)

    a. One (1) collapsible, variable capacity water/retardant buckets shall be furnished under this Contract.

    b. The bucket, at 100 percent of manufactures rated capacity (+/ -5%) shall be commensurate with the maximum OGE lifting capability of the helicopter at 5000 PA and 30 degrees C with a 200 pound pilot and 1 1/2 hours of total fuel. The bucket shall be capable of being operated with all increments of the long-line. No partial dips allowed.

    c. Environmental operating conditions may dictate the need for more than one size bucket.

    d. Helicopters equipped with electronic helicopter hook load measuring system (load cells) that provide a cockpit readout of the actual external load and a bucket that is equipped with a gating system that allows part of the load to be dispensed while retaining the remainder of the load are approved.

    e. Capacity of each position or adjustment level shall be marked on the bucket. Collapsible buckets with cinch straps shall only be adjusted to the marked graduations (i.e., 90%, 80%, 70%). Attempts to establish intermediate graduations or capacities below the manufacturer's minimum graduation (by tying knots, etc.) is prohibited.

    f. An Operations Manual for the type bucket(s) provided will be carried aboard the aircraft.

    g. Either the weight of the bucket or capacity at each adjustment level shall be marked on the bucket or the operator shall have a written statement of the maximum capacity (weight) at each adjustment point.

    h. The jettison-arming switch, if applicable, shall be in the armed position during external load operations.

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

i. When a bucket is attached directly to the cargo hook, it is critical to measure the maximum length of the extended bucket from the shackle on the control head to the extended dump valve/fire sock, making sure that it is at least 6-inches less than the distance from the belly hook to the closest possible point on the tail rotor. Lines attached between the cargo hook and the bucket shall extend the bucket past the outside arc of the tail rotor, the line shall be no shorter than 50 feet.

22. The bucket gate open/close switch(es) shall be clearly marked for "open" and "closed," spring-loaded to the "OFF" position, and mounted on the collective pitch lever to avoid confusion with the cargo hook release. The switch shall be of a different design and shall be mounted in such a way as to not easily be confused with the RPM Control (Beep) switch.

23. Standard Category Type II Helicopters. An auxiliary power connector (MS3112E12-3S) protected by a 5-amp circuit breaker connected to the avionics or main aircraft power buss shall be permanently mounted in a location convenient to the passenger compartment. Pin A shall be +24 VDC in 24 volt aircraft, Pin B shall be aircraft ground. Pin C shall be + 12 volts VDC in 12 volt aircraft. Never apply power to both Pin A and Pin C simultaneously.

24. Fuel Servicing Vehicle (Exhibit 7 Additional Avionics Equipment and Exhibit 8 Fuel Servicing Equipment Requirements). (Not required for Alaska).

25. FAA Approved Extended Height /High Skid Landing Gear (if available by STC or aircraft manufacturer).

26. FAA approved high visibility, pulsating, forward facing, conspicuity lighting.

27. FAA-approved locking cap(s) on all fuel filler ports.

28. Internal baggage compartment/external cargo racks. Fifteen (15) cubic feet of cargo space with isolated internal baggage compartment(s) capable of accommodating 58-inch long shovels, rakes, and other fire fighting tools (requires rear bulkhead modification of baggage compartment of some models). External cargo racks with tie-down nets, straps, or bungees may be provided in lieu of baggage compartments, which cannot be modified to accept fire tools. Cargo racks shall be at least 4-inches deep. These devices shall be simple in function and have the capacity of being installed quickly.

## C-5 Aircraft Maintenance

A. General

1. The Contractor shall be capable of providing field maintenance support to each helicopter for extended periods during heavy use.

2. Helicopters shall be operated and maintained in accordance with 14 CFR requirements and manufacturers' recommendations. Special equipment and/or modification of the helicopter to meet requirements of this contract shall be inspected, repaired, and altered in accordance with 14 CFR requirements and manufacturer's recommendations or engineered data and, if required, be FAA approved. All "time change" components, including engines, shall be replaced upon reaching the factory recommended time, or FAA approved extension if applicable. Aircraft operated with components and accessories on approved TBO extension programs are acceptable, provided the Contractor who provides the aircraft is the holder of the approved extension authorization (not the owner if the aircraft is leased), and shall operate in accordance with the extension.

3. Compliance with mandatory manufacturers' bulletins, FAA ADs, and the correction of maintenance deficiencies shall be accomplished prior to the start and during the period of Contract performance.

4. Contract performance may subject the aircraft engine to frequent smoke, sand and dust ingestion. All aircraft shall comply with the erosion inspection procedures at the recommended intervals in accordance with the engine operation and maintenance manual for the Contracted aircraft.

5. All maintenance performed shall be recorded in accordance with 14 CFR Part 43 and 91 including helicopter time-in-service and hour meter reading.

6 A copy of the current maintenance record required by 14 CFR Part 91 shall be kept with the aircraft.

7. Maintenance of aircraft records shall be in accordance with the FAA Advisory Circular (AC) No. 43-9C as revised.

8. The Contractor shall immediately notify the CO of any change of an engine, power train, control, or major airframe component and circumstances inducing the change.

9. Routine maintenance shall be performed before or after the daily standby or as approved by the CO.

10. All inspection times and intervals shall comply with the Contractor's FAA Approved Maintenance Program.

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

11. Inspections shall be performed in a maintenance facility, or in the best field conditions available.

12. Contractor shall notify the CO at least 16-flight hours prior to initiation of the 100-hour inspection.

13. The aircraft's equipped weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft.

14. All weighing of aircraft shall be performed on scales that have been certified as accurate within the preceding 24-months. The certifying agency may be any accredited weights and measures laboratory.

15. Helicopter Contracted Equipped weight shall not exceed 1% above the awarded Contracted Equipped Weight during the Contract period, unless the Government requires additional equipment after award. Aircraft that fail to meet helicopter Contracted Equipped Weight minimums, including the plus 1% allowance, shall be unavailable under the terms of this Contract. Aircraft may be re-inspected in accordance with the "Re-inspection Expense" provisions.

16. A list of equipment installed in the aircraft at the time of weighing shall be compiled. The equipment list shall include the name of each item installed. Items that may be easily removed or installed for aircraft configuration changes (seats, doors, radios, cargo hook, baskets, special mission equipment, etc.) shall also be listed including the name, weight, and arm of each item. Each page of the equipment list shall identify the specific aircraft by serial and registration number. Each page of the equipment list shall be dated indicating the last date of actual weighing or computation. The weight and balance shall be revised each time equipment is removed or installed.

17. When the contract equipped weight of the aircraft, as noted by registration number in Section B, Schedule of Items, changes, the Contractor shall notify the CO of the change and submit a revised weight and balance as required by the Contract.

B. Turbine Engine Power Assurance Checks

1. A power assurance check shall be accomplished on the first day of operation, and thereafter within each 10-hour interval of contracted flight operation unless prohibited by environmental conditions (i.e. weather, smoke). The power assurance check shall be accomplished by the contractor in accordance with the Rotorcraft Flight Manual or approved company performance monitoring program. A current graph of the power assurance checks will be maintained with the aircraft under this Contract and any renewal periods.

2. Helicopters with power output below the minimum published performance charts shall be removed from service. The below-minimum power condition shall be corrected before return to service and contract availability.

C. Maintenance Flights

A functional maintenance flight shall be performed following overhaul, repair, and/or replacement of any engine, power train, rotor system or flight control equipment, and following any adjustment of the flight control systems before the helicopter is returned to service. The flight will be performed at the Contractor's expense. Results of the maintenance flights shall be reported to and approved by the FS or DOI Aviation Maintenance Inspector before the aircraft is returned to Contract availability.

## C-6 Aircraft and Equipment Security

A. The security of Contractor provided aircraft and equipment is the responsibility of the Contractor.

B. Aircraft shall be electrically and/or mechanically disabled by two independent security systems whenever the aircraft is unattended. Deactivating security systems shall be incorporated into preflight checklists to prevent accidental damage to the aircraft or interfere with safety of flight.

C. Examples of Unacceptable disabling systems are:

1. Locked door/windows; and/or

2. Fenced parking areas.

## C-7 Avionics Requirements

A. The following required avionics systems shall be furnished, installed, and maintained by the Contractor in accordance with the manufacturer's specifications and the installation and maintenance standards.

B. A complete set of schematic and wiring diagrams, covering all installed avionics systems, shall be carried aboard each aircraft or the aircraft's dedicated service vehicle.

C. Required avionics systems and contractor offered avionics/communication equipment must meet the performance specifications as specified in FS/OAS A-24 at: www.fs.fed.us/fire/niicd/documents.html

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

## C-8 Contractor Furnished Avionics Systems

A. Communications Systems

1. Emergency Locator Transmitters

   One automatic-portable/automatic-fixed or automatic-fixed Emergency Locator Transmitter (ELT) utilizing an external antenna and meeting the same requirements as those detailed for airplanes in 14 CFR Part 91.207 (excluding 14 CFR Part 91.207f), shall be installed per the manufacturer's installation manual, in a conspicuous or marked location. ELTs certified under TSO-91 are not acceptable.

2. VHF-AM Transceivers

   One panel mounted VHF-AM aeronautical transceiver (VHF-1), operating in the frequency band of 118.000 to 136.975 MHz, with a minimum of 760-channels in no greater than 25 kHz increments, and a minimum of 5-watts carrier output power.

3. VHF-FM Transceivers

   a. One aeronautical VHF-FM radio transceiver (FM-1). The transceiver shall operate from 150 to 174 MHz, permit the operator to program any usable frequency within that band while in flight, provide operator selection of both wide-band (25 kHz bandwidth/5 kHz modulation) and narrow-band (12.5 kHz bandwidth/2.5 kHz modulation) operation by channel for MAIN and GUARD operation. Transceivers shall be set to operate in the narrowband mode unless local conditions dictate otherwise.

   b. Carrier output power shall be 10-watts nominal. The transceiver shall be capable of displaying receiver and transmitter operating frequency. Transceivers shall provide both receiver and transmitter activation indicators for MAIN and GUARD. Simultaneous monitoring of both MAIN and GUARD (168.6250 MHz) is required. Scanning of GUARD is not acceptable.

   c. A CTCSS sub-audible tone encoder with a minimum of 32 standards selectable tones, meeting the current TIA/EIA-603A standard, shall interface with the above transceiver. The encoder shall encode a 110.9 Hz tone on all GUARD transmissions.

   d. The transceiver's operational controls shall be mounted in a location that is convenient to both pilot and co-pilot/observer.

   e. Aircraft having two or more aeronautical VHF-FM radio transceivers need only have a GUARD receiver in the first transceiver (FM-1).

f. The following analog aeronautical VHF-FM transceivers are known to be acceptable.

| | |
|---|---|
| Eureka Radio Systems (ERS) | ERS-96000NB with external tone encoder |
| Northern Airborne Technology | NPX-138N-050/070 & NTX-138-050 |
| Technisonic Industries | TFM-138 (serial # 1540 & up), TFM-138B/C/D, & TFM-500 |
| Wulfsburg Electronics | Flexcom II, RT-138N, & RT-9600N |

g. The following multimode (P25) digital aeronautical VHF-FM transceivers are known to be acceptable.

| | |
|---|---|
| Technisonic Industries | TDFM-136 |

Multimode (P25) digital aeronautical VHF-FM transceivers must meet FS/OAS A-19. Visit the following website for a copy of FS/OAS A-19 and a current list of acceptable radios: www.fs.fed.us/fire/niicd/documents.html

4. Provisions for AUX-FM Portable Radios

a. The Contractor shall provide the necessary interface for installing and properly operating an auxiliary VHF-FM portable radio through the aircraft's audio control system(s). The interface shall consist of the appropriate wiring from the audio control system; terminate in an MS3112E12-10S type connector and utilizing the contact assignments as specified by drawing FS/OAS-17 (See www.fs.fed.us/fire/niicd/documents.html )

b. One weatherproof, external, broadband antenna (Comant type CI-177 or equal) covering the 150-174 MHz band, with associated RG-58A/U (or equivalent) coaxial cable and connector, terminated in a bulkhead-mounted, female BNC connector adjacent to the above 10-pin connector.

c. Mounting facilities, in accordance with the specifications of FAA AC 43.13-2A, for secure installation of the auxiliary VHF-FM portable radio in the cockpit shall be provided (Field Support Services (www.helifire.com ) AUX-EPH-RB or equivalent). The location of the mounting facilities shall be such that, when connected with an 18-inch adapter cable, allows the co-pilot/observer full and unrestricted movement of the radio's controls.

d. Positive-polarity microphone excitation voltage shall be provided to the AUX-FM system from the aircraft DC power system through a suitable resistor network. A blocking capacitor shall be provided to prevent the portable radio microphone excitation voltage from entering the system. Sidetone for the AUX-FM shall also be provided (NAT AA34, Premier PA-34, or equivalent).

e. In lieu of the above AUX-FM requirements, the Contractor may substitute one aeronautical VHF-FM transceiver (FM-2) which meets the same requirements as FM-1 unless the second aeronautical VHF-FM radio transceiver (FM-2) is specifically required. When two aeronautical VHF-FM radio transceivers are required, the AUX-FM is also required.

5. Automated Flight Following (Required January 1, 2006.)

   a. One Automated Flight Following (AFF) system compatible with the governments AFF tracking network (Webtracker). Not all available AFF systems are compatible with Webtracker nor meet Webtracker's requirements. The contractor shall ensure that the AFF system offered is compatible with Webtracker. To view Webtracker's current compatibility requirements and a list of previously successful AFF equipment manufacturers, refer to https://www.aff.gov.

   b. The AFF system shall be powered by the aircraft's electrical system, installed per the manufacturer's installation manual, and operational in all phases of flight. AFF equipment shall utilize as a minimum: Satellite communications, an externally mounted antenna, provide data to the Government's Webtracker software, use aircraft power via a dedicated circuit breaker for power protection, and be mounted so as to not endanger any occupant from AFF equipment during periods of turbulence. Any AFF manufacturer required pilot display(s) or control(s) shall be visible/selectable by the pilot(s). Remote equipment having visual indicators should be mounted in such a manner as to allow visual indicators to be easily visible.

   c. AFF communications shall be fully operational in the lower 48 states. Contractors accepting dispatches to the State of Alaska, Southern Canada, or Western Canada must have an AFF system capable of being tracked in these locations at all times. Not all manufacturers' AFF equipment communication links will operate effectively in all geographic areas.

   d. The contractor shall maintain a subscription service through the AFF equipment provider allowing AFF position reporting for satellite tracking via Webtracker. The position-reporting interval shall be every two minutes while the aircraft is in flight. The contractor shall register their AFF equipment with the Boise Help Desk providing: Complete tail number, manufacturer and serial number of the AFF transceiver; aircraft make and model; and Contractor contact information. If the Contractor relocates previously registered AFF equipment into another aircraft, then the Contractor shall contact the Boise Help Desk making the appropriate changes prior to aircraft use. In all cases, the contractor shall ensure that the correct aircraft information is indicated within Webtracker. The Contractor shall contact the Boise Help Desk of system changes, scheduled maintenance, and planned service outages.

e. Registration contact information, a web accessible feedback form, and additional information is available at: https://www.aff.gov. The Boise Help Desk can be reached at (800) 253-5559 or (208) 387-5290.

f. Prior to the aircraft's annual Contract inspection, the Contractor shall ensure compliance with all AFF systems requirements. The Contractor shall additionally perform an operational check of the system. As a minimum, the operational check shall consist of confirming the aircraft being tested is displayed in Webtracker (indicating it is currently transmitting data to Webtracker) and that all information displayed in Webtracker is current. A username and password is required to access Webtracker. Log on to the AFF website at https://www.aff.gov to request a username and password, or contact the Boise help desk. When the aircraft passes the operational check, an aircraft log book entry shall be made.

g. This clause incorporates Specification Section Supplement available at: https://www.aff.gov/contract.asp
with the same force and effect as if they were presented as full text herein.

B. Navigation Systems

One panel-mounted Global Positioning System (GPS) shall be permanently installed in the aircraft. The GPS shall: utilize WGS-84 datum; reference latitude and longitude coordinates in the DM (degrees/minutes/decimal minutes) mode; utilize an approved, fixed, external aircraft antenna; and be powered by the aircraft electrical system. The GPS unit must have the ability for manual entry of waypoints in flight. The GPS shall have a database (VFR and en-route units not over 1-year old and IFR approach units not over 28-days old) covering the continental United States and/or Alaska as required. Handheld and/or marine type equipment is not acceptable.

C. Transponder/Altitude Encoders

One ATC transponder and altitude reporting system(s) meeting the requirements of Part 91.215 (a) and (b), 14 CFR Part 91.413 and be tested and inspected every 24-calendar months as specified by 14 CFR Part 43, appendix F.

D. Static Pressure, Altimeter, and Automatic Pressure Altitude Reporting Systems

The aircraft's static system(s) shall be maintained in accordance with the IFR requirements of 14 CFR Part 91, and inspected and tested every 24-calendar months as specified by 14 CFR Part 43, appendix E.

E. Audio Control Systems

General

1. *Standard Category*. Two audio control systems (which may be combined in a single unit) shall be installed providing the pilot and observer/co-pilot separate systems. Each system shall provide pilot and observer/co-pilot with separate controls for selection of multiple receiver audio outputs and transmitter microphone/push-to-talk (PTT) audio inputs. Each system shall also provide pilot and observer/co-pilot with separate controls for adjustment of both ICS and receiver audio output levels. Note: One audio control system is required for aircraft designed for a single occupant (i.e. K-MAX).

2. *Restricted Category*. An audio control system shall be provided for the pilot and check/co-pilot. The system shall provide controls for selection of multiple receiver audio outputs and transmitter microphone/PTT audio inputs. The system shall also provide separate controls for adjustment of both Intercommunication System (ICS) and receiver audio output levels.

F. Transmitter Selection and Operation

1. *Standard Category.* Separate transmitter selection controls shall be provided to the microphone/PTT inputs of both the pilot and observer/co-pilot. The system shall be configured so that the pilot and observer/co-pilot may each simultaneously select and utilize a different transmitter (or Public Address (PA) System when installed) via their respective microphone/PTT. Whenever a transmitter is selected, the companion receiver audio shall automatically be selected for the corresponding earphone. Transmitter sidetone audio shall be provided for the user as well as for cross monitoring via the corresponding receiver selection switch on the other audio control system.

2. *Restricted Category*. A transmitter selection control shall be provided for the microphone/PTT inputs of the pilot and check/co-pilot. The system shall be configured so that the pilot or check/co-pilot may select and utilize a transmitter via their microphone/PTT. Whenever a transmitter is selected, the companion receiver audio shall automatically be selected. Transmitter sidetone audio shall be provided for the operator as well as for cross monitoring.

G. Receiver Selection and Operation

1. *Standard Category*. Separate controls shall be provided for both pilot and observer/co-pilot to select audio from one or any combination of available receivers. The aft exit passenger positions shall monitor the receiver(s) as selected by the observer/co-pilot (two positions minimum).

2. *Restricted Category.* Separate controls shall be provided for selection of audio from one or any combination of available receivers.

H. Radios and Systems

As a minimum, the audio control system(s) shall provide for selection of all installed radios and PA systems.

I. Earphones and Microphones

1. *Standard Category*. The audio system shall be designed for operation with 600-ohm earphones and carbon-equivalent, noise-canceling boom-type microphones (Gentex electret type Model 5060-2, military dynamic type M-87/AIC with CE-100 TR preamplifier, or equivalent). Only the pilot's position may be configured for low impedance (dynamic) operation.

   All earphone/microphone jacks in the aircraft shall be U-92A/U type, which will accept the U-174/U type plug. All U-92A/U cords shall be of an adequate length to provide the user free and unrestricted movement according to mission requirements.

2. *Restricted Category* . As required.

J. Push-to-Talk Systems

1. *Standard Category*. Separate Push-to-Talk (PTT) switches shall be provided for radio transmitter and ICS microphone operation at the pilot and observer/copilot positions. The pilot's PTT switches shall be mounted on the cyclic control. The observer/co-pilot's PTT switches shall be mounted on the cord to an earphone/microphone connector. In lieu of the observer/co-pilot's cord mounted PTT switches, a foot switch operated PTT system may be utilized. In aircraft requiring two pilots the observer/co-pilot's PTT system may be on the cyclic control. The aft exit passenger positions shall be equipped with an ICS PTT switch mounted on a cord to the earphone/microphone connector (two positions minimum).

2. *Restricted Category.* Separate PTT switches shall be provided for radio transmission and ICS microphone operation at the pilot and check/co-pilot positions.

K. Intercommunications Systems (ICS)

An ICS system shall be provided for the pilot, observer/co-pilot, and the aft exit passenger positions (2 positions minimum). ICS audio shall mix with, but not mute, selected receiver audio. An ICS audio level control shall be provided for each position above. Adjustment of the ICS audio level at any position shall not affect the level at any other position. A "hot mic" capability, controlled via an activation switch or voice activation (VOX), shall be provided for the pilot and observer/co-pilot. ICS sidetone audio shall be provided for the earphone corresponding with the microphone in use.

## C-9 Avionics Installation and Maintenance Standards

A. All avionics systems used in or on the aircraft for this contract and their installation and maintenance shall comply with all manufacturers' specifications and applicable 14 CFR requirements.

B. Strict adherence to the recommendations in FAA AC 43.13-1B Chapter 11, "Aircraft Electrical Systems", and Chapter 12, "Aircraft Avionics Systems", as well as AC 43.13-2A Chapter 1, "Structural Data", Chapter 2, "Radio Installation", and Chapter 3, "Antenna Installation", is required.

C. All avionics systems requiring an antenna shall be installed with a properly matched aircraft-certified, broadband antenna unless otherwise specified.

D. Antennas shall be polarized as required by the avionics system and have a Voltage Standing Wave Ratio (VSWR) less than 2.5 to 1.

E. Labeling and marking of all avionics controls and equipment shall be clear, understandable, legible, and permanent. Electronic label maker marking is acceptable.

F. Avionics equipment mounting location and installation shall not interfere with passenger safety, space, and comfort. Avionics equipment will not be mounted under seats designed for energy attenuation. In all instances, the designated areas for collapse shall be protected.

## C-10 Operations

A. General

1. Regardless of any status as a public aircraft operation, the Contractor shall operate in accordance with their approved FAA Operations Specifications and all portions of 14 CFR Part 91 (including those portions applicable to civil aircraft) and each certification required under this Contract unless otherwise authorized by the CO.

2. A Government representative may inspect the pilot's Interagency Helicopter Pilot Qualification Card for currency before any flight. The Government has mission control and can delay, terminate, or cancel a flight at any time.

B. Pilot Authority and Responsibilities

1. The Pilot-In-Command (PIC) is responsible for the safety of the aircraft, loading and unloading of occupants and cargo. The pilot shall comply with the directions of the Government, except when in the pilot's judgment compliance will be a violation of applicable federal or state regulations or contract provisions. The pilot has final authority to determine whether the flight can be accomplished safely and shall refuse any flight or landing which is considered hazardous or unsafe.

2. The pilot is responsible for computing the weight and balance for all flights and for assuring that the gross weight and center of gravity do not exceed the aircraft's limitations. Pilots shall be responsible for the proper loading and securing of all cargo. Load calculations shall be computed and completed by the pilot. (Exhibit 13, Interagency Helicopter Load Calculation)

3. Smoking is prohibited within 50-feet of fuel servicing vehicle, fueling equipment, or aircraft.

4. After engine(s) shutdown, the pilot may exit the aircraft while the rotor(s) are turning if the Rotorcraft Flight Manual (RFM) allows and the pilot remains within the arc of the rotor(s). The pilot shall coordinate this action with the Helicopter Manager. If not allowed by the RFM, aircraft must be shutdown and rotors stopped for pilot to exit aircraft or change seats.

5. Pilot will use an approved 14CFR 135/121 or appropriate 133 or 137 cockpit checklist for all flight operations.

6. Toe-in, single-skid, step-out landings are prohibited.

7. Equipment such as radios, survival gear, fire tools, etc., shall be located in or on the aircraft in such a manner as to potentially not cause damage or obstruct the operation of equipment or personnel. All cargo shall be properly secured.

8. The pilot shall not permit any passenger in the aircraft or any cargo to be loaded therein unless authorized by the CO.

9. <u>Passenger Briefing</u>

   Before each takeoff, the PIC shall ensure that all passengers have been briefed in accordance with the briefing items contained in Part 135 including (as applicable):

   a. Use of seat belts and/or shoulder harness

   b. Ingress/Egress procedures

   c. Emergency Locator Transmitter (ELT)

   d. Oxygen system

   e. No smoking within 50-feet of the aircraft

   f. First Aid Kit

   g Survival Kit

h. Personal Protective Equipment

i. Location of Fire Extinguisher

10. Flight Plans

Pilots shall file and operate on a FAA, ICAO, or Agency flight plan. Contractors flight plans are not acceptable. Flight plans shall be filed prior to takeoff when possible

11. Flight Following

Pilots are responsible for flight following with the FAA, ICAO, or in accordance with FS or DOI-Bureau approved flight following procedures.

12. Manifesting

Prior to any takeoff, the PIC shall provide the appropriate FS or DOI dispatch office/coordination center or helibase with current passenger and cargo information.

13. Fuel Reserve

To provide adequate fuel reserve all operations shall comply with 14 CFR Part 91 for VFR (20-minutes reserve).

C. IFR/Night Flight

Requires agency approval.

D. Flights with Cowling(s) or Doors Open/Removed

The Contractor is responsible for removal, reinstall and security of the doors. Flights with cowlings removed are not permitted. The aircraft external registration number shall be displayed in such a manner to not be compromised.

E. Bucket Operations

The following procedure shall be used for all bucket operations:

1. Determine allowable payload using the Interagency Helicopter Load Calculation, appropriate HOGE helicopter performance charts, and current local temperature and pressure altitude. Partial dips for performance planning purposes are not authorized.

2. At the beginning of the fuel cycle, bucket capacity shall be adjusted so that the bucket, when filled to the adjusted capacity, does not exceed the allowable payload.

3. Helicopters equipped with electronic hook load measuring systems that provide cockpit readout of the actual external load and a bucket that is equipped with a gating system that allows part of the load to be released while retaining the remainder of the load is authorized.

4. The calculation of the actual bucket payload shall be documented on the Interagency Helicopter Load Calculation Form. Use 8.3 pounds per gallon for water. When mixed fire retardant is being delivered by bucket, use the actual weight per gallon of the mixed retardant. The weight of the empty bucket and any associated suspension hardware (lines, cables, connectors, etc.) shall be included when calculating the actual payload.

5. Bucket capacity at each position or adjustment level shall be marked on the bucket. Collapsible buckets with cinch straps shall only be adjusted to marked graduations (i.e., 90%, 80%, 70%). Intermediate graduations or capacities below the manufacturer's minimum graduation (by tying knots, etc.) are prohibited.

6. Buckets shall be attached directly to the belly hook unless the pilot is approved for vertical reference.

7. Extension (Tag) lines of less than 50-feet are not permitted for bucket operations

F. Dual Controls

Dual controls are required and shall be made accessible to an approved agency Helicopter Inspector Pilot (HIP) for all pilot performance evaluations. Dual controls need not be removed from Type I and II aircraft; however, during flight operations the front seat not occupied by a pilot may only be occupied by a Helicopter Manager, or a briefed and authorized aerial observer.

G. Exemption for Transportation of Hazardous Material (HazMat)

1. Helicopters may be required to carry hazardous materials. Such transportation shall be in accordance with DOT Exemption and the DOI or FS Aviation Transport of Hazardous Materials Handbook/Guide (NFES 1068). A copy of the current exemption and handbook/guide and emergency response guide shall be aboard each aircraft operating under the provisions of this exemption.

2. It is the Contractor's responsibility to ensure that Contractor employees who may perform a function subject to this exemption receives training on the requirements and conditions of this exemption handbook/guide. Documentation of this training shall be retained by the company in the employee's records and made available to the Government as required.

3. The pilot shall ensure personnel are briefed of specific actions required in the event of an emergency. The pilot shall be given initial written notification of the type, quantity, and the location of hazardous materials placed aboard the aircraft before the start of

any project. Thereafter, verbal notification before each flight is acceptable. For operations where when the type and quantity of the materials do not change, repeated notification is not required.

4. It is the responsibility of the Contractor to ensure that Contractor employees have received training in the handling of hazardous materials in accordance with 49 CFR 172.

## C-11 Contractor's Environmental Responsibilities

A. The Contractor is responsible to ensure that all maintenance, fueling, and flight activities do not cause environmental damage to property or facilities. The Contractor is responsible to clean and rehabilitate areas adversely affected by Contractor activities and shall, whenever practical and possible, utilize solvents and cleaning agents that are either biodegradable or consistent with acceptable safety, health and environmental concern practices.

B. The Contractor is responsible for all cleanup of fuel, oil, and retardant contamination on airport ramps, retardant sites, parking areas, landing areas, etc., when caused by Contractor aircraft or personnel.

C. The Government may, at its option, assign an area to be utilized by the Contractor for storage of equipment used in support of Contract performance. Oil, solvents, parts, engines, etc. shall be stored and utilized in a manner consistent with acceptable safety, health and environmental concerns.

## C-12 Personnel

A. General

Pilots, fuel servicing personnel, and mechanics shall speak English fluently and communicate clearly.

B. Pilot Approvals and Qualifications

1. Interagency Pilot Inspectors will verify that Contractor pilots meet the experience and qualification requirements under this contract.

2. Each PIC shall, at the discretion of the Government, pass an agency flight evaluation check. The flight check will be in an aircraft supplied by the Contractor at no expense to the Government. The satisfactory completion of the evaluation flight will not substitute for any of the total flight hour requirements listed in this clause.

3. Pilots shall complete appropriate portions of the Helicopter Pilot Qualifications and Approval Record (Form FS-5700-20a or OAS-64) prior to evaluation. When approved, each pilot will be issued an Interagency Helicopter Pilot Qualification Card documenting make, model and series of aircraft approved to operate and the missions each pilot is approved to perform.

C. <u>Pilot Requirements - General</u>

1. Commercial or Airline Transport Pilot (ATP) Certificate with appropriate rating (Rotorcraft-Helicopter) and a valid Class I or Class II FAA Medical Certificate.

2. Written evidence of 14 CFR Part 135 Airman Competency Proficiency Check (FAA Form 8410-3 or equivalent).

3. Written evidence of an Equipment Check Endorsement for Restricted Category helicopters by the Chief Pilot (as applicable).

4. Written evidence of qualification to transport external loads.

5. Notwithstanding, 14 CFR Part 61.58(b), “Recent Flight Experience” helicopter PICs shall meet requirements of 14 CFR Part 61.58(a).

6. Proof of qualifications to meet 14 CFR Part 137.53 for congested areas.

7. At the CO's discretion, each pilot shall pass an agency flight evaluation in make, model, and series -conducted over typical terrain.

8. Pilots may function as mechanics providing:

   a. The pilot meets all the Mechanic Qualifications of this Contract.

   b. Pilot duty limitations will apply to the pilot when functioning as a mechanic.

   c. When pilots act as a mechanic, mechanic duties in excess of 2-hours will apply as flight hours on a one-to-one basis toward flight hour limitations.

   d. A mechanic, other than the pilot, shall perform 50-hour, 100-hour, or progressive inspections.

   e. If approved by the Contractor’s Operations Specifications, and in accordance with 14 CFR Part 43.3(h), 43.5 and 43.7, pilots may perform preventive maintenance on the aircraft.

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

D. Pilot Requirements - Experience

Pilots shall have accumulated as pilot-in-command (PIC) the minimum flight hours listed below. Flight hours shall be determined from a certified pilot log. Further verification of flight hours may be required at the discretion of the CO.

| 1. All Helicopters | | Minimum Experience Flying Hours |
|---|---|---|
| Total Time | | 1,500 |
| Pilot –in-command hours: | | |
| Total Pilot-in-Command (Helicopter) | | 1,500 |
| Helicopter, Preceding 12 months | | 100 |
| Weight Class | | 100 |
| Make and model | | 50* |
| Make, model, Series, last 12-months | | 10 |
| Helicopter Last 60 days | | 10 |
| | **and** | |
| Turbine helicopter operations | | 100 |
| | **or** | |
| Piston helicopter operations | | 200 |

* Flight hour requirements may be reduced by 50% if the pilot submits evidence of satisfactory completion of the manufacture's approved pilot ground and flight procedures training in the applicable make and model.
Small: up to an approved gross weight of 7000 pounds.

2. Additional Special Mission Requirements:

Contract Pilot-in-command (as related to the applicable Special Mission approval):

| | | Minimum Experience Flying Hours |
|---|---|---|
| Rough Terrain flying (FSM 5710.5) | | 200* |
| Rough Terrain flying experience – Make and model | | 10* |
| | **Or** | |
| Mountain flying (FSM 5710.5) | | 200 |
| Mountain flying experience-Make and model | | 10 |
| | **And/Or** | |
| Long line Vertical Reference (VTR) experience | | 10 |

Annual long line VTR recurrency training 2

* Mountain flying experience qualifies as rough terrain flying experience

E. Pilot - Equipment Proficiency

Pilots shall be required to demonstrate proficiency with all mission equipment.

F. Pilot - Vertical Reference Proficiency (if applicable)

1. Pilots may be required to demonstrate this capability during an agency evaluation. (Exhibit 10, Interagency Guidelines for Vertical Reference/External Load Training Standards)

2. Vertical reference qualified pilots shall maintain proficiency in vertical reference or external load operations. When active under Contract for a period of 30-consecutive days and no vertical reference activity occurs, the pilot will be provided a 1-hour proficiency flight at Government expense.

3. The Contractor may be considered unavailable for failure to maintain vertical reference proficiency.

G. Co-pilot Requirements (if applicable)

Co-pilots/Second-In-Command (SIC) shall meet requirements of operator’s certificate. They are not issued a Helicopter Pilot Qualification card.

H. Performance by Government Furnished Pilot (Exhibit 16, Performance by Government-Furnished Pilot)

I. Mechanic Qualifications

1. The mechanic shall have a valid FAA mechanic certificate with airframe and power plant ratings, and shall have held the certificate or foreign equivalent with both ratings for a period of 24-months. The mechanic shall have been actively engaged in aircraft maintenance as a certificated mechanic for at least 18-months out of the last 24-months immediately preceding the start date of the contract.

2. The mechanic shall have 12-months experience as an Airframe & Power Plant (A&P) mechanic or foreign equivalent in maintaining helicopters. Three months experience shall have been in the last 2 years.

3. The mechanic must show evidence of maintaining a helicopter of the same make and model as offered under "field" conditions for at least 1-full season. Three months experience maintaining a helicopter away from the operator’s Principle Base of Operations, and while under minimal supervision, will meet this requirement.

4. Mechanics shall have satisfactorily completed a manufacturer's maintenance course or an equivalent Forest Service or DOI-approved Contractor's training program for the make and model of helicopter offered, or show evidence of the mechanic has 12-months maintenance experience on a helicopter of the same make and model offered.

5. When requested by the Government, each Mechanic shall furnish a valid Interagency Mechanic Qualification card for review. The card shall be issued by the designated Interagency Maintenance Inspector for the duration of the Contract, including any optional periods. Should the mechanic leave the employment of the Contractor, the mechanic shall surrender the card to the Contractor upon termination of employment.

J. <u>Availability of Mechanics</u>

A mechanic (other than the pilot) shall maintain the helicopter in accordance with the Contractor's FAA approved Maintenance Program.

K. <u>Fuel Servicing Vehicle Driver Qualifications</u>

1. The Contractor shall furnish a fuel servicing vehicle driver (FSVD) for each day the helicopter is available. The driver shall meet all DOT requirements.

2. Driver(s) shall be experienced in proper fueling procedures and be familiar with the safety equipment installed on the fuel servicing vehicle.

**C-13 Conduct and Replacement of Personnel**

A. Performance of Contract services may involve work and/or residence on Federal property (i.e., National Forests and National Parks, etc.). Contractor employees are expected to follow the rules of conduct established by the manager of such facilities that apply to all Government or non-Government personnel working or residing on such facilities. The Contractor may be required to replace employees who are found to be in noncompliance with Government facility rules of conduct.

B. Personnel, who perform ineffectively, refuse to cooperate in the fulfillment of the Contract objectives, are unable or unwilling to adapt to field living conditions, or whose general performance is unsatisfactory or otherwise disruptive may be required to be replaced.

C. The CO shall notify the Contractor of specifics of the unsatisfactory conduct and/or performance by the Contractor's personnel. The determination of unacceptability is at the sole discretion of the CO. When directed by the CO, the Contractor shall replace unacceptable personnel.

## C-14 Suspension and Revocation of Personnel

A. The CO may suspend a contractor pilot, mechanic, or fuel servicing vehicle driver who fails to follow safe operating practices, does ineffective work, or exhibits conduct detrimental to the purpose for which contracted, or is under suspension or revocation by another government agency.

B. Upon involvement in an Aircraft Accident or NTSB Reportable Incident (see 49 CFR Part 830), a pilot operating under this contract shall be suspended from performing pilot duties under this contract and any other activity authorized under the interagency pilot qualification card(s) issued to the pilot pending the investigation outcome.

C. Upon involvement in an Incident-with-Potential as defined under mishaps, a pilot operating under this contract may be suspended from performing pilot duties under this contract and any other activity authorized under the interagency pilot qualification card(s) issued to the pilot pending the incident investigation outcome.

D. When a pilot/mechanic is suspended, and when requested, the interagency pilot/mechanic qualification card(s) shall be surrendered to the CO. Suspension will continue until:

   1. The investigation findings and decision indicate no further suspension is required and the interagency pilot/mechanic qualification card(s) is returned to the pilot/mechanic; or

   2. Revocation action to cancel the interagency pilot/mechanic authorization(s) is taken by the issuing agency in accordance with agency procedures.

## C-15 Substitution or Replacement of Personnel, Aircraft, and Equipment

A. The Contractor may substitute or replace aircraft or equipment equal to or greater than contract awarded performance after receipt of written approval by the Contracting Officer.

B. Request for substitution shall be made at least 10 (ten) days prior to the proposed exchange, except for unforeseen conditions.

C. When pilots are exchanged or replaced, training and familiarization costs, including any required flight time up to 3 (three) hours, shall be accomplished at the Contractor's expense. The Contracting Officer will determine the necessary amount of flight time up to 3 hours. This is not intended to affect cross-shifting of Pilots that are familiar with the operating area or to affect approved relief pilots.

## C-16 Relief Crews

The Contractor may furnish a relief crew to meet the days off requirement in accordance with C-17, Flight Hour and Duty Limitations. Payment will be made in accordance with C-39 Transporting of Relief Crews. Approval to furnish relief crews and costs for transporting of relief crews will be approved in advance by the helicopter manager. Approval will be

noted on the payment invoice in the remarks section.

## C-17 Flight Hour and Duty Limitations

A. All flight time, regardless of how or where performed, except personal pleasure flying, will be reported by each flight crewmember and used to administer flight hour and duty time limitations. Flight time to and from an Assigned Work Location as a flight crewmember (commuting) will be reported and counted toward limitations if it is flown on a duty day. Flight time includes, but is not limited to: military flight time; charter; flight instruction; 14 CFR Part 61.56 flight review; flight examinations by FAA designees; any flight time for which a flight crewmember is compensated; or any other flight time of a commercial nature whether compensated or not.

B. For each day during mobilization and demobilization, duty time will be computed based on the Time Zone at the **point-of-hire.**

1. Pilots

   a. Pilot flight hour computations shall begin at liftoff and end at touchdown and will be computed from the flight hour meter installed in the aircraft. All flight hours shall fall within duty hour limitations.

   b. Flight time shall not exceed a total of 8-hours per day.

   c. Pilots accumulating 36 or more flight hours in any 6-consecutive duty-days shall be off duty the next day. Flight time shall not exceed a total of 42-hours in any 6-consecutive days. After any 1-full off-duty day, pilots begin a new 6-consecutive day duty-period for the purposes of this clause, providing during any 14-consecutive day period, each pilot shall have two full days off-duty. Days off need not be consecutive.

   d. Assigned duty of any kind shall not exceed 14-hours in any 24-hour period. Within any 24-hour period, pilots shall have a minimum of 10-consecutive hours off duty immediately prior to the beginning of any duty-day. Local travel up to a maximum of 30-minutes each way between the work site and place of lodging will not be considered duty time. When one-way travel exceeds 30 minutes, the total travel time shall be considered as part of the duty day.

   e. Duty includes flight time, ground duty of any kind, and standby or alert status at any location.

   f. During times of prolonged heavy fire activity, the Government may issue a notice reducing the pilot duty-day/flight time and/or increasing off-duty days on a geographical or agency-wide basis.

g. Flights point-to-point (airport to airport, heliport to heliport, etc.) with a pilot and co-pilot shall be limited to 10-flight hours per day. (A helicopter that departs "Airport A," flies reconnaissance on a fire, and then flies to "Airport B," is not point-to-point).

h. Pilots may be relieved from duty for fatigue or other causes created by unusually strenuous or severe duty before reaching duty limitations.

i. When pilots act as a mechanic, mechanic duties in excess of 2-hours will apply as flight hours on a one-to-one basis toward flight hour limitations.

j. Relief, additional, or substitute pilots reporting for duty under this Contract shall furnish a record of all duty and all flight hours during the previous 14-days.

2. Mechanics

a. Within any 24-hour period, personnel shall have a minimum of 8 consecutive hours off duty immediately prior to the beginning of any duty day. Local travel up to a maximum of 30 minutes each way between the work site and place of lodging will not be considered duty time. When one way travel exceeds 30 minutes, the total travel time shall be considered as part of the duty day.

b. Mechanics will have 2 full calendar days off duty during any 14 day period. Days need not be consecutive.

c. Duty includes standby, work, or alert status at any location.

d. Mechanics may be removed from duty for fatigue or other causes created by unusually strenuous or severe duty before reaching duty limitations.

e. The mechanic shall be responsible to keep the Government apprised of their ground duty limitation status.

f. Relief or substitute mechanics reporting for duty under this contract may be required to furnish a record of all duty time during the previous 14-days.

g. When the mechanic serves as the fuel servicing vehicle driver, the more stringent of the duty limitations apply.

3. Fuel Servicing Vehicle Drivers

a. It is the Contractors' responsibility to insure that employees comply with DOT Safety Regulation 49 CFR Part 390-399, including duty limitations.

b. Fuel servicing vehicle drivers may be removed from duty for fatigue or other causes created by unusually strenuous or severe duty before reaching duty limitations.

c. The fuel servicing vehicle driver will be responsible to keep the Government apprised of their ground duty limitation status.

d. Notwithstanding DOT Safety Regulation 49 CFR Part 390-399, the fuel servicing vehicle driver shall have a minimum of two (2) full calendar days off duty during any 14-day period. Off duty days need not be consecutive.

## C-18 Accident Prevention and Safety

A. The Contractor shall furnish a copy of all reports required to be submitted to the Federal Aviation Administration (FAA) by the Federal Aviation Regulations (FAR) that relate to Pilot and maintenance personnel performance, aircraft airworthiness or operations.

Examples of these reports are paragraphs 14 CFR Part 135.415 Mechanical Reliability Reports and Part 135.417 Mechanical Interruption Summary Reports required of the FAR, 49 CFR Part 830, and FAA Form 8010-4, Malfunction or Defect Report.

B. Following the occurrence of a mishap, the Contracting Officer will evaluate whether noncompliance or violation of provisions of the contract, the Federal Aviation Regulations applicable to the Contractor's operations, company policy, procedures, practices, programs, and/or negligence on the part of the company officers or employees may have caused or contributed to the mishap. The occurrence of the mishap may constitute default in the performance of the contract. A finding of default under the above cited conditions shall entitle the Government to exercise the right to terminate the contract for cause as provided in the “Contract Terms and Conditions” as stated herein.

C. The Contractor shall keep and maintain programs necessary to assure safety of ground and flight operations. The development and maintenance of these programs are a material part of the performance of the contract. When, in the sole judgment of the Contracting Officer, the safety programs will not adequately promote the safety of operations, the Government may terminate the contract for cause as provided in the “Contract Terms and Conditions” as stated herein.

Examples of such programs are (1) personnel activities, (2) maintenance, (3) safety, and (4) compliance with regulations.

D. The Contractor shall fully cooperate with the Contracting Officer in the fulfillment of this clause. The Contracting Officer may suspend performance of this contract work, during the evaluation period used to determine cause as stated above.

## C-19 Mishaps

A. Reporting

The Contractor shall, by the most expeditious means available, notify the National Transportation Safety Board (NTSB) and the FS or DOI when an "Aircraft Accident" or NTSB reportable "Incident" occurs within any company operations, whether under the Contract or not. Also, the FS or DOI shall immediately be notified when an "Incident-with-Potential" occurs.

B. Forms Submission

1. Following an "Aircraft Accident" or when requested by the NTSB following the notification of a reportable "incident," the Contractor shall provide the FS or DOI with the information necessary to complete a NTSB Form 6120.1/2.

2. The NTSB Form 6120.1/2 does not replace the Contractor's responsibility, within 5-days of an event, to submit to the FS or DOI a "SAFECOM" to report any condition, observance, act, maintenance problem, or circumstance that has potential to cause an aviation-related mishap.

3. Blank SAFECOMS and assistance in submitting SAFECOMS can be obtained from the FS or DOI. SAFECOMS may be submitted electronically at www.safecom.gov.

C. Wreckage Preservation

1. The Contractor shall not permit removal or alteration of the aircraft, aircraft equipment, or records following an "Aircraft Accident", "Incident", or "Incident-with-Potential" which results in any damage to the aircraft or injury to personnel until authorized to do so by the CO. Exceptions are when threat-to-life or property exists; the aircraft is blocking an airport runway, etc. The CO shall be immediately notified when such actions take place.

2. The NTSB's release of the wreckage does not constitute a release by the CO, who shall maintain control of the wreckage and related equipment until all investigations are complete.

D. Investigation

The Contractor shall maintain an accurate record of all aircraft accidents, incidents, aviation hazards and injuries to Contractor or Government personnel arising in the course of performance under this Contract. Further, the Contractor fully agrees to cooperate with the FS or DOI during an investigation and make available personnel, personnel records, aircraft records, and any equipment, damaged or undamaged, deemed necessary by the FS or DOI. Following a mishap, the Contractor shall ensure that personnel (pilot, mechanics, etc) associated with the aircraft shall be readily available to the mishap investigation team.

E. Related Costs

The NTSB, FS or DOI shall determine their individual agency investigation cost responsibility. The Contractor will be fully responsible for any cost associated with the reassembly, approval for return-to-Contract availability, and return transportation of any items disassembled by the FS or DOI.

F. Search, Rescue, and Salvage

The cost of search, rescue and salvage operations made necessary due to causes other than negligent acts of a Government employee shall be the responsibility of the Contractor.

## C-20 Personal Protective Equipment

A. General Operations

The following personal protective equipment shall be furnished by the Contractor, be operable and maintained in serviceable condition as per appropriate manufacturer's specifications.

B. Helmets

1. Contractor personnel while flying under this Contract shall wear an approved protective flight helmet with chinstrap fastened.

2. Aviators flight helmet, consisting of a one-piece hard shell made of polycarbonate, Kevlar, carbon fiber, or fiberglass, shall cover the top, sides (including the temple area and to below the ears), and the rear of the head. The helmet shall be equipped with a chinstrap and shall be appropriately adjusted for proper fit. Flight helmets for helicopter usage shall conform to a national certifying agency standard, such as DOT, Snell, SFI, or an appropriate military standard, or appropriate equivalent standard, and be compatible with required avionics. "Shorty" (David Clark style) helmets are not approved.

3. Flight helmets currently meeting this requirement are known to include:

   a. SPH-3, 4, 5, 8

   b. HGU-56, 84

4. Helmets designed for use in fixed wing aircraft do not provide adequate protection for helicopter occupants and are not approved for helicopter use.

C. Clothing

1. Contractor personnel while flying shall wear long-sleeved shirt and trousers (or long-sleeved flight suit) made of fire-resistant polyamide or aramid material, leather boots and leather, polyamide, or aramid gloves. A shirt with long-sleeves overlapping gloves, and long-pants overlapping boots by at least 2-inches, shall be worn by the pilot(s). Personnel shall not wear clothing made of non fire-resistant synthetic material under the fire-resistant clothing described herein.

2. Nomex® or other material proven to meet or exceed specifications contained in MIL-C-83429A may be worn. Currently, the following "other" materials meet this specification:

   a. FRT Cotton Denim Cloth, MIL-C-24915

   b. FRT Cotton Chambray Cloth, MIL-C-24916

3. Clothing not containing labels identifying the material either by Brand Name or MIL-Spec will not be acceptable.

D. <u>Ground Operations</u>

1. While within the safety circle of a helicopter with engine(s) running and/or rotor(s) turning, all Contractor personnel shall wear the following PPE:

   a. Shirt with long-sleeves overlapping gloves, long-pants, hardhat/flight helmet with chinstrap, appropriate footwear, hearing and eye protection.

   b. Maintenance personnel working on running aircraft are exempt from gloves, eye protection (eye protection may be worn at the option of maintenance personnel or company policy), long sleeves, and hardhat requirements.

2. During all fueling operations, fuel-servicing personnel shall wear a long-sleeved shirt, long trousers, boots, and gloves. The shirt and pants must be made of 100% cotton or other natural fiber, or be labeled as non-static.

E. <u>Personal Flotation Devices</u>

1. A personal flotation device (PFD) required by 14 CFR Part 91 shall be worn by each individual on board the helicopter when conducting operations beyond power-off gliding distance to shore, and during all hovering flight operations conducted over water sources such as ponds, streams, lakes, and coastal waters.

2. Automatic inflation (water activated) personal flotation devices shall not be allowed.

**C-21 Inspection and Acceptance**

In accordance with Federal Acquisition Regulation Clause 52.212-4 (a), the following is added**:**

A. <u>Pre-Use Inspection of Equipment and Personnel</u>

1. After award of the Contract and any renewal thereof, an inspection of the Contractor's equipment and personnel will be made. Inspections will be performed during normal Government working hours at a location mutually agreed to by the Contractor and CO.

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

2. The aircraft, pilot, relief pilot, mechanic, fuel vehicle driver, and fuel servicing vehicle will be made available for inspection as scheduled by the CO.

3. At the scheduled inspection, the Contractor shall provide a complete listing of all FAA ADs and Manufacturer's Mandatory Service Bulletins (MSBs) applicable to the make, model, and series of aircraft being offered. Documentation of compliance to each AD and MSB will include date and method of compliance, date of recurring compliance, and an authorized signature and certificate number will be recorded. The list shall be similar to that shown in AC 43-9, as amended.

4. All components or items installed in the offered aircraft that are subject to specified time basis or schedule (time/calendar life) for inspection, overhaul, or replacement shall be listed and made available to the Government at time of inspection. The list shall include component name, serial number, service life or inspection/overhaul time, total time since major inspection, overhaul, or replacement and hours/cycles calendar time remaining before required inspection, overhaul, or replacement. The list shall be similar to that shown in AC 43-9, as amended.

5. The Contractor may be required to furnish a copy of the procedures manual and revisions as required by 14 CFR Part 135 (as applicable).

6. Each fuel servicing driver will be expected to demonstrate knowledge of correct fueling procedures, and fueling and safety equipment installed on the fuel-servicing vehicle. Contractor shall have equipment and personnel to change the filter on the fuel service vehicle as required.

7. The fuel service vehicle approval is only an indication that the vehicle meets the additional equipment requirements of this Contract, and in no way indicates that the vehicle meets any requirement of 49 CFR.

8. The items described below shall be made available at the pre-use or renewal inspection:

   a. Certificates/Contract

      (1) Copy of 14 CFR Part 133 External Load Operations (aircraft listing)

      (2) Copy of 14 Part CFR 135 Operations Specifications (as applicable)

      (3) Copy of 14 CFR Part 137 Agricultural Aircraft Operations

      (4) Complete copy of awarded Contract, including modifications, with each aircraft

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

b. Pilot(s)

(1) Completed Pilot Qualifications and Approval Record Form, and pilot records.

(2) FAA pilot certificates

(3) Current FAA pilot medical certificate

(4) Pilot 14 CFR Part 135 Airman Competency/Proficiency Check (FAA Form 8410-3). For Restricted Category helicopters, an equipment check endorsement by the chief pilot. For Restricted Category aircraft requiring two pilots, competency proficiency checks per 14 CFR Part 61.

(5) Pilot 14 CFR Part 133 competency endorsement.

(6) Completed Interagency Guidelines for Vertical Reference/External Load Training Standards form for each pilot requiring a long-line endorsement. (See Exhibit 10, Interagency Guidelines for Vertical Reference/External Load Training Standards Form)

(7) The Contractor shall ensure that each pilot reviews the Contract and signs the Interagency Pilot Operations Briefing Certificate. A current signed certificate shall be in receipt of the CO prior to operating under the Contract and annually thereafter. Certificates will be maintained with the pilot approval records. (Exhibit 9, Pilot Operations Briefing Certificate)

c. Equipment

(1) Appropriate equipment installed, or available to be installed, on the aircraft for the flight evaluation; i.e. dual controls, communications and navigation equipment and buckets.

(2) Long-line(s) of at least 150 feet and a suitable weight shall be available. (if applicable)

(3) Aircraft maintenance records

(4) Fuel servicing vehicle available

(5) Additional Equipment as offered

d. Mechanic(s)

(1) A & P Mechanic available

(2) Completed A&P Qualifications and Approval Record Form with applicable qualifying mechanic's records.

## C-22 Pre-Use Inspection Expenses

A. All operating expenses incidental to the inspection shall be borne by the Contractor.

B. Pilot evaluation flights may require up to 2-hours of flight time for each pilot as deemed necessary by the CO. All evaluation flights shall be performed in a helicopter of like make and model furnished for the contract. (Exhibit 11, Helicopter Make/Model/Series Lists)

C. The Contractor shall ensure that a set of fully operational dual flight controls are installed in the aircraft during all pilot evaluation flights.

D. The Contractor will not be charged for the costs incurred by the Government on the initial pre-use inspection.

## C-23 Re-inspection Expenses

When re-inspection is necessary because Contractor equipment and/or personnel did not satisfy the initial inspection, or when inspecting substitute personnel and/or equipment subsequent to the initial pre-use inspection, the Contractor may be charged the actual costs incurred by the government in performing the re-inspection. Re-inspections will be performed at a time and location mutually agreed to by the Contractor and CO.

## C-24 Inspections During Use

A. At any time during the Contract period, the CO may require inspections/tests as deemed necessary to determine that the Contractor's equipment and/or personnel currently meet specifications. Government costs incurred during these inspections will not be charged to the Contractor.

B. Should the inspections/tests reveal deficiencies that require corrective action and subsequent re-inspection, the actual costs incurred by the Government may be charged to the Contractor.

C. When the aircraft becomes unavailable due to mechanical breakdown, the Government reserves the right to inspect the aircraft after the Contractor's mechanic has approved the aircraft for return to service. For items covered under 14 CFR Part 135.415, the Contractor shall furnish the CO with a completed copy of FAA Form 8010-4, Malfunction or Defect Report, or a Helicopter Association International (HAI) Maintenance Malfunction/Information Reporting Form 9 (as applicable).

## C-25 Contract Period and Renewal Option

The Contract period shall extend from date of the award through April 30, 2006. However, at the option of the Government, the Contract may be renewed for 2-additional years, provided that the CO serves notice of intent to renew at least 60-days prior to Contract expiration. The renewal will be with the same terms and conditions. Availability shall be offered for base year and each optional renewal period (See Section B, Schedule of Items); however, the non fuel portion of the Government established flight rate will be subject to the provisions of Section D, Economic Price Adjustment Clause.

## C-26 Authorized Ordering Activities

The National Interagency Coordination Center (NICC), located at the National Interagency Fire Center (NIFC) in Boise, Idaho is the only office authorized to place orders under the Contract. Contractors shall not accept orders from any other source.

## C-27 Ordering Procedures

Orders for service will be placed with the Contractor subject to the following:

A. Orders for service will be placed with the Contractor as needed. Orders will be filled based on performance, cost and urgency. The Government will calculate performance and allowable payload for each aircraft on contract. Computed performance, allowable payload for conditions expected at the assigned work location, aircraft configuration, location of aircraft and crew at the time of the need may take precedent over other factors including cost when ordering aircraft.

B. The Government does not guarantee the placement of any orders for service under the Contract and the Contractor is not obligated to accept any orders. However, once the Contractor accepts an order, the Contractor is obligated to perform in accordance with the terms and conditions stated herein.

## C-28 Point-of-Hire

Point-of-Hire shall be the Contractor's Principle Base of Operations as specified in Section B or the location of aircraft at time-of-hire.

## C-29 Assigned Work Location(s)

The Assigned Work Location will be determined at the time the order for services is placed.

## C-30 Ordered Availability Periods

Helicopters and associated equipment and personnel shall be available as ordered by the CO and agreed to by the Contractor. After a period of availability has begun, the helicopter will not be released at the request of the Contractor until approved by the CO.

## C-31 Daily Availability Requirements

A. Equipment. Continental United States - Helicopters and associated equipment will be available 14-hours each day beginning at start of morning civil twilight, unless otherwise specified by the CO. Helicopters and associated equipment will not be removed from the Assigned Work Location without the approval of the CO.

B. Personnel. Personnel will be in one of the following categories of availability:

1. Standby: Personnel will be on Standby status each day **of the incident**. The beginning of the Standby period will be set by the CO and may be adjusted from day-to-day. Once Standby begins, the standby period will continue for 9 consecutive hours regardless of the payment status of the aircraft. During the Standby period, with the exception of the first 30 minute period to accommodate preflight, the personnel/aircraft shall be able to respond to a dispatch within 15-minutes unless an alternate response time is established by the CO.

2. Extended Standby (that period over 9 hours per day per authorized crew member) is not intended to compensate the Contractor on a one-to one basis for all hours necessary to service and maintain the aircraft, nor is it paid while crew is traveling to and from place of lodging. Extended standby must be specifically ORDERED and documented on the Flight Use Report by the Government and only in unusual circumstances will the Government compensate the Contractor for extended standby when aircraft is not also available for immediate dispatch. Extended Standby is not applicable to double-flight crews. Extended Standby applies only to the awarded number of compensable personnel provided with each aircraft.

3. Authorized Break. During the standby period, requirements may be modified by the CO to allow Contractor's personnel time off away from the Assigned Work Location or to conduct routine maintenance. No deduction of availability will be made for such authorized breaks except when Contractor personnel fail to return to Standby upon request. The Contractor will provide the CO with information on how to contact Contractor personnel. Personnel will be allowed 1-hour to return to standby status after the contact attempt is made. Failure to return to work within 1-hour will result in loss of availability.

4. Release-from-Duty. The Contractor's personnel may be released and be considered off duty prior to completion of their individual crew duty limitation period. Once released, the Contractor personnel are not required to return to Standby status the same day. Service shall be recorded as fully available provided the CO has approved release of the Contractor's personnel in advance.

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

## C-32 Unavailability

A. The Contractor will be considered to be "Unavailable" whenever equipment or personnel are unable to perform or fail to perform the requirements of this Contract. Also the aircraft will be considered unavailable when the pilot, mechanic, or fuel servicing vehicle driver cannot perform because of duty limitations unless a relief crew is provided. Unavailability however, will not be assessed when pilot(s) has reached flight and/or duty limitations while performing under this Contract when the conditions in C.17, Flight and Duty Limitations occur. In addition the aircraft will not be considered unavailable when the mechanic is not physically at the base of operations but is in contact and is within a 1 hour commute of base. Unavailability will continue to be assessed as per unavailability clause for mechanical breakdown, etc.

B. Unavailability status will continue until the deficiency is corrected. It is the Contractor's responsibility to inform the CO whenever the equipment or personnel become available. Inspection by the Government after a performance failure has occurred will be made as promptly as possible after the Contractor has given notice that the deficiency has been corrected. When Inspection reveals that the failure has been corrected, the Contractor will be considered in "Available" status from the time the Contractor gives notice to the Government that the deficiency has been corrected. If consistent failure to respond to dispatches occurs, the CO retains the right to require check flights at Contractor's expense.

C. Periods of Unavailability will be accumulated for the day and rounded-up to the next quarter hour whenever the Contractor fails to comply with the requirements specified herein. Availability for the helicopter and equipment will be reduced by 1/56 for each quarter hour service is unavailable.

## C-33 Payment for Flight

A. Flight time will be computed in hours and tenths of hours as recorded by the collective activated digital flight hour meter (Hobbs) on the helicopter.

B. Payment for flight time will be made only when flight is properly ordered by designated personnel.

C. The Government does not guarantee any flight time.

## C-34 Payment for Availability

A. Availability will be paid at the applicable rate specified in the Schedule of Items only when Contractor's equipment and personnel meet the Daily Availability Requirements.

B. Availability for aircraft and crewmembers (maximum 14-hours-single crew) will be ordered, measured, and recorded each day.

C. Payment for availability will not commence until the aircraft and flight crew arrive at the Assigned Work Location and are available for standby. On the first day, if an aircraft arrives at the Assigned Work Location at or before 1200 hours (noon local time), a full day of availability will be paid. Aircraft arriving after 1200 hours (noon local time), will be paid for a half-day of Availability.

For purposes of this clause, on the first and last day, duty time will be computed based on time zone at point of departure.

D. On the last day at the Assigned Work Location, aircraft released from the Assigned Work Location at or before 1200 hours (noon local time) will be paid one half-day of Availability. Aircraft released after 1200 hours (noon local time) will be paid for a full day of Availability.

E. No more than one day of Availability may be earned in a calendar day (0001 to 2400).

F. When the aircraft and crewmembers have arrived at the Assigned Work Location and the fuel-servicing vehicle is enroute, the aircraft and crewmembers may be considered to be available for payment purposes by the CO.

G. The awarded daily availability rate shall include all fixed and variable costs (depreciation, salaries, overnight allowances, overhead, permanent shop facilities, etc.) incurred in providing continuous service exclusive of those costs directly attributed to actual flight.

### C-35 Payment for Extended Standby

A. Extended standby will be measured in hours (rounded to the next full-hour and paid at the rate specified in the Schedule of Items) for all Extended Standby ordered by the CO and performed by the Contractor when the crew meets the Standby requirement in accordance with Section C, Daily Availability Requirements.

B. Extended Standby is not applicable on days when mobilization or demobilization is paid.

C. The Contractor will not be compensated for Extended Standby when the aircraft is not available for immediate dispatch, except when authorized by the CO.

### C-36 Payment for Project Work

A. Services may be ordered for short periods of time (normally 1-day or less) to accomplish project work.

B. When service is ordered under the Project Rate specified in the Schedule of Items, payment will be made only for actual flight time performed. Daily Availability rate is not applicable. When the Project Rate is in effect and when the project extends for more than 1-day, incurred Remain-Over-Night (RON) costs will be reimbursed in accordance with the Federal Travel Regulations (FTRs.)

C. Services may also be ordered under the Daily Availability Rate specified in the Schedule of Items, plus the flight rate specified (Exhibit 12, Helicopter Services Hourly Flight Rates, Fuel Consumption, and Weight Reduction Chart). When the Daily Availability method of payment is used, RON fees are not applicable.

D. The method of payment shall be established prior to the start of the project. The selected method of payment will be used for the duration of the project.

**C-37 Reimbursement for Mobilization and Demobilization Costs**

A. During mobilization and demobilization, on any day in which flight is performed and no Daily Availability is earned, a lump sum of $500 per day per authorized crewmember will be paid. Flight time performed will be paid at the applicable flight rate. (Exhibit 12, Helicopter Services Hourly Flight Rates, Fuel consumption, and Weight Reduction Chart).

B. Mobilization and Demobilization is not applicable if the helicopter is reassigned. The rate in affect for a reassignment is the daily availability rate plus flight.

C. Mobilization and Demobilization is not applicable when using project flight rate.

D. Mobilization and Demobilization payment is not intended to compensate the Contractor on a one-to-one basis for incurred costs.

E. The Contractor will be reimbursed for fuel service vehicle mileage, airport landing fees, airport use costs (tie-downs) truck permits or taxes at points-of-entry associated with performance under this Contract. Costs associated with preparing the aircraft for service will not be paid.

F. The costs shall be necessary and reasonable in amount. Submit a copy of an itemized receipt for cost(s) in excess of $75.00 to the designated payment office. Salary costs for Contractor employee(s) while in travel status will not be paid.

G. Claims for reimbursement shall be documented on the FS or DOI Flight Use Report and supported by invoice(s) and/or document(s) when required. Payment will not be made unless required invoice(s) and/or document(s) are attached to the Flight Use Report as incurred.

H. Failure to perform upon arrival at the Assigned Work Location may result in non-payment of all mobilization and demobilization costs.

I. When an aircraft is released from the Assigned Work Location, demobilization costs will be paid back to the original point-of-hire providing that is the immediate destination after release. Should the aircraft not immediately return to the original point-of-hire, demobilization costs will only be paid as they actually occur.

J. During mobilization, if cancellation occurs after flight has commenced, the Contractor will be compensated in accordance with the above provisions.

### C-38 Ordering/Payment for Additional Personnel

The CO may order an additional pilot or crewmember on an intermittent basis to maximize usage of the helicopter. The pilot or crewmember may be furnished at the option of the Contractor. All terms and conditions of the Contract will apply except as set forth below:

A. When ordered by the CO, each additional crewmember will be paid a lump sum of $500 per day for travel days and work days.

B. Transportation costs shall be reviewed by the CO to determine reasonableness prior to ordering. Reasonable costs of transportation from the point-of-hire and return will be paid.

C. This does not apply to relief crews brought in by the Contractor on primary pilot or crews' mandatory days off.

### C-39 Transporting of Relief Crew

The reasonable cost of transporting a relief crew to and from the current Base of Operations of the Helicopter will be paid by the Government. Claims for reimbursement will be supported by itemized paid invoices and other documents necessary to verify incurred costs; i.e., itineraries supporting round trips, names of travelers, etc. This cost reimbursement is not applicable to primary crews. Salary costs for Contractor employee(s) while in travel status is not a cost for which the Government will reimburse the Contractor.

### C-40 Ordering Additional Equipment

A. When additional equipment listed in the Schedule of Items is expressly ordered by the CO on the original aircraft order, the Contractor will be paid the daily rate for each day the equipment is on site and available until released by the CO.

B. Additional equipment not expressly ordered with the aircraft but made available on site by the Contractor will be paid only for each unit of actual ordered use.

### C-41 Additional Aircraft after Contract Award

After Contract award, aircraft with performance equal to or higher than aircraft awarded under this contract may be added at the CO's option at the same price as aircraft originally awarded. The flight rate will be for the make and model being added. All terms and conditions of the contract apply.

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

### C-42 Meals

No charge will be made for meals furnished by the Government.

### C-43 Payment for Fuel Servicing Vehicle Mileage

A. A fuel-servicing vehicle is required for all fire support use. At the CO's option, a fuel-servicing vehicle may be ordered for project work.

B. The price of the vehicle is included in the daily availability rate or project flight rate offered for both fire and project use.

C. When dispatched by the Government, applicable mileage rates will be paid to and from the Assigned Work Location, beginning at the Contractor's Principle Base of Operations or from the location of the vehicle at the time of order, whichever is closer. Payment will be made only for miles driven in support of the aircraft. Mileage rate schedule follows:

$2.50 per mile - where the carrying capacity of aircraft fuel is 1,500-gallons or more.

$2.00 per mile - where the carrying capacity of aircraft fuel is at least 750-gallons, but less than 1,500-gallons.

$1.40 per mile - where the carrying capacity of aircraft fuel is at least 350-gallons, but less than 750-gallons.

$ .95 per mile - where the carrying capacity of aircraft fuel is less than 350-gallons.

### C-44 Payment for Fuel Transportation

A. The Government will reimburse the Contractor for costs incurred in transportation of helicopter fuel to sustain Government operations under the following conditions:

1. When Contractor's fuel servicing vehicle cannot travel to an Assigned Work Location due to lack of road access.

2. When Contractor has to arrange for fuel support at an Assigned Work Location to provide a supply for helicopter flights until the Contractor's fuel-servicing vehicle arrives on site.

B. The CO will designate the method of transportation and the gallons to be transported.

C. When the CO orders the Contractor to transport fuel by air, the flight time required to transport the fuel will be paid at the Contract flight hour rate.

D. When the CO orders transportation of fuel by commercial carrier, reimbursement will be based on submitted copies of paid invoices.

E. In the event the Government furnishes fuel to the Contractor, fuel cost will be charged based upon rates at the nearest accessible point fuel is commercially available. Such fuel costs will be deducted from any sums otherwise due the Contractor on the FS or DOI Flight Use Report.

## C-45 Payment for Foam Concentrate

A. Payment for approved foam concentrate, when ordered by the CO and furnished by the Contractor, will be made on an actual cost basis. Invoice or invoice copies must be submitted to substantiate actual cost payment.

B. Any foam concentrate provided by the Contractor shall be on the list of Approved Foam Products found at the following website: www.fs.fed.us/rm/fire .

## C-46 Miscellaneous Costs to the Contractor

A. Miscellaneous, unforeseen costs incurred by the Contractor while performing under the terms of the Contract may be reimbursed at Actual Cost when approved by the CO. Examples of such items are airport landing fees, fuel flowage, airport use costs (tie-downs) truck permits or taxes at points-of-entry. A paid receipt shall support any cost in excess of $75.00

B. Claims for reimbursement shall be documented on the FS or DOI Flight Use Report and supported by receipt(s) and/or document(s) when required. In cases where fees are assessed at a later date, claims will be submitted to the Contracting CO.

## C-47 Payment Procedures

A. Services Ordered and Received by the USDA Forest Service

1. All flight time, daily availability, and other authorized charges or deductions shall be recorded on Form FS-6500-122 (Flight Use Report). At the end of each day this form shall be completed and signed by Government and Contractor's Representative.

2. At the election of the Contractor, the completed and signed Flight Use Report may be used as the Contractor's invoice.

3. Instructions for completing the FS-6500-122 are included in the "122" booklet and the Interagency Helicopter Operations Guide (IHOG).

4. Payment will be made semi-monthly for service as specified on the approved Form FS-6500-122 or Contractor-furnished invoice. Forms accumulated during the first half of the month will be processed for payment about the 16th day of the month and those accumulated during the last half of the month will be processed about the 1st day of the following month.

5. A USDA-FS Contract Number will appear on all Form FS-6500-122's. All original Form FS-6500-122's shall be submitted by the Contractor to:
   USDA-FS Boise National Forest
   Fiscal & Accounting
   1249 South Vinnell Way
   Boise, ID 83709-1659
   Any questions concerning payment should be directed to the Contracting Unit at NIFC, (208) 387-5631.

B. Services Ordered and Received by the DOI

1. An Aircraft Use Report (OAS-23 Form) shall be completed and signed by both the Contractor's Representative and the Government. Instructions for proper completion of the Aircraft Use report are contained in the OAS-23 booklet and the Interagency Helicopter Operations Guide (IHOG).

2. At the election of the Contractor, the completed and signed Aircraft Use Reports may be used as the Contractor's invoice.

3. The Contractor may submit invoices not less frequently than every 2-weeks beginning from the 1st day services begin or upon release from the Assigned Work Location. Services provided shall be itemized and documented on a daily basis.

4. A DOI Contract Number will appear on all Form OAS -23's. All original Form OAS-23's shall be submitted by the Contractor to:

   Department of the Interior
   National Business Center - Aviation Management
   300 E. Mallard Drive, Ste. 200
   Boise, ID 83706-3991

   Any questions concerning payment should be directed to Edie Stansbury at (208) 433-5028 or Mike McFarlane (208) 433-5027.

**C-48 Helicopter Manager Delegated Authorities**

A Helicopter Manager will be assigned to each helicopter furnished. In addition to directing the work of the Helicopter, the Helicopter Manager has the following delegated Contract administration duties and authority:

1. Complete Helicopter and Fuel Service Truck Pre-Use Checklist. (Exhibit 14, Helicopter and Fuel Service Vehicle Pre-Use Checklist).

2. Order aircraft services as provided in the Contract.

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

3. Secure compliance with all Contract provisions and specifications, and issue Work Orders/Notices of Non-Compliance as needed.

4. Conduct investigations and prepare Statements of Findings when requested by the CO.

5. Suspend operations pending the removal or reinstatement of unsatisfactory equipment or personnel by the CO.

6. Coordinate temporary substitutions of aircraft and pilot(s) with the CO.

7. Initiate and sign correspondence and other Contract administration documents over the title "Helicopter Manager."

8. Maintain daily diary of Contract activities.

9. Document availability, flight times, and other payment items on the Flight Use Report.

10. Document and verify reasonable transportation costs for ordered additional personnel.

11. Establish daily schedules.

12. Approve authorized breaks.

13. Review the Helicopter Data Record for Inspection and Approval currency.

14. Review the Pilot's and Mechanics Interagency Qualification Card(s) for currency and qualifications.

15. Complete and submit Performance Report. (Exhibit 15, Performance Report).

16. Review Contractor Power Trend Analysis Graph.

17. Government Helicopter Manager may ride in a Standard Category/Limited Use Helicopter during point-to-point flights and initial attack dispatches. The following conditions shall be met when the Manager is on board:

    a. FAA approved passenger or crew seat with an FAA approved restraint system is available. This seat shall be in conformity with the Helicopter's type certificate.

    b. The use of the observer's position (jump seat) is not approved.

    c. Authorization to ride in a Standard Category Type I Helicopter will be noted on the Aircraft Approval Form (Aircraft Data Card).

    d. Helicopter Managers shall not ride in helicopters certificated only as Restricted Category aircraft.

## C-49 Definitions

As used throughout this contract, the following terms shall have the meaning set forth below:

Additional Personnel. Additional personnel specifically ordered by the CO where it is to the Government's advantage to have additional availability of the aircraft (not to be confused with a relief crew furnished by Contractor to replace primary crew).

Aircraft Accident. An occurrence associated with the operation of an aircraft, which takes place between the time any person boards the aircraft with the intention of flight and all such persons have disembarked, and in which any person suffers death or serious injury, or in which the aircraft receives substantial damage.

Aircraft Incident. An occurrence other than an accident, associated with the operation of an aircraft, which affects or could affect the safety of operations.

Aircraft Make and Model. A specific make and basic model of aircraft, including modification; e.g., a Bell 206

Aircraft Make, Model, and Series. A specific make, model, and series of aircraft including modification (e.g., a Bell 206B is not the same make, model, and series as a Bell 206L).

Airspace Conflict. A near mid-air collision, intrusion, or violation of airspace rules.

Alert Status. A status subject to flight and duty limitations, in which the Contractor has 1 hour to return to standby if ordered by the CO to do so.

Anchor. The Interagency approved device manufactured to be the fixed point attached to the helicopter for rappel and cargo letdown operations.

Assigned Work Location. The location designated by the CO from which an ordered flight will originate.

Authorized Crewmember. Those individuals specified in the “Schedule of Items” unless designated otherwise by the CO.

Authorized Flight or Flying Time. The actual time that a helicopter is off the ground for the purpose of the task or tasks to which assigned under an ordered flight when such time is recorded by the pilot and approved by a designated Government Official as having been properly performed.

Aviation Hazard. Any condition, act, or set of circumstances that exposes an individual to unnecessary risk or harm during aviation operations.

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

Base Cost. The portion of the flight rate that is constant throughout the contract period and not affected by changes in fuel prices. Adjustments to the base cost will be made annually by the CO.

Call-When-Needed. A term used to identify the furnishing of services on an "as needed bases" or "intermittent use" in government procurement contracts. There is no guarantee the Government will place any orders and the Contractor is not obligated to accept any orders. However, once an order is placed and the Contractor takes steps to perform, both sides are bound by the terms and conditions of the Contract.

Cargo. Any material thing carried by the aircraft.

Chief-of-Party. Designated Government representative for all passengers on a flight.

Civil Twilight. Begins in the morning, and ends in the evening when the center of the sun is geometrically 6° below the horizon.

Contractor. An operator being paid by the Government for services.

Cruising Speed, Service Ceiling, and Cruising Range. Shall be the same as applied by the CAB and FAA, United States Department of Transportation and the aircraft manufacturer.

Duty. That period that includes flight time, ground duty (pre- and post- flight inspections) of any kind, and standby or alert status at any location.

Empty Weight. The last weight and moment entry on the aircraft weight and balance record. Empty weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft.

Equipped Weight. Equipped weight equals the Empty Weight (as listed in the Weight and Balance Data) **plus** the weight of lubricants and onboard equipment required by contract (i.e., survival kit, rappel anchor).

The helicopter's contracted equipped weight is determined using weight and balance data which was determined by actual of the aircraft within 24-calendar months preceding the starting date of the contract and following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft.

Helicopter contracted equipped weight shall not exceed 1% above the awarded contracted equipped weight during the Contract period, unless the Government requires additional equipment after award. Aircraft that fail to meet helicopter contracted equipped weight minimums, including the plus 1% allowance, shall be made unavailable under the terms of this Contract.

External Load. Any combination of load and line that is 50 feet or less in length.

Fatal Injury. Any injury, which results in death within 30-days of the accident.

Federal Aviation Regulations. Rules and regulations contained in Title 14 of the Code of Federal Regulations.

Ferry Flight. Movement of helicopter under its own power from point-to-point.

First Aid. Any medical attention that involves no medical bill. If a physician prescribes medical treatment for less than serious injury and makes a charge for this service, that injury becomes "medical attention."

Flight Crew. Those Contractor personnel required by the Federal Aviation Administration to operate the aircraft safely while performing under contract to the Government.
Flight Rate. The contract unit price per hour of flight time as found in the Table of Flight Rates or Schedule of Items. (Includes base cost plus fuel costs.)

Flight Time. Begins when the aircraft leaves the ground in takeoff for a given flight and ends when the aircraft has landed.

Forced Landing. A landing necessitated by failure of engines, systems, components, or incapacitation of a crewmember, which makes continued flight impossible, and which may or may not result in damage.

Fuel Cost. The variable portion of the flight rate that is subject to change due to fuel price change.

Fuel Endurance. Fuel required including a 20-minute reserve.

Fully Operational. Helicopter, pilot(s), other personnel, repairs, operating supplies, service facilities, and incidentals necessary for the safe operation of the helicopter both on the ground and in the air.

Fully Rated Capacity. The number of passenger seats or pounds of cargo load authorized in the applicable Type Certificate Data Sheet.

General Aviation. That portion of civil aviation that encompasses all facets of aviation except air carriers.

Ground Mishap, Aircraft. An aircraft mishap in which there is no intent to fly; however, the power plants and/or rotors are in operation and damage incurred requiring replacement or repair of rotors, propellers, wheels, tires, wing tips, flaps, etc., or an injury is incurred requiring first aid or medical attention.

Hazard. Any condition, act or set of circumstances that exposes an individual to unnecessary risk or harm during aviation operations.

Helitanker. An aerial delivery system that is a helicopter configured for the dispensing of fire retardant or fire suppressant material. Airtanker Board criteria shall apply to helicopters with a minimum capacity of 700 gallons or more.

Hover-in-ground-effect (HIGE). Maximum pressure altitude and temperature at which a helicopter can hover (at maximum gross weight) using the effects of ground cushion per the Flight Manual/Supplements and STC performance charts.

Hover-out-of-ground Effect (HOGE). Maximum pressure altitude and temperature which a helicopter can hover (at maximum gross weight) without the effects of ground cushion per the Flight Manual/Supplements and STC performance charts.

Incident. An occurrence other than an accident, associated with the operation of an aircraft, which affects or could affect the safety of operations.

Incident-With-Potential. An incident that narrowly misses being an accident and in which the circumstances indicate significant potential for substantial damage or serious injury. Final classification will be determined by the agency Aviation Safety Manager.

Instrument Flight Rules (IFR). As defined in 14 CFR Part 91.

Internal Cargo Compartments. An area within the helicopter specifically designed to carry cargo.

Law Enforcement. Those duties carried out by agency personnel together with personnel from cooperating agencies, to enforce various Federal laws applicable to trespass (those activities relating to timber, grazing, fire, occupancy and others). Other activities can include those that are illegal under the antiquities acts and the manufacturing, production, and trafficking of substances in violation of the Controlled Substances Act (16 U.S.C. 559b-f)) and other illegal activities occurring on agency jurisdictional lands. Specific law enforcement activities can include surveillance (visual, infrared, or photographic), transportation of law enforcement personnel and persons in custody and transportation of property (both internally and externally). All helicopter activities including landings will occur at locations that are secured by law enforcement personnel or are locations removed from law enforcement actions.

Life-Threatening. A situation or occurrence of a serious nature, developing suddenly and unexpectedly and demanding immediate action to prevent loss of life.

Limited Use Helicopter. A limited use helicopter is an Interagency term used to denote a standard category helicopter that is designated and utilized in a limited role (not for passenger transport .)

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

Long-line. A line extended from the cargo hook of a helicopter which is 50-feet or greater in length.

Maintenance Deficiency. An equipment defect or failure which affects or could affect the safety of operations, or that causes an interruption to the services being performed.

Mishap, Aviation. Mishaps include aircraft accidents, incidents-with-potential, aircraft incidents, aviation hazards and aircraft maintenance deficiencies.

Night. The time between the end of evening civil twilight and the beginning of morning civil twilight, as published in the American Air Almanac, converted to local time.

Occupant: Any crew or passenger that is aboard an aircraft.

Official Sunset and Sunrise. The times when the upper edge of the disk of the Sun is on the horizon, considered unobstructed relative to the location of interest. Atmospheric conditions are assumed to be average and the location is in a level region on the Earth's surface.

Operational Control. The condition existing when an entity exercises authority over initiating, conducting or terminating a flight.

Operating Agency. An executive agency or any entity thereof using agency aircraft, which it does not own.

Operator. Any person who causes or authorizes the operation of an aircraft, such as the owner, lessee, or bailee of an aircraft.

Passenger. Any person aboard an aircraft who does not perform the function of a flight crewmember or crewmember.

Passenger Seating Capacity. Number of passenger seats excluding pilot(s).

Payload. The maximum allowable weight (passengers and/or cargo) that can be carried in any one mission.

Pilot-In-Command . The pilot responsible for the operation and safety of the aircraft during the time defined as flight time.

Point-of-Hire. Point-of-Hire shall be the Contractor's Principle Base of Operations as specified in Section B or the location of aircraft at time-of-hire.

Precautionary Landing. A landing necessitated by apparent impending failure of engines, systems, or components, which makes continued flight inadvisable.

Principle Base of Operations. The primary operating location of a 14 CFR Part 121, 133, 135 or 137 certificate holder as established by the certificate holder.

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

Rappeller. A person who has been trained and certified to rappel from a helicopter, in accordance with agency specified policy and direction contained in the Interagency Helicopter Rappelling Guide.

Rappel Spotter. A person who has been trained and certified, in accordance with agency-specified policy and direction contained in the Interagency Helicopter Rappel Guide, to direct and manage a rappel operation

Restricted Category. An aircraft that has been manufactured in accordance with the requirements of and accepted for use by an Armed Force of the United States and later modified for special purposes such as agriculture, forest and wildlife conservation, aerial surveying, patrolling, or any the operation specified by the FAA Administrator.

SAFECOM. Use to report any condition, observance, act, maintenance problem, or circumstance, which has potential to cause an aviation related mishap. The purpose of the SAFECOM form is not intended to be punitive in nature. It will be used to disseminate safety information to aviation managers, and also to aid in accident prevention by trend monitoring and tracking. See www.safecom.gov

Serious Injury. Any injury which: (1) requires hospitalization for more than 48-hours, commencing within 7-days from the date the injury was received; (2) results in a fracture of any bone (except simple fractures of fingers, toes or nose); (3) causes severe hemorrhages, nerve, muscle or tendon damage; (4) involves any internal organ; or; (5) involves second or third-degree burns, or any burns affecting more than 5% of the body surface.

Sling Load. Jettisonable external load that is lifted free of land or water during the rotorcraft operation.

Special Use Missions:

Air Tactical Coordination (Air Attack). Coordination with other tactical aircraft during fire and other project operations.

Fire Surveillance/Reconnaissance. Patrolling in search of and scouting wildland fires; checking fuel types and fire behavior.

Reconnaissance (Non-Fire). Observation and fact-finding reconnaissance, i.e. wildlife monitoring, snow surveys, search and rescue, timber and range surveys, insect and disease surveys, law enforcement, and aerial photography.

Other. Cooperative use with other agencies, and other purposes mutually agreed upon by the Contractor and the Contracting Officer.

Standard Category Helicopter. A turbine powered helicopter which is certificated in the normal or transport category, operated and maintained in accordance with 14 CFR Part 135 by an operator holding an Air Carrier Certificate. These helicopters may be used for all types of operations such as passengers, reconnaissance, tank or bucket operations, and cargo.

Substantial Damage. Any damage or failure which adversely affects the structural strength, performance or flight characteristics of the aircraft, and which would normally require major repair or replacement of the affected component. Engine failure or damage limited to an engine if only one engine fails or rotor or propeller blades, and damage to landing gear, wheels, tires, flaps, engine accessories, brakes, or wing tips are not considered “substantial damage" for the purpose of this part.

Type I Helicopter. 15 or more passenger seats or 5,000 lbs payload, and 700 gallons retardant capacity.

Type II Helicopter. Between 9 to 14 passenger seats or 2,500 to 4,999 lbs payload and 300 to 699 gallons retardant capacity.

Type III Helicopter. Between 4 to 8 passenger seats or 1,200 to 2,499 lbs payload and 100 to 299 gallons retardant capacity.

Vertical Reference/External Load. Direct visual reference, by the pilot, of an external load/cargo being slung from beneath the helicopter with a line attached to the cargo hook and being removed or placed from the earths surface with precision.

Visual Flight Rules (VFR). As defined in 14 CFR Part 91.

**C-50 Abbreviations**

| | |
|---|---|
| A&P | Airframe & Powerplant (Mechanic) |
| AC | Advisory Circular |
| AD | Airworthiness Directive |
| AFF | Automated Flight Following |
| ASP | Aviation Safety Plan |
| ATC | Air Traffic Control |
| ATCO | Air Taxi/Commercial Operators |
| CAB | Civil Aeronautics Board |
| CG | Center of Gravity |
| CO | Contracting Officer |
| CFR | Code of Federal Regulations |
| COR | Contracting Officer's Representative |
| COTR | Contracting Officer’s Technical Representative |
| CWN | Call-when-Needed (Contract) |
| DOI | Department of the Interior |
| DOT | Department of Transportation |
| ELT | Emergency Locator Transmitter |

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

| | |
|---|---|
| EPA | Environmental Protection Agency |
| ETA | Estimated Time of Arrival |
| FAA | Federal Aviation Administration |
| FAR | Federal Acquisition Regulations |
| FPMR | Federal Property Management Regulations |
| GPM | Gallons-Per-Minute |
| FSS | Flight Service Station |
| HIP | Helicopter Inspector Pilot |
| IATB | Interagency Airtanker Board |
| HOS | Helicopter Operations Specialist |
| ICAO | International Civil Aviation Organization |
| IFR | Instrument Flight Rules |
| IMC | Instrument Meteorological Conditions |
| M&IE | Meals and Incidental Expenses |
| MSL | Mean Sea Level |
| NTSB | National Transportation Safety Board |
| NOTAM | Notice to Airmen |
| PA | Public Address System |
| PASP | Project Aviation Safety Plan |
| PIC | Pilot-in-Command |
| PTT | Push-To-Talk |
| RAO | Regional Aviation Officer |
| RASM | Regional Aviation Safety Manager |
| RON | Remain-Over-Night |
| SIC | Second-in-Command/Co-Pilot |
| STC | Supplemental Type Certificate |
| TBO | Time Between Overhaul |
| TCAS | Traffic Collision Avoidance System |
| USDA-FS | United States Department of Agriculture-Forest Service |
| VFR | Visual Flight Rules |
| VNE | Velocity Never Exceed |
| VSWR | Voltage Standing Wave Ratio |

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

## EXHIBIT 1
## FIRST AID KIT AERONAUTICAL

Each kit shall be in a dust-proof and moisture-proof container. The kit shall be on board the aircraft and accessible to the occupants. The contents shall include the following minimum items:

| **Item Description** | **Passenger Seats (0 – 9)** | **Passenger Seats (10 – 50)** |
|---|---|---|
| Adhesive bandage strips (3 inches long) | 8 | 16 |
| Antiseptic or alcohol wipes (packets) | 10 | 20 |
| Bandage compresses, (4-inch) | 2 | 4 |
| Triangular bandage compresses, 40 inch (sling) | 2 | 4 |
| Roller bandage, 4 inch x 5 yards (gauze) | 2 | 4 |
| Adhesive tape, 1 inch x 5 yards (standard roll) | 1 | 2 |
| Bandage scissors | 1 | 1 |
| Body Fluids Barrier Kit: | 1 | 1 |
| ▪ 2-pair of latex gloves | | |
| ▪ 1-face shield | | |
| ▪ 1-mouth-to-mouth barrier | | |
| ▪ 1-protective gown | | |
| ▪ 2-antiseptic towelettes | | |
| ▪ 1-biohazard disposal bag | | |
| | | |

Note:

Splints are recommended if space permits.

# EXHIBIT 2
# SURVIVAL KIT AERONAUTICAL (LOWER 48)

The contents shall include the following minimum items:

| Item | Item |
|---|---|
| Knife | Signal Mirror |
| Signal Flares (6-each) | Matches (2-small boxes in waterproof containers) |
| Food (2-days emergency rations per occupant) | Water (1-quart per occupant) (not required when operating over areas with adequate drinking water) |
| Space Blanket (1-per occupant) | Candles |
| Collapsible Water Bag | Whistle |
| Magnesium Fire Starter | Nylon Rope or Parachute Cord (50-feet) |
| Water Purification Tablets | |

Suggested Survival Kit Items Dependent Upon Terrain and Climate:

| Item | Item |
|---|---|
| Container w/carrying Handle or Straps | Individual First Aid Kit |
| Large Plastic Bags | Signal Panels |
| Flashlight with Spare Batteries | Hand Saw or Wire Saw |
| Collapsible Shovel | Sleeping Bag (1-per two occupants) |
| Survival Manual (Arctic/Desert) | Snowshoes |
| Insect Repellant | Axe or Hatchet |
| Insect Headnet (1-per occupant) | Gill Net/Assorted Fishing Tackle |
| Personal ELT | Sunscreen |

Note: A hand-held 760 channel VHF transceiver radio is recommended. It should be attached, or immediately accessible, to a crewmember rather than placed in the aircraft survival kit.

# EXHIBIT 3
# ALASKA SUPPLEMENT

The following provisions shall apply when operating in Alaska. All other provisions not expressly changed herein continue to apply.

NOTE: Contractors from the lower 48 dispatched to Alaska need to have insurance coverage for Alaska, in addition to having Operations Specifications that permit Alaska operations.

(1) SECTION C, **General Equipment**

Additional Equipment:

One set of approved Tundra Boards or Snow Pads with accompanying FAA certification.

Complete set of current aeronautical charts and navigation publications covering areas of operation within Alaska and Canada.

Survival kit:

All aircraft will carry survival equipment. Survival kits will contain at least the following items and additional items required by local regulation as is appropriate for local climate and terrain conditions.

The minimum equipment to be carried during the summer months:

| Item | Item |
|---|---|
| Ax or hatchet (1), and Knife (1) | Water Purification Tablets |
| Magnesium Fire Starter | Mosquito repellant containing DEET |
| Whistle | Mosquito headnet for each occupant (1) |
| Signal Mirror | Candles (5 each) |
| Signal Flares (6-each) | Space Blanket (1 per occupant) |
| Matches (2-small boxes in waterproof containers) | Nylon Rope or Parachute Cord (50-feet) |
| Food (Each occupant sufficient to sustain life for 1-week) | An assortment of fishing tackle such as hooks, flies, lines, sinkers, etc. |
| Personal Locator Beacon (PLB) (Note: required only if Aircraft ELT requires tools to be removed) | |

In addition to the above, the following shall be carried as minimum equipment from October 15 to April 1 of each year:

| Item | Item |
|---|---|
| Pair of Snowshoes (1) | Sleeping bag per two occupants (1) |
| Wool blanket or equivalent for each occupant over 4-years of age (1) | |

Note: A hand-held 760 channel VHF transceiver radio is recommended. It should be attached, or immediately accessible, to a crewmember rather than placed in the aircraft survival kit.

FUEL SERVICING VEHICLE SPECIFICATIONS -

A fuel servicing vehicle and driver are not required.

The Government will furnish, transport, and store all aircraft fuel required at no expense to the Contractor.

Grades of Government-furnished fuel vary from location to location, and the Contractor shall use the grade available.

## EXHIBIT 3
## ALASKA SUPPLEMENT (Cont)

The appropriate type of fuel (Avgas or Jet fuel), in one of the following grades, will be available at each location:

| AVGAS | JET FUEL |
|---|---|
| 100 | Jet A |
| 100LL | Jet A-50 |
| | Jet B |
| | Jet-4 or JP-5 or JP-8 |

All lubricating oil, parts, and supplies shall be furnished and transported by the Contractor to the Assigned Work Location.

The Contractor shall furnish for each aircraft a portable hand or electrically-operated fuel pump, barrel stem, hoses, and filtration system for refueling in remote areas.

The filtration system shall include a unit which accomplishes water separation with positive shut-off. The size of the filtration system unit shall be compatible with pump size. One acceptable three-stage unit is FACET part number 050971. If this model FACET is used, the third stage monitor should be a Velcon part number CDF-210K which is rated to 10 GPM. Also acceptable are Velcon filter spin on 5 micron cartridges, part number 40505SP, rated to 13 GPM; or Velcon VF-31 with 1 micron cartridge element, part number ACO-21005B, rated to 15 GPM. All filtering components shall be changed annually or sooner if needed, and the date of the change shall be placarded on the canister.

Two complete spare filter changes shall be furnished by the Contractor.

AVAILABILITY OF MECHANICS –

The mechanic shall be present for all operations in Alaska. The mechanic shall accompany the helicopter to any assigned work location. The cost of the mechanic shall be included in the Daily Availability Rate.

(2) SECTION C **Payment for Availability**

Operations in Alaska will be scheduled by the Government in accordance with flight time/duty time limitations. The schedule will not exceed:

SINGLE CREW: Maximum 14 hour per day PIC, or PIC and SIC.

DOUBLE CREW: Maximum 24 hours per day.

Measurement of availability will be reduced, as specified below, for each hour or portion thereof service is listed as unavailable to the Government.

SINGLE CREW: 1/56 per quarter hour NTE 56/56 per day.

DOUBLE CREW: 1/96 per quarter hour NTE 96/96 per day.

## EXHIBIT 3
## ALASKA SUPPLEMENT (Cont)

Availability, as measured above, will be paid at the applicable rate appearing in the Schedule of Items.

(3) SECTION C, Transporting of Relief Crew

If ordered by the Government, the Contractor shall be reimbursed for the cost incurred in delivering personnel to the reporting base NOT TO EXCEED the round trip coach fare from Seattle-Tacoma International Airport. The ordering of additional personnel shall be annotated, (including date and time ordered) on the Flight Use Report and signed by the Government Representative placing the order. The Contractor agrees to deliver additional crew to the designated base within 48 hours after notification. Reimbursement shall be supported by paid receipts and the passenger coupon or legible certified true copies.

(4) AIRCRAFT FUEL. The cost of fuel furnished by the Contractor in lieu of Government Furnished fuel while operating in Alaska will be reimbursed to the Contractor as provided below:

GENERAL. The Contractor shall not charge any fuel acquired under this contract directly to the Government. All fuel not otherwise furnished by the Government must be paid by or charged to the Contractor. The purchase must be approved by the Contracting Officer. Fuel related costs shall be recorded as a line entry (i.e., date, fuel charge, dollar amount, and use-item code fuel charge [FC]), shall be summarized under "Other Charges/Credits" on the Aircraft Use Report (OAS-23), or Flight Use Report 6500-122, and shall be supported by paid legible, itemized invoices from the supplier. Certified true copies may be submitted in lieu of the original invoice.

Government furnished fuel used by the Contractor for maintenance flights, repositioning aircraft, crew transportation, or any other flight for the convenience of the Contractor, will be deducted from amounts due the Contractor at the rate specified in the current Hourly Flight Rate Fuel Consumption and Weight Reduction Chart.

The flight rate will be reduced to reflect a dry rate by multiplying the fuel consumption for make and model of aircraft by current jet fuel price in the current Hourly Flight Rate Fuel Consumption and Weight Reduction Chart. Mobilization and demobilization will be at the wet rate. The dry rate will be effective upon the first Government-Furnished-Fueling.

FERRY FLIGHTS THROUGH CANADA. Flights through Canada will be paid at the wet rate.

(5) SECTION C, Payment for Transportation of Helicopter Fuel

Not applicable in Alaska.

# EXHIBIT 4
# RESTRAINT SYSTEMS CONDITION INSPECTION GUIDELINES

A. Federal Aviation Regulations require that occupant restraints systems are to be replaced in aircraft manufactured after July 1, 1951; such systems shall conform to standards established by the FAA. These standards are contained in Technical Standard Order TSO-C22. Restraint system eligible for installation in aircraft may be identified by the marking TSO-C22, TSO-C114 on the webbing, or by a military designation number since military systems comply with the strength requirements of the TSO. Aircraft manufacturer installed restraint systems with part numbers are acceptable. Each system shall be equipped with an approved metal-to-metal latching device.

B. Federal Aviation Regulations provide minimum inspection guidance, other than to state, that mildew and fraying may render the restraint system un-airworthy and that suspected webbing should be tested for tensile strength. The tensile strength requirement for a single person system is 525 pounds (most systems are rated at 1,500 pounds).

C. Unacceptable Condition Criteria:

| Webbing | Hardware | Stitching | TSO Tags |
|---|---|---|---|
| Frayed (5%) | Inoperable | Broken | Missing |
| Torn | Damaged | Excessive Wear | Illegible |
| Crushed | Corroded | Missing | |
| Swollen | Excessive Wear | | |
| Creased | | | |
| Deteriorated | | | |

D. References:

14 CFR Part 91.205
14 CFR Part 21.607
AC 21-34
TSO-C22
TSO-C114

# EXHIBIT 5
# ADDITIONAL SUPPRESSION/PRESCRIBED FIRE EQUIPMENT

## A. Fixed Suppressant/Retardant Delivery Tank

One (1) externally mounted, baffled, quick-disconnect (45-minutes) fixed suppressant/retardant delivery tank that meets or exceeds the following specification:

Capacity commensurate with the maximum related lifting capability of the helicopter equipped with the tank at sea level on a standard day. Further, the weight of the tank shall not exceed 12.5% of the weight of the water in the tank when it is filled to full capacity. The drafting system will not exceed 3.5% of the weight of the water in the tank when it is filled to full capacity.

1. Door(s)

   The Tank door(s) shall be designed such that:

   a. The frontal area of the retardant column is minimized.

   b. The door(s) does not appreciably deflect the retardant when fully opened.

   c. The tank and doors shall be leak proof, i.e. ½ gallon or less in a 24-hour period

   d. The doors shall be closeable in flight if the aircraft is not capable of landing with the door(s) open without damaging the door(s).

2. Venting

   a. The tank shall be vented so that no more than 0.25 PSI negative pressure will be created in the tank head space during the fastest drop sequence.

   b. The vent shall not leak during filling or normal flight maneuvers.

3. Fill Port(s)

   a. The fill port shall be a 3-inch Kamlock ® fitting (male) and shall be located on the right and left side of the aircraft.

   b. The fill port shall not leak or overflow during ground operations or during normal flight maneuvers.

   c. The tank shall accept filling at a rate sufficient to allow the tank to be filled to capacity in no more than 1-minute.

## EXHIBIT 5
## ADDITIONAL SUPPRESSION/PRESCRIBED FIRE EQUIPMENT (Cont)

4. Controls

   a. The door open switch shall be the same switch that opens the water bucket.

   b. When required, the tank close switch shall be the same switch that closes the water bucket.

   c. All tanks shall be equipped with an independently controlled and operated emergency dump system enabling the entire load to be dropped in less than 6-seconds. This system shall use mechanical, pneumatic, or fluid pressure for operation.

   d. Emergency systems operated by pneumatic or fluid pressure shall be isolated from the normal tank system pressure. Normal function or failure of the normal system shall not affect the emergency system pressure. Emergency systems dependent on normal operating aircraft or tank systems for initial charge shall have a pressure gauge or indicator readily visible to the crew. Emergency systems dependent on precharged bottles shall have a positive means of checking system charge during preflight.

   e. The primary emergency dump control shall be positioned within easy reach of the pilot and copilot while strapped in their respective seats. Electrically operated controls shall be wired direct to a source of power isolated from the normal aircraft electrical bus and protected by a fuse or circuit breaker of adequate capacity.

5. Certifications

   a. The aircraft will be certificated in the normal or transport category except when restricted operations are authorized by the CO.

   b. Weight and balance computations shall be made with the tank full, empty, and removed, showing the helicopter to remain within acceptable center of gravity limits at all times.

### B. Fixed Suppressant/Retardant Tank with Self-Filling Capability

1. A Fixed Retardant Delivery Tank with self-contained hover drafting system. As a minimum, each system shall meet the following requirements:

   a. Fill time (60-seconds)

## EXHIBIT 5
## ADDITIONAL SUPPRESSION/PRESCRIBED FIRE EQUIPMENT (Cont)

b. Built to Aviation Industry Standards

2. Shall not adversely effect any aircraft system

3. Capacity commensurate with the maximum rated lifting capability of the helicopter equipped with the tank and drafting system at sea level on a standard day. Further, the weight of the tank and drafting system shall not exceed 12.5% of the weight of the water in the tank when it is filled to full capacity.

4. Each system will be approved by the CO prior to use. A copy of approval criteria is available from the CO.

**C. Suppressant/Retardant Mixing Equipment**

1. Installation

   The unit shall be designed for ease of installation and loading and shall not require any modifications to the helicopter. Modifications are defined as any change to the integrity of the structural components of the helicopter airframe, such as drilling holes in tubing or distorting the metal.

2. Containment

   Any unit mounted inside the helicopter (other than those that have STC's or 337's) shall have a containment vessel around the pumping and concentrate storage supply. The containment vessel shall be able to hold 125% of the concentrate supply. The discharge hose and fittings shall be able to withstand 150 PSI or two times the rated maximum pressure output of the pump, whichever is greater. The discharge hose that is inside the cabin shall have a containment sleeve of clear hose to check for leaks.

3. Restraint

   The foam pumping unit containment vessel and concentrates shall be affixed to the helicopter in a means to prevent injury to any occupants. The design shall meet the maximum inertia forces specified in 14 CFR Part 23.561(b)(2).

4. Hose Routing

   The hose used to carry the concentrate shall be routed out the side of the helicopter away from the pilot. Hoses will be routed in a manner that will not interfere with flight controls.

## EXHIBIT 5
## ADDITIONAL SUPPRESSION/PRESCRIBED FIRE EQUIPMENT (Cont)

5. Breakaway Fittings

Any hose shall have a disconnect that will pull away from the hose when the bucket is released. The disconnect shall be close to the helicopter to keep the hose from beating against the helicopter. The disconnect shall hold the pressure of the line and be able to activate at 1/3 of the bucket empty weight.

6. Compatibility of Materials

The materials used in construction of any foam dispensing unit shall be compatible with all foams. Materials shall be resistant to corrosion, erosion, etching, or softening. To evaluate the materials, submerge in foam concentrate for 96 hours then in a 1½% solution for 96-hours. Material samples shall be measured, weighed and visually examined to insure that deterioration of the materials and the assembly does not occur with operational use. Unacceptable conditions may be, but are not limited to cracking, crazing, softening, joint separation, bulging, diminished wall thickness, glue or mastic breakdown, or defective fasteners, gaskets or fittings.

7. Foam Quantity

Unit is to be of the optimum size compatible with the make and model helicopter. However, the unit shall carry a minimum of 5 (five) gallons of concentrate for each 100 gallons of bucket capacity. Downloading may be accomplished when desirable during operations.

8. Power

Power source for the dispenser shall be obtained from the helicopter by installing a MS 3116F-12-3P, 3 pin connector on the cord to the unit pin A shall be +28 VDC and pin B for ground (this is the same plug used for the infrared imaging system). Electrical power required to operate the concentrate pump shall not be in excess of that normally available from the plug used as the source of power.

9. Vibration

The unit shall not cause undue vibration in the helicopter during operation or in flight. The unit shall be padded to keep from causing any single stress points on any parts not designed for such.

10. Operation

The pilot shall be able to operate the unit with a minimal level of attention. The system shall be automated to the point where the pilot has one control to operate. Once the control is set for flow rate there should be no further adjustment necessary to the unit.

## EXHIBIT 5
## ADDITIONAL SUPPRESSION/PRESCRIBED FIRE EQUIPMENT (Cont)

11. Flow Rate

    The system shall be capable of dispensing a variable amount of concentrate, in flight, to achieve a mixture ratio ranging from 0.1 to 1.0% by volume in 0.1% increments.

12. Concentrate Loading

    Loading using 5-gallon containers is preferred. Bulk loading shall be performed so such loading will avoid any spillage on the helicopter or come in contact with the helicopter. Servicing shall be accomplished during normal refueling time for the helicopter and take no longer than the refueling operation. Loading operations are to be performed by Contractor personnel.

13. Approved Foam Products can be found at:: Wildland Fire Chemical Systems (WFCS) www.fs.fed.us/rm/fire

    a. When transporting retardant or equipment containing retardant residue, Contractor shall take precautions to prevent retardant from coming in contact with the aircraft structure.

    b. Offered equipment will be approved by the CO prior to any use under the Contract.

**D. Additional equipment offered shall meet the following requirements:**

1. Power source for a Helitorch or remote cargo hook. (as applicable)

    a. An MS 3101A-24-11S, 9-pin connector shall be provided. Pin D shall be airframe ground. Pin E shall be switched 28VDC, protected by a 50 amp circuit breaker that can be manually opened and reset. The water bucket open switch shall also activate this circuit.

    b. The connector shall be mounted adjacent to the cargo hook (within 12 inches). A wire rope lanyard or other similar device shall be provided for support of the connector so that tension loads will not be placed on the electrical wiring.

    c. This connector has multiple circuit capacity sufficient to provide power and control for Contractor-furnished equipment such as the required water bucket. Water buckets shall be wired through this connector.

**EXHIBIT 5**
**ADDITIONAL SUPPRESSION/PRESCRIBED FIRE EQUIPMENT (Cont)**

Note:

9-pin wiring diagram for suppressant/retardant buckets (See: www.fs.fed.us/fire/niicd/documents.html )

2. Remote Cargo Hook

   a. As a minimum, the remote cargo hook shall be completely disassembled and inspected with repairs made as required; lubricated and perform a full-load operational check every 24 calendar months.

   b. All work shall be done in accordance with manufacturer's maintenance manuals, as applicable.

3. Long-lines (as applicable)

   a. Rotation resistant wire rope

      (1) Rotation resistant wire rope with swagged fittings rated in accordance with ANSI Standards

      (2) Fabrication and installation methods shall be in accordance with aircraft and ANSI Standards.

   b. Synthetic Long Line

      (1) Helicopter synthetic long-lines shall be constructed from the HMWPE (High Molecular Weight Polyethylene Equipment) or HMPE (High Molecular Polyethylene Equipment) family of rope fibers including brand names such as Spectra® by Allied Signal or fibers with similar properties.

      (2) Rope Diameter. Minimum rope diameter shall be ½-inch

      (3) Working or Rated Load

         A. The working or rated load of a rope is the maximum static load that will be lifted by the rope. Working loads are based on a percentage of the approximate breaking or ultimate strength of the rope when new and unused. The working load shall be appropriate to the lifting capability of the helicopter.

## EXHIBIT 5
## ADDITIONAL SUPPRESSION/PRESCRIBED FIRE EQUIPMENT (Cont)

B. For reference, lifting capability for each category of helicopter is as follows:

| | |
|---|---|
| Type I | 8000 to 30,000 lbs or greater |
| Type II | 1600 lbs to 4500 lbs |
| Type III | 750 lbs to 1600 lbs |

(4) Factor of Safety

A factor of safety of 7 shall be used for helicopter synthetic long-lines. Therefore, all ropes shall have an ultimate strength of seven times the rated or working load. For example, if a Type II helicopter line will have a working load of 4,500 pounds, the rope shall have a strength, when new, of at least 31,500 pounds. Rope diameters will vary depending on strength and type of rope.

(5) Knots and Splices

Knots are not permitted in the synthetic long-line. Knots can decrease rope strength by as much as 50%. Splices may be used in the assembly of the long-line, but no mid-line splicing repairs may be done. Re-splicing at the end of the line is permitted only if the rope is in good condition, and the new splice is done per manufacturer's recommended splicing practices. Splices should always follow the manufacturer's recommended splicing practices.

(6) Maintenance and Inspections

Manufacturer's recommended maintenance and inspection procedures shall be complied with.

4. <u>Wire Cutters</u> (if installed)

Wire cutting devices to provide catastrophic failure protection from striking horizontal wires and cables. At least 85 percent of the frontal area of the helicopter shall be protected.

# EXHIBIT 6
# HIGH VISIBILITY MARKINGS ON MAIN ROTOR BLADES

## Acceptable Paint Schemes

A. Starting at blade tip, paint first 1/6th of blade length with gloss white. Paint second 1/6th of blade length with orange. Paint third 1/6th of blade length with gloss white. Paint next 1/3rd of blade length with orange. Paint remaining 1/6th of blade length with gloss white.

## Hub

| White | Orange | White | | Orange | | White | White | | Orange | | White | Orange | White |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/6 | 1/6 | 1/6 | | 1/3 | | 1/6 | 1/6 | | 1/3 | | 1/6 | 1/6 | 1/6 |

B. One black and one white blade.

C. Paint schemes previously approved under Interagency Fire and Aviation Contract.

D. Paint schemes and color variations specified by manufacturer in a service bulletin, instructions, or other manufacturer published document or text.

# EXHIBIT 7
# ADDITIONAL AVIONICS EQUIPMENT

A. GPS Data Connector

One GPS Data Port Connector. A GPS data port connector shall be installed for the purpose of external data retrieval by a GIS laptop computer. The connector shall be a DB-9F type D sub-connector, shall be wired for RS-232C serial format for laptop computers (pin 2-transmit data, pin 3-receive data if applicable, and pin 5-ground) and shall be mounted in a location convenient to the observer.

B. Additional GPS Antenna

The Contractor shall allow the Government to utilize a portable GPS in the helicopter. In order to facilitate this, the Contractor shall provide a low-profile GPS aviation antenna (Freeflight Systems pert number 16248-20 (telephone number (254)662-0000) or equivalent) mounted atop the helicopter per the manufacturers installation manual, with associated cable and type “N” female connector, terminated within the aircraft in a location convenient to the observer.

C. Fuel Service Vehicle Radio

1. A VHF-FM two-way mobile radio, with a matched broadband antenna (Antenna Specialists ASPR7490, Maxrad MWB5803, or equivalent), shall be installed in the fuel-servicing vehicle**.** The radio's operational bandwidth shall include the 150 MHz to 174 MHz frequency band, with user-programmable channels. Selection of either wideband (25.0 kHz) or narrowband (12.5 kHz) channel spacing is required on each channel. The radio shall be frequency- synthesized, equipped with a CTCSS sub-audible tone encoder having a minimum of 32 selectable tones meeting the current TIA/EIA-603A standard, and develop a minimum of 30 watts carrier output power.

2. The use of appropriate portable VHF-FM radios (Relm BK EPH/GPH/DPH series; Motorola XTS3000 & XTS5000; Thales Racal 25; EF Johnson 5100; and Datron Guardian 25, or equivalent) with suitable output power booster units is permissible.

3. Transceivers shall be set to operate in the narrowband mode unless local requirements dictate otherwise. All radios must have the ability to be programmed in the field by the operator without the aid of a computer or radio shop.

4. The following mobile radios are known to meet the above requirements:

| | |
|---|---|
| BK Radio | EMH or GMH ("Smartmic" option required) |
| ICOM | IC-F320* |
| Kenwood | TK-760H* |
| Relm | APCO 25* |

Note: *Dealer modification required for programmability.

# EXHIBIT 8
# FUEL SERVICING EQUIPMENT REQUIREMENTS

A. General

1. An approved fuel servicing vehicle (FSV) (truck, pump-house, or trailer) shall be provided with each helicopter. The FSV shall be inspected annually and shall be stationed at the Assigned Work Location unless dispatched by the Contracting Officer. Vehicle shall display a current USDA-FS or USDI-OAS inspection sticker.

2. The fuel-servicing vehicle shall be capable of transporting fuel over rough mountainous terrain to include grades of up to 9%.

3. Fuel tank/chassis combinations which are not compatible and/or that exceed the gross vehicle weight rating (GVWR) when tank(s) are full are not permitted.

4. Fuel servicing vehicles shall be properly maintained, cleaned, and reliable. Tanks, plumbing, filters, and other required equipment shall be free of leaks, rust, scale, dirt, and other contaminants. Trailers used for storage and transport of fuel shall have an effective wheel braking system.

5. Spare filters, seals, and other components of the fuel-servicing vehicle filtering system shall be stored in a clean, dry area in the fuel service vehicle. A minimum of one set is required to be with the vehicle.

6. The fuel servicing vehicle tank capacity shall be sufficient to sustain 8-hours of flight (14-hours of flight when the aircraft is doubled crewed and required in the Schedule of Items). Barrels are not acceptable. The fuel servicing vehicle manufacturers' gross vehicle weight (GVW), with a full fuel tank, shall not be exceeded.

7. All tanks will be securely fastened to the vehicle frame in accordance with DOT regulations and shall have a sump or sediment settling area of adequate capacity to provide uncontaminated fuel to the filter.

8. A 10-gallon per minute filter and pump is the minimum size acceptable. Filter and pump systems sizes shall be compatible with the helicopter being serviced.

9. The filter manufacturer's Operating, Installation and Service Manual shall be with the fuel-servicing vehicle. Filters shall be changed in accordance with the filter manufacturer’s manual, at a minimum of every 12-months, whichever is less, and documented. The filter vessel shall be placarded indicating filter change date and documented in service vehicle log.

10. Gasoline engine driven pumps shall be designed to pump fuel, have shielded ignition system, Forest Service approved spark arrestor muffler, and a metal shield between the engine and pump. Other exposed terminal connections shall be insulated to prevent sparking in the event of contact with conductive material.

## EXHIBIT 8
## FUEL SERVICING EQUIPMENT REQUIREMENTS (Cont)

B. Equipment

1. Each aircraft fuel servicing tank vehicle shall have two fire extinguishers, each having a rating of at least 20-B:C with one extinguisher mounted on each side of the vehicle. Extinguishers shall comply with NFPA 10 Standards for Portable Fire Extinguishers.

2. Fuel tanks shall be designed to allow contaminants to be removed from the sediment settling area.

3. Only hoses compatible with aviation fuel shall be used for servicing. Hoses shall be kept in good repair. The hose shall be at least 50 feet in length, minimum of ½ the rotor diameter plus 20 feet for rapid refueling.

4. Fuel nozzle shall include a 100-mesh or finer screen, a dust protective device, and a bonding cable with clip or plug. Except for closed circuit systems, no hold-open devices will be permitted.

5. An accurate fuel-metering device for registering quantities in U.S. gallons of fuel pumped shall be provided. The meter shall be positioned in full view of the fuel handler while fueling the helicopter.

6. Fuel servicing vehicle shall have adequate bonding cables.

7. Fuel servicing vehicle shall comply with DOT and EPA requirements for transportation and storage of fuel, and shall carry sufficient petroleum product absorbent pads or materials to absorb or contain up to a 5-gallon petroleum product spill. The Contractor is responsible for proper disposal of all products used in the cleanup of a spill in accordance with the EPA, 40 CFR 261 and 262.

8. Operator shall provide locking devices for all filler ports on all fuel storage tanks.

C. Markings

1. Each fuel-servicing vehicle shall have "NO SMOKING" signs with 3-inch minimum letters visible from both sides and rear of vehicle.

2. Each vehicle shall also be conspicuously and legibly marked to indicate the nature of the fuel. The marking shall be on each side and the rear in letters at least 3 inches high on a background of sharply contrasting color such as Avgas by grade or jet fuel by type. Example: Jet-A white on black background.

3. All fuel servicing vehicles shall be placarded in accordance with 49 CFR 172.

# EXHIBIT 8
# FUEL SERVICING EQUIPMENT REQUIREMENTS (Cont)

D. Filtering System (Three-Stage or Single-Stage is acceptable)

1. The first and third stage elements of a three-stage system and the elements of a single-stage system shall be new and installed by the Contractor during the annual inspection and witnessed by the Government Inspector, upon request.

2. The separator element (Teflon screen) of the three-stage system shall be inspected and tested as prescribed by the manufacturer during the inspection. The filter assembly shall be placarded with that data.

3. If equipped with a drain, the bottom of the filter assembly shall be mounted to allow for draining and pressure flushing into a container. If the unit is drained overboard, the fuel shall not come in contact with the exhaust system or the vehicle's wheels. If the unit is equipped with a water sight gauge, the balls shall be visible.

4. Three-Stage (filter, water separator, monitor) System:

   Fueling systems shall utilize a three-stage system such as a Facet Part Number 050970-M2 for 20 gallon-per-minute (gpm) pump, or equal. A Facet Part Number 050971-M2 for a 10 gallon-per-minute pump, or equal. An acceptable third-stage (monitor) unit is Velcon CDF-220 Series for 20-gpm flow or Velcon CDF-210E for 10 gpm systems.

5. Single-Stage System or Three-in-One Filter Canister:

   Fueling systems shall utilize a single element system such as a Velcon filter canister with Aquacon cartridge of a size compatible with pumps flow rate.

6. Differential pressure gauge(s) shall be installed and readable. Example: Velcon VF-61 canister with an ACO-51201C cartridge.

E. Fuel Servicing

1. General

   a. The Contractor shall supply all aircraft fuel unless the Government exercises the option of providing fuel. All fuel provided by the Contractor will be commercial grade aviation fuel. Only fuels meeting the specifications of American Society for Testing and Materials (ASTM) D-1655 (Type Jet A, A-1 or B), MIL T-5624 (Grade JP-4 or JP-5) for turbine engine powered aircraft are authorized for use.

## EXHIBIT 8
## FUEL SERVICING EQUIPMENT REQUIREMENTS (Cont)

b. Fueling operations, including storage and handling, shall comply with the airframe and engine manufacturer's recommendations and all applicable FAA standards. NFPA Standard No. 407, Aircraft Fuel Servicing, shall be followed except that no passengers may be on board during fueling operations. Additionally, if storage facilities contain more than 1,320-gallons in total or any one single container contains more than 660-gallons, then the regulations of the EPA shall apply. (See 40, CRF 112).

c. Fuel shall pass through a filtering system in accordance with the filter manufacturer's recommendations

2. Rapid Refueling

a. There are two approved methods (CCR and Open Port) for fueling helicopters with engine(s) running.

(1) Closed Circuit Refueling (CCR). This method of refueling uses a CCR system designed to prevent spills, minimized fuel contamination, and prevent escape of flammable fuel vapors.

(2) Open Port. This method of refueling allows flammable fuel vapors to escape.

b. Rapid refueling of helicopters is permitted if requested by the Government, and the Contractor follows NFPA 407 procedures, and the contractor has an approved rapid refueling procedure. For 14 CFR Part 133 and 137 operators a copy of company rapid refueling procedures must be submitted prior to rapid refueling. Rapid refueling authorization shall be annotated on the aircraft approval card. Additionally, the Contractor shall meet the following requirements:

(1) A pilot shall be seated at the controls of the aircraft during refueling operations.

(2) The aircraft shall be shut down after every 4-hours of continuous operation.

(3) Personnel providing onsite fire protection are briefed on the Contractor's rapid refueling procedures.

(4) Government personnel shall not refuel Contract aircraft unless the pilot requests Government assistance due to an emergency situation; or when the Government provides the fuel servicing system and dispensing personnel.

(5) The hose shall be at least 50 feet in length, minimum of ½ the rotor diameter plus 20 feet for rapid refueling.

# EXHIBIT 8
# FUEL SERVICING EQUIPMENT REQUIREMENTS (Cont)

(6) A Closed Circuit refueling adapter shall be provided to allow fueling of aircraft with standard fueling ports.

F. Fuel Quality Control Procedures

Compliance with fuel quality control requirements is the responsibility of the contractor. NFPA 407 shall be followed for Aircraft Fuel Servicing.

1. Daily

   a. Check for and remove any water from fuel tanks. A water check will be performed each morning before the vehicle is moved, after every reloading of fuel, washing of equipment, and after a heavy rain or snowstorm.

   b. Drain all filter/separator drain valves and check for water and other contaminants. Draw off any accumulation of water.

   c. Draw off a sample from the fuel nozzle. Sample shall be collected in a clean, clear glass jar and examined visually. Any visual water, dirt, or filter fibers are not acceptable.

2. During Helicopter Fueling Process

   a. Check sight gauge for water, if equipped

   b. Visually inspect fueler for leaks. Repair as necessary

3. Weekly

   a. With pump operating, pressure flush filter assembly. Continue flush operation until sample is clear, clean, and bright.

   b. Time flow rate with full open flow from nozzle. Record gallons-per-minute to nearest 1/10 gallon.

   c. Check condition of covers, gaskets, and vents.

   d. Inspect all fire extinguishers for broken seals, proper pressure, and recharge date. Recharge as necessary.

   e. Inspect hoses for abrasions, separations, or soft spots. Weak hoses will be replaced.

## EXHIBIT 8
## FUEL SERVICING EQUIPMENT REQUIREMENTS (Cont)

4. Record Keeping. The fuel handler shall keep a daily record containing the following information: (as a minimum)

   a. Condition (clean, clear, bright, etc.) of fuel sample at:

      1. Nozzle Sample

      2. Filter Sump Sample

      3. Tank Sump Sample

   b. Flow rate in gallons per minute to the nearest 1/10 gallon

   c. Filter change (reason & date)

   d. Record of source, location, when and quantity of fuel loaded into servicing vehicle

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

# EXHIBIT 9
# PILOT OPERATIONS BRIEFING CERTIFICATE

It is important for Contract pilots to be familiar with the Contract specifications and applicable Code of Federal Regulations. Pilot operation briefings will emphasize the following areas:

1. Aircraft Maintenance
2. Aircraft and Equipment Security
3. Operations
4. Conduct and Replacement of Personnel
5. Suspension and Revocation of Personnel
6. Substitution or Replacement of Personnel, Aircraft, and Equipment
7. Flight Hour and Duty Limitations
8. Accident Prevention and Safety
9. Mishaps
10. Personal Protective Equipment
11. Payments
12. Interagency Helicopter Load Calculation
13. Performance Report

***** CERTIFICATION STATEMENT *****

Name of Company: ________________________________________________________________

I certify that I have reviewed the Contract and shall comply with the pilot, aircraft, and operational specifications contained wherein.

______________________________________________________ ______________
Director of Operations or Chief Pilot Signature Date

____________________________________________________________ ________________
Pilot Signature Date

____________________________________________________________ ________________
Pilot Signature Date

____________________________________________________________ ________________
Pilot Signature Date

____________________________________________________________ ________________
Pilot Signature Date

____________________________________________________________ ________________
Pilot Signature Date

____________________________________________________________ ________________
Pilot Signature Date

____________________________________________________________ ________________
Pilot Signature Date

____________________________________________________________ ________________
Pilot Signature Date

____________________________________________________________ ________________
Pilot Signature Date

____________________________________________________________ ________________
Pilot Signature Date

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

## EXHIBIT 10
## INTERAGENCY GUIDELINES FOR VERTICAL REFERENCE/EXTERNAL LOAD TRAINING STANDARDS

A. Interagency helicopter standards require that Contractors develop a Vertical Reference/External Load training syllabus and that Contract pilots receive this training before applying for agency Special Use approval. The applicant shall have a minimum of 10-hours Vertical Reference/External Load flight training during initial qualification, and a minimum of 2-hours annual recurrent training prior to use under the Contract. The Contract pilot shall have a current proficiency endorsement from the company's chief pilot in order to qualify for a flight evaluation by an Interagency HIP.

B. The pilot shall be able to demonstrate proficiency with either 100 to 150-feet length lines, and:

C. Exhibit knowledge by explaining the elements of external load operations.

D. Perform a thorough preflight briefing of ground personnel to include hookup procedures, signals, pilot, and ground personnel actions in the event of an emergency or hook malfunction.

E. Visually determine that the cargo hook(s) and cables are installed properly and that electrical and manual releases are functioning properly.

F. Ascend vertically using vertical reference techniques while centered over the load until the load clears the ground, then maintain a stable hover with a load 10-feet (+ - 5-feet) above the ground for 30-seconds.

G. Control the hook movement and stop load oscillations while in a hover.

H. Maintain positive control of the load throughout the flight while maintaining specified altitude within 50-feet, airspeed within 10-knots and heading within 10°.

I. Maintain the proper approach angle and rate of closure to establish an out-of-ground effect hover with the load 10 feet above the ground (+ -5-feet) for 30-seconds. The load will then be placed within a 10- foot radius of the specified release/touchdown point.

J. Maintain the proper approach angle and rate of closure to establish an out-of-ground effect hover within a confined area with the load 10-feet above the ground (+ - 5-feet) for 30-seconds. The load will then be placed within a 10-feet radius of the specified release/touchdown point.

I certify that ________________________________________ meets the currency and performance requirements of our

Company's Vertical Reference/External Load Training Manual and recommend this pilot for a flight evaluation.

____________________________________________ ______________
Chief Pilot Signature Date

____________________________________________
Company

# EXHIBIT 11
# HELICOPTER MAKE/MODEL/SERIES LIST

Grouping of like makes and models of aircraft allows determination of pilot authority. Differences training shall be completed for each of the makes/models in a grouping. Make/model qualification and currency are met with time flown in any aircraft in grouping.

When make/model/series currency is specified in the procurement document, only that specific make/model/series may be used to determine currency.

| Make | Model |
|---|---|
| Agusta | A-119 |
| Bell | 47 Series (All Recips) |
| Bell | 47Series (Soloy) |
| Bell | 206A, 206B, 206B3 |
| Bell | 206L, 206L1, 206L3, 206L4 |
| Bell | 407 |
| Bell | 204, 205, UH-1, All Series |
| Bell | 212, 412 |
| Bell | 214 |
| | |
| Boeing | BV-107, BK-107 |
| Boeing | BV-234, CH-47 |
| Boeing | 369 (500) Series |
| Boeing | MD-600N |
| Boeing | MD-900, 902 |
| | |
| Enstrom | 28 Series |
| | |
| Eurocopter | SA-315, SA-316, SA-319 (Alouette/Lama) |
| Eurocopter | SA-318 |
| Eurocopter | AS 350 Series (Astar) |
| Eurocopter | AS-355 Series (Twin Star) |
| Eurocopter | SA-341 (Gazelle) |
| Eurocopter | SA-360 |
| Eurocopter | SA-365 (Dauphin) |
| Eurocopter | SA-330, AS-332 (Puma) |
| Eurocopter | MBB-105 Series |
| Eurocopter | BK-117 Series |
| Eurocopter | EC-135 |
| Eurocopter | EC-120 |
| | |
| Hiller | 12 Series (Recips) |
| Hiller | 12 Series (Soloy) |
| Hiller | FH-1100 |
| | |
| Hughes/Schweizer | 269 (300) Series (Recips) |
| Schwietzer | 330 |
| | |
| Sikorsky | S-55, H-19 (Recip), S-55T |
| Sikorsky | S-58, H-34 Series (Recip), S-58T Series |
| Sikorsky | S-62 |
| Sikorsky | S-61 Series, SH-3 |
| Sikorsky | S-64, CH-54 |
| Sikorsky | S-76 Series |
| Sikorsky | S-70, Uh-60 Series |

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

**EXHIBIT 12**
**HELICOPTER SERVICES HOURLY FLIGHT RATES, FUEL CONSUMPTION AND WEIGHT REDUCTION CHART**
**JANUARY 16, 2005 FUEL SURVEY (Version 3 dated 03/17/2005)**
**FOR CONTRACTS AWARDED 2005 – 2007 (CWN/EXCLUSIVE USE)**

| *COMPANY* | AIRCRAFT TYPE | FUEL CONSUMPTION (gal/hr) | JAN 14, 2005 HOURLY FLIGHT RATE ($/HR) | LOAD CALCULATION Weight Reduction (lbs) |
|---|---|---|---|---|
| *AGUSTA* | A-119 KOALA | 55 | $852.00 | 230 |
| *AEROSPATIALE* | SA-315B | 58 | $1,258.00 | 180 |
| | SA-316B | 58 | $1,255.00 | 170 |
| | SA-318C | 56 | $1,143.00 | 80 |
| | SA-319B | 55 | $1,162.00 | 150 |
| | SA-332L-1 | 160 | $3,284.00 | N/A |
| | SA-341G | 56 | $1,122.00 | 170 |
| | AS-330J | 179 | $3,165.00 | N/A |
| | AS-350B/350BA | 45 | $798.00 | 130 |
| | AS-350B-1 | 46 | $798.00 | 160 |
| | AS-350B-2 | 48 | $807.00 | 160 |
| | AS-350B-3 | 50 | $852.00 | 175 |
| | AS-350D | 38 | $800.00 | 130 |
| | AS-355F-1/355F-2 | 58 | $989.00 | 140 |
| | AS-365N-1 | 87 | $1,591.00 | 275 |
| | EC-120 | 31 | $611.00 | NOT ESTABLISHED |
| | EC-135 | 64 | $1,017.00 | 220 |
| *BELL:* | 47/SOLOY | 23 | $507.00 | 120 |
| | 204B (UH1 Series)) | 88 | $1,197.00 | 200 |
| | 204 Super B | 90 | $1,238.00 | 200 |
| | 205A-1 | 89 | $1,235.00 | 260 |
| | 205A++ | 90 | $1,268.00 | 260 |
| | UH-1B | 88 | $1,179.00 | N/A |
| | UH-1F | 85 | $1,215.00 | N/A |
| | TH-1L | 88 | $1,213.00 | N/A |
| | UH-1H | 89 | $1,213.00 | N/A |
| | 206B-II | 25 | $615.00 | 100 |
| | 206B-III | 27 | $629.00 | 130 |
| | 206L-1 | 32 | $743.00 | 150 |
| | 206L-3 | 38 | $778.00 | 180 |
| | 206L-4 | 38 | $765.00 | 180 |
| | 212 | 100 | $1,442.00 | 390 |
| | 214B | 160 | $1,887.00 | 380 |
| | 214ST | 133 | $2,392.00 | 420 |
| | 222A | 70 | $1,451.00 | NOT ESTABLISHED |
| | 222B | 83 | $1,505.00 | NOT ESTABLISHED |
| | 222UT | 83 | $1,487.00 | NOT ESTABLISHED |
| | 407 | 45 | $866.00 | 155 |
| | 412 | 110 | $1,590.00 | 390 |
| | 412HP | 110 | $1,585.00 | 390 |
| *BOEING:* | BV-107 | 180 | $3,017.00 | N/A |
| | BV-234 | 405 | $5,343.00 | N/A |
| *HILLER:* | *SL-3/4 | 21 | $503.00 | 90 |
| | H-1100B | 22 | $640.00 | 130 |
| | UH-12/SOLO | 23 | $566.00 | 100 |
| *KAMEN:* | H43-F | 85 | $1,202.00 | N/A |
| | K-MAX | 85 | $1,364.00 | N/A |
| *MBB:* | BO105CBS | 55 | $977.00 | 180 |
| | BK-117 | 77 | $1,330.00 | 160 |
| *McDONNELL-* | 500C | 23 | $640.00 | 110 |
| *DOUGLAS:* | 500D/E | 28 | $647.00 | 120 |
| | 520N | 32 | $674.00 | 100 |
| | 530F | 34 | $732.00 | 120 |
| | 600N | 41 | $817.00 | 155 |
| | 900/902 | 69 | $1,064.00 | 210 |
| *SIKORSKY:* | S-55T | 47 | $903.00 | 170 |
| | S-58D/E | 83 | $1,342.00 | N/A |
| | S-58T/PT6T-3 | 115 | $1,694.00 | 400 |
| | S-58T/PT6T-6 | 115 | $1,694.00 | 460 |
| | CH 54/S 64 | 525 | $5,538.00 | N/A |
| | S-61N | 170 | $2,885.00 | N/A |
| | S-62A | 70 | $1,033.00 | 300 |
| | S-70 | 160 | $2,762.00 | N/A |
| | AVERAGE GALLON PRICE: | JET FUEL | $3.44 | |

## EXHIBIT 13
## INTERAGENCY HELICOPTER LOAD CALCULATION

### Instructions

A load calculation must be completed for all flights. A new calculation is required when operating conditions change (± 1000' in elevation or ± 5°C in temperature) or when the Helicopter Operating Weight changes (such as changes to the Equipped Weight, changes in flight crew weight or a change in fuel load).

All blocks must be completed. Pilot must complete all header information and Items 1-13. Helicopter Manager completes Items 14 & 15.

1. DEPARTURE – Name of departure location and current Pressure Altitude (PA, read altimeter when set to 29.92) and Outside Air Temperature (OAT, in Celsius) at departure location.

2. DESTINATION – Name of destination location and PA & OAT at destination. If destination conditions are unknown, use MSL elevation from a map and Standard Lapse Rate of 2° C/1000' to estimate OAT.

   Check the box in Line 1 (Departure) or Line 2 (Destination) to indicate the most restrictive values used to obtain Computed Gross Weight in Line 7b.

3. HELICOPTER EQUIPPED WEIGHT – Equipped Weight equals the Empty Weight (as listed in the Weight and Balance Data) plus the weight of lubricants and onboard equipment required by contract (i.e. survival kit, rappel bracket).

4. FLIGHT CREW WEIGHT – Weight of the Pilot and any other assigned flight crewmembers on board (i.e. Co-pilot, flight engineer, navigator) plus the weight of their personal gear.

5. FUEL WEIGHT – Number of gallons onboard X the weight per gallon (Jet Fuel = 7.0 lbs/gal; AvGas = 6.0 lbs/gal).

6. OPERATING WEIGHT – Add items 3, 4 and 5.

7a. PERFORMANCE REFERENCES – List the specific Flight Manual supplement and hover performance charts used to derive Computed Gross Weight for Line 7b. Separate charts may be required to derive HIGE, HOGE and HOGE-J. HIGE: use Hover-In-Ground-Effect, External/Cargo Hook Chart (if available). HOGE & HOGE-J: use Hover-Out-Ground-Effect charts for all HOGE operations.

7b. COMPUTED GROSS WEIGHT - Compute gross weights for HIGE, HOGE and HOGE-J from appropriate Flight Manual hover performance charts using the Pressure Altitude (PA) and temperature (OAT) from the most restrictive location, either Departure or Destination. Check the box in Line 1 (Departure) or Line 2 (Destination) to indicate which values were used to obtain Computed Gross Weight.

**EXHIBIT 13**
**INTERAGENCY HELICOPTER LOAD CALCULATION (Cont)**

8. WEIGHT REDUCTION – The Government Weight Reduction is required for all "non-jettisonable" loads. The Weight Reduction is optional (mutual agreement between Pilot and Helicopter Manager) when carrying jettisonable loads (HOGE-J) where the pilot has total jettison control. The appropriate Weight Reduction value, for make & model, can be found in the current helicopter procurement document (contract).

9. ADJUSTED WEIGHT – Line 7b minus Line 8.

10. GROSS WEIGHT LIMITATION – Enter applicable gross weight limit from Limitations section of the basic Flight Manual or the appropriate Flight Manual Supplement. This may be Maximum Gross Weight Limit for Take-Off and Landing, a Weight/Altitude/Temperature (WAT) limitation or a Maximum Gross Weight Limit for External Load (jettisonable). Limitations may vary for HIGE, HOGE and HOGE-J.

11. SELECTED WEIGHT – The lowest weight, either line 9 or 10, will be entered for all loads. Applicable limitations in the Flight Manual must not be exceeded.

12. OPERATING WEIGHT – Use the value entered in Line 6.

13. ALLOWABLE PAYLOAD – Line 11 minus Line 12. The maximum allowable weight (passengers and/or cargo) that can be carried for the mission. Allowable Payload may differ for HIGE, HOGE and HOGE-J.

14. PASSENGERS AND/OR CARGO – Enter passenger names and weights and/or type and weights of cargo to be transported. Include mission accessories, tools, gear, baggage, etc. A separate manifest may be used.

15. ACTUAL PAYLOAD – Total of all weights listed in Item 14. Actual payload must not exceed Allowable Payload for the intended mission profile, i.e. HIGE, HOGE or HOGE-J.

Both Pilot and Helicopter Manager must review and sign the form. Check if HazMat is being transported. Manager must inform the pilot of type, quantity and location of HazMat onboard.

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

# EXHIBIT 13
# INTERAGENCY HELICOPTER LOAD CALCULATION (Cont)

| | | | | |
|---|---|---|---|---|
| **INTERAGENCY HELICOPTER LOAD CALCULATION** OAS-67/FS 5700-17 (11/03) | | | **MODEL** | |
| | | | **N#** | |
| **PILOT(S)** | | | **DATE** | |
| **MISSION** | | | **TIME** | |
| 1 | **DEPARTURE** | | **PA** | **OAT** |
| 2 | **DESTINATION** | | **PA** | **OAT** |
| 3 | **HELICOPTER EQUIPPED** | | | |
| 4 | **FLIGHT CREW WEIGHT** | | | |
| 5 | **FUEL WT** ( ______gallons X ______lbs per gal) | | | |
| 6 | **OPERATING WEIGHT** (3 + 4 + 5) | | | |

| | | Non-Jettisonable | | Jettisonable |
|---|---|---|---|---|
| | | **HIGE** | **HOGE** | **HOGE-J** |
| 7a | **PERFORMANCE REF** (List page/chart from FM) | | | |
| 7b | **COMP GROSS WT** (Req for all Non-Jettisonable) | | | |
| 8 | **WT REDUCTION** (Req for all Non-Jettisonable) | | | |
| 9 | **ADJUSTED WEIGHT** (7b minus 8) | | | |
| 10 | **GROSS WT LIMIT** (FM Limitations Section) | | | |
| 11 | **SELECTED WEIGHT** (Lowest of 9 or 10) | | | |
| 12 | **OPERATING WEIGHT** ((From Line 6) | | | |
| 13 | **ALLOWABLE PAYLOAD** (11 minus 12) | | | |
| 14 | **PASSENGERS/CARGO MANIFEST** | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| 15 | **ACTUAL PAYLOAD** (Total of all weights listed in item 14) Line 15 must not exceed Line 13 for the intended mission | | | |
| PILOT SIGNATURE | | | | **HazMat** |
| MGR SIGNATURE | | | | **Yes__ No__** |

# EXHIBIT 14
# HELICOPTER AND FUEL SERVICE TRUCK PRE-USE CHECKLIST

| GENERAL | | |
|---|---|---|
| Date: | Aircraft Make/Model: | N #: |
| Vendor: | | |
| Pilot(s) Name(s): | | |
| Card Expiration Date(s): | | |
| Pilot(s) Carded For Intended Mission(s)? [ ] Yes [ ] No | | |
| A/C Card Expiration Date: | A/C Carded For Intended Missions: [ ] Yes | [ ] No |
| Departure Base: | Departure Hobbs Reading: | Arrival Hobbs Reading: |
| Copy of Contract on Board Aircraft: [ ] Yes [ ] No | HazMat HB/Exemption/ERG: [ ] Yes | [ ] No |

| LOGBOOK REVIEW | | |
|---|---|---|
| 50/100-Hr., Progressive, Or Other Inspection Program Up-To-Date: | [ ] Yes | [ ] No |
| Entries Indicating Damage To Aircraft: | [ ] Yes | [ ] No |
| Form HCM-5 "Turbine Engine Performance Analysis' Onboard Aircraft: | [ ] Yes | [ ] No |
| Power Check Completed/Results Satisfactory: | [ ] Yes | [ ] No |
| Comments: | | |

**CONDITION OF HELICOPTER**

| Item | OK | Document Inoperable Or Damaged Equipment (Dents, Tears, Leaks, Etc.) |
|---|---|---|
| Skin and Exterior | | |
| Windows | | |
| Doors | | |
| Upholstery | | |
| Cargo Compartment | | |
| Skids/Wheels | | |
| Fixed Tank | | |
| Other | | |
| Comments: | | |

**REQUIRED HELICOPTER EQUIPMENT INSTALLED AND OPERATIVE (CONSULT CONTRACT)**

| Item | Yes | No | Item | Yes | No |
|---|---|---|---|---|---|
| Seat Belts and Harnesses | | | Strobe Light(s) | | |
| Hi-Visibility Paint on Main Rotor Blades | | | Survival Kit | | |
| VHF-FM Radio | | | First Aid Kit | | |
| VHF-AM 760 Channel | | | Fire Extinguisher(s) | | |
| Auxillary Radio Adapter | | | Cargo Hook | | |
| GPS | | | Convex Mirror | | |
| High Skid Gear | | | Buckets (Appropriate Sizes) | | |
| Nine-Pin Plug (Type Ill Helicopters Only) | | | Anti-Theft Security Measures in Place | | |
| Comments: | | | | | |

**REQUIRED SERVICE TRUCK EQUIPMENT INSTALLED AND OPERATIVE (CONSULT CONTRACT)**

| Item | Yes | No | Item | Yes | No |
|---|---|---|---|---|---|
| Spare Set of Filters | | | Filter Change Data Placarded | | |
| Fire Extinguisher(s) Current Inspection | | | Bonding Cables | | |
| Hazmat Marking and Placards | | | Fuel Quality Control Log | | |
| Inspection Sticker | | | Absorbent Materials for Spills | | |
| Beginning Odometer Reading: | | | | | |
| Comments: | | | | | |

| Signature of Inspecting Govt. Representative & Pilot | Print Name | Date |
|---|---|---|
| | | |
| | | |

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

# EXHIBIT 15
# PERFORMANCE REPORT

*To be completed at the end of your tour.*

This form is to improve the quality level of Call-When-Needed Helicopter Contracts. Your remarks will assist us in improving our interagency standards for CWN Helicopter Contracts and Contractors.

| | | |
|---|---|---|
| CONTRACTOR'S NAME: | CONTRACT # : | A/C N-# |
| YOUR NAME: | EMAIL: | AGENCY: |
| YOUR ASSIGNMENT DATE: | RELEASE DATE: | PHONE # : |

1. Was the helicopter kept clean and neat?

| | | |
|---|---|---|
| DOES NOT MEET REQUIREMENTS | 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ | EXCEEDS ALL REQUIREMENTS |

QUALITY COMMENTS:

2. Did the fuel truck provide reliable service?

| | | |
|---|---|---|
| DOES NOT MEET REQUIREMENTS | 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ | EXCEEDS ALL REQUIREMENTS |

QUALITY COMMENTS:

3. Did the company keep you fully informed on the condition of the crew, helicopter, and fuel truck? Yes ☐ No☐

| | | |
|---|---|---|
| DOES NOT MEET REQUIREMENTS | 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ | EXCEEDS ALL REQUIREMENTS |

QUALITY COMMENTS:

4. Did the contractor abide by all provisions of the contract? Yes ☐ No☐

| | | |
|---|---|---|
| DOES NOT MEET REQUIREMENTS | 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ | EXCEEDS ALL REQUIREMENTS |

COST CONTROL COMMENTS:

5. Would you take your next assignment with this contractor? Yes ☐ No☐

| | | |
|---|---|---|
| DOES NOT MEET REQUIREMENTS | 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ | EXCEEDS ALL REQUIREMENTS |

COST CONTROL COMMENTS:

6. Was the crew and helicopter supported by the company in a timely manner? Yes ☐ No☐

TIMELINESS OF PERFORMANCE COMMENTS:

7. During any mechanical problems, were you informed of the problem and the progress of the work being done to fix the aircraft? Yes ☐ No☐

| | | |
|---|---|---|
| DOES NOT MEET REQUIREMENTS | 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ | EXCEEDS ALL REQUIREMENTS |

TIMELINESS OF PERFORMANCE COMMENTS:

8. Did the flight crew/fuel truck/mechanic arrive on time each day? Yes ☐ No☐

| | | |
|---|---|---|
| DOES NOT MEET REQUIREMENTS | 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ | EXCEEDS ALL REQUIREMENTS |

TIMELINESS PERFORMANCE COMMENTS:

9. Were crew changes handled with little or no confusion, and, was there a briefing between crew members being exchanged? Yes ☐ No☐

| | | |
|---|---|---|
| DOES NOT MEET REQUIREMENTS | 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ | EXCEEDS ALL REQUIREMENTS |

BUSINESS RELATIONS COMMENTS:

10. Were you treated like a preferred customer? Yes ☐ No☐

| | | |
|---|---|---|
| DOES NOT MEET REQUIREMENTS | 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ | EXCEEDS ALL REQUIREMENTS |

BUSINESS RELATIONS COMMENTS:

Would you like someone to contact you about this contractor? Yes ☐ No☐
Complete at the end of your assignment and FAX to contracting @ 208-387-5384 or email to jonturner@fs.fed.us

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

## EXHIBIT 16
## PERFORMANCE BY GOVERNMENT-FURNISHED PILOT

**A. <u>General</u>**

1. The following provisions shall apply to the performance of work under the contract, on an intermittent and short term basis, when the utilization of a qualified Government pilot is authorized by the Contractor. All other provisions not expressly changed herein continue to apply.

2. Qualified Government Pilots may operate Contractor aircraft on a case by case basis, upon written approval of the Regional Aviation Officer (RAO) and the CO.

3. Government pilot operations will be in compliance with the USDA Forest Service Manual (FSM) 5700 or Department of the Interior, Departmental Manual (DM), Parts 350-354 Aviation Management and Title 14, Part 91 of the CFR, including those portions that apply to civil aircraft except as noted in the agency manuals. It is not intended that Government pilots meet all requirements of C.9.

4. Appropriate records to establish the qualifications and experience of the Government pilot will be furnished to the Contractor upon request.

5. The Contractor may conduct check rides and/or training of Government pilots for familiarization in the Contractor's helicopters. The cost of check rides and flight training, if required, will be borne by the Government.

6. Approval of a Government pilot to perform work under the contract rests solely with the Contractor.

7. The clause Loss, Damage, or Destruction, is applicable to this contract when the Contractor authorizes performance by a Government pilot.

8. The payment provisions of the contract remain unchanged.

9. Shall not function as Contractor's scheduled relief pilot.

**B. <u>Loss, Damage, or Destruction</u>**

1. The Contractor shall indemnify and hold the Government harmless from any and all losses or damage to the aircraft furnished under this contract except as provided in (d) below. For the purpose of fulfilling his obligation under this clause, the Contractor shall procure and maintain during the term of this contract, and any extension thereof, hull insurance acceptable to the Contracting Officer. The Contractor's insurance coverage shall apply to pilots furnished by the Government to operate the aircraft. The parties named insured under the policies shall be the Contractor and the United States of America. The Contractor may request a list of

## EXHIBIT 16
## PERFORMANCE BY GOVERNMENT-FURNISHED PILOT (Cont)

Government pilots by name and qualification who are potential pilots.

2. Prior to the commencement of work hereunder, the Contractor shall furnish the Contracting Officer a copy of the insurance policy or policies or a certificate of insurance issued by the underwriter(s) showing that the coverage required by this clause has been obtained.

3. Each policy or certificate evidencing the insurance shall contain an endorsement that provides that the insurance company will notify the Contracting Officer 30 days prior to the effective date of any cancellation or termination of any policy or certificate or any modification of a policy or certificate that adversely affects the interest of the Government in such insurance. The notice shall be sent by registered mail and shall identify this contract, the name and address of the Contracting Office, the policy, and the insured.

4. If the aircraft is damaged or destroyed while in the custody and control of the Government, the Government will reimburse the Contractor for the deductible (if any) stipulated in the insurance coverage as follows:

   a. In-Motion Accidents - Up to 5 percent of the current insured value of the aircraft stated in the policy.

   b. Not In-Motion Accidents - Up to $250.00 per accident. Such reimbursement shall not be made, however, for loss or damage to the aircraft resulting from (1 normal wear and tear, (2) negligence or fault in maintenance of the aircraft by the Contractor, or (3) defect in construction of the aircraft or a component thereof.

5. If damage to the aircraft is established to be the fault of the Government, rental payments to the Contractor during the repair period will be made as set forth elsewhere in the contract. The Government may, at its option, make necessary repairs or return the aircraft to the Contractor for repair. In the event the aircraft is lost, destroyed, or damaged so extensively as to be beyond repair, no rental payment will be made to the Contractor thereafter.

6. Any failure to agree as to the responsibility of the Contractor under this clause shall, after a final finding and determination by the Contracting Officer, be considered a dispute within the meaning of the "Disputes" clause of this contract

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

# EXHIBIT 17
# DEPARTMENT OF LABOR WAGE DETERMINATION

REGISTER OF WAGE DETERMINATIONS UNDER
THE SERVICE CONTRACT ACT
By direction of the Secretary of Labor

*/s/William W. Gross*

WILLIAM W. GROSS Division of
Director Wage Determinations

U.S. DEPARTMENT OF LABOR
EMPLOYMENT STANDARDS ADMINISTRATION
WAGE AND HOUR DIVISION
WASHINGTON, D.C. 20210

Wage Determination No: 1995-0222
Revision No: 17
Date of Last Revision: 05/27/2004

Nationwide: Applicable in the continental U.S. Alaska, Puerto Rico, Hawaii and Virgin Islands.

** Fringe Benefits Required Follow the Occupational Listing **

Employed on U.S. Government contracts for aerial photographer, aerial seeding, aerial spraying, transportation of personnel and cargo, fire reconnaissance, administrative flying, fire detection, air taxi mail service, and other flying services.

| OCCUPATION TITLE | MINIMUM WAGE RATE |
|---|---|
| Aerial Photographer | 11.12 |
| First Pilot (Co-Pilot) | 20.28 |
| Airplane Pilot | 22.28 |

(not set)
(not set)
31010
EXCEPT SCHEDULED AIRLINE TRANSPORTATIONAND LARGE MULTI-ENGINE AIRCRAFT SUCH AS THE B-727, DC-8, AND THE DC-9.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS.

HEALTH & WELFARE $2.59 an hour or $103.60 a week or $448.93 a month.

VACATION: 2 weeks paid vacation after 1 year of service with a Contractor or successor; 3 weeks after 5 years, and 4 weeks after 15 years. Length of service includes the whole span of continuous service with the present Contractor or successor, wherever employed, and with the predecessor Contractors in the performance of similar work ant the same Federal facility. (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of ten paid holidays per year; New Year's Day, Martin Luther King Jr's Birthday, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Columbus Day, Veteran's Day, Thanksgiving Day, and Christmas Day. (A Contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved) (See 29 CFR 4.174)

VACATION (Hawaii): 2 weeks paid vacation after 1 year of service with a Contractor or successor, 3 weeks after 10 years, and 4 weeks after 15 years. Length of service includes the whole span of continuous service with the present Contractor of successor, wherever employed, and with the predecessor Contractors in the performance of similar work at the same Federal facility (Reg. 29 CFR 4.173)

HEALTH & WELFARE (Hawaii): $1.09 an hour for all employees on whose behalf the Contractor provides health care benefits pursuant to thee Hawaii prepaid Health Care Act. For those employees who are not receiving health care benefits mandated by the Hawaii prepaid Health Care Act, the new health and welfare benefit rate will be $2.36. For information regarding the Hawaii prepaid Health Care Act, please contact the Hawaii Employers Council.

HAZARDOUS PAY DIFFERENTIAL: An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordinance, explosives, and incendiary materials. This includes work such as screening, blending, dying mixing, and pressing of sensitive ordinance, explosives, and pyrotechnic compositions such as lead azide, black powder and photoflash powder. All dry-house activities involving propellants or explosives. Demilitarization, modification, renovation, demolition, and maintenance operations on sensitive ordnance, explosives and incendiary materials. All operations involving regarding and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with, or in close proximity to ordnance, (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as lacerations of hands, face, or arms of the employee engaged in the operation, irritation of the skin, minor burns and the like, minimal damage to immediate or adjacent work area or equipment being used. All operations involving, unloading, storage, and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition. These differentials are only applicable to work that has been specifically designated by the agency for ordnance, explosives, and incendiary material differential pay.

** UNIFORM ALLOWANCE **

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

# EXHIBIT 17
# DEPARTMENT OF LABOR WAGE DETERMINATION (Cont)

If employees are required to wear uniforms in the performance of the Contract (either by the terms of the Government contract, by the employer, by the state or local law, etc.), the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The Contractor or Subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms. In addition, where uniform cleaning and maintenance is made the responsibility of the employee, all Contractors and Subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount, or the furnishing of contrary affirmative proof as to the actual cost), reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However, in those instances where the uniforms furnished are made of “wash and wear” materials, may be routinely washed and dried with other personal garments, and do not require any special treatment such as dry cleaning, daily washing, or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract, by the Contractor, by the nature of the work, there is no requirement that employees be reimbursed for uniform maintenance costs.

** NOTES APPLYING TO THIS WAGE DETERMINATION **

Source of Occupational Title and Descriptions:

The duties of employees under job titles listed are those described in the “Service Contract Act Directory of Occupations,” Fourth Edition, January 1993, as amended by the Third Supplement, dated March 1997, unless otherwise indicated. This publication may be obtained from the Superintendent of Documents, at 202-783-3239, or by writing to the Superintendent of Documents, U.S. Government Printing Office, Washington D.C 20402. Copies of specific job descriptions may also be obtained from the appropriated contracting officer.

REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE [Standard Form 1444 (SF 1444)]

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e., the work to be performed is not performed by any classification listed in the wage determination), be classified by the Contractor so as to provide a reasonable relationship (i.e., appropriated level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination. Such conformed classes of employees shall be paid the monetary wages and furnished the fringe benefits as are determined. Such conforming process shall be initiated by the Contractor prior to the performance of contract work by such unlisted class(es) of employees. The conformed classification, wage rate, and/or fringe benefits shall be retroactive to the commencement date of the contract. (See Section 4.6 (C)(vi). When multiple wage determinations are included in a contract, a separate SF 1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid, the Contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award, the Contractor prepares a written report listing in order proposed classification title(s), a Federal grade equivalency (FGE) for each proposed classification(s), job descriptions(s), and rationale for proposed wage rate(s), including information regarding the agreement or disagreement of the authorized representative of the employees involved, or where there is no authorized representative, the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action, together with the agency’s recommendations and pertinent information including the position of the Contractor and the employees, to the Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor, for review. (See section 4.6(b) (2) of Regulations 29 CFR Part 4).

4) Within 30 days of receipt, the Wage and Hour Division approves, modifies, or disapproves the action via transmittal to the agency contracting officer, or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour decision to the Contractor.

6) The Contractor informs the affected employees.

Information required by the Regulations must be submitted on SF 1444 or bond paper.

When preparing a conformance request, the “Service Contract Act Directory of Occupations” (the Directory) should be used to compare job definitions to insure that duties requested are not performed by a classification already listed in the wage determination. Remember, it is not the job title, but the required tasks that determine whether a class is included in and established wage determination. Conformances may not be used to artificially split, combine, or subdivide classifications listed in the wage determination.

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

# EXHIBIT 17
# DEPARTMENT OF LABOR WAGE DETERMINATION (Cont)

** OCCUPATIONS NOT INCLUDED IN THE SCA DIRECTORY OF OCCUPATIONS **

**Aerial Photographer**

The aerial photographer must be skilled in reading flight maps, capable of assisting the pilot to adhere to flight lines, be able to level and operate a cartographic camera and its auxiliary equipment mounted in the aircraft so that the photographs that are taken will have the required forward lap and side lap for use in photogrammetric mapping equipment, and possess a working knowledge of aerial films and camera filters to insure proper exposure of the films.

**First Officer (Co-Pilot)**

Is second in command of commercial airplane and its crew while transporting passengers, mail, or other cargo on scheduled or nonscheduled flights. Assists or relieves an airline captain in operating the controls of an airplane, monitoring flight and engine instruments, and maintaining air-to-ground communications.

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

# EXHIBIT 17
# DEPARTMENT OF LABOR WAGE DETERMINATION (Cont)

REGISTER OF WAGE DETERMINATIONS UNDER THE
SERVICE CONTRACT ACT
By direction of the Secretary of Labor

U.S. DEPARTMENT OF LABOR
EMPLOYMENT STANDARDS ADMINISTRATON
WAGE AND HOUR DIVISION .
WASHING TON, D.C. 20210

William W. Gross Director Division of Wage Determinations

Wage Determination No.: 1995-0221
Revision No.: 14
Date of Last Revision: 06/24/2004

FOR FUEL TRUCK DRIVER

NATIONWIDE: Applicable in the continental U.S., Hawaii and Alaska.

Alaska: Entire state.

Hawaii: Entire state.

Midwestern Region: Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Missouri, Nebraska, North Dakota, Ohio, South Dakota, Wisconsin

Northeast Region: Connecticut, Maine, Massachusetts, New Hampshire, New Jersey , New York, Pennsylvania, Rhode Island, Vermont.

Southern Region: Alabama, Arkansas, Delaware, District of Columbia, Florida, Georgia, Kentucky , Louisiana, Maryland, Mississippi, North Carolina, Oklahoma, South Carolina, Tennessee, Texas, Virginia, West Virginia

Western Region: Arizona, California, Colorado, Idaho, Montana, Nevada, New Mexico, Oregon, Utah, Washington, Wyoming

**Fringe Benefits Required Follow the Occupational Listing**

Employed on contracts for Emergency Incident and Fire Safety services.

| OCCUPATION CODE -TITLE | MINIMUM WAGE RATE |
|---|---|
| **(not set) -Emergency Medical Technician** | |
| Alaska | 13 .36 |
| Hawaii | 11 .56 |
| Midwestern Region | 12 .13 |
| Northeast Region | 13 .38 |
| Southern Region | 12 .31 |
| Western Region | 13.19 |
| **(not set) -Environmental Protection Specialist** | |
| Alaska | 30 .84 |
| Hawaii | 28 .55 |
| Midwestern Region | 25 .95 |
| Northeast Region | 31 .12 |
| Southern Region | 26 .43 |
| Western Region | 27.33 |
| **(not set) -Fire Safety Professional** | |

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

# EXHIBIT 17
# DEPARTMENT OF LABOR WAGE DETERMINATION (Cont)

| | |
|---|---|
| Alaska | 30 .84 |
| Hawaii | 28 .53 |
| Midwestern Region | 25 .95 |
| Northeast Region | 31 .12 |
| Southern Region | 26 .43 |
| Western Region | 27 .33 |
| **05190 -Motor Vehicle Mechanic** | |
| Alaska | 23 .92 |
| Hawaii | 15 .90 |
| Midwestern Region | 18 .89 |
| Northeast Region | 17 .73 |
| Southern Region | 16.51 |
| Western Region | 19 .10 |
| **05220 -Motor Vehicle Mechanic Helper** | |
| Alaska | 17 .31 |
| Hawaii | 12 .24 |
| Midwestern Region | 12 .25 |
| Northeast Region | 13 .80 |
| Southern Region | 10 .66 |
| Western Region | 12 .93 |
| **11300- Refuse Collector** | |
| Alaska | 10 .42 |
| Hawaii | 9 .64 |
| Midwestern Region | 8 .92 |
| Northeast Region | 10 .18 |
| Southern Region | 6 .75 |
| Western Region | 8 .68 |
| **21071- Forklift Operator** | |
| Alaska | 19 .87 |
| Hawaii | 15 .48 |

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

| | |
|---|---|
| Midwestern Region | 14 .28 |

# EXHIBIT 17
# DEPARTMENT OF LABOR WAGE DETERMINATION (Cont)

| | |
|---|---|
| Northeast Region | 13 96 |
| Southern Region | 11 .80 |
| Western Region | 15 .27 |
| **21150- Stock Clerk (Shelf Stocker; Store Worker II)** | |
| Alaska | 12.84 |
| Hawaii | 10 .12 |
| Midwestern Region | 11 .34 |
| Northeast Region | 11 .17 |
| Southern Region | 10 .86 |
| Western Region | 11 .49 |
| **23160 -Electrician, Maintenance** | |
| Alaska | 28 .44 |
| Hawaii | 24 .51 |
| Midwestern Region | 21 .35 |
| Northeast Region | 22 .89 |
| Southern Region | 18 .25 |
| Western Region | 21 .79 |
| **23440 -Heavy Equipment Operator** | |
| Alaska | 23 .26 |
| Hawaii | 16.55 |
| Midwestern Region | 18 .89 |
| Northeast Region | 17.73 |
| Southern Region | 16.51 |
| Western Region | 19 .10 |
| **23470 -Laborer** | |
| Alaska | 14 .12 |
| Hawaii | 13 .70 |
| Midwestern Region | 11 .49 |
| Northeast Region | 11 .59 |
| Southern Region | 9 .34 |

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

| | |
|---|---|
| Western Region | 10 .85 |

## EXHIBIT 17
## DEPARTMENT OF LABOR WAGE DETERMINATION (Cont)

| | |
|---|---|
| **23530- Machinery Maintenance Mechanic** | |
| Alaska | 26 .54 |
| Hawaii | 26.19 |
| Midwestern Region | 16 .37 |
| Northeast Region | 17 .12 |
| Southern Region | 12 .96 |
| Western Region | 16 23 |
| **23580 -Maintenance Trades Helper** | |
| Alaska | 19 .40 |
| Hawaii | 14 .97 |
| Midwestern Region | 15 .41 |
| Northeast Region | 14 .39 |
| Southern Region | 13 .03 |
| Western Region | 13 .37 |
| **27070 -Firefighter** | |
| Alaska | 10 .75 |
| Hawaii | 8.76 |
| Midwestern Region | 6 .72 |
| Northeast Region | 7 .39 |
| Southern Region | 6 .78 |
| Western Region | 7 .39 |
| **31030- Bus Driver** | |
| Alaska | 19 .52 |
| Hawaii | 12 .67 |
| Midwestern Region: 1 1/2 to 4 tons | 16 .08 |
| Midwestern Region: over 4 tons | 16 .81 |
| Midwestern Region: under 1 1/2 tons | 12 .04 |
| Northeast Region: 1 1/2 to 4 tons | 16 .49 |
| Northeast Region: over 4 tons | 17 21 |

## EXHIBIT 17
## DEPARTMENT OF LABOR WAGE DETERMINATION (Cont)

| | |
|---|---|
| Northeast Region: under 1 1/2 tons | 12 .79 |
| Southern Region: 1 1/2 to 4 tons | 14 .70 |
| Southern Region: over 4 tons | 15.23 |
| Southern Region: under 1 1/2 tons | 8 .18 |
| Western Region: 11/2 to 4 tons | 15 .14 |
| Western Region: over 4 tons | 15 .57 |
| Western Region: under 1 1/2 tons | 9 .54 |
| **31361- Truckdriver, Light Truck** | |
| Alaska 18 .27 Hawaii | 9 .99 |
| Midwestern Region | 12 .04 |
| Northeast Region | 12 .79 |
| Southern Region | 8.18 |
| Western Region | 9 .54 |
| **31362- Truckdriver, Medium Truck** | |
| Alaska | 19 .81 |
| Hawaii | 12 .66 |
| Midwestern Region | 16 .08 |
| Northeast Region | 16 .49 |
| Southern Region | 14 .64 |
| Western Region | 15.14 |
| **31363- Truckdriver, Heavy Truck** | |
| Alaska | 20 .91 |
| Hawaii | 13 .82 |
| Midwestern Region | 16 .81 |
| Northeast Region | 17.21 |
| Southern Region | 15 .23 |
| Western Region | 16.14 |
| **31364 -Truckdriver, Tractor-Trailer** | |
| Alaska | 22 .02 |
| Hawaii | 14 .06 |
| Midwestern Region | 20 .00 |

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

# EXHIBIT 17
# DEPARTMENT OF LABOR WAGE DETERMINATION (Cont)

| | |
|---|---|
| Northeast Region | 17 .33 |
| Southern Region | 16.01 |
| Western Region | 16 .48 |

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $2.59 an hour or $103.60 a week or $448.93 a month

VACATION: 2 weeks paid vacation after I year of service with a contractor or successor; 3 weeks after 10 years, and 4 after 15 years. Length of service includes the whole span of continuous service with the present contractor or successor, wherever employed, and with the predecessor contractors in the performance of similar work at the same Federal facility . (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of ten paid holidays per year: New Year's Day, Martin Luther King Jr.'s Birthday, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Columbus Day, Veterans' Day, Thanksgiving Day, and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4.174)

VACATION (Hawaii): 2 weeks paid vacation after I year of service with a contractor or successor; 3 weeks after 10 years, and 4 weeks after 15 years. Length of service includes the whole span of continuous service with the present contractor or successor, wherever employed, and with the predecessor contractors in the performance of similar work at the same Federal facility .(Reg. 29 CFR 4.173)

HEALTH & WELFARE (Hawaii): $1.09 an hour for all employees on whose behalf the contractor provides health care benefits pursuant to the Hawaii prepaid Health Care Act. For those employees who are not receiving health care benefits mandated by the Hawaii prepaid Health Care Act, the new health and welfare benefit rate will be $2.59. For information regarding the Hawaii prepaid Health Care Act, please contact the Hawaii Employers Council.

HAZARDOUS PAY DIFFERENTIAL: An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordinance, explosives, and incendiary materials. This includes work such as screening, blending, dying, mixing, and pressing of sensitive ordance, explosives, and pyrotechnic compositions such as lead azide, black powder and photoflash powder. All dry-house activities involving propellants or explosives. Demilitarization, modification, renovation, demolition, and maintenance operations on sensitive ordnance, explosives and incendiary materials. All operations involving regrading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with, or in close proximity to ordance, (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands, face, or arms of the employee engaged in the operation, irritation of the skin, minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used. All operations involving, unloading, storage, and hauling of ordance, explosive, and jncendiary ordnance material other than small arms ammunition. These differentials are only applicable to work that has been specifically designated by the agency for ordance, explosives, and incendiary material differential pay.

**UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract, by the employer, by the state or local law, etc.), the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms. In addition, where uniform cleaning and maintenance is made the responsibility of the employee, all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount, or the furnishing of contrary affirmative proof as to the actual cost), reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However, in those instances where the uniforms furnished are made of "wash and wear" materials, may be routinely washed and dried with other personal garments, and do not require any special treatment such as dry cleaning, daily washing, or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract, by the contractor, by law, or by the nature of the work, there is no requirement that employees be reimbursed for uniform maintenance costs.

** NO1ES APPLYING TO THIS WAGE DETERMINATION **

Source of Occupational Title and Descriptions:

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

# EXHIBIT 17
# DEPARTMENT OF LABOR WAGE DETERMINATION (Cont)

The duties of employees under job titles listed are those described in the "Service Contract Act Directory of Occupations," Fourth Edition, January 1993, as amended by the Third Supplement, dated March 1997, unless otherwise indicated. This publication may be obtained from the Superintendent of Documents, at 202-783-3238, or by writing to the Superintendent of Documents, U.s. Government Printing Office, Washington, D.C. 20402. Copies of specific job descriptions may also be obtained from the appropriate contracting officer.

REQUEST For AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE {Standard Form 1444 (SF 1444)}

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e., the work to be performed is not performed by any classification listed in the wage determination), be classified by the contractor so as to provide a reasonable relationship (i.e., appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination. Such conformed classes of employees shall be paid the monetary wages and furnished the fringe benefits as are determined. Such conforming process shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees. The conformed classification, wage rate, and/or fringe benefits shall be retroactive to the commencement date of the contract. {See Section 4.6 (CXvi)} When multiple wage determinations are included in a contract, a separate SF 1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a confomance request is as follows:

1) When preparing the bid, the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award, the contractor prepares a written report listing in order proposed classification title(s), a Federal grade equivalency (FGE) for each proposed classification(s),job description(s), and rationale for proposed wage rate(s), including information regarding the agreement or disagreement of the authorized representative of the employees involved, or where there is no authorized representative, the employees themselves. This report should be submitted to the contracting officer 00 later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action, together with the agency's recommendations and pertinent information including the position of the contractor and the employees, to the Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor, for review. (See section 4.6(bX2) of Regulations 29 CFR Part 4).

4) Within 30 days of receipt, the Wage and Hour Division approves, modifies, or disapproves the action via transmittal to the agency contracting officer, or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour decision to the contractor.

6) The contractor informs the affected employees.

Information required by the Regulations must be submitted on SF 1444 or bond paper.

When preparing a conformance request, the "Service Contract Act Directory of Occupations" (the Directory) should be used to compare job definitions to insure that duties requested are not performed by a classification already listed in the wage determination. Remember, it is not the job title, but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split, combine, or subdivide classifications listed in the wage determination-

** OCCUPATIONS NOT INCLUDED IN THE SCA DIRECTORY OF OCCUPATIONS **

**Emergency Medical Technician**

Provides para-professional medical services activities, including medical, minor surgical, evacuation and related administrative task under supervision of the physician in charge.

***Environmental Protection Specialist***

(Occupation Description Not Available )

***Fire Safety Professional***

(Occupation Description Not Available)

**D-1 Contract Terms and Conditions Required to Implement Statutes or Executive Orders-Commercial Items**
**(FAR 52.212-5) (OCT 2004)**

(a) The Contractor shall comply with the following Federal Acquisition Regulation (FAR) clauses, which are incorporated in this contract by reference, to implement provisions of law or Executive orders applicable to acquisitions of commercial items:
(1) 52.233-3, Protest After Award (Aug 1996) (31 U.S.C. 3553).
(2) 52.233-4, Applicable Law for Breach of Contract Claim (Oct 2004) (Pub. L. 108-77, 108-78)

(b) The Contractor shall comply with the FAR clauses in this paragraph (b) that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items: [*Contracting Officer check as appropriate*.]
_**X** (1) 52.203-6, Restrictions on Subcontractor Sales to the Government (Jul 1995), with Alternate I (Oct 1995) (41 U.S.C. 253g and 10 U.S.C. 2402).
__ (2) 52.219-3, Notice of Total HUBZone Set-Aside (Jan 1999) (15 U.S.C. 657a).
__ (3) 52.219-4, Notice of Price Evaluation Preference for HUBZone Small Business Concerns (Jan 1999) (if the offeror elects to waive the preference, it shall so indicate in its offer) (15 U.S.C. 657a).
__ (4)(i) 52.219-5, Very Small Business Set-Aside (June 2003) (Pub. L. 103-403, section 304, Small Business Reauthorization and Amendments Act of 1994).
__ (ii) Alternate I (Mar 1999) of 52.219-5.
__ (iii) Alternate II (June 2003) of 52.219-5.
_**X** (5)(i) 52.219-6, Notice of Total Small Business Set-Aside (June 2003) (15 U.S.C. 644).
__ (ii) Alternate I (Oct 1995) of 52.219-6.
__ (iii) Alternate II (Mar 2004) of 52.219-6.
__ (6)(i) 52.219-7, Notice of Partial Small Business Set-Aside (June 2003) (15 U.S.C. 644).
__ (ii) Alternate I (Oct 1995) of 52.219-7.
__ (iii) Alternate II (Mar 2004) of 52.219-7.
__ (7) 52.219-8, Utilization of Small Business Concerns (May 2004) (15 U.S.C. 637(d)(2) and (3)).
__ (8)(i) 52.219-9, Small Business Subcontracting Plan (Jan 2002) (15 U.S.C. 637(d)(4).
__ (ii) Alternate I (Oct 2001) of 52.219-9.
__ (iii) Alternate II (Oct 2001) of 52.219-9.
_**X** (9) 52.219-14, Limitations on Subcontracting (Dec 1996) (15 U.S.C. 637(a)(14)).
__ (10)(i) 52.219-23, Notice of Price Evaluation Adjustment for Small Disadvantaged Business Concerns (June 2003) (Pub. L. 103-355, section 7102, and 10 U.S.C. 2323) (if the offeror elects to waive the adjustment, it shall so indicate in its offer).
__ (ii) Alternate I (June 2003) of 52.219-23.
__ (11) 52.219-25, Small Disadvantaged Business Participation Program-Disadvantaged Status and Reporting (Oct 1999) (Pub. L. 103-355, section 7102, and 10 U.S.C. 2323).
__ (12) 52.219-26, Small Disadvantaged Business Participation Program-Incentive Subcontracting (Oct 2000) (Pub. L. 103-355, section 7102, and 10 U.S.C. 2323).
__ (13) 52.219-27, Notice of Total Service-Disabled Veteran-Owned Small Business Set-Aside

(May 2004).
__ (14) 52.222-3, Convict Labor (June 2003) (E.O. 11755).
__ (15) 52.222-19, Child Labor-Cooperation with Authorities and Remedies (June 2004) (E.O. 13126).
__ (16) 52.222-21, Prohibition of Segregated Facilities (Feb 1999).
**_X** (17) 52.222-26, Equal Opportunity (Apr 2002) (E.O. 11246).
**_X** (18) 52.222-35, Equal Opportunity for Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans (Dec 2001) (38 U.S.C. 4212).
**_X** (19) 52.222-36, Affirmative Action for Workers with Disabilities (Jun 1998) (29 U.S.C. 793).
**_X** (20) 52.222-37, Employment Reports on Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans (Dec 2001) (38 U.S.C. 4212).
__ (21) 52.222-39, Notification of Employee Rights Concerning Payment of Union Dues or Fees (Dec 2004) (E.O. 13201).
__ (22)(i) 52.223-9, Estimate of Percentage of Recovered Material Content for EPA-Designated Products (Aug 2000) (42 U.S.C. 6962(c)(3)(A)(ii)).
__ (ii) Alternate I (Aug 2000) of 52.223-9 (42 U.S.C. 6962(i)(2)(C)).
__ (23) 52.225-1, Buy American Act-Supplies (June 2003) (41 U.S.C. 10a-10d).
__ (24)(i) 52.225-3, Buy American Act-Free Trade Agreements-Israeli Trade Act (Jan 2005) (41 U.S.C. 10a-10d, 19 U.S.C. 3301 note, 19 U.S.C. 2112 note, Pub. L. 108-77, 108-78, 108-286).
__ (ii) Alternate I (Jan 2004) of 52.225-3.
__ (iii) Alternate II (Jan 2004) of 52.225-3.
__ (25) 52.225-5, Trade Agreements (Jan 2005) (19 U.S.C. 2501, *et seq*., 19 U.S.C. 3301 note).
__ (26) 52.225-13, Restrictions on Certain Foreign Purchases (Dec 2003) (E.o.s, proclamations, and statutes administered by the Office of Foreign Assets Control of the Department of the Treasury).
__ (27) 52.225-15, Sanctioned European Union Country End Products (Feb 2000) (E.O. 12849).
__ (28) 52.225-16, Sanctioned European Union Country Services (Feb 2000) (E.O. 12849).
__ (29) 52.232-29, Terms for Financing of Purchases of Commercial Items (Feb 2002) (41 U.S.C. 255(f), 10 U.S.C. 2307(f)).
__ (30) 52.232-30, Installment Payments for Commercial Items (Oct 1995) (41 U.S.C. 255(f), 10 U.S.C. 2307(f)).
**_X** (31) 52.232-33, Payment by Electronic Funds Transfer-Central Contractor Registration (Oct 2003) (31 U.S.C. 3332).
__ (32) 52.232-34, Payment by Electronic Funds Transfer-Other than Central Contractor Registration (May 1999) (31 U.S.C. 3332).
__ (33) 52.232-36, Payment by Third Party (May 1999) (31 U.S.C. 3332).
__ (34) 52.239-1, Privacy or Security Safeguards (Aug 1996) (5 U.S.C. 552a).
__ (35)(i) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (Apr 2003) (46 U.S.C. Appx 1241 and 10 U.S.C. 2631).
__ (ii) Alternate I (Apr 2003) of 52.247-64.

(c) The Contractor shall comply with the FAR clauses in this paragraph (c), applicable to commercial services, that the Contracting Officer has indicated as being incorporated in this

contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items:
[*Contracting Officer check as appropriate.*]
_**X** (1) 52.222-41, Service Contract Act of 1965, as Amended (May 1989) (41 U.S.C. 351, *et seq*.).
__ (2) 52.222-42, Statement of Equivalent Rates for Federal Hires (May 1989) (29 U.S.C. 206 and 41 U.S.C. 351, *et seq*.).
_**X** (3) 52.222-43, Fair Labor Standards Act and Service Contract Act-Price Adjustment (Multiple Year and Option Contracts) (May 1989) (29 U.S.C. 206 and 41 U.S.C. 351, *et seq*.).
__ (4) 52.222-44, Fair Labor Standards Act and Service Contract Act-Price Adjustment (Feb 2002) (29 U.S.C. 206 and 41 U.S.C. 351, *et seq*.).
__ (5) 52.222-47, SCA Minimum Wages and Fringe Benefits Applicable to Successor Contract Pursuant to Predecessor Contractor Collective Bargaining Agreements (CBA) (May 1989) (41 U.S.C. 351, *et seq*.).

(d) *Comptroller General Examination of Record*. The Contractor shall comply with the provisions of this paragraph (d) if this contract was awarded using other than sealed bid, is in excess of the simplified acquisition threshold, and does not contain the clause at 52.215-2, Audit and Records-Negotiation.
(1) The Comptroller General of the United States, or an authorized representative of the Comptroller General, shall have access to and right to examine any of the Contractor's directly pertinent records involving transactions related to this contract.
(2) The Contractor shall make available at its offices at all reasonable times the records, materials, and other evidence for examination, audit, or reproduction, until 3 years after final payment under this contract or for any shorter period specified in FAR Subpart 4.7, Contractor Records Retention, of the other clauses of this contract. If this contract is completely or partially terminated, the records relating to the work terminated shall be made available for 3 years after any resulting final termination settlement. Records relating to appeals under the disputes clause or to litigation or the settlement of claims arising under or relating to this contract shall be made available until such appeals, litigation, or claims are finally resolved.
(3) As used in this clause, records include books, documents, accounting procedures and practices, and other data, regardless of type and regardless of form. This does not require the Contractor to create or maintain any record that the Contractor does not maintain in the ordinary course of business or pursuant to a provision of law.

(e)(1) Notwithstanding the requirements of the clauses in paragraphs (a), (b), (c), and (d) of this clause, the Contractor is not required to flow down any FAR clause, other than those in paragraphs (i) through (vii) of this paragraph in a subcontract for commercial items. Unless otherwise indicated below, the extent of the flow down shall be as required by the clause-
(i) 52.219-8, Utilization of Small Business Concerns (May 2004) (15 U.S.C. 637(d)(2) and (3)), in all subcontracts that offer further subcontracting opportunities. If the subcontract (except subcontracts to small business concerns) exceeds $500,000 ($1,000,000 for construction of any public facility), the subcontractor must include 52.219-8 in lower tier subcontracts that offer subcontracting opportunities.
(ii) 52.222-26, Equal Opportunity (Apr 2002) (E.O. 11246).
(iii) 52.222-35, Equal Opportunity for Special Disabled Veterans, Veterans of the Vietnam Era,

and Other Eligible Veterans (Dec 2001) (38 U.S.C. 4212).
(iv) 52.222-36, Affirmative Action for Workers with Disabilities (June 1998) (29 U.S.C. 793).
(v) 52.222-39, Notification of Employee Rights Concerning Payment of Union Dues or Fees (Dec 2004) (E.O. 13201).
(vi) 52.222-41, Service Contract Act of 1965, as Amended (May 1989), flow down required for all subcontracts subject to the Service Contract Act of 1965 (41 U.S.C. 351, *et seq*.).
(vii) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (Apr 2003) (46 U.S.C. Appx 1241 and 10 U.S.C. 2631). Flow down required in accordance with paragraph (d) of FAR clause 52.247-64.
(2) While not required, the contractor may include in its subcontracts for commercial items a minimal number of additional clauses necessary to satisfy its contractual obligations.

### D-2 Economic Price Adjustment Specified Flight Rate and Project Rate

(1) NON-FUEL PORTION OF THE SPECIFIED FLIGHT RATE AND PROJECT RATE

Contract rates will be established in accordance with the following to reflect increases or decreases in the cost of Performance of the contract work. The increases or decreases used in establishing the rates will be those indicated by the changes in the following price indexes:

The Non-Fuel Portion of the Specified Flight rate will be affected by :

| TABLE 6-PRODUCER PRICE INDEXES |
|---|
| 1. Commodity Group 1423 --Aircraft Engines and Engine Parts |
| 2. Commodity Group 1425 --Aircraft Parts and Auxiliary Equipment |

(2) FUEL PORTION OF THE SPECIFIED FLIGHT RATE

During the contract periods, including renewals, flight rates will be adjusted to reflect increases and decreases in the prices of aviation fuel.

The price of Jet fuel is established at $3.44 per gallon. The unit prices are an average of the lowest unit price for aviation fuel Nationwide. Variations in unit prices used in determining flight rate adjustment amounts will be established by using the average of the lowest unit price for aviation fuel at the following locations:

(i) MERCURY AVIATION (RENO AIR SERVICE), Fresno, CA
(ii) CUTTER FL YING SERVICE, Albuquerque, NM
(iii) CUTTER AVIATION, Phoenix, AZ
(iv) FLIGHTCRAFT, Portland, OR
(v) MILLIONAIRE, Salt Lake City, UT (Interwest Jet)
(vi) WESTERN AIRCRAFT MAINTENANCE, Boise, ID
(vii) MINUTEMAN AVIATION, Missoula, MT
(viii) WEST STAR AVIATION, Grand Junction, CO
(ix) MERCURY AVIATION (RENO AIR SERVICE), Reno, NV
(x) WINGS OF WENATCHEE, Wenatchee, WA
(xi) EPPS AVIATION, Atlanta, GA
(xii) KNOXAIR, Alcoa, TN
(xiii) TAC-AIR AVIATION, Ft. Smith, AR

The adjustment to the fuel portion of the flight rate will be the determined variation amount multiplied by the fuel consumption rates found in **Exhibit 12, Helicopter Services Hourly Flight Rates, Fuel Consumption, and Weight Reduction Chart** for the applicable aircraft type.

An initial adjustment to the fixed flight rate will be made on FEBRUARY 16 of each contract period. Subsequent adjustments will be made on MAY 16, and SEPTEMBER 16 of each contract period provided variations in the average unit price, determined as stated above, is $0.10 per gallon or more from the unit price established in the last previous adjustment made.

Any increase will not exceed 15% of the rate being adjusted and the aggregate change over the life of the contract including renewals shall *not* exceed 30% of the initial contract rates.

(3) DAILY AVAILABILITY RATE

**Economic Price Adjustment is not applicable to the Daily Availability Rates Offered by the Contractor in the Schedule of Items.**

### D-3 Property and Personal Damage

(1) The Contractor shall use every precaution necessary to prevent damage to public and private property.

(2) The Contractor shall be responsible for all damage to property and to persons, including third parties, that occur as a result of his or his agent's or employee's fault or negligence. The term "third parties" is construed to include employees of the Government.

(3) The Contractor shall procure and maintain during the term of this contract, and any extension thereof, aircraft and General Public Liability Insurance in accordance with 14 CFR Part 205. The parties named insured under the policy or policies shall be the **CONTRACTOR** *and* **THE UNITED STATES OF AMERICA.**

(4) The Contractor may be otherwise insured by a combination of primary and excess policies. Such policies must have combined coverage equal to or greater than the combined minimums required.

(5) Policies containing exclusions for chemical damage or damage incidental to the use of equipment and supplies furnished under this contract, or growing out of direct performance of the contract, will not be acceptable. The chemical damage coverage may be limited to chemicals dispensed while performing firefighting activities.

(6) The Contractor, prior to the commencement of work, shall submit to the Contracting Officer one copy of the insurance policy, or confirmation from the insurance company, certifying that the coverage described in this clause has been obtained.

## D-4 Option to Extend the Term of the Contract (FAR 52.217-9) (MAR 2000)

(1) The Government may extend the term of the Contract by written notice to the Contractor within 60 days; provided that the Government shall give the Contractor a preliminary written notice of its intent to extend at least 60 days before the contract expires. The preliminary notice does not commit the Government to an extension.

(2) If the Government exercises this option, the extended contract shall be considered to include this option clause.

(3 ) The total duration of this contract, including the exercise of any options under this clause, shall not exceed one (1) base year and two (2) renewal option periods.

## D-5 Statement of Equivalent Rates for Federal Hires (FAR 52.222-42) (MAY 1989)

In compliance with the Service Contract Act of 1965, an amended, and the regulations of the Secretary of Labor (29 CFR Par 4), this clause identifies the classes of service employees expected to be employed under the contract and states the wages and fringe benefits payable to each if they were employed by the contracting agency subject to the provisions of 5 U.S.C. 5341 or 5332.

This statement is for information only: It is not a wage determination.

| Employee | Class | Wage |
|---|---|---|
| Pilot | GS-12 | $31.69 |
| Aircraft Co-Pilot | GS-11 | $26.44 |
| Aircraft Mechanic-Journeyman | GS-11 | $26.44 |
| Aircraft Mechanic – Junior | GS-9 | $21.85 |
| Aircraft Mechanic – Helper | GS-6 | $16.08 |
| Service Truck Driver | GS-5 | $14.43 |