**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

1. CONTRACT ID CODE

PAGE 1 OF PAGES 2

2. AMENDMENT/MODIFICATION NO.: **Modification No. 02**

3. EFFECTIVE DATE: **09/16/2005**

4. REQUISITION/PURCHASE REQ. NO.: 6300-4

5. PROJECT NUMBER (if applic.)

6. ISSUED BY: CODE

**USDA FOREST SERVICE**
**National Interagency Fire Center**
**3833 S. Development Ave., HQ Bldg.**
**Boise, ID 83705-5354**

7. ADMINISTERED BY (If other than 6.): CODE

8. NAME AND ADDRESS OF CONTRACTOR

**ERICKSON AIR-CRANE, INC.**
**3100 WILLOW SPRINGS ROAD**
**CENTRAL POINT, OR 97502**

[ ] 9A. AMENDMENT OF SOLICITATION NUMBER

9B. DATED (see item 11)

[X] 10A. MODIFICATION OF CONTRACT/ORDER NUMBER
**AG-024B-C-05-9007 – (FS)**
**1406-05-80-2515 (OAS)**

10B. DATED (see item 13): **05/13/2005**

CODE | **FACILITY**

11. THIS ITEM APPLIES ONLY TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning 0 copy(s) of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (if applicable)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NUMBER AS DESCRIBED IN ITEM 14.

[ ] A. THIS CHANGE ORDER IS PURSUANT TO: (specify authority) The Changes set forth in Item 14 are made in the Contract Order Number in Item 10A.

[X] B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

[ ] C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 43.103(b)

[ ] D. OTHER (specify type of modification and authority)

E. Contractor [ ] is, [X] is not required to sign this document and return 0 copy(s) to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF headings, including solicitation/contract subject matter where feasible.)

**PURPOSE OF THIS MODIFICATION:**

**Section C, Exhibit 12, Helicopter Services Hourly Flight Rates, Fuel Consumption and Weight Reduction Chart.**

**Replace with the new Flight Rate Chart, Version 1 dated 09/16/2005 attached.**

**Except as provided herein, all terms and conditions referenced in Item 9A or 10A, as heretofore changed, remain unchanged and in full force and effect.**

15A. NAME AND TITLE OF SIGNER (type or print)

16A. NAME AND TITLE OF CONTRACTING OFFICER (type or print)
**FRANK GOMEZ, CONTRACTING OFFICER**

15B. CONTRACTOR/OFFEROR

(signature of authorized person)

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA

BY: [signature]

(signature of Contracting Officer)

16C. DATE SIGNED: 9/16/05

Version 1
09/16/2005

## HELICOPTER SERVICES
## HOURLY FLIGHT RATES, FUEL CONSUMPTION, AND WEIGHT REDUCTION CHART
## FUEL SURVEY EFFECTIVE
## SEPTEMBER 16, 2005
## FOR CONTRACTS AWARDED 2005 - 2007 (CWN/Exclusive Use)

| COMPANY | AIRCRAFT TYPE | FUEL CONSUMPTION (gal/hr) | SEP 16 2005 HOURLY FLIGHT RATE ($/HR) | LOAD CALCULATION Weight Reduction (lbs) |
|---|---|---|---|---|
| AGUSTA | A-119KOALA | 55 | $908.00 | 230 |
| AEROSPATIALE | SA-315B | 58 | $1,317.00 | 180 |
| | **SA-316B** | **58** | **$1,314.00** | **170** |
| | SA-318C | 45 | $1,189.00 | 80 |
| | **SA-319B** | **45** | **$1,208.00** | **150** |
| | SA-332L-1 | 160 | $3,445.00 | N/A |
| | **SA-341G** | **45** | **$1,168.00** | **170** |
| | AS-330J | 179 | $3,345.00 | N/A |
| | **AS-350B/350BA** | **45** | **$844.00** | **130** |
| | AS-350B-1 | 46 | $845.00 | 160 |
| | **AS-350B-2** | **48** | **$856.00** | **160** |
| | AS-350B-3 | 50 | $902.00 | 175 |
| | **AS-350D** | **38** | **$839.00** | **130** |
| | AS-355F-1/355F-2 | 58 | $1,048.00 | 140 |
| | AS-365N-1 | 87 | $1,679.00 | 275 |
| | EC-120 | 31 | $643.00 | NOT ESTABLISHED |
| | **EC-135** | **64** | **$1,082.00** | **220** |
| BELL: | 47/SOLOY | 23 | $531.00 | 120 |
| | 204B (UH-1 Series) | 86 | $1,284.00 | 200 |
| | 204 Super B | 90 | $1,329.00 | 200 |
| | **205A-1** | **88** | **$1,324.00** | **260** |
| | **205A++** | **90** | **$1,359.00** | **260** |
| | UH-1B | 86 | $1,266.00 | N/A |
| | **UH-1F** | **88** | **$1,304.00** | **N/A** |
| | TH-1L | 88 | $1,302.00 | N/A |
| | **UH-1H** | **88** | **$1,302.00** | **N/A** |
| | 206B-II | 25 | $641.00 | 100 |
| | **206B-III** | **27** | **$657.00** | **130** |
| | 206L-1 | 32 | $776.00 | 150 |
| | **206L-3** | **38** | **$817.00** | **180** |
| | 206L-4 | 38 | $804.00 | 180 |
| | 210 | 90 | $1,196.00 | NOT ESTABLISHED |
| | **212** | **100** | **$1,542.00** | **390** |
| | 214B | 160 | $2,048.00 | 380 |
| | 214B1 | 145 | $1,635.00 | NOT ESTABLISHED |
| | **214ST** | **133** | **$2,526.00** | **420** |
| | 222A | 70 | $1,522.00 | NOT ESTABLISHED |
| | **222B** | **83** | **$1,589.00** | **NOT ESTABLISHED** |
| | 222UT | 83 | $1,571.00 | NOT ESTABLISHED |
| | **407** | **45** | **$912.00** | **155** |
| | 412 | 110 | $1,701.00 | 390 |
| | **412HP** | **110** | **$1,696.00** | **390** |
| BOEING: | BV-107 | 180 | $3,198.00 | N/A |
| | **BV-234** | **405** | **$5,749.00** | **N/A** |
| HILLER: | *SL-3/4 | 21 | $525.00 | 90 |
| | **H-1100B** | **22** | **$663.00** | **130** |
| | UH-12/SOLO | 23 | $590.00 | 100 |
| KAMEN: | **H43-F** | **85** | **$1,288.00** | **N/A** |
| | K-MAX | 85 | $1,450.00 | N/A |
| MBB: | **BO105CBS** | **55** | **$1,033.00** | **180** |
| | BK-117 | 77 | $1,408.00 | 160 |
| McDONNELL-DOUGLAS: | **500C** | **23** | **$664.00** | **110** |
| | 500D/E | 28 | $676.00 | 120 |
| | **520N** | **32** | **$707.00** | **100** |
| | 530F | 34 | $767.00 | 120 |
| | **600N** | **41** | **$859.00** | **155** |
| | 900/902 | 69 | $1,134.00 | 210 |
| SIKORSKY: | **S-55T** | **47** | **$951.00** | **170** |
| | S-58D/E | 83 | $1,426.00 | N/A |
| | **S-58T/PT6T-3** | **115** | **$1,810.00** | **400** |
| | S-58T/PT6T-6 | 115 | $1,810.00 | 460 |
| | CH 53D | 425 | $4,941.00 | N/A |
| | **CH 54/S 64** | **525** | **$6,064.00** | **N/A** |
| | S-61N | 170 | $3,056.00 | N/A |
| | **S-62A** | **70** | **$1,104.00** | **300** |
| | S-70 | 160 | $2,923.00 | N/A |
| **AVERAGE GALLON PRICE:** | | **JET FUEL:** | **$4.44** | |

For the most recent version visit the FS website: http://www.nifc.gov/contracting/