**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

| 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|
| | 1 1 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
|---|---|---|---|
| Modification No. 03 | February 6, 2006 | | |

6. ISSUED BY CODE

**USDA Forest Service**
**National Interagency Fire Center - Contracting**
**Jack Wilson Bldg., 3833 S. Development Ave**
**Boise, ID 83705**

7. ADMINISTERED BY *(If other than Item 6)* CODE

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State, and ZIP Code)*

**ERICKSON AIR-CRANE, INC.**
**3100 WILLOW SPRINGS ROAD**
**CENTRAL POINT, OR 97502**

CODE FACILITY CODE

| (X) | |
|---|---|
| | 9A. AMENDMENT OF SOLICITATION NO. |
| ☐ | 9B. DATED *(SEE ITEM 11)* |
| ☒ | 10A. MODIFICATION OF CONTRACT/ORDER NO. **AG-024B-C-05-9007 (FS)** **1406-05-80-2515 (OAS)** |
| | 10B. DATED *(SEE ITEM 13)* **April 26, 2005** |

THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS,IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| ☐ | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| ☒ | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| ☐ | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:C-32 Payment for Service in the Optional-Use Period |
| ☐ | D. OTHER *(Specify type of modification and authority)* |

**E. IMPORTANT:** Contractor ☐ is, ☒ is not required to sign this document and return 0 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.*

PURPOSE OF THIS MODIFICATION: The Purpose of this Modification is to change the Paying Unit For this Contract.

Description of changes: Effective February 6, 2006 the Paying Unit for this contract is changed to USFS Albuquerque Service Center. Beginning February 6, 2006 all future invoices must be sent to the following address for payment processing:

USDA FOREST SERVICE
ALBUQUERQUE SERVICE CENTER
ATTN: INCIDENT BUSINESS – CONTRACTS
101B SUN AVENUE NE
ALBUQUERQUE, NM 87109

Except as provided herein, all terms and conditions referenced in item 9A or 10A, as heretofore changed, remain unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (type or print) **Frank Gomez** Contracting Officer | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR *(Signature of person authorized to sign)* | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA [signature] *(Signature of Contracting Officer)* | 16C. DATE SIGNED 1/20/06 |

NSN 7540-01-152-8070
Previous edition unusable

30-105

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243