# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE

PAGE 1 OF PAGES 20

2. AMENDMENT/MODIFICATION NO.: Modification No. 04

3. EFFECTIVE DATE: March 20, 2006

4. REQUISITION/PURCHASE REQ. NO.

5. PROJECT NO. (If applicable)

6. ISSUED BY CODE

USDA Forest Service
National Interagency Fire Center - Contracting
Jack Wilson Bldg., 3833 S. Development Ave
Boise, ID 83705

7. ADMINISTERED BY (If other than Item 6) CODE

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State, and ZIP Code)

ERICKSON AIR-CRANE, INC.
3100 WILLOW SPRINGS ROAD
CENTRAL POINT, OR 97502

CODE FACILITY CODE

(X)

☐ 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

☒ 10A. MODIFICATION OF CONTRACT/ORDER NO.
AG-024B-C-05-9007 (FS)
1406-05-80-2515 (OAS)

10B. DATED (SEE ITEM 13): April 26, 2005

THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

12. ACCOUNTING AND APPROPRIATION DATA (If required)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS,IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

☐ A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

☐ B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

☒ C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: C-25 Contract Period and Renewal Option

☐ D. OTHER *(Specify type of modification and authority)*

E. **IMPORTANT:** Contractor ☒ is, ☐ is not required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.*

Call When Needed Type I Helicopter

PURPOSE OF THIS MODIFICATION:

C-25, Contract Period and Renewal Option: First option of renewal will be from 05/01/2006 to 04/30/2007.

| DAILY Availability Effective 05/01/2006 | | Project Rate Effective 05/01/2006 |
|---|---|---|
| S64-E/F | $33,936.00 | Negotiable |

Section C Exhibit 12 Helicopter Services Hourly Flight Rates, Fuel Consumption and Weight Reduction Chart. Replace with the new Flight Rate Chart, Version 1 dated 02/16/2006 attached, Effective February 16, 2006.

Section C Exhibit 17 Wage Determinations:
Wage Determination 1995-0222, Rev. No. 19, Dated 07/07/2005, for the pilots.
Wage Determination 1995-0221, Rev. No. 15, Dated 05/23/2005, for the fuel service driver.
Wage Determination 1994-2439, Rev. No. 25, Dated 07/15/2005, for the mechanic.

Except as provided herein, all terms and conditions referenced in item 9A or 10A, as heretofore changed, remain unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (type or print): Lanny Allmaras, Mgr. Firefighting Mktg. & Sales

16A. NAME AND TITLE OF CONTRACTING OFFICER (type or print): Frank Gomez Contracting Officer

15B. CONTRACTOR/OFFEROR: Lanny Allmaras (Signature of person authorized to sign)

15C. DATE SIGNED: 3-27-06

16B. UNITED STATES OF AMERICA: [signature] (Signature of Contracting Officer)

16C. DATE SIGNED: 3/17/06

*Version 1*
*02/16/2006*

**HELICOPTER SERVICES**
**HOURLY FLIGHT RATES, FUEL CONSUMPTION, AND WEIGHT REDUCTION CHART**
**FUEL SURVEY EFFECTIVE**
**FEBRUARY 16, 2006**
**FOR CONTRACTS AWARDED 2005 - 2007 (CWN/Exclusive Use)**

| COMPANY | AIRCRAFT TYPE | FUEL CONSUMPTION (gal/hr) | FEB 16 2006 HOURLY FLIGHT RATE ($/HR) | LOAD CALCULATION Weight Reduction (lbs) |
|---|---|---|---|---|
| AGUSTA | A-119KOALA | 55 | $917.00 | 230 |
| AEROSPATIALE | SA-315B | 58 | $1,333.00 | 180 |
| | SA-316B | 58 | $1,330.00 | 170 |
| | SA-316C | 45 | $1,205.00 | 80 |
| | SA-319B | 45 | $1,225.00 | 150 |
| | SA-332L-1 | 160 | $3,486.00 | N/A |
| | SA-341G | 45 | $1,184.00 | 170 |
| | AS-330J | 179 | $3,380.00 | N/A |
| | AS-350B/350BA | 45 | $853.00 | 130 |
| | AS-350B-1 | 46 | $854.00 | 160 |
| | AS-350B-2 | 48 | $865.00 | 160 |
| | AS-350B-3 | 50 | $912.00 | 175 |
| | AS-350D | 38 | $849.00 | 130 |
| | AS-355F-1/355F-2 | 58 | $1,059.00 | 140 |
| | AS-365N-1 | 87 | $1,698.00 | 275 |
| | EC-120 | 31 | $651.00 | NOT ESTABLISHED |
| | EC-135 | 64 | $1,093.00 | 220 |
| BELL: | 47/SOLOY | 23 | $538.00 | 120 |
| | 204B (UH-1 Series) | 86 | $1,295.00 | 200 |
| | 204 Super B | 90 | $1,340.00 | 200 |
| | 205A-1 | 88 | $1,335.00 | 260 |
| | 205A++ | 90 | $1,371.00 | 260 |
| | UH-1B | 86 | $1,276.00 | N/A |
| | UH-1F | 88 | $1,315.00 | N/A |
| | TH-1L | 88 | $1,313.00 | N/A |
| | UH-1H | 88 | $1,313.00 | N/A |
| | 206B-II | 25 | $650.00 | 100 |
| | 206B-III | 27 | $666.00 | 130 |
| | 206L-1 | 32 | $786.00 | 150 |
| | 206L-3 | 38 | $827.00 | 180 |
| | 206L-4 | 38 | $814.00 | 180 |
| | 210 | 90 | $1,204.00 | NOT ESTABLISHED |
| | 212 | 100 | $1,555.00 | 390 |
| | 214B | 160 | $2,061.00 | 380 |
| | 214B1 | 145 | $1,642.00 | NOT ESTABLISHED |
| | 214ST | 133 | $2,553.00 | 420 |
| | 222A | 70 | $1,540.00 | NOT ESTABLISHED |
| | 222B | 83 | $1,606.00 | NOT ESTABLISHED |
| | 222UT | 83 | $1,588.00 | NOT ESTABLISHED |
| | 407 | 45 | $923.00 | 155 |
| | 412 | 110 | $1,716.00 | 390 |
| | 412HP | 110 | $1,711.00 | 390 |
| BOEING: | BV-107 | 180 | $3,230.00 | N/A |
| | BV-234 | 405 | $5,792.00 | N/A |
| HILLER: | *SL-3/4 | 21 | $532.00 | 90 |
| | H-1100B | 22 | $673.00 | 130 |
| | UH-12/SOLO | 23 | $598.00 | 100 |
| KAMEN: | H43-F | 85 | $1,299.00 | N/A |
| | K-MAX | 85 | $1,464.00 | N/A |
| MBB: | BO105CBS | 55 | $1,044.00 | 180 |
| | BK-117 | 77 | $1,423.00 | 160 |
| McDONNELL-DOUGLAS: | 500C | 23 | $674.00 | 110 |
| | 500D/E | 28 | $685.00 | 120 |
| | 520N | 32 | $716.00 | 100 |
| | 530F | 34 | $777.00 | 120 |
| | 600N | 41 | $869.00 | 155 |
| | 900/902 | 69 | $1,145.00 | 210 |
| SIKORSKY: | S-55T | 47 | $962.00 | 170 |
| | S-58D/E | 83 | $1,440.00 | N/A |
| | S-58T/PT6T-3 | 115 | $1,826.00 | 400 |
| | S-58T/PT6T-6 | 115 | $1,826.00 | 460 |
| | CH 53D | 425 | $4,964.00 | N/A |
| | CH 54/S 64 | 525 | $6,092.00 | N/A |
| | S-61N | 170 | $3,087.00 | N/A |
| | S-62A | 70 | $1,114.00 | 300 |
| | S-70 | 160 | $2,953.00 | N/A |
| AVERAGE GALLON PRICE: | | JET FUEL: | $4.35 | AVGAS $4.43 |

For the most recent version visit the FS website: http://www.nifc.gov/contracting/