# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | | | |
|---|---|---|---|
| 1. CONTRACT ID CODE | | PAGE 1 | OF PAGES 1 |
| 2. AMENDMENT/MODIFICATION NO. Modification No. 05 | 3. EFFECTIVE DATE May 16, 2006 | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
| 6. ISSUED BY CODE<br>USDA Forest Service<br>National Interagency Fire Center - Contracting<br>Jack Wilson Bldg., 3833 S. Development Ave<br>Boise, ID 83705 | | 7. ADMINISTERED BY *(If other than Item 6)* CODE | |
| 8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State, and ZIP Code)*<br>ERICKSON AIR-CRANE, INC.<br>3100 WILLOW SPRINGS ROAD<br>CENTRAL POINT, OR 97502 | (X) | 9A. AMENDMENT OF SOLICITATION NO. | |
| | ☐ | 9B. DATED *(SEE ITEM 11)* | |
| | ☒ | 10A. MODIFICATION OF CONTRACT/ORDER NO.<br>AG-024B-C-05-9007 (FS)<br>1406-05-80-2515 (OAS) | |
| CODE | FACILITY CODE | 10B. DATED *(SEE ITEM 13)*<br>April 26, 2005 | |

THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS,IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

☐ A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

☒ B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

☐ C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

☐ D. OTHER *(Specify type of modification and authority)*

E. **IMPORTANT:** Contractor ☐ is, ☒ is not required to sign this document and return 0 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.*

Call When Needed Type I Helicopter

PURPOSE OF THIS MODIFICATION: Replace Hourly Flight Rates, Fuel Consumption and Weight Reduction Chart.

Section C, Exhibit 12, Helicopter Services Hourly Flight Rates, Fuel Consumption and Weight Reduction Chart.

Replace with the attached new Flight Rate Chart, Version 1 dated 05/16/2006, effective May 16, 2006.

Except as provided herein, all terms and conditions referenced in item 9A or 10A, as heretofore changed, remain unchanged and in full force and effect.

| | | | |
|---|---|---|---|
| 15A. NAME AND TITLE OF SIGNER (type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (type or print)<br>Frank Gomez Contracting Officer | |
| 15B. CONTRACTOR/OFFEROR<br>*(Signature of person authorized to sign)* | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>[signature]<br>*(Signature of Contracting Officer)* | 16C. DATE SIGNED<br>5/04/06 |

NSN 7540-01-152-8070
Previous edition unusable

30-105

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

Version 1
05/16/2006

HELICOPTER SERVICES
HOURLY FLIGHT RATES, FUEL CONSUMPTION, AND WEIGHT REDUCTION CHART
FUEL SURVEY EFFECTIVE
MAY 16, 2006
FOR CONTRACTS AWARDED 2005 - 2007 (CWN/Exclusive Use)

| COMPANY | AIRCRAFT TYPE | FUEL CONSUMPTION (gal/hr) | MAY 16 2006 HOURLY FLIGHT RATE ($/HR) | LOAD CALCULATION Weight Reduction (lbs) |
|---|---|---|---|---|
| AGUSTA | A-119KOALA | 55 | $931.00 | 230 |
| AEROSPATIALE | SA-315B | 58 | $1,348.00 | 180 |
| | SA-316B | 58 | $1,345.00 | 170 |
| | SA-318C | 45 | $1,217.00 | 80 |
| | SA-319B | 45 | $1,237.00 | 150 |
| | SA-332L-1 | 160 | $3,526.00 | N/A |
| | SA-341G | 45 | $1,196.00 | 170 |
| | AS-330J | 179 | $3,425.00 | N/A |
| | AS-350B/350BA | 45 | $865.00 | 130 |
| | AS-350B-1 | 46 | $866.00 | 160 |
| | AS-350B-2 | 48 | $877.00 | 160 |
| | AS-350B-3 | 50 | $925.00 | 175 |
| | AS-350D | 38 | $859.00 | 130 |
| | AS-355F-1/355F-2 | 58 | $1,074.00 | 140 |
| | AS-365N-1 | 87 | $1,720.00 | 275 |
| | EC-120 | 31 | $659.00 | NOT ESTABLISHED |
| | EC-135 | 64 | $1,109.00 | 220 |
| BELL: | 47/SOLOY | 23 | $544.00 | 120 |
| | 204B (UH-1 Series) | 86 | $1,317.00 | 200 |
| | 204 Super B | 90 | $1,363.00 | 200 |
| | 205A-1 | 88 | $1,357.00 | 260 |
| | 205A++ | 90 | $1,394.00 | 260 |
| | UH-1B | 86 | $1,298.00 | N/A |
| | UH-1F | 88 | $1,337.00 | N/A |
| | TH-1L | 88 | $1,335.00 | N/A |
| | UH-1H | 88 | $1,335.00 | N/A |
| | 206B-II | 25 | $657.00 | 100 |
| | 206B-III | 27 | $673.00 | 130 |
| | 206L-1 | 32 | $794.00 | 150 |
| | 206L-3 | 38 | $837.00 | 180 |
| | 206L-4 | 38 | $824.00 | 180 |
| | 210 | 90 | $1,227.00 | NOT ESTABLISHED |
| | 212 | 100 | $1,580.00 | 390 |
| | 214B | 160 | $2,101.00 | 380 |
| | 214B1 | 145 | $1,679.00 | NOT ESTABLISHED |
| | 214ST | 133 | $2,587.00 | 420 |
| | 222A | 70 | $1,558.00 | NOT ESTABLISHED |
| | 222B | 83 | $1,627.00 | NOT ESTABLISHED |
| | 222UT | 83 | $1,609.00 | NOT ESTABLISHED |
| | 407 | 45 | $935.00 | 155 |
| | 412 | 110 | $1,744.00 | 390 |
| | 412HP | 110 | $1,739.00 | 390 |
| BOEING: | BV-107 | 180 | $3,275.00 | N/A |
| | BV-234 | 405 | $5,894.00 | N/A |
| HILLER: | *SL-3/4 | 21 | $538.00 | 90 |
| | H-1100B | 22 | $679.00 | 130 |
| | UH-12/SOLO | 23 | $604.00 | 100 |
| KAMEN: | H43-F | 85 | $1,321.00 | N/A |
| | K-MAX | 85 | $1,486.00 | N/A |
| MBB: | BO105CBS | 55 | $1,058.00 | 180 |
| | BK-117 | 77 | $1,443.00 | 160 |
| McDONNELL-DOUGLAS: | 500C | 23 | $680.00 | 110 |
| | 500D/E | 28 | $692.00 | 120 |
| | 520N | 32 | $724.00 | 100 |
| | 530F | 34 | $786.00 | 120 |
| | 600N | 41 | $880.00 | 155 |
| | 900/902 | 69 | $1,163.00 | 210 |
| SIKORSKY: | S-55T | 47 | $974.00 | 170 |
| | S-58D/E | 83 | $1,461.00 | N/A |
| | S-58T/PT6T-3 | 115 | $1,855.00 | 400 |
| | S-58T/PT6T-6 | 115 | $1,855.00 | 460 |
| | CH 53D | 425 | $5,071.00 | N/A |
| | CH 54/S 64 | 525 | $6,224.00 | N/A |
| | S-61N | 170 | $3,130.00 | N/A |
| | S-62A | 70 | $1,132.00 | 300 |
| | S-70 | 160 | $2,993.00 | N/A |
| AVERAGE GALLON PRICE: | | JET FUEL: | $4.60 | AVGAS $4.82 |

For the most recent version visit the FS website: http://www.nifc.gov/contracting/