**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SUPERIOR HELICOPTER LLC, and RAINIER HELI-LIFT, INC., | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| THE UNITED STATES, | ) | **BID PROTEST** |
| | ) | Court Nos. 07-518C, 07-519C |
| Defendant. | ) | (Judge Lettow) |
| ERICKSON AIR-CRANE, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION**
**FOR LEAVE TO SUPPLEMENT THE ADMINISTRATIVE RECORD**

On August 10, 2007, pursuant to the Court's order at the August 8, 2007 hearing, defendant, the United States, filed Solicitation RFP 49-05-08 (Interagency Call-When-Needed Type I & II Helicopters) as a supplement to the administrative record in this action via the Court's electronic case filing system. Def. Notice of Filing (Aug. 10, 2007). On the same date, plaintiff Erickson Air-Crane, Inc. ("Erickson") filed a notice stating that the solicitation, "is not a representative CWN contract and that it is filing a copy of its current CWN contract with the Forest Service, no. AG-024B-C-05-9007, including all modification made thereto and the signed Standard Form 1449 for that contract, which is a representative CWN contract. . . . Although the requirements and contract clauses listed in the solicitation are the same as in the contract, the solicitation does not include over 30 pages of contract documents, including a Forest Service 'Letter to CWN Helicopter Contractors' which explains the operation of the contract." Erickson

Notice (Aug. 10, 2007). On August 13, 2007, plaintiffs Superior Helicopter LLC ("Superior") and Rainier Heli-Lift, Inc. ("Rainier") filed a notice stating that, "the document filed by Defendant is not a representative CWN Contract." Superior and Rainier Notice (Aug. 13, 2007).

We interpreted the Court's August 8, 2007 order as permitting the filing of the solicitation as appropriately representative of the terms of the CWN contracts, rather than calling for a complete copy of an individual contract. Nevertheless, in order to clarify any confusion, and in order to reach a conclusion of this issue, we respectfully move for leave to supplement the administrative record with the following documents:

1) Erickson CWN Contract, with amendments and modifications;

2) Superior CWN Contract, with amendments and modifications;

3) Rainier CWN Contract, with amendments and modifications;

4) Declaration of Ronald Hooper (authenticating the documents filed with this motion and explaining the differences between the contract and the form NFES 2168 filed by Erickson).

On August 20, 2007, John J. Todor, Esq., counsel for the Government, contacted Alan I. Saltman, Esq., counsel for Erickson, and Gilbert J. Ginsburg, Esq., counsel for Superior and Rainier, both of whom consented to our motion to supplement the record.

For these reasons, defendant respectfully requests that the Court grant its motion for leave to supplement to the administrative record.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ John J. Todor
JOHN J. TODOR
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L St., N.W.
Attn: Classification Unit - 8th Floor
Washington, D.C. 20530
Tel.: (202) 616-2382
Fax: (202) 514-8640
Attorneys for Defendant

OF COUNSEL:
ELIN M. DUGAN
U.S. Department of Agriculture
Office of General Counsel
1400 Independence Avenue
Mail Stop 1415
Washington, D.C. 20250

August 20, 2007

**CERTIFICATE OF FILING**

I hereby certify that on August 20, 2007, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT THE ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ John J. Todor