# AMENDMENTS

## 1 through 1

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

1. CONTRACT ID CODE

PAGE 1 OF PAGES 3

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NUMBER (if applic.) |
|---|---|---|---|
| Amendment No. 01 | 3/18/05 | 6300-4 | |

6. ISSUED BY: CODE:

USDA FOREST SERVICE
National Interagency Fire Center – Contracting
Jack Wilson Bldg., 3833 S. Development Ave
Boise, ID 83705

7. ADMINISTERED BY (If other than 6.): CODE:

8. NAME AND ADDRESS OF CONTRACTOR

CODE | FACILITY

[X] 9A. AMENDMENT OF SOLICITATION NUMBER: RFP-49-05-08 - CWN

9B. DATED (see item 11): 2/28/05

[ ] 10A. MODIFICATION OF CONTRACT/ORDER NUMBER

10B. DATED (see item 13):

11. THIS ITEM APPLIES ONLY TO AMENDMENTS OF SOLICITATIONS

[ X ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [X] is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning 1 copy(s) of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (if applicable)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NUMBER AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| [ ] | A. THIS CHANGE ORDER IS PURSUANT TO: (specify authority) The Changes set forth in Item 14 are made in the Contract Order Number in Item 10A. |
| [ ] | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| [ ] | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: SECTION C – (c) Changes |
| [ ] | D. OTHER (specify type of modification and authority |

E. Contractor [X] is, [ ] is not required to sign this document and return 1 copy(s) to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF headings, including solicitation/contract subject matter where feasible.)

**C.12 D. Pilot Requirements-Experience- Replace the entire paragraph with the attached paragraph.**

**EXHIBIT 12 Helicopter Services hourly Flight Rates, Fuel Consumption, and Weight Reduction Chart: Replace with new chart Version 3 dated 3/17/2005 attached.**

Except as provided herein, all items and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remain unchanged and in full force and effect

| 15A. NAME AND TITLE OF SIGNER (type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (type or print) | |
|---|---|---|---|
| Lannis Allmaras, Manager Firefighting | | FRANK GOMEZ Contracting Officer | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| [signature] (signature of authorized person) | 3-24-05 | BY: /s/: Frank Gomez (signature of Contracting Officer) | 3/18/05 |

SECTION C
DESCRIPTION/SPECIFICATIONS/EXHIBITS

D. Pilot Requirements - Experience

Pilots shall have accumulated as pilot-in-command (PIC) the minimum flight hours listed below. Flight hours shall be determined from a certified pilot log. Further verification of flight hours may be required at the discretion of the CO.

1. All Helicopters — Minimum Experience Flying Hours

Total Time....1,500

Pilot –in-command hours:

Total Pilot-in-Command (Helicopter).... 1,500

Helicopter, Preceding 12 months.... 100

Weight Class.... 100

Make and model....50*

Make, model, Series, last 12-months.... ..10

Helicopter Last 60 days .... ..10

**and**

Turbine helicopter operations....100

**or**

Piston helicopter operations....200

* Flight hour requirements may be reduced by 50% if the pilot submits evidence of satisfactory completion of the manufacture's approved pilot ground and flight procedures training in the applicable make and model.

2. Additional Special Mission Requirements:

Contract Pilot-in-command (as related to the applicable Special Mission approval):

Minimum Experience Flying Hours

Rough Terrain flying (FSM 5710.5)....200*
Rough Terrain flying experience – Make and model.... 10*

**Or**

Mountain flying (FSM 5710.5)....200
Mountain flying experience-Make and model.... 10

**And/Or**

Long line Vertical Reference (VTR) experience.... 10
Annual long line VTR recurrency training.... 2

* Mountain flying experience qualifies as rough terrain flying experience

Version 3
03/17/2005

HELICOPTER SERVICES
HOURLY FLIGHT RATES, FUEL CONSUMPTION, AND WEIGHT REDUCTION CHART
JANUARY 16, 2005 FUEL SURVEY
EFF. FEBRUARY 16, 2005
FOR CONTRACTS AWARDED 2005 - 2007 (CWN/Exclusive Use)

| COMPANY | AIRCRAFT TYPE | FUEL CONSUMPTION (gal/hr) | JANUARY 14, 2005 HOURLY FLIGHT RATE ($/HR) | LOAD CALCULATION Weight Reduction (lbs) |
|---|---|---|---|---|
| AGUSTA | A-119KOALA | 55 | $852.00 | 230 |
| AEROSPATIALE | SA-315B | 58 | $1,258.00 | 180 |
| | SA-316B | 58 | $1,255.00 | 170 |
| | SA-318C | 45 | $1,143.00 | 80 |
| | SA-319B | 45 | $1,162.00 | 150 |
| | SA-332L-1 | 160 | $3,284.00 | N/A |
| | SA-341G | 45 | $1,122.00 | 170 |
| | AS-330J | 179 | $3,165.00 | N/A |
| | AS-350B/350BA | 45 | $798.00 | 130 |
| | AS-350B-1 | 46 | $798.00 | 160 |
| | AS-350B-2 | 48 | $807.00 | 160 |
| | AS-350B-3 | 50 | $852.00 | 175 |
| | AS-350D | 38 | $800.00 | 130 |
| | AS-355F-1/355F-2 | 58 | $989.00 | 140 |
| | AS-365N-1 | 87 | $1,591.00 | 275 |
| | EC-120 | 31 | $611.00 | NOT ESTABLISHED |
| | EC-135 | 64 | $1,017.00 | 220 |
| BELL: | 47/SOLOY | 23 | $507.00 | 120 |
| | 204B (UH-1 Series) | 86 | $1,197.00 | 200 |
| | 204 Super B | 90 | $1,238.00 | 200 |
| | 205A-1 | 88 | $1,235.00 | 260 |
| | 205A++ | 90 | $1,268.00 | 260 |
| | UH-1B | 86 | $1,179.00 | N/A |
| | UH-1F | 88 | $1,215.00 | N/A |
| | TH-1L | 88 | $1,213.00 | N/A |
| | UH-1H | 88 | $1,213.00 | N/A |
| | 206B-II | 25 | $615.00 | 100 |
| | 206B-III | 27 | $629.00 | 130 |
| | 206L-1 | 32 | $743.00 | 150 |
| | 206L-3 | 38 | $778.00 | 180 |
| | 206L-4 | 38 | $765.00 | 180 |
| | 212 | 100 | $1,442.00 | 390 |
| | 214B | 160 | $1,887.00 | 380 |
| | 214ST | 133 | $2,392.00 | 420 |
| | 222A | 70 | $1,451.00 | NOT ESTABLISHED |
| | 222B | 83 | $1,505.00 | NOT ESTABLISHED |
| | 222UT | 83 | $1,487.00 | NOT ESTABLISHED |
| | 407 | 45 | $866.00 | 155 |
| | 412 | 110 | $1,590.00 | 390 |
| | 412HP | 110 | $1,585.00 | 390 |
| BOEING: | BV-107 | 180 | $3,017.00 | N/A |
| | BV-234 | 405 | $5,343.00 | N/A |
| HILLER: | *SL-3/4 | 21 | $503.00 | 90 |
| | H-1100B | 22 | $640.00 | 130 |
| | UH-12/SOLO | 23 | $566.00 | 100 |
| KAMEN: | H43-F | 85 | $1,202.00 | N/A |
| | K-MAX | 85 | $1,364.00 | N/A |
| MBB: | BO105CBS | 55 | $977.00 | 180 |
| | BK-117 | 77 | $1,330.00 | 160 |
| McDONNELL-DOUGLAS: | 500C | 23 | $640.00 | 110 |
| | 500D/E | 28 | $647.00 | 120 |
| | 520N | 32 | $674.00 | 100 |
| | 530F | 34 | $732.00 | 120 |
| | 600N | 41 | $817.00 | 155 |
| | 900/902 | 69 | $1,064.00 | 210 |
| SIKORSKY: | S-55T | 47 | $903.00 | 170 |
| | S-58D/E | 83 | $1,342.00 | N/A |
| | S-58T/PT6T-3 | 115 | $1,694.00 | 400 |
| | S-58T/PT6T-6 | 115 | $1,694.00 | 460 |
| | CH 54/S 64 | 525 | $5,538.00 | N/A |
| | S-61N | 170 | $2,885.00 | N/A |
| | S-62A | 70 | $1,033.00 | 300 |
| | S-70 | 160 | $2,762.00 | N/A |
| AVERAGE GALLON PRICE: | | JET FUEL: | $3.44 | |

For the most recent version visit the FS website: http://www.nifc.gov/contracting/