# U.S. DEPARTMENT OF AGRICULTURE
# FOREST SERVICE

---

**CONTRACT NO.:** AG-024B-C-05-9005 (FS)
1406-05-80-2513 (OAS)

**PROJECT:** CALL WHEN NEEDED (CWN) TYPE I HELICOPTER SERVICES

**CONTRACTOR:**
Superior Helicopters LLC.
Gary W. Jantzer, General Manager
2794 Foothill Blvd.
Grants Pass, OR 97526

Phone: 541-832-1167
Fax: 541-832-1184

**AWARDING OFFICE:**
USDA-FOREST SERVICE
National Interagency Fire Center
3833 South Development Avenue
Jack F. Wilson HQ Bldg., Contracting
Boise, ID 83705

FRANK GOMEZ
CONTRACTING OFFICER
Telephone: 208/387-5347
FAX: 208/387-5384

A

**SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS**
*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30*

1. REQUISITION NO.

PAGE 1 OF 94

2. CONTRACT NO. AG024B-c-05-9005 FS 1406-05-80-2513 OAS

3. AWARD/EFFECTIVE DATE 4/26/2005

4. ORDER NO.

5. SOLICITATION NO. RFP 49-05-08

6. SOLICITATION ISSUE DATE 02/28/2005

7. FOR SOLICITATION INFORMATION CALL — a. NAME FRANK GOMEZ — b. TELEPHONE NO. *(No collect calls)* (208) 387-5347

8. OFFER DUE DATE/LOCAL TIME 03/28/2005 C.O.B.

9. ISSUED BY CODE

USDA FOREST SERVICE – CONTRACTING
NATIONAL INTERAGENCY FIRE CENTER
JACK F WILSON BUILDING
3833 S. DEVELOPMENT AVE
BOISE, ID 83705

10. THIS
☒ *UNRESTRICTED*
☐ SET ASIDE: % FOR
☐ SMALL BUSINESS
☐ HUBZONE
☐ 8(A)

NAICS: 481212
SIZE STD: 1500

11. DELIVERY FOR DESTINATION UNLESS BLOCK IS MARKED
☐☐ SEE SCHEDULE

12. DISCOUNT TERMS

☐ 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)

13b. RATING

14. METHOD OF SOLICITATION
RFQ ☐ IFB ☐ RFP ☒

*15. DELIVER TO* *CODE*
Us FOREST SERVICE – CONTRACTING
3833 S DEVELOPMENT AVE
BOISE, ID 83705

*16. ADMINISTERED BY* *CODE*
USDA FOREST SERVICE/DOI NATIONAL BUSINESS CENTER

17a. CONTRACTOR/OFFEROR CODE — FACILITY CODE

SUPERIOR HELICOPTER LLC.
P.O. Box 1480
GRANTS PASS, OR 97528
TELEPHONE NO. (541) 832-1167
FACSIMILE NO. (541) 832-1184
DUNS NO. 006650717

SEE ATTACHED LIST OF ADDITIONAL PHONE #'s

18a. PAYMENT WILL BE MADE BY CODE

USDA FOREST SERVICE
FISCAL AND ACCOUNTING
1249 S VINNELL WAY
BOISE, ID 83709-1659

*DOI NATIONAL BUSINESS CENTER*
300 E. MALLARD DR, SUITE 200
BOISE, ID 83706-3991

☐ *17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT* SUCH ADDRESS IN OFFER

*18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS* BLOCK BELOW IS CHECKED ☐ SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| 01 | Call When Needed (CWN) Type I and Type II Helicopter Services | | | | |
| | | See Schedule of Items | | | |

25. ACCOUNTING AND APPROPRIATION DATA
P4BJ5J

26. TOTAL AWARD AMOUNT *(For Govt. Use Only)*

☒ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA ☒ ARE ☐ ARE NOT ATTACHED. (***See www.arnet.gov for FAR Clauses in full text***)

28. ☒ CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN 1 COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO *THE TERMS AND CONDITIONS SPECIFIED HEREIN.*

29. ☐ AWARD OF CONTRACT: REFERENCE ____________ OFFER DATED ____________. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS *ACCEPTED AS TO ITEMS:*

30a. SIGNATURE OF OFFEROR/CONTRACTOR
[signature]

31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)*
[signature]

30b. NAME AND TITLE OF SIGNER *(TYPE OR PRINT)*
GARY W. JANTZER
GENERAL MANAGER

30c. DATE SIGNED 3/15/05

31b. NAME OF CONTRACTING OFFICER *(TYPE OR PRINT)* Frank Gomez

31c. DATE SIGNED 4/26/05.

## TABLE OF CONTENTS

**SECTION A – SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS**

Standard Form 1449 ..... 1

**SECTION B – SUPPLIES OR SERVICES AND PRICES**

B-1 Schedule of Items ..... 2

B-2 Additional personnel ..... 3

B-3 Extended Standby Rate ..... 3

B-4 Government Furnished Pilot ..... 3

B-5 Principle Base of Operation ..... 3

B-6 Aircraft Performance Specifications (minimum) ..... 3

B-7 Engine Requirements ..... 3

B-8 Maximum Complement of Personnel by Aircraft Type ..... 4

B-9 Additional Offered Equipment ..... 4

**SECTION C – DESCRIPTION/SPECIFICATIONS/WORK STATEMENT**

C-1 Scope of Contract ..... 5

C-2 Certifications ..... 5

C-3 Government Furnished Property ..... 6

C-4 Aircraft Requirements ..... 6

C-5 Aircraft Maintenance ..... 9

C-6 Aircraft and Equipment Security ..... 11

C-7 Avionics Requirements ..... 11

C-8 Contractor Furnished Avionics Systems ..... 11

C-9 Avionics Installation and Maintenance Standards ..... 15

C-10 Operations ..... 15

C-11 Contractor's Environmental Responsibilities ..... 18

C-12 Personnel ..... 18

C-13 Conduct and Replacement of Personnel ..... 21

C-14 Suspension and Revocation of Personnel ..... 21

C-15 Substitution of Personnel, Aircraft, and Equipment ..... 21

C-16 Relief Costs ..... 22

C-17 Flight Hour and Duty Limitations ..... 22

C-18 Accident Prevention and Safety ..... 23

C-19 Mishaps ..... 23

C-20 Personal Protective Equipment ..... 24

C-21 Inspection and Acceptance ..... 25

C-22 Pre-Use Inspection Expenses ..... 27

C-23 Re-Inspection Expenses ..... 27

TABLE OF CONTENTS

C-24 Inspections During Use ..... 27
C-25 Contract Period and Renewal Options ..... 27
C-26 Authorized Ordering Activities ..... 28
C-27 Ordering Procedures ..... 28
C-28 Point-of-Hire ..... 28
C-29 Assigned Work Locations ..... 28
C-30 Ordered Availability Periods ..... 28
C-31 Daily Availability Requirements ..... 28
C-32 Unavailability ..... 29
C-33 Payment for Flight ..... 29
C-34 Payment for Availability ..... 29
C-35 Payment for Extended Standby ..... 30
C-36 Payment for Project Work ..... 30
C-37 Reimbursement for Mobilization and Demobilization Costs ..... 30
C-38 Ordering/ Payment for Additional Personnel ..... 31
C-39 Transporting of Relief Crew ..... 31
C-40 Ordering Additional Equipment ..... 31
C-41 Additional Aircraft After Contract Award ..... 31
C-42 Meals ..... 31
C-43 Payment for Fuel Servicing Vehicle Mileage ..... 31
C-44 Payment for Fuel Transportation ..... 32
C-45 Payment for Foam Concentrate ..... 32
C-46 Miscellaneous Costs to the Contractor ..... 32
C-47 Payment Procedures ..... 32
C-48 Government Helicopter Manager Delegated Authorities ..... 33
C-49 Definitions ..... 34
C-50 Abbreviations ..... 38

EXHIBITS

EXHIBIT 1 First Aid Kit Aeronautical ..... 40
EXHIBIT 2 Survival Kit Aeronautical (Lower-48) ..... 41
EXHIBIT 3 Alaska Supplement ..... 42
EXHIBIT 4 Restraint Systems Condition Inspection Guidelines ..... 45
EXHIBIT 5 Additional Suppression/Prescribed Fire Equipment ..... 46
EXHIBIT 6 High Visibility Markings on Main Rotor Blades ..... 51
EXHIBIT 7 Additional Avionics Equipment ..... 52

## TABLE OF CONTENTS


EXHIBIT 8 Fuel Servicing Equipment Requirements ..... 53

EXHIBIT 9 Pilot Operations Briefing Certificate ..... 57

EXHIBIT 10 Interagency Guidelines For Vertical Reference/External Load Training Standards ..... 58

EXHIBIT 11 Helicopter Make/Model/Series Lists ..... 59

EXHIBIT 12 Helicopter Services Hourly Flight Rates, Fuel Consumption, and Weight Reduction Chart ..... 60

EXHIBIT 13 Interagency Helicopter Load Calculation ..... 61

EXHIBIT 14 Helicopter and Fuel Service Vehicle Pre-Use Checklist ..... 63

EXHIBIT 15 Performance Report ..... 64

EXHIBIT 16 Performance by Government-Furnished Pilot ..... 65

EXHIBIT 17 Department of Labor, Wage Determinations ..... 66

**SECTION D – CONTRACT CLAUSES**

D-1 Contract Terms and Conditions and Conditions Required to Implement Statutes or Executive Orders (Commercial Items) (FAR 52.212-5) ..... 76

D-2 Economic Price Adjustment Specified Flight Rate Contracts ..... 78

D-3 Property and Personal Damage ..... 78

D-4 Option to Extend the Term of the Contract (FAR 52.217-9) ..... 79

D-5 Statement of Equivalent Rates for Federal Hires (FAR 52.222-42) ..... 79

**SECTION E – SOLICITATION PROVISIONS**

E-1 Instructions to Offerors-Commercial Items (FAR 52.212-1) (Tailored/Addenda) ..... 80

E-2 Evaluation – Commercial Items (FAR 52.212-2) (JAN 1999) (Tailored/Addenda) ..... 81

E-3 Offeror Representations and Certifications – Commercial Items (FAR 52.212-3) ..... 81

E-4 Offeror's Checklist ..... 88

E-5 Offeror's Past Performance and Organizational Experience Questionnaire ..... 89

E-6 Summary of Accidents ..... 90

E-7 Performance Questionnaire ..... 91

THIS PAGE INTENTIONALLY LEFT BLANK

RFP 49-05-L

## SECTION B
## SUPPLIES OR SERVICES AND PRICES

**B-1 Schedule of Items**

This is a Contract for Interagency Call-When-Needed (CWN) helicopter services. Furnish Type **I and II** helicopter(s) fully operated and maintained, including fuel servicing vehicle(s), meeting the requirements of this schedule and the specifications included herein, on a call-when-needed basis.

Upon Contractor's acceptance of an order from an authorized ordering office, the order becomes a binding contract under the prices, terms, and conditions of this Contract.

| N Number | CAT | Make | Model & Series | Equipped Weight (as per contract definition) | HIGE/HOGE Reference | Daily Availability Rate 2005 | Daily Availability Rate 2006 | Daily Availability Rate 2007 | Project Hourly Flight Rate 2005 | Project Hourly Flight Rate 2006 | Project Hourly Flight Rate 2007 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| N161KA | S | Kaman | K-1200 | 6262.5 | HIGE: 5737.5<br>HOGE: 5362.5 | $22,960 | $23,632 | $24,360 | $3200 | $3300 | $3400 |
| N312KA | S | Kaman | K-1200 | 6344.8 | HIGE: 5655.2<br>HOGE: 5280.2 | $22,960 | $23,632 | $24,360 | $3200 | $3300 | $3400 |
| N267KA | S | Kaman | K-1200 | 6263.7 | HIGE: 5736.3<br>HOGE: 5361.3 | $18,648 | $19,208 | $19,824 | $3200 | $3300 | $3400 |
| N268KA | S | Kaman | K-1200 | 6272.3 | HIGE: 5727.7<br>HOGE: 5352.7 | $18,648 | $19,208 | $19,824 | $3200 | $3300 | $3400 |
| | | | | | HIGE:<br>HOGE: | | | | | | |
| | | | | | HIGE:<br>HOGE: | | | | | | |
| | | | | | HIGE:<br>HOGE: | | | | | | |

(Add Additional Sheets as Necessary)

Category: Indicate the category the aircraft is offered as: Standard = S, Limited (Standard Category offered in a Limited Capacity) = L, or Restricted = R

[2] Equipped weight equals the Empty Weight (as listed in the Weight and Balance Data) **plus** the weight of lubricants, unusable fuel and onboard equipment required by contract (i.e., survival kit, rappel bracket). The helicopter's contracted equipped weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. Helicopter contracted equipped weight shall not exceed 1 % above the awarded contracted equipped weight during the Contract period, unless the Government requires additional equipment after award. Aircraft that fail to meet helicopter contracted equipped weight minimums, including the plus 1 % allowance, shall be made unavailable under the terms of this Contract. Cowlings and doors shall not be removed to meet Contract equipped weight for performance.

[3] Offerors shall submit Daily Availability Rates that, when divided by 56, results in **whole** dollars, **not** dollars and cents. The awarded daily availability rate shall include all fixed and variable costs (depreciation, salaries, overnight allowances, overhead, permanent shop facilities, etc.) incurred in providing continuous services of those costs directly attributed to actual flight.

[4] Project Flight Rates will not be used in the evaluation for award.

Hourly Flight Rate will be paid in accordance with Exhibit 12, Helicopter Hourly Flight Rates, Fuel Consumption, and Weight Reduction Chart.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**B-2 Additional Personnel**

$500 per day for each authorized additional personnel for travel days and work days.

**B-3 Extended Standby Rate**

$39 per hour for each authorized personnel.

**B-4 Government Furnished Pilot**

Contractor will ☐ will not ☒ authorize performance of work under the contract by a Government Pilot

**B-5 Principal Base of Operation**

Offeror shall enter the location of the "Principle Base of Operation" in accordance with the definitions found in Section C for the offered aircraft.

| | |
|---|---|
| 2794 Foothill Boulevard, Grants Pass | Oregon |
| **Location (Physical Address)** | **State** |

**B-6 Aircraft Performance Specifications (minimum)**

Standard and Restricted Category Helicopters

Capability of hovering out-of-ground effect (HOGE) in the following conditions:

- 200 lbs for each required flight crewmember
- 1 ½ hours of fuel (includes reserve fuel). Use 7-lbs per gallon to compute weight of Jet A.
- 5000' PA
- 30 ° C
- Type 1 – 4500 lbs (jettisonable payload)
- Type II – 1600 lbs (jettisonable payload)

**Load Calculation**

Aircraft performance capabilities shall be documented by using the Standard Interagency Helicopter Load Calculation form. (Exhibit 13, Interagency Helicopter Load Calculation)

The Offeror shall use the computation values listed in Exhibit 12, Helicopter Services Hourly Flight Rates, Fuel Consumption, and Weight Reduction Chart applicable to the make, model, and series being offered.

Only approved Basic Flight Manual HIGE/HOGE Performance Charts, Flight Manual Supplement HIGE/HOGE Performance Charts, or Supplemental Type Certificate (STC) HIGE/HOGE Performance Data approved for the offered aircraft, by serial and registration numbers, shall be used to compute the Interagency Helicopter Load Calculation during the Contract period.

**B-7 Engine Requirements**

Turbine engine(s).

RFP 49-05-08

SECTION B
SUPPLIES OR SERVICES AND REPAIRS

**B-8 Maximum Complement of Personnel by Aircraft Type**

**Type I Helicopter**

List the number of persons, by position, being offered to staff and support the helicopter. A maximum of 12-personnel may be paid as per the payment clause.

| Personnel | Number |
|---|---|
| Pilot(s): | 1 |
| Mechanic(s): | 1 |
| Equipment Handlers: | 1 |
| Fuel Service Driver(s): | 1 |

Type II Helicopter

List the number of persons, by position, being offered to staff and support the helicopter. A maximum of 4-personnel may be paid as per the payment clause.

| Personnel | Number |
|---|---|
| Pilot( s): | |
| Mechanic(s): **N/A** | |
| Fuel Service Driver(s): | |

**B-9 Additional Offered Equipment**

The Offeror may offer items or services in addition to those listed below. Where no provision is made for a daily rate, the cost for furnishing such equipment shall be included in the daily availability rate. Offeror shall provide specifications on the items or services offered. Offered items may be awarded based on the needs of the Government and when prices are determined to be reasonable.

If additional offered equipment is provided by Contractor, see appropriate Exhibits, if applicable.

Daily rates for additional equipment will be paid only if ordered by the CO.

| | Description | Capacity | Quantity | Unit | Unit Price |
|---|---|---|---|---|---|
| | Seeder | | | Day | $ |
| | Fertilizer Spreader | | | Day | $ |
| √ | Fixed Suppressant/Retardant Delivery Tank | 700 gal. | 2 | Day | $ 2000.00 |
| √ | Dip Tank/Water Pumps - UNMANNED | 2000 gal. | 2 | Day | $ 550.00 |
| | Spill Containment Barrier | | | Day | $ |
| | Litter Kit | | | | N/A |
| | GPS Data Connector | | | | N/A |
| | Additional GPS Antenna | | | | N/A |
| | Long-Line/Remote Hook | | | | N/A |
| | Other: | | | | |
| √ | Power fill Bucket | | | | $ 950.00 |
| √ | Logging Grapple | | 4 | Day | $ 500.00 |
| | | | | | |
| | | | | | |

## SECTION C
## DESCRIPTION/SPECIFICATIONS/EXHIBITS

### C-1 Scope of Contract

A. The intent of this solicitation and any resultant Contract is to obtain services of Standard and Restricted Category Type I and Type II Helicopters, fully operated by qualified personnel and equipped to meet specifications for use in administration and protection of Public Lands.

B. The Helicopter furnished will be used for incident support, and may also be used for project, law enforcement, and administrative flights. If the contractor agrees to perform law enforcement flights, such agreement shall be in writing.

C. The Government has Interagency and cooperative agreements with Federal and State Agencies and private landholders. Aircraft may be dispatched under this contract for such use.

D. When operating in Alaska, see Exhibit 3, Alaska Supplement, for additional requirements.

### C-2 Certifications

A. General

1. Contractors shall be currently certificated to meet 14 Code of Federal Regulations (CFR), 133 (External Load Operations), 135 (Air Taxi Operators and Commercial Operations), and 137 (Agricultural Aircraft Operations), as applicable. Any helicopter offered shall be listed by make, model, series, and registration number on the Operators Certificates.

2. Helicopters shall conform to the approved type design (normal or restricted), be maintained and operated in accordance with type certificate requirements not withstanding the aviation regulations of the State in which the helicopter may be operated except those requirements specifically waived by the CO. If an operator has a 135 certificate, the aircraft will be maintained in accordance with their FAA approved maintenance program. 14 CFR Part 133 and 137 aircraft will be maintained in accordance with the type certificate and applicable supplement type certificates (STC).

3. When ordered by the Government, helicopter(s) shall carry its fully rated capacity of passengers and/or cargo allowable as determined by the Interagency Helicopter Load Calculation method irrespective of the minimum requirements stated in the Schedule of Items. Load calculations shall be computed and completed by the pilot using Form FS 5700-17 or Form OAS-67.

4. Each helicopter shall operate in accordance with an approved 14 CFR Part 133, Rotorcraft Load Combination Flight Manual (RLCFM), unless the requirement is specifically waived by the CO. A copy of the RLCFM shall be kept with the aircraft at all times.

B. Standard Category Helicopters

1. Contractors shall hold current 14 CFR PART 133, 135, and 137 Operating Certificates as appropriate.

2. All passenger-carrying flights, regardless of the number of passengers carried, shall be conducted in accordance with the Contractor's operations specifications.

3. Helicopters shall be certificated in Normal or Transport Category.

4. The Government may elect not to utilize individual Standard Category aircraft for passenger transport.

5. The following applies for Standard Category helicopters offered that do not transport passengers:

   a. The helicopter will be inspected to the type certificate.

   b. The contractor will submit FAR Part 133 and 137 certificates.

   c. Helicopters shall carry their fully rated capacity of cargo for suppressant/retardant as determined by use of the approved weight and balance performance data.

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

d. All internal passenger seats shall be removed during performance under this contract except seats for contractor's personnel/authorized Government Helicopter Manager and/or crew members.

C. Restricted Category Helicopters

1. Helicopter(s) certificated in Restricted Category shall have been issued a Special Airworthiness Certificate.

2. Helicopter(s) configured from aircraft types that have FAA Type Certificates obtained by the aircraft manufacturer shall incorporate the manufacture's designated changes to bring the aircraft into conformity with their type design, excluding passenger configuration requirements. All applicable Airworthiness Directives and manufacturer Service Bulletins shall be accomplished.

3. Helicopter(s), which are configured from former military aircraft, which have FAA Type Certificates based upon military operation in lieu of a manufacturer's Type Certificate, shall have all applicable Time Compliance Technical Orders (TCTO's), military Service Bulletins, and Safety-of-Flight Messages accomplished. This includes any directives, which refer to later models of the same type, which were issued after the earlier models had left the military inventory. When FAA approvals establish more restrictive limits, such limits will prevail.

**C-3 Government Furnished Property**

A. If Government Furnished Property (GFP) is provided the Contractor shall be required to sign a property receipt document. Upon Government request, GFP shall be returned to the Government in accordance with GFP (Short Form) FAR Clause 52.245-4 (APR 1984).

B. The Government will deliver the following items to the Contractor upon arrival at the assigned work location:

Personal fire shelter as applicable.

**C-4 Aircraft Requirements**

A. General

1. Aircraft shall be maintained in accordance with all applicable 14 CFR requirements, mandatory manufacturers' bulletins as required or identified by the FS and or DOI, and all applicable FAA Airworthiness Directives (AD).

2. All required documents needed to verify the data in Form FS-5700-21a or OAS 36b; Helicopter Data Record (including airframe logs, engine logs, compliance with mandatory manufacturer's bulletins, FAA AD's compliance, and aircraft status record, etc.) shall be made available to FS or DOI inspector(s).

3. Unless authorized by an approved Minimum Equipment List (MEL), aircraft shall not be approved or used if any accessory or instrument listed on the aircraft type certificate data sheet is inoperative.

4. Aircraft shall not be approved if any component time in service exceeds the manufacturers' recommended Time Between Overhaul (TBO) or FAA-approved extension. All inspection times and intervals shall comply with the Contractor's FAA approved maintenance program.

B. Condition of Equipment

1. Contractor-furnished aircraft and equipment shall be operable, free of damage, and in good repair. Aircraft systems and components shall be free of leaks except within limitations specified by the manufacturer.

2. All windows and windshields shall be clean and free of scratches, cracks, crazing, distortion, or repairs, which hinder visibility. Repairs such as safety wire lacing and stop drilling of cracks are not acceptable permanent repairs. Prior to acceptance, all temporarily repaired windows and windshields shall have permanent repairs completed or shall be replaced.

3. The aircraft interior shall be clean and neat. There shall be no un-repaired tears, rips, cracks, or other damage to the interior. The exterior finish, including the paint, shall be clean, neat, and in good condition (i.e. no severe fading or large areas of flaking or missing paint and etc.). Military or other low visibility paint schemes are unacceptable. Any corrosion shall be within manufacturer or FAA acceptable limits.

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

C. Center of Gravity

1. All aircraft shall be configured so that the center of gravity will remain within the FAA approved Flight Manual published limits for all load requirements and full range of fuel conditions, including ferry with minimum crew without subtraction or addition of ballast.

2. All aircraft shall be loaded such that the center of gravity will remain within allowed limit during the flight. Actual weights will be used for flight calculation.

3. If the equipped weight of the aircraft, as noted by registration number in Section B, Schedule of Items changes, the Contractor shall notify the CO of the change and submit a new weight and balance as required by the Contract.

D. General Equipment

Helicopters shall be configured with the equipment required by 14 CFR and approved for make and model furnished. In addition, the following will be required:

1. A copy of the Awarded Contract and modification(s) shall remain in the helicopter during the Contract period(s).

2. Instrumentation required by the Type Certificate and 14 CFR for use with the make and model furnished.

3. Free air temperature gauge.

4. Approved aircraft lighting for night operation in accordance with 14 CFR Part 91.209, plus instrument lights.

5. First Aid Kit Aeronautical (Exhibit 1, First Aid Kit Aeronautical)

6. Survival Kit Aeronautical (Exhibit 2, Survival Kit Aeronautical, Lower 48)

7. Additional Suppression/Prescribed Fire Equipment (Exhibit 5, Additional Suppression/Prescribed Fire Equipment) as applicable

8. Seat belts for all seats. One set of individual lap belts for each occupant.

9. FAA-approved double-strap shoulder harness with automatic locking inertia reels for each front seat occupant. Shoulder straps and lap belts shall fasten with one single-point, metal-to-metal, and quick-release mechanism. Standard factory shoulder harnesses are acceptable for Aerospatiale and Bell transport category helicopters. Military style harnesses are acceptable. (Exhibit 4, Restraint Systems Condition Inspection Guidelines).

10. FAA approved shoulder harness integrated with seat belt with one single point metal to metal quick release mechanism for each passenger position. **(Effective 01/01/06).**

11. One digital flight hour meter (Hobbs) installed in a location observable by the pilot and front seat observer while seated. The meter shall be wired in series with a switch on the collective control, and a switch activated by engine or transmission oil pressure or equivalent system, to record flight time (in hours and tenths of hours) only.

12. External load operations from other than the manufacturers designated pilot station are allowed only with approved operations specifications, applicable STCs, and appropriate designation on the aircraft Interagency Data Card. The pilot shall occupy the manufacturer's designated pilot station unless authorized by an STC to conduct external load operations from the left seat.

13. Convex mirror for observation of external loads and landing gear (not required for aircraft equipped ONLY for vertical reference operations).

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

14. The Fire extinguisher(s) shall be a hand-held bottle, fully charged, with a minimum of 1.5 pounds capacity and 2-B:C rating, maintained in accordance with NFPA 10 and mounted with a quick release attachment accessible to the flight crew while seated.

15. Standard Category helicopters with a floor height greater than 18-inches shall have an approved personnel access step to assure safe entrance and exit from each door of the helicopter. A section of external cargo rack may be utilized as a step by providing a clear space covered with non-skid material.

16. Complete set of current aeronautical charts covering area of operation. The Contractor shall be responsible for providing navigation publications.

17. Dual controls for flight checks only. Need not be removed from Type I and Type II Aircraft.

18. One or more independently switched white or white and red strobe light(s) mounted on top of the helicopter or otherwise visible from above.

In accordance with 14 CFR Part 27.1401, Anticollision Light System (d) Color. Each anticollision light shall be aviation red and shall meet the applicable requirements of 14 CFR Part 27.1397. In order to meet contract specifications, Contractors shall obtain FAA approval (FAA Form 337) to alter the aircraft, if applicable.

19. High visibility markings on main rotor blades (Exhibit 6, High Visibility Markings on Main Rotor Blades).

20. Cargo Hook

    a. One cargo hook that may be loaded and locked in a single motion with one hand, and is rated at the maximum lifting capacity of the aircraft.

    b. As a minimum, the cargo hook shall be completely disassembled and inspected with repairs made as required; lubricated and perform a full-load operational check every 24 calendar months.

21. Variable capacity collapsible bucket(s)

    a. One (1) collapsible, variable capacity water/retardant buckets shall be furnished under this Contract.

    b. The bucket, at 100 percent of manufactures rated capacity (+/ -5%) shall be commensurate with the maximum OGE lifting capability of the helicopter at 5000 PA and 30 degrees C with a 200 pound pilot and 1 1/2 hours of total fuel. The bucket shall be capable of being operated with all increments of the long-line. No partial dips allowed.

    c. Environmental operating conditions may dictate the need for more than one size bucket.

    d. Helicopters equipped with electronic helicopter hook load measuring system (load cells) that provide a cockpit readout of the actual external load and a bucket that is equipped with a gating system that allows part of the load to be dispensed while retaining the remainder of the load are approved.

    e. Capacity of each position or adjustment level shall be marked on the bucket. Collapsible buckets with cinch straps shall only be adjusted to the marked graduations (i.e., 90%, 80%, 70%). Attempts to establish intermediate graduations or capacities below the manufacturer's minimum graduation (by tying knots, etc.) is prohibited.

    f. An Operations Manual for the type bucket(s) provided will be carried aboard the aircraft.

    g. Either the weight of the bucket or capacity at each adjustment level shall be marked on the bucket or the operator shall have a written statement of the maximum capacity (weight) at each adjustment point.

    h. The jettison-arming switch, if applicable, shall be in the armed position during external load operations.

    i. When a bucket is attached directly to the cargo hook, it is critical to measure the maximum length of the extended bucket from the shackle on the control head to the extended dump valve/fire sock, making sure that it is at least 6-inches less than the distance from the belly hook to the closest possible point on the tail rotor. Lines attached between the cargo hook and the bucket shall extend the bucket past the outside arc of the tail rotor, the line shall be no shorter than 50 feet.

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

22. The bucket gate open/close switch(es) shall be clearly marked for "open" and "closed," spring-loaded to the "OFF" position, and mounted on the collective pitch lever to avoid confusion with the cargo hook release. The switch shall be of a different design and shall be mounted in such a way as to not easily be confused with the RPM Control (Beep) switch.

23. Standard Category Type II Helicopters. An auxiliary power connector (MS3112E12-3S) protected by a 5-amp circuit breaker connected to the avionics or main aircraft power buss shall be permanently mounted in a location convenient to the passenger compartment. Pin A shall be +24 VDC in 24 volt aircraft, Pin B shall be aircraft ground. Pin C shall be + 12 volts VDC in 12 volt aircraft. Never apply power to both Pin A and Pin C simultaneously.

24. Fuel Servicing Vehicle (Exhibit 7 Additional Avionics Equipment and Exhibit 8 Fuel Servicing Equipment Requirements). (Not required for Alaska).

25. FAA Approved Extended Height /High Skid Landing Gear (if available by STC or aircraft manufacturer).

26. FAA approved high visibility, pulsating, forward facing, conspicuity lighting.

27. FAA-approved locking cap(s) on all fuel filler ports.

28. Internal baggage compartment/external cargo racks. Fifteen (15) cubic feet of cargo space with isolated internal baggage compartment(s) capable of accommodating 58-inch long shovels, rakes, and other fire fighting tools (requires rear bulkhead modification of baggage compartment of some models). External cargo racks with tie-down nets, straps, or bungees may be provided in lieu of baggage compartments, which cannot be modified to accept fire tools. Cargo racks shall be at least 4-inches deep. These devices shall be simple in function and have the capacity of being installed quickly.

**C-5 Aircraft Maintenance**

A. <u>General</u>

1. The Contractor shall be capable of providing field maintenance support to each helicopter for extended periods during heavy use.

2. Helicopters shall be operated and maintained in accordance with 14 CFR requirements and manufacturers' recommendations. Special equipment and/or modification of the helicopter to meet requirements of this contract shall be inspected, repaired, and altered in accordance with 14 CFR requirements and manufacturer's recommendations or engineered data and, if required, be FAA approved. All "time change" components, including engines, shall be replaced upon reaching the factory recommended time, or FAA approved extension if applicable. Aircraft operated with components and accessories on approved TBO extension programs are acceptable, provided the Contractor who provides the aircraft is the holder of the approved extension authorization (not the owner if the aircraft is leased), and shall operate in accordance with the extension.

3. Compliance with mandatory manufacturers' bulletins, FAA ADs, and the correction of maintenance deficiencies shall be accomplished prior to the start and during the period of Contract performance.

4. Contract performance may subject the aircraft engine to frequent smoke, sand and dust ingestion. All aircraft shall comply with the erosion inspection procedures at the recommended intervals in accordance with the engine operation and maintenance manual for the Contracted aircraft.

5. All maintenance performed shall be recorded in accordance with 14 CFR Part 43 and 91 including helicopter time-in-service and hour meter reading.

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

6 A copy of the current maintenance record required by 14 CFR Part 91 shall be kept with the aircraft.

7. Maintenance of aircraft records shall be in accordance with the FAA Advisory Circular (AC) No. 43-9C as revised.

8. The Contractor shall immediately notify the CO of any change of an engine, power train, control, or major airframe component and circumstances inducing the change.

9. Routine maintenance shall be performed before or after the daily standby or as approved by the CO.

10. All inspection times and intervals shall comply with the Contractor's FAA Approved Maintenance Program.

11. Inspections shall be performed in a maintenance facility, or in the best field conditions available.

12. Contractor shall notify the CO at least 16-flight hours prior to initiation of the 100-hour inspection.

13. The aircraft's equipped weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft.

14. All weighing of aircraft shall be performed on scales that have been certified as accurate within the preceding 24-months. The certifying agency may be any accredited weights and measures laboratory.

15. Helicopter Contracted Equipped weight shall not exceed 1% above the awarded Contracted Equipped Weight during the Contract period, unless the Government requires additional equipment after award. Aircraft that fail to meet helicopter Contracted Equipped Weight minimums, including the plus 1% allowance, shall be unavailable under the terms of this Contract. Aircraft may be re-inspected in accordance with the "Re-inspection Expense" provisions.

16. A list of equipment installed in the aircraft at the time of weighing shall be compiled. The equipment list shall include the name of each item installed. Items that may be easily removed or installed for aircraft configuration changes (seats, doors, radios, cargo hook, baskets, special mission equipment, etc.) shall also be listed including the name, weight, and arm of each item. Each page of the equipment list shall identify the specific aircraft by serial and registration number. Each page of the equipment list shall be dated indicating the last date of actual weighing or computation. The weight and balance shall be revised each time equipment is removed or installed.

17. When the contract equipped weight of the aircraft, as noted by registration number in Section B, Schedule of Items, changes, the Contractor shall notify the CO of the change and submit a revised weight and balance as required by the Contract.

B. <u>Turbine Engine Power Assurance Checks</u>

1. A power assurance check shall be accomplished on the first day of operation, and thereafter within each 10-hour interval of contracted flight operation unless prohibited by environmental conditions (i.e. weather, smoke). The power assurance check shall be accomplished by the contractor in accordance with the Rotorcraft Flight Manual or approved company performance monitoring program. A current graph of the power assurance checks will be maintained with the aircraft under this Contract and any renewal periods.

2. Helicopters with power output below the minimum published performance charts shall be removed from service. The below-minimum power condition shall be corrected before return to service and contract availability.

C. <u>Maintenance Flights</u>

A functional maintenance flight shall be performed following overhaul, repair, and/or replacement of any engine, power train, rotor system or flight control equipment, and following any adjustment of the flight control systems before the helicopter is returned to service. The flight will be performed at the Contractor's expense. Results of the maintenance flights shall be reported to and approved by the FS or DOI Aviation Maintenance Inspector before the aircraft is returned to Contract availability.

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

**C-6 Aircraft and Equipment Security**

A. The security of Contractor provided aircraft and equipment is the responsibility of the Contractor.

B. Aircraft shall be electrically and/or mechanically disabled by two independent security systems whenever the aircraft is unattended. Deactivating security systems shall be incorporated into preflight checklists to prevent accidental damage to the aircraft or interfere with safety of flight.

C. Examples of Unacceptable disabling systems are:

1. Locked door/windows; and/or

2. Fenced parking areas.

**C-7 Avionics Requirements**

A. The following required avionics systems shall be furnished, installed, and maintained by the Contractor in accordance with the manufacturer's specifications and the installation and maintenance standards.

B. A complete set of schematic and wiring diagrams, covering all installed avionics systems, shall be carried aboard each aircraft or the aircraft's dedicated service vehicle.

C. Required avionics systems and contractor offered avionics/communication equipment must meet the performance specifications as specified in FS/OAS A-24 at: www.fs.fed.us/fire/niicd/documents.html

**C-8 Contractor Furnished Avionics Systems**

A. Communications Systems

1. Emergency Locator Transmitters

One automatic-portable/automatic-fixed or automatic-fixed Emergency Locator Transmitter (ELT) utilizing an external antenna and meeting the same requirements as those detailed for airplanes in 14 CFR Part 91.207 (excluding 14 CFR Part 91.207f), shall be installed per the manufacturer's installation manual, in a conspicuous or marked location. ELTs certified under TSO-91 are not acceptable.

2. VHF-AM Transceivers

One panel mounted VHF-AM aeronautical transceiver (VHF-1), operating in the frequency band of 118.000 to 136.975 MHz, with a minimum of 760-channels in no greater than 25 kHz increments, and a minimum of 5-watts carrier output power.

3. VHF-FM Transceivers

a. One aeronautical VHF-FM radio transceiver (FM-1). The transceiver shall operate from 150 to 174 MHz, permit the operator to program any usable frequency within that band while in flight, provide operator selection of both wide-band (25 kHz bandwidth/5 kHz modulation) and narrow-band (12.5 kHz bandwidth/2.5 kHz modulation) operation by channel for MAIN and GUARD operation. Transceivers shall be set to operate in the narrowband mode unless local conditions dictate otherwise.

b. Carrier output power shall be 10-watts nominal. The transceiver shall be capable of displaying receiver and transmitter operating frequency. Transceivers shall provide both receiver and transmitter activation indicators for MAIN and GUARD. Simultaneous monitoring of both MAIN and GUARD (168.6250 MHz) is required. Scanning of GUARD is not acceptable.

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

c. A CTCSS sub-audible tone encoder with a minimum of 32 standards selectable tones, meeting the current TIA/EIA-603A standard, shall interface with the above transceiver. The encoder shall encode a 110.9 Hz tone on all GUARD transmissions.

d. The transceiver's operational controls shall be mounted in a location that is convenient to both pilot and co-pilot/observer.

e. Aircraft having two or more aeronautical VHF-FM radio transceivers need only have a GUARD receiver in the first transceiver (FM-1).

f. The following analog aeronautical VHF-FM transceivers are known to be acceptable.

| | |
|---|---|
| Eureka Radio Systems (ERS) | ERS-96000NB with external tone encoder |
| Northern Airborne Technology | NPX-138N-050/070 & NTX-138-050 |
| Technisonic Industries | TFM-138 (serial # 1540 & up), TFM-138B/C/D, & TFM-500 |
| Wulfsburg Electronics | Flexcom II, RT-138N, & RT-9600N |

g. The following multimode (P25) digital aeronautical VHF-FM transceivers are known to be acceptable.

| | |
|---|---|
| Technisonic Industries | TDFM-136 |

Multimode (P25) digital aeronautical VHF-FM transceivers must meet FS/OAS A-19. Visit the following website for a copy of FS/OAS A-19 and a current list of acceptable radios: www.fs.fed.us/fire/niicd/documents.html

4. Provisions for AUX-FM Portable Radios

a. The Contractor shall provide the necessary interface for installing and properly operating an auxiliary VHF-FM portable radio through the aircraft's audio control system(s). The interface shall consist of the appropriate wiring from the audio control system; terminate in an MS3112E12-10S type connector and utilizing the contact assignments as specified by drawing FS/OAS-17 (See www.fs.fed.us/fire/niicd/documents.html )

b. One weatherproof, external, broadband antenna (Comant type CI-177 or equal) covering the 150-174 MHz band, with associated RG-58A/U (or equivalent) coaxial cable and connector, terminated in a bulkhead-mounted, female BNC connector adjacent to the above 10-pin connector.

c. Mounting facilities, in accordance with the specifications of FAA AC 43.13-2A, for secure installation of the auxiliary VHF-FM portable radio in the cockpit shall be provided (Field Support Services (www.helifire.com ) AUX-EPH-RB or equivalent). The location of the mounting facilities shall be such that, when connected with an 18-inch adapter cable, allows the co-pilot/observer full and unrestricted movement of the radio's controls.

d. Positive-polarity microphone excitation voltage shall be provided to the AUX-FM system from the aircraft DC power system through a suitable resistor network. A blocking capacitor shall be provided to prevent the portable radio microphone excitation voltage from entering the system. Sidetone for the AUX-FM shall also be provided (NAT AA34, Premier PA-34, or equivalent).

e. In lieu of the above AUX-FM requirements, the Contractor may substitute one aeronautical VHF-FM transceiver (FM-2) which meets the same requirements as FM-1 unless the second aeronautical VHF-FM radio transceiver (FM-2) is specifically required. When two aeronautical VHF-FM radio transceivers are required, the AUX-FM is also required.

5. Automated Flight Following **(Required January 1, 2006.)**

a. One Automated Flight Following (AFF) system compatible with the governments AFF tracking network (Webtracker). Not all available AFF systems are compatible with Webtracker nor meet Webtracker's requirements. The contractor shall ensure that the AFF system offered is compatible with Webtracker. To view Webtracker's current compatibility requirements and a list of previously successful AFF equipment manufacturers, refer to https://www.aff.gov.

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

b. The AFF system shall be powered by the aircraft's electrical system, installed per the manufacturer's installation manual, and operational in all phases of flight. AFF equipment shall utilize as a minimum: Satellite communications, an externally mounted antenna, provide data to the Government's Webtracker software, use aircraft power via a dedicated circuit breaker for power protection, and be mounted so as to not endanger any occupant from AFF equipment during periods of turbulence. Any AFF manufacturer required pilot display(s) or control(s) shall be visible/selectable by the pilot(s). Remote equipment having visual indicators should be mounted in such a manner as to allow visual indicators to be easily visible.

c. AFF communications shall be fully operational in the lower 48 states. Contractors accepting dispatches to the State of Alaska, Southern Canada, or Western Canada must have an AFF system capable of being tracked in these locations at all times. Not all manufacturers' AFF equipment communication links will operate effectively in all geographic areas.

d. The contractor shall maintain a subscription service through the AFF equipment provider allowing AFF position reporting for satellite tracking via Webtracker. The position-reporting interval shall be every two minutes while the aircraft is in flight. The contractor shall register their AFF equipment with the Boise Help Desk providing: Complete tail number, manufacturer and serial number of the AFF transceiver; aircraft make and model; and Contractor contact information. If the Contractor relocates previously registered AFF equipment into another aircraft, then the Contractor shall contact the Boise Help Desk making the appropriate changes prior to aircraft use. In all cases, the contractor shall ensure that the correct aircraft information is indicated within Webtracker. The Contractor shall contact the Boise Help Desk of system changes, scheduled maintenance, and planned service outages.

e. Registration contact information, a web accessible feedback form, and additional information is available at: https://www.aff.gov. The Boise Help Desk can be reached at (800) 253-5559 or (208) 387-5290.

f. Prior to the aircraft's annual Contract inspection, the Contractor shall ensure compliance with all AFF systems requirements. The Contractor shall additionally perform an operational check of the system. As a minimum, the operational check shall consist of confirming the aircraft being tested is displayed in Webtracker (indicating it is currently transmitting data to Webtracker) and that all information displayed in Webtracker is current. A username and password is required to access Webtracker. Log on to the AFF website at https://www.aff.gov to request a username and password, or contact the Boise help desk. When the aircraft passes the operational check, an aircraft log book entry shall be made.

g. This clause incorporates Specification Section Supplement available at: https://www.aff.gov/contract.asp with the same force and effect as if they were presented as full text herein.

B. Navigation Systems

One panel-mounted Global Positioning System (GPS) shall be permanently installed in the aircraft. The GPS shall: utilize WGS-84 datum; reference latitude and longitude coordinates in the DM (degrees/minutes/decimal minutes) mode; utilize an approved, fixed, external aircraft antenna; and be powered by the aircraft electrical system. The GPS unit must have the ability for manual entry of waypoints in flight. The GPS shall have a database (VFR and en-route units not over 1-year old and IFR approach units not over 28-days old) covering the continental United States and/or Alaska as required. Handheld and/or marine type equipment is not acceptable.

C. Transponder/Altitude Encoders

One ATC transponder and altitude reporting system(s) meeting the requirements of Part 91.215 (a) and (b), 14 CFR Part 91.413 and be tested and inspected every 24-calendar months as specified by 14 CFR Part 43, appendix F.

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

D. Static Pressure, Altimeter, and Automatic Pressure Altitude Reporting Systems

The aircraft's static system(s) shall be maintained in accordance with the IFR requirements of 14 CFR Part 91, and inspected and tested every 24-calendar months as specified by 14 CFR Part 43, appendix E.

E. Audio Control Systems

General

1. *Standard Category.* Two audio control systems (which may be combined in a single unit) shall be installed providing the pilot and observer/co-pilot separate systems. Each system shall provide pilot and observer/co-pilot with separate controls for selection of multiple receiver audio outputs and transmitter microphone/push-to-talk (PTT) audio inputs. Each system shall also provide pilot and observer/co-pilot with separate controls for adjustment of both ICS and receiver audio output levels. Note: One audio control system is required for aircraft designed for a single occupant (i.e. K-MAX).

2. *Restricted Category.* An audio control system shall be provided for the pilot and check/co-pilot. The system shall provide controls for selection of multiple receiver audio outputs and transmitter microphone/PTT audio inputs. The system shall also provide separate controls for adjustment of both Intercommunication System (ICS) and receiver audio output levels.

F. Transmitter Selection and Operation

1. *Standard Category.* Separate transmitter selection controls shall be provided to the microphone/PTT inputs of both the pilot and observer/co-pilot. The system shall be configured so that the pilot and observer/co-pilot may each simultaneously select and utilize a different transmitter (or Public Address (PA) System when installed) via their respective microphone/PTT. Whenever a transmitter is selected, the companion receiver audio shall automatically be selected for the corresponding earphone. Transmitter sidetone audio shall be provided for the user as well as for cross monitoring via the corresponding receiver selection switch on the other audio control system.

2. *Restricted Category.* A transmitter selection control shall be provided for the microphone/PTT inputs of the pilot and check/co-pilot. The system shall be configured so that the pilot or check/co-pilot may select and utilize a transmitter via their microphone/PTT. Whenever a transmitter is selected, the companion receiver audio shall automatically be selected. Transmitter sidetone audio shall be provided for the operator as well as for cross monitoring.

G. Receiver Selection and Operation

1. *Standard Category.* Separate controls shall be provided for both pilot and observer/co-pilot to select audio from one or any combination of available receivers. The aft exit passenger positions shall monitor the receiver(s) as selected by the observer/co-pilot (two positions minimum).

2. *Restricted Category.* Separate controls shall be provided for selection of audio from one or any combination of available receivers.

H. Radios and Systems

As a minimum, the audio control system(s) shall provide for selection of all installed radios and PA systems.

I. Earphones and Microphones

1. *Standard Category.* The audio system shall be designed for operation with 600-ohm earphones and carbon-equivalent, noise-canceling boom-type microphones (Gentex electret type Model 5060-2, military dynamic type M-87/AIC with CE-100 TR preamplifier, or equivalent). Only the pilot's position may be configured for low impedance (dynamic) operation.

   All earphone/microphone jacks in the aircraft shall be U-92A/U type, which will accept the U-174/U type plug. All U-92A/U cords shall be of an adequate length to provide the user free and unrestricted movement according to mission requirements.

2. *Restricted Category*. As required.

J. Push-to-Talk Systems

1. *Standard Category.* Separate Push-to-Talk (PTT) switches shall be provided for radio transmitter and ICS microphone operation at the pilot and observer/copilot positions. The pilot's PTT switches shall be mounted on the cyclic control. The observer/co-pilot's PTT switches shall be mounted on the cord to an earphone/microphone connector. In lieu of the observer/co-pilot's cord mounted PTT switches, a foot switch operated PTT system may be utilized. In aircraft requiring two pilots the observer/co-pilot's PTT system may be on the cyclic control. The aft exit passenger positions shall be equipped with an ICS PTT switch mounted on a cord to the earphone/microphone connector (two positions minimum).

2. *Restricted Category.* Separate PTT switches shall be provided for radio transmission and ICS microphone operation at the pilot and check/co-pilot positions.

K. Intercommunications Systems (ICS)

An ICS system shall be provided for the pilot, observer/co-pilot, and the aft exit passenger positions (2 positions minimum). ICS audio shall mix with, but not mute, selected receiver audio. An ICS audio level control shall be provided for each position above. Adjustment of the ICS audio level at any position shall not affect the level at any other position. A "hot mic" capability, controlled via an activation switch or voice activation (VOX), shall be provided for the pilot and observer/co-pilot. ICS sidetone audio shall be provided for the earphone corresponding with the microphone in use.

**C-9 Avionics Installation and Maintenance Standards**

A. All avionics systems used in or on the aircraft for this contract and their installation and maintenance shall comply with all manufacturers' specifications and applicable 14 CFR requirements.

B. Strict adherence to the recommendations in FAA AC 43.13-1B Chapter 11, "Aircraft Electrical Systems", and Chapter 12, "Aircraft Avionics Systems", as well as AC 43.13-2A Chapter 1, "Structural Data", Chapter 2, "Radio Installation", and Chapter 3, "Antenna Installation", is required.

C. All avionics systems requiring an antenna shall be installed with a properly matched aircraft-certified, broadband antenna unless otherwise specified.

D. Antennas shall be polarized as required by the avionics system and have a Voltage Standing Wave Ratio (VSWR) less than 2.5 to 1.

E. Labeling and marking of all avionics controls and equipment shall be clear, understandable, legible, and permanent. Electronic label maker marking is acceptable.

F. Avionics equipment mounting location and installation shall not interfere with passenger safety, space, and comfort. Avionics equipment will not be mounted under seats designed for energy attenuation. In all instances, the designated areas for collapse shall be protected.

**C-10 Operations**

A. General

1. Regardless of any status as a public aircraft operation, the Contractor shall operate in accordance with their approved FAA Operations Specifications and all portions of 14 CFR Part 91 (including those portions applicable to civil aircraft) and each certification required under this Contract unless otherwise authorized by the CO.

2. A Government representative may inspect the pilot's Interagency Helicopter Pilot Qualification Card for currency before any flight. The Government has mission control and can delay, terminate, or cancel a flight at any time.

B. Pilot Authority and Responsibilities

1. The Pilot-In-Command (PIC) is responsible for the safety of the aircraft, loading and unloading of occupants and cargo. The pilot shall comply with the directions of the Government, except when in the pilot's judgment compliance will be a violation of applicable federal or state regulations or contract provisions. The pilot has final authority to determine whether the flight can be accomplished safely and shall refuse any flight or landing which is considered hazardous or unsafe.

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

2. The pilot is responsible for computing the weight and balance for all flights and for assuring that the gross weight and center of gravity do not exceed the aircraft's limitations. Pilots shall be responsible for the proper loading and securing of all cargo. Load calculations shall be computed and completed by the pilot. (Exhibit 13, Interagency Helicopter Load Calculation)

3. Smoking is prohibited within 50-feet of fuel servicing vehicle, fueling equipment, or aircraft.

4. After engine(s) shutdown, the pilot may exit the aircraft while the rotor(s) are turning if the Rotorcraft Flight Manual (RFM) allows and the pilot remains within the arc of the rotor(s). The pilot shall coordinate this action with the Helicopter Manager. If not allowed by the RFM, aircraft must be shutdown and rotors stopped for pilot to exit aircraft or change seats.

5. Pilot will use an approved 14CFR 135/121 or appropriate 133 or 137 cockpit checklist for all flight operations.

6. Toe-in, single-skid, step-out landings are prohibited.

7. Equipment such as radios, survival gear, fire tools, etc., shall be located in or on the aircraft in such a manner as to potentially not cause damage or obstruct the operation of equipment or personnel. All cargo shall be properly secured.

8. The pilot shall not permit any passenger in the aircraft or any cargo to be loaded therein unless authorized by the CO.

9. Passenger Briefing

   Before each takeoff, the PIC shall ensure that all passengers have been briefed in accordance with the briefing items contained in Part 135 including (as applicable):

   a. Use of seat belts and/or shoulder harness

   b. Ingress/Egress procedures

   c. Emergency Locator Transmitter (ELT)

   d. Oxygen system

   e. No smoking within 50-feet of the aircraft

   f. First Aid Kit

   g Survival Kit

   h. Personal Protective Equipment

   i. Location of Fire Extinguisher

10. Flight Plans

    Pilots shall file and operate on a FAA, ICAO, or Agency flight plan. Contractors flight plans are not acceptable. Flight plans shall be filed prior to takeoff when possible

11. Flight Following

    Pilots are responsible for flight following with the FAA, ICAO, or in accordance with FS or DOI-Bureau approved flight following procedures.

12. Manifesting

    Prior to any takeoff, the PIC shall provide the appropriate FS or DOI dispatch office/coordination center or helibase with current passenger and cargo information.

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

13. Fuel Reserve

To provide adequate fuel reserve all operations shall comply with 14 CFR Part 91 for VFR (20-minutes reserve).

C. IFR/Night Flight

Requires agency approval.

D. Flights with Cowling(s) or Doors Open/Removed

The Contractor is responsible for removal, reinstall and security of the doors. Flights with cowlings removed are not permitted. The aircraft external registration number shall be displayed in such a manner to not be compromised.

E. Bucket Operations

The following procedure shall be used for all bucket operations:

1. Determine allowable payload using the Interagency Helicopter Load Calculation, appropriate HOGE helicopter performance charts, and current local temperature and pressure altitude. Partial dips for performance planning purposes are not authorized.

2. At the beginning of the fuel cycle, bucket capacity shall be adjusted so that the bucket, when filled to the adjusted capacity, does not exceed the allowable payload.

3. Helicopters equipped with electronic hook load measuring systems that provide cockpit readout of the actual external load and a bucket that is equipped with a gating system that allows part of the load to be released while retaining the remainder of the load is authorized.

4. The calculation of the actual bucket payload shall be documented on the Interagency Helicopter Load Calculation Form. Use 8.3 pounds per gallon for water. When mixed fire retardant is being delivered by bucket, use the actual weight per gallon of the mixed retardant. The weight of the empty bucket and any associated suspension hardware (lines, cables, connectors, etc.) shall be included when calculating the actual payload.

5. Bucket capacity at each position or adjustment level shall be marked on the bucket. Collapsible buckets with cinch straps shall only be adjusted to marked graduations (i.e., 90%, 80%, 70%). Intermediate graduations or capacities below the manufacturer's minimum graduation (by tying knots, etc.) are prohibited.

6. Buckets shall be attached directly to the belly hook unless the pilot is approved for vertical reference.

7. Extension (Tag) lines of less than 50-feet are not permitted for bucket operations

F. Dual Controls

Dual controls are required and shall be made accessible to an approved agency Helicopter Inspector Pilot (HIP) for all pilot performance evaluations. Dual controls need not be removed from Type I and II aircraft; however, during flight operations the front seat not occupied by a pilot may only be occupied by a Helicopter Manager, or a briefed and authorized aerial observer.

G. Exemption for Transportation of Hazardous Material (HazMat)

1. Helicopters may be required to carry hazardous materials. Such transportation shall be in accordance with DOT Exemption and the DOI or FS Aviation Transport of Hazardous Materials Handbook/Guide (NFES 1068). A copy of the current exemption and handbook/guide and emergency response guide shall be aboard each aircraft operating under the provisions of this exemption.

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

2. It is the Contractor's responsibility to ensure that Contractor employees who may perform a function subject to this exemption receives training on the requirements and conditions of this exemption handbook/guide. Documentation of this training shall be retained by the company in the employee's records and made available to the Government as required.

3. The pilot shall ensure personnel are briefed of specific actions required in the event of an emergency. The pilot shall be given initial written notification of the type, quantity, and the location of hazardous materials placed aboard the aircraft before the start of any project. Thereafter, verbal notification before each flight is acceptable. For operations where when the type and quantity of the materials do not change, repeated notification is not required.

4. It is the responsibility of the Contractor to ensure that Contractor employees have received training in the handling of hazardous materials in accordance with 49 CFR 172.

**C-11 Contractor's Environmental Responsibilities**

A. The Contractor is responsible to ensure that all maintenance, fueling, and flight activities do not cause environmental damage to property or facilities. The Contractor is responsible to clean and rehabilitate areas adversely affected by Contractor activities and shall, whenever practical and possible, utilize solvents and cleaning agents that are either biodegradable or consistent with acceptable safety, health and environmental concern practices.

B. The Contractor is responsible for all cleanup of fuel, oil, and retardant contamination on airport ramps, retardant sites, parking areas, landing areas, etc., when caused by Contractor aircraft or personnel.

C. The Government may, at its option, assign an area to be utilized by the Contractor for storage of equipment used in support of Contract performance. Oil, solvents, parts, engines, etc. shall be stored and utilized in a manner consistent with acceptable safety, health and environmental concerns.

**C-12 Personnel**

A. General

Pilots, fuel servicing personnel, and mechanics shall speak English fluently and communicate clearly.

B. Pilot Approvals and Qualifications

1. Interagency Pilot Inspectors will verify that Contractor pilots meet the experience and qualification requirements under this contract.

2. Each PIC shall, at the discretion of the Government, pass an agency flight evaluation check. The flight check will be in an aircraft supplied by the Contractor at no expense to the Government. The satisfactory completion of the evaluation flight will not substitute for any of the total flight hour requirements listed in this clause.

3. Pilots shall complete appropriate portions of the Helicopter Pilot Qualifications and Approval Record (Form FS-5700-20a or OAS-64) prior to evaluation. When approved, each pilot will be issued an Interagency Helicopter Pilot Qualification Card documenting make, model and series of aircraft approved to operate and the missions each pilot is approved to perform.

C. Pilot Requirements - General

1. Commercial or Airline Transport Pilot (ATP) Certificate with appropriate rating (Rotorcraft-Helicopter) and a valid Class I or Class II FAA Medical Certificate.

2. Written evidence of 14 CFR Part 135 Airman Competency Proficiency Check (FAA Form 8410-3 or equivalent).

3. Written evidence of an Equipment Check Endorsement for Restricted Category helicopters by the Chief Pilot (as applicable).

4. Written evidence of qualification to transport external loads.

5. Notwithstanding, 14 CFR Part 61.58(b), "Recent Flight Experience" helicopter PICs shall meet requirements of 14 CFR Part 61.58(a).

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

6. Proof of qualifications to meet 14 CFR Part 137.53 for congested areas.

7. At the CO's discretion, each pilot shall pass an agency flight evaluation in make, model, and series -conducted over typical terrain.

8. Pilots may function as mechanics providing:

   a. The pilot meets all the Mechanic Qualifications of this Contract.

   b. Pilot duty limitations will apply to the pilot when functioning as a mechanic.

   c. When pilots act as a mechanic, mechanic duties in excess of 2-hours will apply as flight hours on a one-to-one basis toward flight hour limitations.

   d. A mechanic, other than the pilot, shall perform 50-hour, 100-hour, or progressive inspections.

   e. If approved by the Contractor's Operations Specifications, and in accordance with 14 CFR Part 43.3(h), 43.5 and 43.7, pilots may perform preventive maintenance on the aircraft.

D. Pilot Requirements - Experience

Pilots shall have accumulated as pilot-in-command (PIC) the minimum flight hours listed below. Flight hours shall be determined from a certified pilot log. Further verification of flight hours may be required at the discretion of the CO.

| **Experience** | **Hours** |
|---|---|
| Total Pilot-in-Command (Helicopter) | 1,500 |
| Helicopter, Preceding 12 months | 100 |
| Weight Class [1] | 100 |
| Turbine Helicopter | 100 |
| Make, Model (plus a type rating if over 12,500 pounds) [2] | 50 |
| Make, Model and Series, Preceding 12-months [3] | 10 |
| Helicopter Last 60 days | 10 |
| Mountainous Terrain[4] | 200 |
| Mountainous Terrain in Make and Model[4] | 10 |

[1] Weight Class:

Small: up to an approved gross weight of 7000 pounds.

Medium: above 7000 pounds up to 12,500 pounds.

Large: above 12,500 pounds.

[2] Pilot flight hour requirements in make and model may be reduced by 50% when pilot shows evidence of satisfactorily completing the manufacturer's approved ground school and flight checkout in the make, model, and series offered.

[3] A list of aircraft make, model, and series is provided in (See Exhibit 11, Helicopter Make/Model/Series List). This list does not specifically follow the FAA guidelines as it relates to 14 CFR Part 135.293, competency.