United States Department of Agriculture | Forest Service | National Interagency Fire Center | 3833 S. Development Ave. Boise, ID 83705

File Code: 6320

Date: April 26, 2005

Mr. Steven L. Wright, Vice President
Rainier Heli-Lift, Inc.
12515 Willows Road NE, Suite 125
Kirkland, WA 980341

RE: National Call-When-Needed (CWN) Type I Helicopter Services – RFP 49-05-08

Dear Mr. Wright:

Award is hereby made in response to the above mentioned solicitation for 1 Kmax K-1200 aircraft N313KA.

Your contract number for the Forest Service is # AG-024B-C-05-9004 and the number for Office of Aircraft Services is # 1406-05-80-2512. Two official copies of the contract are enclosed for your files. Please make additional copies of the contract for the mandatory inclusion in each aircraft under contract **AT ALL TIMES** to qualify for availability status.

Additionally, it will be necessary to inspect the helicopter(s) and verify pilot qualifications to determine they both meet the requirements of the contract prior to any work under this contract. NOTE: At the time of inspection, the equipped weight of awarded aircraft as noted on the Schedule of Items, will be confirmed using the most recent weight and balance data in the aircraft records. Any discrepancy may result in the aircraft being removed from the contract. When your helicopter(s) are ready for inspection, please contact Chuck Taylor at 208/387-5623.

Please submit the following documents within two weeks from the date you receive this letter. In order to expedite submission, materials may be sent by facsimile to 208/387-5384, Attention: Frank Gomez.

1. A copy of Federal Aviation Regulation certificates authorizing you to operate under parts 133, 135, and 137 as applicable to your operation and the requirements of the contract.

2. For standard category aircraft, a copy of the Operations Specifications that lists the make, model, and series of each helicopter that can be operated by your firm under part 135 of the Federal Aviation Regulations.

3. A Certificate of Insurance verifying that you have the coverage required in contract D-3 Property and Personal Damage. The United States of America is to be included as an additional insured. Please provide your insurance company with our current address: 3833 S. Development Avenue, Boise, Idaho 83705.

All requests for services under this contract will be issued from the National Interagency Coordination Center (NICC) in Boise, Idaho. No other office has the authority to order services under this contract. It will be your responsibility to keep the aircraft desk at NICC informed of the location and availibilty of your aircraft for fire assignments. The phone number for NICC is 800/994-6312. If you have not kept the aircraft desk currently informed on the location and status of your aircraft, we shall assume that they are not available for work under this contract.

If you have any questions, please call me at 208/387-5347.

Sincerely,

Frank Gomez
Contracting Officer

Enclosure

CC: E. Stansbury, OAS
J. Bollar, Boise NF – Fiscal & Accounting
NICC