IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SUPERIOR HELICOPTER LLC, and RAINIER HELI-LIFT, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | |
| ERICKSON AIR-CRANE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | **BID PROTEST**<br>Court Nos. 07-518C, 07-519C<br>(Judge Lettow) |

**DECLARATION OF RONALD E. HOOPER**

I, Ronald E. Hooper, Director, Acquisition Management, Forest Service, United States Department of Agriculture ("USDA"), hereby declare and say that:

1. Erickson Air-Crane, Inc. ("Erickson") filed a notice with the Court indicating that the filing by defendant was not representative of a Call When Needed ("CWN") contract. Erickson Air-Crane stated that the solicitation filed with the Court was not the complete contract and that it was filing a copy of its own CWN contract.

2. As noted in the Notice of Filing, defendant filed Solicitation RFP 45-09-08 ("the Solicitation") as representative of a CWN contract. This Solicitation is not a CWN contract, but it contains the basic requirements and contract clauses applicable to all CWN contracts.

3. In its August 10, 2007 filing, Erickson submitted a document titled "2005-2006-2007 Interagency Call-When-Needed Helicopters" as a copy of its own CWN contract. The code "NFES 2168" is printed in the lower right hand corner of this document. This document is not the CWN contract of Erickson.

4. This document is published to assist helicopter managers in administering CWN contracts. This document generally is referred to as the "Greenbook," and the code NFES 2168 is its publication number. The Greenbook is posted on the internet and is available to the general public at http://www.fs.fed.us/fire/contracting/helicopters_cwn/helicopters_cwn.htm.

5. The Greenbook is not the actual awarded CWN contract document but is a publication intended for use by helicopter managers. The Greenbook contains the standard specifications for all CWN aircraft awarded at the time of publication, and it may not reflect all CWN aircraft or contracts awarded after publication. The Greenbook does not contain section B of the actual CWN contract, which is the contract schedule of items to be supplied and pricing, or section E, which contains terms and conditions in the solicitation that are incorporated in the CWN contract. In particular, clause B-1 of the solicitation and the CWN contract, which is not included in the Greenbook, includes the following: "Upon Contractor's acceptance of an order

from an authorized ordering office, the order becomes a binding contract under the prices, terms, and conditions of this Contract."

6. The actual CWN contract with Erickson document is contained in the contract file and is identified as Contract No. AG-024B-C-05-9007, awarded April 20, 2005. Two copies of the awarded CWN contract were furnished to Erickson at the time of award.

7. Attached to this declaration is a copy of Contract No. AG-024B-C-05-9007, as well as copies of the CWN contracts awarded to Superior Helicopter LLC (Contract No. AG-024B-C-05-9005) and Rainier Heli-Lift, Inc. (Contract No. AG-024B-C-05-9004).

Further Declarant Sayeth Not.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on August 19, 2007. 28 U.S.C. § 1746.

RONALD E. HOOPER
Director
Acquisition Management
Forest Service
United States Department of
Agriculture

Attachment