IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 07-518C
No. 07-519C

(Filed: August 22, 2007)

SUPERIOR HELICOPTER LLC and RANIER HELI-LIFT, INC.,

Plaintiffs,

v.

UNITED STATES,

Defendant.

ERICKSON AIR-CRANE, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is the government's unopposed motion for leave to supplement the administrative record, filed August 20, 2007. The government seeks to supplement the administrative record with the call-when-needed contracts of plaintiffs Superior Helicopter LLC, Ranier Heli-Lift, Inc., and Erickson Air-Crane, Inc, as well as with an explanatory declaration of Mr. Ronald Hooper, the Forest Service's Director of Acquisition Management.

For good cause shown, the government's motion is GRANTED.

It is so ORDERED.

s/ Charles F. Lettow
Judge